# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:17-cv-8220-DMG (SK) | Date | November 8, 2019 |
|---|---|---|---|
| Title | Agricola Cuyuma SA, et al. v. Corona Seeds, Inc., et al. | | |

| Present: The Honorable | Louise A. LaMothe, United States Magistrate Judge |
|---|---|
| Debbie Johnston | XTR 11/08/2019 |
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**     **PRE-SETTLEMENT CONFERENCE TELEPHONE CALL**

Case called. Counsel stated their appearances.

| **For Plaintiff**: | Eduardo Ayala Maura, Ayala Law PA |
| | Brian Noma, Law Offices of Brian Nomi |
| | |
| **For Defendant**: | Bruce A. Fink, Benton Orr Duval & Buckingham |
| | Peter Chih-Liang Chen, Horton Oberrecht Kirkpatrick and Martha |
| | Dale M. Dorfmeier, Petrie Dorfmeier LLPA |

Upon the agreement of counsel during the preliminary telephone conference, the settlement conference will take place on Wednesday, November 20, 2019, at 11:00 a.m. before Magistrate Judge, Louise A. LaMothe, at the Santa Barbara Bankruptcy Courthouse, Courtroom 202, 1415 State Street, Santa Barbara, CA 93101.

Plaintiff shall serve a settlement demand by close of business (PST) on Wednesday, November 13, 2019. Defendants shall serve a response by close of business (PST) on Tuesday, November 19, 2019. In the interest of time, service of both the demand and response shall be by e-mail. The parties shall lodge a copy of all documents with the courtroom deputy clerk via email to LAL_chambers@cacd.uscourts.gov. The demand and response are not part of the case file and should not be filed.

In addition, either party may also provide the Court with a confidential settlement statement, not to be shared with the opposing counsel and not to be filed or made a part of the court file.

The Court expects the lawyers handling the trial to be present.

The Court, in its discretion, may speak with any lawyer(s) or any one of the parties privately.  The comments of the judge during these separate sessions are not to be used by counsel in settlement negotiations with opposing counsel.  This is necessary in order to avoid intentional or unintentional misquotation of the judge.

All papers submitted for the settlement session will either be returned to the parties or destroyed by the Court following the settlement proceedings, unless the parties agree otherwise. The Court expresses its appreciation to counsel for their cooperation with these procedures and looks forward to a productive session.

IT IS SO ORDERED.

00 : 50

Initials of Preparer  dj