**HORTON, OBERRECHT, KIRKPATRICK & MARTHA**
Cheryl A. Kirkpatrick, Esq. (SBN 149906)
Peter C.L. Chen, Esq. (SBN 246720)
3 Park Plaza, Suite 440
Irvine, CA 92614
PH: (949) 251-5100
FX: (949) 251-5104
Email: ckirkpatrick@hortonfirm.com / pchen@hortonfirm.com

Attorneys for Defendant Corona Seeds, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agricola Cuyuma SA;<br>Corporacion Agricola Vinasol SAC;<br><br>               Plaintiffs,<br>v.<br><br>Corona Seeds, Inc.;<br><br>               Defendant. | **CASE NO. 2:17-cv-8220 DMG (SKx)**<br><br>**CORONA SEEDS, INC.'S NOTICE OF MOTION FOR SUMMARY ADJUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT OF ISSUES**<br><br>**[Filed Concurrently with Motion for Summary Judgment / Summary Adjudication; Statement of Uncontroverted Facts; Declaration of Peter C.L. Chen; [Proposed] Order]**<br><br>**District Judge: Hon. Dolly M. Gee**<br><br>**Date: December 20, 2019**<br>**Time: 3:00 p.m.**<br>**Courtroom: 8C, 8th Floor**<br><br>Complaint Served: December 21, 2017<br>Current Trial Date: February 11, 2020<br><br>Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Steve Kim |

**TO THE HONORABLE DOLLY M. GEE, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 56

*et seq.* and Local Rule 56, Corona Seeds, Inc. (hereinafter referred to as "CORONA") hereby moves this Court for summary judgment, or alternatively, partial summary judgment in its favor as to the claims in plaintiffs Agricola Cuyuma SA ("CUYUMA") and Corporacion Agricola Vinasol SAC ("AVSA") (collectively "PLAINTIFFS") third amended complaint ("TAC").  There are no genuine issues of fact, and CORONA is entitled to judgment as a matter of law.

In support of the motion for summary judgment, or alternatively, partial summary judgment, CORONA relies on the following, all of which are being simultaneously filed herewith:

1. Memorandum of Points & Authorities;
2. CORONA's Statement of Unconverted Facts, including
   a. PLAINTIFFS' third amended complaint;
   b. Invoice entered into between CORONA and AVSA for the subject seeds at issue;
   c. Invoice entered into between CORONA and CUYUMA for the subject seeds at issue;
   d. Photograph of bags and label of seeds purchased by AVSA and CUYUMA
   e. Invoice for replacement seeds sent by CORONA to AVSA;
   f. Invoice for replacement seeds sent by CORONA to CUYUMA;
   g. Relevant pages of deposition transcript of Michael Newman;
   h. Relevant pages of deposition transcript of Andrew Johnson;
   i. Relevant pages of deposition transcript Oscar Alban;
   j. Relevant pages of deposition transcript of Guillermo De Los Rios;
   k. Relevant pages of deposition transcript of Angello Flores;
   l. Testing documents on the pea seeds at issue;
3. Declaration of Peter C.L. Chen;

  a. Exhibits described in 1(a)-(l) are attached to this declaration.

 4. Declaration of Steve Koike;

  a. Documents reviewed by Mr. Koike

 5. Request for Judicial Notice;

  a. Pamphlets issued by Peru's Ministry of Agriculture

  b. International Certified Crop Adviser Exam

 6. All pleadings and evidence of record in this case.

Wherefore, CORONA prays that the Court grant its motion for summary judgment, or alternatively, partial summary judgment. CORONA complied with the Initial Standing Order and Local Rule 7-3 before filing the instant motion. *See Declaration of Peter C.L. Chen ¶ 2.*

DATED: November 12, 2019  HORTON, OBERRECHT, KIRKPATRICK & MARTHA

By: _____
  Cheryl A. Kirkpatrick
  Peter C.L. Chen
  Attorneys for Corona Seeds, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: HORTON, OBERRECHT, KIRKPATRICK & MARTHA, 3 Park Plaza, Suite 350, Irvine, California 92614.

On November 15, 2019, I served the foregoing document described as: **Corona Seeds, Inc.'s Notice of Motion for Summary Judgment, or Alternatively, Partial Summary Judgment of Issues,** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[ ]  **BY MAIL** – I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after the date of deposit for mailing in affidavit.

[ X ]  **BY ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ ]  **BY OVERNIGHT DELIVERY** – I deposited such envelope for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

[ X ]  (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 15, 2019, at Irvine, California.

_____
Crystal Thompson

# SERVICE LIST

Agricola Cuyuma SA v. Corona Seeds, Inc., et al.
United States District Court Central District of California: 2:17-cv-8220 DMG (SKx)

| | |
|---|---|
| Panda Kroll, Esq.<br>Law Offices of Panda Kroll<br>5999-B Ridgeview Street<br>Camarillo, CA 93012<br>Phone: (805) 764-0315; Fax: (805) 764-0339<br>Email: pkroll@pandakrollesq.com | Co-Counsel for Defendant Corona Seeds, Inc. |
| Bruce Alan Finck, Esq.<br>BENTON, ORR, DUVAL & BUCKINGHAM<br>39 N. California Street<br>Ventura, CA 93001<br>Phone: (805) 648-5111; Fax: (805) 648-7218<br>Email: bfinck@bentonorr.com | Counsel for Defendant Corona Seeds, Inc. |
| Brian Nomi, Esq.<br>Law Office of Brian Nomi<br>215 E. Daily Drive, Suite 28<br>Camarillo, CA 93010<br>Phone: (805) 444-5960<br>Fax: (805) 357-5333<br>Email: briannomi@yahoo.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Eduardo Ayala Maura, Esq.<br>Ayala Law P.A.<br>1390 Brickell Avenue, Suite 335<br>Miami, FL 33131<br>Phone: (305) 570-2208<br>Fax: (305) 305-7206<br>Email: eayala@ayalalawpa.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Dale Dorfmeier, Esq.<br>PETRIE, LEATH, LARRIVEE & O'ROURKE, LLP<br>6051 N. Fresno Street, Suite 110<br>Fresno, CA 93710<br>Tel: (559) 498-6522<br>Email: ddorfmeier@pllolegal.com | Counsel for Crites Seed, Inc. |