**HORTON, OBERRECHT, KIRKPATRICK & MARTHA**
Cheryl A. Kirkpatrick, Esq. (SBN 149906)
Peter C.L. Chen, Esq. (SBN 246720)
3 Park Plaza, Suite 350
Irvine, CA 92614
PH:  (949) 251-5100
FX:  (949) 251-5104
Email: ckirkpatrick@hortonfirm.com / pchen@hortonfirm.com

Attorneys for Defendant Corona Seeds, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agricola Cuyuma SA;<br>Corporacion Agricola Vinasol SAC;<br><br>            Plaintiffs,<br>v.<br><br>Corona Seeds, Inc.;<br><br>            Defendant. | **CASE NO. 2:17-cv-8220 DMG (SKx)**<br><br>**CORONA SEEDS, INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>**[Filed Concurrently with Notice of Motion and Motion for Summary Judgment, or Alternatively, Partial Summary Judgment; Separate Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Peter C.L. Chen; Declaration of Steve Koike; [Proposed] Order]**<br><br>**District Judge: Hon. Dolly M. Gee**<br><br>**Date: December 20, 2019**<br>**Time: 3:00 p.m.**<br>**Courtroom: 8C, 8th Floor**<br><br>Complaint Served: December 21, 2017<br>Current Trial Date: February 11, 2020<br><br>Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Steve Kim |

Defendant CORONA SEEDS, INC. (hereinafter referred to as "CORONA"), by and through its attorney, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201(b)(1) and (2), of the following facts:

1.  Green Pea Harvest in the Sur Chico Valleys (Canete, Chincha and Ica), published by Ministry of Agriculture INIA National Institute of Agrarian Research, *attached as Exhibit "A" to this Request;*

2.  Integrated Management of Radicular Rotting of Peas (Pisum sativum) in the Central Valley of Peru, published by Ministry of Agriculture INIA National Institute of Agrarian Research, *attached as Exhibit "B" to this Request;*

3.  International Certified Crop Adviser Exam, The American Society of Agronomy,  *attached as Exhibit "C" to this Request;*

DATED: November 15, 2019       HORTON, OBERRECHT, KIRKPATRICK & MARTHA

By:_____
       Cheryl A. Kirkpatrick
       Peter C.L. Chen
       Attorneys for Corona Seeds, Inc.

CORONA SEEDS, INC.'S REQUEST FOR JUDICIAL NOTICE

Exhibit "A"

**MINISTRY OF AGRICULTURE**

**INIA**

**NATIONAL INSTITUTE OF AGRARIAN RESEARCH**

# GREEN PEA HARVEST IN THE SUR CHICO VALLEYS (CANETE, CHINCHA AND ICA)

*[PHOTOGRAPH]*

**LIMA-PERU**

***LATEST PUBLICATIONS FROM INIA***
***AVAILABLE TO THE INTERESTED PARTIES***

**BROCHURES**

- Micropropagation of the heartless artichoke

- Garlic harvest in the Central Coast

- Aromatic and medicinal herbs harvest

- Peruvian purple corn

- Breeding of guinea pigs

- Strawberry harvest

- Breeding of rabbits

- Artisanal transformation of the llama fiber

- Dyeing of the llama fiber by way of natural dyes

- Peanut harvesting in the Peruvian Coast

- Conservation of pastures and fodder in High Plateau

- Management of "maca" harvest: Root production

- Management of "maca" harvest: Production of Botanical Seed

**MANUALS**

- Harvest of Heartless Artichoke

- Quinoa Harvest

- Potato harvest in the Cajamarca Region

- Guinea Pig breeding

- Hydroponic Garden guide

- Management of Agrostological Garden and conservation of Germplasm in fodder crops

- Internal Quality Control of the Potato seed

- Handling of Bean disease and Fava beans in the Peruvian Mountain Range

- Technology for the production of the Fodder Seed in the Peruvian Andes.

- Conservation and Preservation of the Camelid Skins

- Harvest of Camu Camu (Myrciaria dubia H.B.K.) in the Loreto Region

- In vitro Propagation and Conservation of Cat Claw Uncaria Spp.

**NATIONAL INSTITUTE OF AGRARIAN RESEARCH**

**HEADQUARTERS OF AGRARIAN RESEARCH**

**GREEN PEA HARVEST IN THE
SUR CHICO VALLEYS
(CANETE, CHINCHA AND ICA)**

Series                                                          Lima-Peru
Brochure R.I.N 8                                               November, 2001

**INTRODUCTION**

**T**he  Pea has been well accepted in the family for not only its taste but also its nutritional value, it is rich in proteins and vitamins. This makes it desired and used in the nutrition of many places, especially the green pea. In addition, it is a short vegetative state crop.

In this publication, the INIA offers advice on how to manage this crop. This is based on the experiences obtained from 1998 to date by technicians in the Estacion Experimental Agropecuaria de Chincha (INIA).

If the agriculturists take into account the recommendations being offered, they can benefit from good yield with the pea. This way, the can improve their earnings and bring wellbeing to their families.

## PREPARATION OF THE FIELD

In order to obtain an even germination and the density required by plants, the pea seed needs a good preparation of the field.

In general, it is not recommended to do a lot of labor to the soil, only the necessary to obtain a very well loosening of the soil, aeration and good depth.

Do a dry plowing, in order to turn and loosen the soil. Then rake to eliminate stems and roots that have not been included to the soil because of its size.

If your field has not been properly leveled, it would be convenient to use  leveling shovel so that you can do a standard plowing irrigation  and without ponding of water.

Then plow through  for  the irrigation of the plowing, which duration should be from 6 to 8 hours. This depends on the type of soil, loose or tight.

Afterwards, when the field is   <<ready>> to be turned for the soil. Use harrowing device to make the soil real loose, always using a leveling bar to make the surface uniform and so that the water does not collect when irrigating. Right after, make sure that the soil continues to be <<ready>> and make the furrows according to with the distancing placement required.
The pea needs soil of medium to fertile consistency, with a good draining system.

---

4                                              *Green Pea harvest in the Sur Chico Valleys*

**[DRAWING]**

**SOWING SEASON**

The best season for sowing in the area is from May to June. There has been no adaptation studies in Spring sowing season (September-October). For that reason, it is recommended to sow in the favorable season in order to not decrease yield.

**SEED QUANTITY**

Use 40 to 60 Kilograms of pea seeds per hectare (10,000 square meters), depending on the variety that you will use.

---

*Green Pea harvest in the Sur Chico Valleys*

## RECOMMENDED VARIETIES

**BLUE( AZUL)**

Widespread variety in the Sur Chico Valleys, its vegetative period for sowing crop is of 140 days. The length of main stem measures 1,30 to 1,40 meters and trellis is up to 2 meters.

The length of the green pod could reach 10 to 12 centimeters. It has good appearance since it has large grains.  It could be harvested in green at 115 days after the sowing period. It is well accepted in the market.

**ALDERMAN**

Another variety widespread en this area, its period from sowing to harvest is of 110 to 120 days. The length of the main stem is 1,20 to 1,30 meters. Its trellis in green measure 10 to 12 centimeters. It could be harvested in green 100 days after its sowing period. It is a variety of pea that is well accepted in the market.

**MAESTRO**

Early crop variety, shrublike appearance, its vegetative cycle is of 95 days. It could be harvested in green pods 65 days after being sown. The length of the pod varies from 8 to 10 centimeters. Its grains are medium size and the length of stem is of 30 centimeters.

---

*Green Pea harvest in the Sur Chico Valleys*

Using greater plant density per hectare (10,000 square meters), it could have same yield as traditional varieties in less time. Furthermore, this variety is good in the rotation with the cotton harvest.

**CRIOLLA CELESTE (Celestial Creole)**

Light green colored variety in dry grain, it has a high yield potential.  Green pod  is well accepted in the market, since it could measure 10 centimeters in length. Its vegetative state is of 125 to 135 days. The length of main stem is of 1,30 to 1,40 meters. The harvest in green is done 11o to 115 days after sowing period.

## SEED QUALITY

A good quality seed contributes to obtaining a good plant population, well developed and vigorous. This is due to the high germination percentage being guaranteed. This is why you use good quality seeds from the improved varieties from the area.

So that you do not have doubt about the quality of your seed, do a germination test. For this, sow in a line 100 seeds in a tray with moist sand. Then, watch for humidity and see how many seeds germinate. Count them and the number you get is the germination percentage.

---

*Green Pea harvest in the Sur Chico Valleys*

**DISINFECTION**

It consists of protecting the seed from insect and fungus attach, which attack them as soon as they are placed on the ground.

Disinfect your seeds with: Rhizolex or Vitavax (fungicide) with 3 grams per seed kilogram. Use this mixture just before the sowing.

**[IMAGE]**

---

8                                        *Green Pea harvest in the Sur Chico Valleys*

**SOWING SYSTEM**

Sow in simple furrows for the variety  of growth imbedded, like Alderman or Azul(blue). For the shrublike varieties, like Maestro, use twin furrows and simple forrows, at 60 centimeters between furrows.

Distancing between simple furrows (for imbedded varieties).

Between furrows: 90 centimeters

Between holes:  20 centimeters. Use 3 seeds per hole. Use spade for this labor.

Distancing in twin furrows:

Between rows in pairs         8 meters

Between furrows               1,20 meters

Between rows                  40 centimeters

Between holes                 15 centimeters

Use 3 seeds per hole

# FERTILIZATION

Fertilization is a technique whose purpose is to increase the capacity of the soil to provide the nutrients to the plants. This capacity depends on the characteristics of the soil, climate and type of crop. The deeper and easier to explore the soil is, the more the roots will have the capacity for nutrients.

It is best to have an analysis of the soils, in order to determine the need for fertilizers according the the needs of the crop.

Phosphorus is indispensable in the soil because it stimulates the nodulation process and setting of nitrogen. In general, it is the most important thing to obtain a good yield. Apply the nitrogen in small doses and at the time of sowing. This allows for a quick and vigorous setting of the plants and benefits the growing of the roots.

Potassium is found in great quantities in the soil, but it is necessary to know its availability and assimilation. This will be known by soil analysis. It is important to guarantee acceptance of the seed, which is related to the quality.

It should be a permanent practice to incorporate the soil to the organic matter.

Fertilize at the time of sowing or when the emergence of the plantlet. It should not be after 15 days from

*Green Pea harvest in the Sur Chico Valleys*

The sowing, so that the setting of the crop is earlier and more efficient.

Use formula 40-60-0 or also 60-80-20 of nitrogen, phosphorus and potassium, for an hectare (10,000 square meters) of the crop.



Fertilize by burying it deep enough to take advantage of the soil's humidity. It could go on the side of the seeds and between sowings.

*Green Pea harvest in the Sur Chico Valleys*

**RISKS**

The pea crop needs a lot of water in the pod formation process.

The frequency of  risks depends on the season of furrow and the type of soil. The frequency of irrigation is greater in sandy soil.

Do the first irrigation 20 to 25 days after furrowing to allow a good vegetative development. Then irrigate before and after the blooming and for the filling of the pods. Avoid excess humidity because it will promote fungus which causes disease.

**HARVEST**

Do this labor after the irrigation to eliminate weeds and soften the surface of the soil. The purpose of this is to remove and shred the hardened surface or crust that form after irrigation. This way it will facilitate aeration of the soil. The crops could be done with animals or tractor.

**IMAGE**

**(Harvest and furrow)**

**WEEDING**

Do weeding, either manually or with spade, to be free of weeds in the field during the first 45 days. This way your pea crop will not have to share nutrients, luminosity, and also to avoid being a source for hosting plagues.

---

*Green Pea harvest in the Sur Chico Valleys*

**PLAGUES**

Depending on the development of your pea crop, some plagues may develop.  We will mention the most relevant ones.

**Earth worms or cutting worms**

These are insects that attack the crop from its germination to some days later. They live in the soil under the clumps. Their attacks are nocturnal, coming out to eat cutting plants at neck level.

To control these worms you can do the following:

- Good soil preparation, with good irrigation of crushings and deep plowing.

- Disinfecting of your seeds.

- If you cannot avoid the presence of these worms, you must do chemical control after proper evaluation. Sometimes it is enough to irrigate before schedule or irrigation testing.

- The chemical control can be done with Vencetho or Orthene: 250 grams cylinder of 200 liters of water. Apply at near the plant in jet bursts, with adherent. You can also use Sevin 85 PS, using 500 to 600 grams per cylinder of 200 liters of water.

---

*Green Pea harvest in the Sur Chico Valleys*

**Miner Fly**

Plague of financial relevance especially at the Canete valley, where susceptible crops to this plague like potatoes, tomato, bean. This fly's attack starts at emergence of plant up to 45 days after its sowing. This plague reduces pea production in the area.

The miner fly damage by the serpentine tunnels on the leaves. It appears upon germination and it is prolonged in all its vegetative state.

The control of this miner fly is quite difficult, when the intensity of attack makes it necessary. The fly is frequently resistant to pesticides, however, the use of cyromazine is recommended to control this insect.

Apply preventative control with Tamarn at 0,3 percent, you can also use Ripcord at 0,1 percent , or 600  cubic centimeters per cylinder of 200 liters of water .

**Aphis (plant lice)**

It attaches on leaves, new stems, sprouts and pods, extracting the savia and simultaneously depositing its toxic saliva. This causes the withering of the plant. It is a secondary plague in the area.

---

Its natural control forms are predators, like the ladybug or "crisopas".

Its cultural control, it is prevented by making opportunistic risks.

If attack persists apply pesticides.

**[IMAGE]**

 **Clover mites**

Very small in size, its length is of half a millimeter.

---

16                                      *Green Pea harvest in the Sur Chico Valleys*

The attack of this parasite causes leaves to become yellowish, causing its fall during severe attacks.

It is an occasional plague in the area, which shows up at times and at the end of harvest.

It is recommended that plants do not go long without irrigation. Water regularly.

If you apply chemical products, use Kelthane, at a dosage of 200 cubic centimeters per cylinder of 200 liters. You can also use Comite, at a dosage of 600 cubic centimeter per cylinder of 200 liters.

### DISEASES

There are two diseases of greater relevance in the area, sucker fungi.

**Sucker Fungi**

Disease produced by fungus that attacks the plants, before and after sprouting from the soil.  It causes death by strangulation at plant's neck level.

Its preventive control is thru disinfection of seeds.

_____

17                                          *Green Pea harvest in the Sur Chico Valleys*

If bad disinfection occured, Rhizolex can be applied, powder fungicide at 0,4 percent meaning, 800 grams per 200 liter cylinder.

**OIDIUM**

Common disease in the area, caused by fungus. It is manifested by white powdery colored stains on the leaves and pods of the plant.

The chemical control is performed with fungicides like Bayleton powder (can be wet) at 25 percent or Sulfodene (can we wet) at 95 percent. Use 500 grams per cylinder of 200 liters of water.

## CROP

The harvest is the final process of the agricultural process. It comprises a combination of operations whose objective is to collect the products.

In the harvesting of the pea, collect crop in green grain, because the market demands it.  In order to harvest, keep in mind the following:

- The pods should have a green color and the grain must be completely developed. Take pod out by hand and place in basket or sac. Then

18                                                  *Green Pea harvest in the Sur Chico Valleys*

Pile them together, in mesh sacs, for aeration and so no rotting occurs. This way they can be transported for commercialization.

- The pods that have changed colors from green to light green or yellow, leave to do dry crop.

In order to do a dry crop, do the startup labor, make rows, plow and ventilate:

- Pull out dry plants and gather them in the field.
- Transport the harvested crop to a special area called <<era>> where you will thresh crop.
- Thresh after the material has reached a humidity level of 14 to 15 percent. The grains should be harder when plants are pulled out.
- Remove the grains from the straw, by hand or by threshing machine.
- The ventilation consists in separating the impurities from the grains, with the purpose of having clean grains.

---

19                              *Green Pea harvest in the Sur Chico Valleys*

**FARMER FRIEND**

- Prepare well your field.

- Sow in proper season.

- Disinfect your seed.

- Irrigitate in proper season.

- Control plagues and diseases.

- Harvest when pods and grains are ready.

## LAS ULTIMAS PUBLICACIONES DEL INIA QUE SE ENCUENTRAN A DISPOSICION DE LOS INTERESADOS:

### FOLLETOS

- Micropropagación de Alcachofa sin Espinas
- Cultivo de Ajo en la Costa Central
- Cultivo de Hierbas Aromáticas y Medicinales
- Maíz Morado Peruano
- Crianza de Cuyes
- Cultivo de Fresa
- Crianza de Conejo
- Transformación Artesanal de la Fibra de Alpaca
- Teñido de la Fibra de Alpaca mediante el Uso de Tintes Naturales
- El Cultivo de Maní en la Costa del Perú
- Conservación de Pastos y Forrajes Cultivados en el Altiplano
- Manejo del Cultivo de la Maca: Producción de las Raíces
- Manejo del Cultivo de la Maca: Producción de Semilla Botánica

### MANUALES

- Cultivo de Alcachofa sin Espinas
- Cultivo de Quinua
- Cultivo de la Papa en la Región Cajamarca
- Crianza de Cuyes
- Guía del Huerto Hidropónico
- Manejo de Jardín Agrostológico y Conservación de Germoplasma Forrajero
- Control Interno de Calidad de la Semilla de Papa
- Manejo de Enfermedades del Frijol y Haba en la Sierra del Perú
- Tecnología para la Producción de Semillas Forrajeras en la Zona Andina del Perú
- Conservación y Preservación de Pieles de Camélidos
- Cultivo de Camu Camu (*Myrciaria dubia* H.B.K.) en la Región Loreto
- Propagación y Conservación in vitro de la Uña de Gato Uncaria Spp.



DIRECCION GENERAL DE TRANSFERENCIA DE TECNOLOGIA AGRARIA
PROYECTO DE PRODUCCION DE MEDIOS DE COMUNICACION Y TRANSFERENCIA

Av. La Molina N° 1981 La Molina Lima 12. Casilla N° 2791 - Lima 1
Telefax: 3495631 - 3495625
E-mail: public@fenix.inia.gob.pe

MINISTERIO DE AGRICULTURA

INIA

INSTITUTO NACIONAL DE INVESTIGACION AGRARIA

# Cultivo de Arveja en los Valles del Sur Chico (Cañete, Chincha e Ica)



LIMA - PERU

Case 2:17-cv-08220-DMG-SK   Document 76-3   Filed 11/15/19   Page 27 of 103   Page ID #:1344

INSTITUTO NACIONAL DE INVESTIGACION AGRARIA

DIRECCION GENERAL DE INVESTIGACION AGRARIA

# Cultivo de Arveja en los Valles del Sur Chico (Cañete, Chincha e Ica)

Serie
Folleto R.I Nº 8

Lima - Perú
Noviembre, 2001

© **INSTITUTO NACIONAL DE INVESTIGACION AGRARIA, INIA**
DIRECCION GENERAL DE INVESTIGACION AGRARIA
DIRECCION GENERAL DE TRANSFERENCIA DE TECNOLOGIA AGRARIA

**Revisión**
Comité Central de Edición y Publicación

**Composición e Impresión:**
Proyecto de Producción de Medios de Comunicación y Transferencia

**Primera Edición:**
Setiembre, 1993

**Segunda Reimpresión:**
Noviembre, 2001
Tiraje : 500 ejemplares

Se prohibe la reproducción total o parcial del contenido

# INTRODUCCION

La arveja tiene buena acogida en las familias tanto por su sabor como por su valor nutritivo, es rica en proteínas y vitaminas. Esto la hace solicitada y usada en la alimentación de muchos lugares, en especial la arveja verde. A esto se agrega que es un cultivo de corto período vegetativo.

En esta publicación el INIA brinda consejos sobre como manejar este cultivo. Esto se basa en las experiencias obtenidas desde 1988 a la fecha por técnicos de la Estación Experimental Agropecuaria de Chincha (INIA).

Si los agricultores toman en cuenta las recomendaciones que se les ofrece, pueden alcanzar buenos rendimientos con la arveja. Así mejorarán sus ingresos y traerán bienestar a sus familias.

## PREPARACION DEL TERRENO

Para que obtenga una germinación uniforme y con la densidad requerida de plantas, la semilla de arveja necesita de una buena preparación del terreno.

En general no es recomendable hacer un gran número de labores en el suelo, sino solo las necesarias para obtener un suelo bien mullido, aereado y de buena profundidad.

Efectúe una arada en seco, para voltear y mullir el suelo. Luego pase rastrillo, para eliminar restos de tallos y raíces que no han sido incorporados al suelo por su tamaño.

Si su terreno no está bien nivelado le conviene pasar una pala niveladora, para que pueda realizar un riego de machaco uniforme y sin empozamientos de agua.

Luego surque para el riego de machaco, cuya duración o «tendida» podrá ser de 6 a 8 horas. Esto depende del tipo de suelo, suelto o retentivo.

Después, en terreno a «punto» are para voltear el suelo. Use gradas para dejarlo bien mullido, siempre acompañado de una barra niveladora para uniformizar la superficie y que no se empoce el agua al regar. En seguida cuide que el terreno siga «a punto» y haga los surcos de acuerdo a los distanciamientos requeridos.

La arveja necesita tener suelos de consistencia media a fértiles, con un buen escurrimiento del agua.



## EPOCA DE SIEMBRA

La mejor época de siembra en la zona es de mayo a junio. A la fecha no se ha realizado estudios de adaptación en siembra de primavera (setiembre - octubre). Por tal motivo, se recomienda sembrar en la época propicia, para así no disminuir sus rendimientos.

## CANTIDAD DE SEMILLA

Use de 40 a 60 kilogramos de semilla de arveja por hectárea, dependiendo de la variedad que va a utilizar.

## VARIEDADES RECOMENDADAS

### Azul

Variedad difundida en los valles del sur chico, su período vegetativo de siembra a la cosecha es de 140 días. La longitud del tallo principal mide de 1,30 a 1,40 metros y con espaldera llega a los 2 metros.

La longitud de las vainas en verde llegan a ser de 10 a 12 centímetros. Tiene buena presencia, ya que tiene granos grandes. Se puede cosechar en verde a los 115 días después de la siembra. Es bien aceptada en el mercado.

### Alderman

Otra variedad difundida en esta zona, su período de siembra a cosecha es de 110 a 120 días. La longitud del tallo principal es de 1,20 a 1,30 metros. Sus vainas en verde miden entre 10 a 12 centímetros. Se puede cosechar en vainas verdes, desde los 100 días después de su siembra. Es una variedad de arveja bien aceptada en el mercado.

### Maestro

Variedad precoz, de porte arbustivo, su ciclo vegetativo es de 95 días. Se puede cosechar en vainas verdes a los 65 días de haberse sembrado. La longitud de vaina varía de 8 a 10 centímetros. Sus granos son medianos y la longitud de tallo principal es de 30 centímetros.

Empleando mayor densidad de planta por hectárea, puede igualar en rendimiento a las variedades tradicionales en un menor tiempo. Además esta variedad es buena en rotación con el cultivo del algodonero.

### Criolla celeste

Variedad de color verde claro en grano seco, tiene alto potencial de rendimiento. Su aceptación en el mercado es buena en vainas verdes, ya que llega a medir 10 centímetros de longitud. Su ciclo vegetativo es de 125 a 135 días. La longitud del tallo principal es de 1,30 a 1,40 metros. La cosecha en verde se llega a realizar a partir de los 110 a 115 días después de la siembra.

## CALIDAD DE LA SEMILLA

La semilla de buena calidad contribuye a la obtención de una buena población de plantas, bien desarrolladas y vigorosas. Esto es debido a que el alto porcentaje de germinación estará garantizado. Por esta razón utilice semilla de buena calidad, de las variedades mejoradas de la zona.

Para que no tenga dudas de la calidad de su semilla, haga una prueba de germinación. Para esto, siembre en hileras 100 semillas en una bandeja con arena húmeda. Luego no descuide la humedad y vea cuantas semillas germinan. Cuéntelas y el número que obtenga es el porcentaje de germinación.

# DESINFECCION

Consiste en proteger la semilla del ataque de hongos e insectos, que las atacan apenas son colocadas en el suelo.

Desinfecte sus semillas con: Rhizolex o Vitavax (fungicida) a razón de 3 gramos por kilogramo de semilla. A ésto agréguele Vencetho u Orthene (insecticidas) con 4 gramos por kilogramo de semilla. Esta mezcla úsela momentos antes de la siembra.



# SISTEMA DE SIEMBRA

Siembre en surcos simples para las variedades de crecimiento postrado, como Alderman o Azul. Para las variedades tipo arbustivo, como Maestro, utilice surcos mellizos y en surcos simples, a 60 centímetros entre surcos.

Distanciamiento entre surcos simples (para variedades postradas).

Entre surcos : 90 centímetros
Entre golpes : 20 centímetros. Use 3 semillas por golpe.
Emplee la lampa para esta labor.

Distanciamiento en surcos mellizos

Entre pares de hileras     8    metros
Entre surcos             1,20 metros
Entre hileras             40   centímetros
Entre golpes             15   centímetros
Use 3 semillas por golpe.



*Surcos mellizos*

# FERTILIZACION

La fertilización es una técnica que tiene como finalidad aumentar la capacidad del suelo para dar los nutrientes a las plantas. Esta capacidad depende de las características del suelo, del clima y del tipo de cultivo. El suelo mientras sea más profundo y fácil de explorar por las raíces tendrá mayor capacidad para dar nutrientes.

Es mejor que le hagan un análisis de sus suelos, para determinar la necesidad de fertilizantes de acuerdo a lo que necesite el cultivo.

El fósforo es indispensable en el suelo por que estimula el proceso de nodulación y fijación de nitrógeno. En general es lo más importante para obtener un buen rendimiento. El nitrógeno aplíquelo en dosis bajas y al momento de la siembra. Esto permite un establecimiento rápido y vigoroso de las plantas y favorece el crecimiento de las raíces.

El potasio se encuentra en cantidades suficientes en el suelo, pero es necesario saber su disponibilidad y asimilación. Eso lo conocerá por el análisis de suelos. Es importante para garantizar una buena conformación de la semilla, lo que está relacionado con la calidad.

Debe ser una práctica permanente la incorporación al suelo de materia orgánica.

Fertilice al momento de la siembra o cuando se realiza la emergencia de plántulas. No debe de pasar los 15 días desde la siembra, para que el establecimiento del cultivo sea mucho más temprano y eficiente.

Use la fórmula 40-60-0 o también 60-80-20 de nitrógeno, fósforo y potasio, para una hectárea de cultivo.



Coloque el fertilizante enterrándolo lo suficiente para que aproveche la humedad del suelo. Puede ir al costado de las semillas o entre golpes.

## RIEGOS

El cultivo de arveja tiene mayor necesidad de agua en el momento de la formación de las vainas.

La frecuencia de los riegos depende de la época de siembra y del tipo de suelo. En suelos arenosos la frecuencia de riego será mayor.

Realice el primer riego a los 20 a 25 días de la siembra para permitir un buen desarrollo vegetativo. Luego riegue antes y después de la floración y para el llenado de las vainas. Evite el exceso de humedad por que favorece la presencia de hongos que ocasionan enfermedades.

## CULTIVO

Efectúe esta labor después del riego para que elimine las malas hierbas y además mulla la capa superficial del suelo. Esto con la finalidad de remover y desmenuzar la capa endurecida o las costras que se forman después que riegue. De esta manera facilita una mayor aereación al suelo. Los cultivos puede realizarlos con animales o con tractor.



*Cultivo y surcado*

## DESHIERBO

Realice deshierbos, ya sea en forma manual o a lampa, para que deje libres de malas hierbas sus campos en los primeros 45 días. Así su cultivo de arveja no tendrá competencia por nutrientes, luminosidad, además de evitar que sirva como fuente de hospederos de plagas.

# PLAGAS

De acuerdo al desarrollo de su cultivo de arveja se presentan algunas plagas. Mencionaremos las más importantes.

## Gusanos de tierras o gusanos cortadores

Son insectos que atacan al cultivo desde la germinación hasta unos días después. Viven en el suelo, debajo de los terrones. Sus ataques son nocturnos, saliendo a comer cortando plantitas al nivel del cuello.

Para controlar estos gusanos puede hacer lo siguiente:

◆ Una buena preparación de terreno, con un buen riego de machaco y aradura profunda.

◆ Desinfección de sus semillas.

◆ Si no ha evitado la presencia de estos gusanos, deberá realizar el control químico luego de una adecuada evaluación. A veces es suficiente con adelantar el primer riego o riego de enseño.

◆ El control químico puede ser con Vencetho u Orthene: 250 gramos por cilindro de 200 litros de agua. Aplique al pie de la planta en aspersiones a chorro, sin adherente. También puede usar Sevín 85 PS, usando de 500 a 600 gramos por cilindro de 200 litros de agua.

## Mosca minadora

Plaga de importancia económica sobre todo en el valle de Cañete, que siembran cultivos susceptibles a esta plaga como papa, tomate, frijol. El ataque de esta mosca es sobre todo desde la emergencia de plántulas hasta los 45 días después de la siembra. Esta plaga baja la producción de arveja en la zona.

El daño que causa la mosca minadora se conoce por los túneles serpenteados en las hojas. Su aparición se inicia desde la germinación y se prolonga en todo su período vegetativo.

Es bastante difícil el control de esta mosca minadora, cuando la intensidad del ataque lo hace necesario. Es frecuente que las moscas presenten resistencia a los plaguicidas, sin embargo se recomienda el uso de ciromazina para controlar este insecto.

Aplique un control preventivo con Tamarón al 0,3 por ciento, también puede usar Ripcord al 0,1 por ciento, o sea 600 centímetros cúbicos por cilindro de 200 litros de agua y 200 centímetros cúbicos por cilindro de 200 litros de agua.

## Pulgón

Se fija en las hojas, tallos jóvenes, brotes y vainas, extrayendo la savia y a la vez depositan su saliva tóxica. Esto provoca la marchitez de las plantas. Es una plaga secundaria en la zona.

Tiene como control natural a los depredadores, como la mariquita o las crisopas.

Como control cultural se previene haciendo los riegos oportunos.

Si persiste el ataque realice aplicaciones con insecticidas.



## Arañita roja

Son de tamaño muy pequeño, alcanzando una longitud de medio milímetro.

El ataque de este parásito produce el amarillamiento de las hojas, llegando a ocasionar su caída en caso de fuertes ataques.

Es una plaga ocasional en la zona, ya que se presenta a veces y al final del cultivo.

Se recomienda no dejar mucho tiempo a las plantas sin riego. De los riegos en su oportunidad.

Si aplica productos químicos, use Kelthane, a la dosis de 200 centímetros cúbicos por cilindro de 200 litros. También puede usar Comite, a la dosis de 600 centímetros cúbicos por cilindro de 200 litros.

# ENFERMEDADES

Dos son las enfermedades más importantes que se presentan en la zona, la chupadera fungosa y el oidium.

## Chupadera fungosa

Enfermedad producida por hongos que atacan a las plántulas, antes y después de salir al suelo. Causa la muerte por estrangulamiento a nivel del cuello de la planta.

Su control preventivo es mediante la desinfección de semillas.

Si hizo una mala desinfección, puede aplicar Rhizolex, fungicida en polvo al 0,4 por ciento o sea, 800 gramos por cilindro de 200 litros. Aplique al cuello de la planta, sin usar adherente.

## Oidium

Enfermedad común en la zona, causada por un hongo. Se manifiesta por manchas de color blanco pulverulentas sobre las hojas y las vainas de la planta.

El control químico se realiza con fungicidas como Bayleton polvo mojable al 25 por ciento o Sulfodin polvo mojable al 95 por ciento. Use 500 gramos por cilindro de 200 litros de agua.

# COSECHA

La cosecha es el proceso final de la actividad agrícola. Comprende un conjunto de operaciones que tienen por objeto recoger los productos.

En el cultivo de arveja realice la cosecha en grano verde, porque el mercado lo exige. Para cosechar tenga presente lo siguiente:

◆ Las vainas deben mostrar un color verde y el grano debe estar completamente desarrollado. La vaina sáquela con la mano y póngala en una canasta o saco. Luego

agrúpelas en eras, en sacos de malla, con la finalidad de que reciba aereación y para que no sufra pudriciones. De esta manera se transporta para su comercialización.

◆ Las vainas que han cambiado de color verde a verde limón o amarillo, déjelas para cosechar en seco.

Para la cosecha en seco, realice las labores de arranque, carguío, trilla y venteo:

◆ Arranque las plantas secas y agrúpelas en el terreno.

◆ Transporte el cultivo cosechado a un sitio especial llamado «era», donde va a trillarlo.

◆ Trille luego que el material haya alcanzado una humedad del 14 al 15 por ciento. Los granos deben estar más duros que cuando arrancan las plantas.

◆ Saque los granos de la paja, a mano o con máquina trilladora.

◆ El venteo consiste en separar las impurezas de los granos, con la finalidad de tener granos limpios.

## AMIGO AGRICULTOR

- Prepare bien sus terrenos.

- Siembre en época oportuna.

- Desinfecte su semilla.

- Riegue en época oportuna.

- Controle las plagas y enfermedades.

- Coseche cuando las vainas y los granos estén a punto.

Exhibit "B"

**MINISTRY OF AGRICULTURE**
**INIA**
**NATIONAL INSTITUTE OF RESEARCH  AND AGRARIAN EXTENSION**

# INTEGRATED MANAGEMENT OF RADICULAR ROTTING OF
# PEAS (*Pisum sativum*) IN THE CENTRAL VALLEY OF
# PERU

[IMAGE]

**LIMA-PERU**

**NATIONAL INSTITUTE OF RESEARCH AND AGRARIAN EXTENSION**

**HEADQUARTERS OF AGRARIAN RESEARCH**

**EXPERIMENTAL AGRARIAN STATION SANTA ANA  HUANCAYO**

# INTEGRATED MANAGEMENT OF RADICULAR ROTTING OF PEAS (*Pisum sativum*) IN THE CENTRAL VALLEY OF PERU

**Elder Ofelia Pinillos Monge, Engineer**

**Series**
**Booklet No. 2-04**

**Lima-Peru**
**October, 2004**

**PRESENTATION**

The pea (*Pisum Sativum L.*), is one of the most important components in the nutritional diet of rural and urban populations with limited resources of the central valley, for its high protein content, between 22 to 25% carbohydrates, vitamins and mineral salts in its grains.

In the central valley, It is harvested in different agro-ecological areas and microclimates. This crop meets a very important role within the Integrated Management of Plagues from the different crops: it is present in the crop-rotation, incorporating atmospheric nitrogen and acting as an improvement agent of the agricultural soil.

During the last campaigns, there has a been a decrease in the yield of this crop, mainly for incidents of **radicular rotting,** disease that presents itself during any stage of the phenological development of the plant. Mainly due to the deficiency in agronomic management , a shortage of quality seeds and soils that are completely infected by fungi which cause the disease.

This publication describes the symptoms, the causing agent, ways of dissemination and the integrated management of the radicular rotting of the pea crop with the purpose of diminishing the incidents of this disease, improve the yield, quality and profitability in the production of the crop, in favor of small scale farmers.

**INDEX**

I.   INTRODUCTION………………………………………………………………… 7
II.  RADICULAR ROTTING……………………………………………………… 8

    2.1   Generalities…………………………………………………………………8
    2.2   Symptoms…………………………………………………………………8
    2.3   Fungus causing disease…………………………………………………9
    2.4   Dissemination …………………………………………………………9


III.   INTEGRATED MANAGEMENT OF RADICULAR ROTTING…………………………...10

  3.1 Tasks to do before sowing………………………………………………10
    3.1.1   Crop-rotation………………………………………………………10
    3.1.2   Soil…………………………………………………………………10
    3.1.3   Picking and preparation of field…………………………………10
    3.1.4   Fertilization…………………………………………………………11
    3.1.5   Preparation of field………………………………………………11
    3.1.6   Obtaining a quality seed…………………………………………12

  3.2   Tasks to perform in the sowing and development of crop………………………………12
    3.2.1   Sowing season……………………………………………………12
    3.2.2   Crop density………………………………………………………13
    3.2.3   Type of sow………………………………………………………13
    3.2.4   Irrigation……………………………………………………………13
    3.2.5.   (illegible)…………………………………………………………14
    3.2.6   utilization of tolerant and resistant varieties……………………………14
    3.2.7   Chemical control…………………………………………………15


  IV. BIBLIOGRAPHY……………………………………………………………………16

## I.   INTRODUCTION

The radicular rotting complex is a very important disease in the pea crop, caused mainly by the fungi in the soil (illegible), this disease presents itself in all (illegible) development of its crop, causing irreparable damage. The severe damage of the disease causes the death of the plant and as a consequence, low yield and low quality of the pods and grains.

This disease usually presents itself by the interaction of three soil fungi ( illegible), these fungi are (illegible) and act in conjunction and affecting different crops.

This pamphlet is at the disposition of small scale farmers with the goal of contributing to integrating control (illegible) that will result in greater yield and better quality of the crop.

## II.      RADICULAR ROTTING

### 2.1      GENERAL OUTLINE

The fungi responsible for this disease are polyphagous; meaning, the attack a great number of plants that belong to totally different species. The damage caused are mainly rotting of the stem and root and, as a consequence, the death of the plant.

### 2.2.      SYMPTOMS

The symptoms present themselves in the main roots of the young plants. They first show a slightly red stain, that later becomes dark red or purple extending itself until it covers more or less the main root and the surrounding stem area that is beneath the surface of the soil, or there could also appear streaks that extend on the surface of it (picture1).There are lengthwise cracks over the root.

In general, the plant's growth is delayed and when the weather is dry the leaves could turn yellow and even detach from the plant. Afterwards, these infected plants drop and die; sometimes without signs of withering.

**Photo 1. Symptoms in the plant's roots.**

*Integrated Control of the Radicular Rotting in the Pea Crop*                    *9*

---

**DISEASE CAUSING FUNGI**

The radicular rotting in the pea crop are produced by fungi variety, Fusarium, Rhizoctonia and Phylum. The young roots are invaded by the fungi, soften and swell up and after that the cortical necrosis is produced.

Once the root and stem are invaded, the conducting vessels and the cells get clogged and does not allow the nutrients to circulate towards the plant and wither it.

[Image]

**Figure 1. Lengthened structures in the shape of plantain of the *fusarium* fungi that can be seen thru a microscope.**

**DISSEMINATION**

The fungi is introduced in new fields mainly for the following reasons:

- Use of infected seed.
- Continues sowing year after year (monosowing) benefits the fungi to persist.
- Water is a conduit of the inoculate and can contaminate the soil during irrigation process.
- Fungi spreads thru wind or it is carried thru the agricultural tools. These factors interfere in the dissemination of the fungi that comes from the infested soil.
- The fungi that causes radicular rotting in the pea crop is ***Fusarium solani***, and it lives in the soil in states of chlamydospore or saprophytic.

## III.    INTEGRATED MANAGEMENT OF  RADICULAR ROTTING

In order to make an integrated management of **radicular rotting,** as it pertains to the pea crop, it is necessary to use a series of handling practices of the crop geared towards diminishing the effects of the disease, including the use of resistant varieties and as an emergency measure, the use of pesticides.

### 3.1    Tasks to do before sowing

#### 3.1.1    Crop-rotation

It is convenient to avoid single crop farming. The repetitive cropping year after year, contributes to the increase of diseases and plagues and as a consequence produces low yields, diminishes the quality and quantity of the product, Repeat  sowing of same crop after 3 to 4 years.

#### 3.1.2    Soil

The pea crop requires soil that has good structure, deep and good drainage; rich in digestible nutrients and preferably slightly acidic to neutral. Best results are obtained in soil with good drainage that guarantees a good aeration and sufficient retention capacity and gathering of rain water.

#### 3.1.3    Choosing and preparing the soil

For the sowing of this crop, it is necessary to make a good soil selection. It should be well drained, with a high content of organic matter and a moderate slope,

*Integrated Control of the Radicular Rotting in the Pea Crop*                    *11*

---

Where the excess rain could drain, without causing erosion, nor puddling which favors the presence of diseases, mainly r**adicular rotting.**

### 3.1.4   Fertilization

In its initial state, the pea plant should absorb nitrogen. It requires phosphorus for its growth and yield of the crop. It must be kept in mind that fertilization, if it has an excess in nitrogen, it does not contribute to the good yield of the plant, on the contrary, it benefits the degrowth of the plant.

### 3.1.5   Preparation of the soil

This task is very important, this way the existing fungi could be eliminated from the soil (picture 2). It should be done way ahead of the sowing, at least twice by plowing the land and with the help of the sun and rain, we will eliminate the rotting of the rest of the crop which is the focus of the infection and the structures in the ceasing of the disease that are normally found in the agricultural soil.

**Picture 2.**  *Preparation of the land*

*12*                                        ***Integrated Control of the Radicular Rotting in the Pea Crop***

---

**3.1.6   Obtaining a  high quality seed**

This aspect is really important, since 50% of the crop is based in the use of a high quality seed,  for that, keep in mind the following:

- The surface of the grain should not be damaged nor have stains.
- The origin of the seed is important, preferably, it should be obtained from a company that offers a guarantee of the product.

**Photo 3. The seeds should be uniform in size, color, according to the variety. It should be free of foreign materials and show no damage from insects.**

**3.2      TASKS TO DO DURING THE SOWING AND GROWING OF THE CROP**

**3.2.1.  Sowing season**

The pea crop responds favorably in mild to cold climates with a good adaptation to periods of low temperature, during the germination and the first phases of the plant. During the months of frequent rain, between the months of January to March, there is an increase in the incidents of radicular rotting. It is recommended the sowing period from the months of October to January for green grain crop and from July to November for the dry grain crop.

*Integrated Control of the Radicular Rotting in the Pea Crop*                    *13*

---

### 3.2.2   Crop density

High densities benefit the attack of diseases, because they develop a microclimate, that facilitates the proliferation of the soil fungi. The recommended density for the sown varieties in the central valley is of 60 kg/ha with a direct stream (Remate, Usui and Midori Usui). The distancing between furrows is of .80 to 1.00 m.

### 3.2.3   Type of seed sowing

The seed sowing should be preferably done, in the rib of the furrow or loin of the furrow (picture 4). This system will facilitate the irrigation of the crop and the incidence of radicular rotting will decrease since the rootlet of the plants will not be in direct contact with the water irrigation.

*Picture 4. Crop above the loin of furrow*

### 3.2.4   Irrigation

The managing of the irrigation system is very important for disease control. The crop does not require too much water. In rainy seasons, it should only be watered if necessary. The best results for the prevention of radicular rotting occur at a risk frequency of every 20 days, being careful not to do heavy irrigation (gravity irrigation).

*14*                                    ***Integrated Control of the Radicular Rotting in the Pea Crop***

In drought season, between the months of July and October, the irrigation of 4 days and in two hour slots are the most recommended for disease control ( using drip irrigation system).

***Picture 5. Drip Irrigation of 4 days in 2 hour slots for disease control***

### 3.2.5   Weed control

Weed control is important, since they influence greatly in yield measures. It can cause the total loss of the output. The weed competes with the pea for light, water and nutrients. The competition for light is probably the most important aspect for the development of the crop. Also, the presence of weeds in the crop benefits the occurrence of different diseases, they act as hosts and source of inoculation.

### 3.2.6   Use of tolerant or resistant varieties

It is always important to know the main characteristics of the pea crop varieties, in order to sow those that are tolerant or resistant to disease. According to the labor performed in the agricultural fields and in different ecosystems, it could be stated that the Usui variety is tolerant to the radicular rotting, semi tolerant to the Midori Usui and susceptible to the Remate variety.

### 3.2.7   Chemical control

This is an important practice in the integrated control of  radicular rotting. In the sowing process, it is important to disinfect the seed with products have a base of Carboxin + Captan (**Vitavax)** or Captan +Benomyl + Diazinon (**Disinfect).** Likewise, in not so severe attacks or as a preventative measure, an application of same products could be done to the neck of the plant's root; or apply Pentacloronitrobencene, this product benefits the formation of new hypocotyl and rootlet in plants.

## IV. BIBLIOGRAPHY

- **Arevalo Vela Carlos. 1995.** TUTORES EN EL CULTIVO DE ARVEJA.
     Pamphlet INIA- Proyecto (illegible)

- **Centeno Cevallos Jose. 2000.** FRECUENCIA DE RIESGOS EN LA INCIDENCIA DE PUDRICION RADICULAR EN TRES VARIEDADES DE ARVEJA. Thesis U.N.O.P.

- **Hagedorn Donald J. 1984.** COMPENDIUM OF PEA DISEASES. Printed by The American Phytonatomical Society. Minnesota U.S.A.

- **Hooker W. J. 1980** COMPENDIUM DE ENFERMEDADES DE LA PAPA.  Centro internacional de la papa.

- **INTA. ARGENTINA.** RECOMENDACIONES PRACTICAS PARA EL CULTIVO DE ARVEJA. Resumen Estación Experimental (illegible) San Pedro de la Provincia de Buenos Aires- Argentina**.**

- **Lorente Herrera Juan B.** BIBLIOTECA DE LA AGRICULTURA
     Impreso por IMIGE, INDUSTRIA GRAFICA.

## LAS ÚLTIMAS PUBLICACIONES DEL INIEA QUE SE ENCUENTRAN A DISPOSICIÓN DE LOS INTERESADOS:

### FOLLETOS

- Micropropagación de Alcachofa sin Espinas
- Cultivo de Ajo en la Costa Central
- Cultivo de Hierbas Aromáticas y Medicinales
- Empadre Controlado en Alpacas
- Crianza de Conejos
- Transformación Artesanal de la Fibra de Alpaca
- Teñido de la Fibra de Alpaca mediante el Uso de Tintes Naturales
- Manejo del Cultivo de la Maca: Producción de las Raíces
- Manejo del Cultivo de la Maca: Producción de Semilla Botánica
- Uso de Tutores en el Cultivo de Arveja
- Siembra y Abonamiento del Trigo en la Costa Central
- Diagnóstico del Nemátodo Quiste de la Papa
- Manejo de Almácigo para Cebolla Amarilla para Exportación
- Cultivo de la Tuna y la Crianza de la Cochinilla
- Producción de Porta Injerto de Palto
- Cultivo de la Betarraga
- Instalación y Establecimiento de Pasturas Cultivadas en la Sierra Central del Perú

### MANUALES

- Cultivo de Alcachofa sin Espinas
- Semillas de Especies Forestales de Importancia en la Región Ucayali
- Cultivo de la Papa en la Región Cajamarca
- Cultivo de Brócoli
- Cultivo de Vainita
- Crianza de Cuyes
- Guía del Huerto Hidropónico
- Cultivo de la fresa en el Perú
- Enfermedades de Plantas causadas por Virus
- Manual Práctico: Cultivo de Arroz en la Costa Norte
- Manual Práctico: Producción de semilla de frijol canario 2000
- Manual Práctico: Cultivo del Algodonero en la Costa Central
- Libro: Variedades de Papa Nativa y Formas de consumo en la Región Puno
- Tecnología para la Producción de Semillas Forrajeras en la Zona Andina del Perú
- Conservación y Preservación de Pieles de Camélidos
- Cultivo de Camu Camu (*Myrciaria dubia* H.B.K.) en la Región Loreto
- Propagación y Conservación in vitro de la Uña de Gato *Uncaria spp.*



**DIRECCIÓN GENERAL DE EXTENSIÓN AGRARIA**
**UNIDAD DE MEDIOS Y COMUNICACIÓN TÉCNICA**

Av. La Molina N° 1981, Lima 12 - Casilla N° 2791 - Lima 1
Telefax: 349-5631 / 349-5625
http//:www.inia.gob.pe    E-mail: public@inia.gob.pe

---

MINISTERIO DE AGRICULTURA



**inia**

*Instituto Nacional de Investigación y Extensión Agraria*

# MANEJO INTEGRADO DE LA PUDRICIÓN RADICULAR EN EL CULTIVO DE ARVEJA (*Pisum sativum*) EN LA SIERRA CENTRAL DEL PERÚ





**LIMA - PERÚ**

INSTITUTO NACIONAL DE INVESTIGACION Y EXTENSIÓN AGRARIA

DIRECCION GENERAL DE INVESTIGACIÓN AGRARIA

ESTACIÓN EXPERIMENTAL AGRARIA SANTA ANA – HUANCAYO

# MANEJO INTEGRADO DE LA PUDRICIÓN RADICULAR EN EL CULTIVO DE ARVEJA (*Pisum sativum*) EN LA SIERRA CENTRAL DEL PERÚ

*Ing. Elder Ofelia Pinillos Monge*

**Serie**
**Folleto N° 2-04**

**Lima - Perú**
**Octubre, 2004**

© **INSTITUTO NACIONAL DE INVESTIGACION Y EXTENSIÓN AGRARIA, INIEA**
DIRECCIÓN GENERAL DE INVESTIGACIÓN AGRARIA
DIRECCIÓN GENERAL DE EXTENSIÓN AGRARIA

**Diagramación e Impresión:**
Unidad de Medios y Comunicación Técnica

**Primera Edición:**
Octubre, 2004
Tiraje: 300 ejemplares

Av. La Molina N°1981, Lima 12 Casilla N° 2791 - Lima 1 Telefax: 3495631 / 3495625

Prohibida la reproducción total o parcial sin autorización.

# PRESENTACIÓN

La arveja (*Pisum sativum* L.), es uno de los componentes más importantes en la dieta alimenticia de las poblaciones rurales y urbanas de escasos recursos de la sierra central, por su alto contenido de proteínas, entre 22 a 25%, carbohidratos, vitaminas y sales minerales en sus granos.

En la sierra central, se cultiva en diversas zonas agroecológicas y microclimas. Este cultivo cumple un rol muy importante dentro del Manejo Integrado de Plagas de los diferentes cultivos; se encuentra presente en la rotación de cultivos, incorporando nitrógeno atmosférico y actuando como mejorador del suelo agrícola.

En las últimas campañas, en este cultivo ha ocurrido una disminución en sus rendimientos, principalmente por la incidencia de **pudriciones radiculares,** enfermedad que se presenta en cualquier etapa del desarrollo fenológico de la planta. Principalmente por el deficiente manejo agronómico, escasez de semilla de calidad y por suelos completamente infectados por hongos causantes de la enfermedad.

La presente publicación describe los síntomas, el agente causal, forma de diseminación y el manejo integrado de la pudrición radicular del cultivo de arveja con la finalidad de disminuir la incidencia de ésta enfermedad, mejorar los rendimientos, calidad y rentabilidad en la producción del cultivo, en favor de los pequeños agricultores.

# ÍNDICE

I.     INTRODUCCIÓN  ................................................................  7

II.    PUDRICIÓN RADICULAR  ...................................................  8

       2.1  Generalidades  ...................................................................  8
       2.2  Síntomas  ...........................................................................  8
       2.3  Hongo causante de la enfermedad .................................  9
       2.4  Diseminación  ....................................................................  9

III.   MANEJO INTEGRADO DE LA PUDRICIÓN RADICULAR ........  10

       3.1  Prácticas a realizar antes de la siembra ....................  10
            3.1.1 Rotación de cultivos .............................................10
            3.1.2 Suelo  ....................................................................10
            3.1.3 Elección y preparación del terreno ......................  10
            3.1.4 Fertilización  ........................................................  11
            3.1.5 Preparación del terreno ......................................  11
            3.1.6 Obtención de semilla de calidad .........................  12

       3.2  Prácticas a realizar en la siembra y desarrollo
            del cultivo  ......................................................................  12
            3.2.1 Época de siembra  .............................................  12
            3.2.2 Densidad del cultivo ...........................................  13
            3.2.3 Tipo de siembra  ................................................  13
            3.2.4 Riego  ..................................................................  13
            3.2.5 Control de malezas ............................................  14
            3.2.6 Utilización de variedades tolerantes o resistentes ..  14
            3.2.7 Control químico  ................................................  15

IV.    BIBLIOGRAFÍA  ................................................................  16

## I. INTRODUCCIÓN

El complejo de las pudriciones radiculares es una enfermedad muy importante en el cultivo de arveja, ocasionada, principalmente, por hongos del suelo (*Fusarium* spp, *Rhizoctonia solani*, *Phytium* spp), esta enfermedad se presenta en todo el desarrollo fenológico del cultivo, causando pérdidas irreparables.  El ataque severo de la enfermedad causa la muerte de la planta, con la consecuente disminución del rendimiento, desmejorando la calidad de las vainas y granos.

Esta enfermedad, frecuentemente se presenta por la interacción de tres hongos de suelo (*Fusarium* spp, *Rhizoctonia solani*, *Phytium* spp), estos hongos son polífagos y actúan en conjunto afectando a diferentes cultivos de panllevar.

Este folleto se pone a disposición de los pequeños agricultores, con la finalidad de contribuir a un adecuado control integrado de la enfermedad, que conllevará a un mejor rendimiento y rentabilidad del cultivo.

Case 2:17-cv-08220-DMG-SK   Document 76-3   Filed 11/15/19   Page 57 of 103   Page ID #:1374

## II.  PUDRICIÓN RADICULAR

### 2.1  GENERALIDADES

Los hongos causantes de esta enfermedad son polífagos; es decir, atacan un gran número de plantas pertenecientes a especies completamente diferentes.  Los daños que causan son principalmente pudrición de tallo y raíz y, como consecuencia, la muerte de la planta.

### 2.2  SÍNTOMAS

Los síntomas se presentan en las raíces principales de las plantas jóvenes.  Muestran al principio una mancha ligeramente rojiza, que posteriormente adquiere una tonalidad que va de rojo oscuro a pardo extendiéndose hasta cubrir más o menos la raíz principal y el contorno del tallo que se encuentran por debajo de la superficie



del suelo, o bien aparecen rayas que se extienden por arriba de ella. (foto 1).  Sobre la raíz principal aparecen fisuras longitudinales.

Por lo general, el crecimiento de la planta se retarda y cuando el clima es seco las hojas pueden tornarse amarillas e incluso desprenderse de la planta.  Luego, estas plantas infectadas decaen y mueren; algunas veces sin mostrar marchitez.

*Foto 1.  Síntomas en raíces de planta.*

### 2.3  HONGO CAUSANTE DE LA ENFERMEDAD

Las pudriciones radiculares en el cultivo de arveja son producidas por hongos de los géneros *Fusarium, Rhizotocnia y Phytium.*  Las



raíces jóvenes son invadidas por el hongo y llegan a ablandarse e hincharse, después de ello se produce la necrosis cortical.

Una vez que la raíz y tallo son invadidas, los vasos conductores y las células se taponan y no dejan circular los nutrientes hacia la planta y terminan marchitándola.

*Figura 1.  Estructuras alargados en forma de plátano del hongo fusarium que se observan mediante un microscopio.*

### 2.4  DISEMINACIÓN

El hongo es introducido en campos nuevos principalmente por las siguientes razones:

- Uso de semilla infectada.

- Siembras continuas de un año a otro (monocultivo) favorecen la permanencia del hongo.

- El agua es un conductor del inoculo y puede contaminar el suelo cuando se realizan las labores de riego.

- El hongo se desplaza por el viento o es llevado con los implementos agrícolas, estos factores intervienen en la diseminación del hongo proveniente de suelos infestados.

- El hongo que produce pudrición radicular en el cultivo de arveja es **Fusarium solani**, y sobrevive en el suelo al estado de clamidosporas o saprofíticamente.

Case 2:17-cv-08220-DMG-SK   Document 76-3   Filed 11/15/19   Page 58 of 103   Page ID #:1375

## III.  MANEJO INTEGRADO DE LA PUDRICIÓN RADICULAR

En el cultivo de arveja para realizar un manejo integrado de la **pudrición radicular**, es necesaria la utilización de una serie de prácticas de manejo del cultivo orientadas a disminuir los efectos de la enfermedad, incluyendo el uso de variedades resistentes y como medida de emergencia el uso de plaguicidas.

### 3.1  Prácticas a realizar antes de la siembra

#### 3.1.1  Rotación de cultivos

En todos los suelos, es conveniente evitar el monocultivo. La repetición de un cultivo año tras año, conlleva al incremento de las enfermedades y plagas y como consecuencia ocasiona bajos rendimientos, disminuye la calidad y cantidad del producto. Repetir la siembra del mismo cultivo después de 3 a 4 años.

#### 3.1.2  Suelo

El cultivo de arveja requiere suelos de buena estructura, profundos y bien drenados; ricos en nutrientes asimilables y preferentemente de reacción ligeramente ácida a neutro. Mejores resultados se obtienen en suelos con buen drenaje que asegure una adecuada aireación y suficiente capacidad de retención y almacenaje de agua de lluvia.

#### 3.1.3  Elección y preparación del terreno

Para la siembra de este cultivo, es necesario realizar una buena elección del suelo, éste debe ser bien drenado, con alto contenido de materia orgánica y una moderada pendiente, donde el exceso de lluvia pueda escurrir, sin provocar erosión, ni encharcamiento, que favorece la presencia de enfermedades, principalmente la **pudrición radicular.**

#### 3.1.4  Fertilización

En sus estados iniciales, la planta de arveja debe absorber el nitrógeno. Requiere de fósforo para el desarrollo y rendimiento del cultivo. Se debe tener en cuenta que la fertilización, si es excesiva en nitrógeno, no contribuye al buen rendimiento de la planta, por el contrario favorece el desarrollo de enfermedades.

#### 3.1.5  Preparación de terreno

Esta labor es muy importante, mediante ella se puede eliminar el hongo existente en el suelo (foto 2). Debe hacerse con mucha anticipación a la siembra, por lo menos realizar dos veces el roturado del terreno y con la ayuda del sol, la lluvia y el viento eliminaremos por pudrición los restos de cosecha que son foco de infección y las estructuras en descanso de la enfermedad que normalmente se encuentran en el suelo agrícola.



*Foto 2. Preparación del terreno*

### 3.1.6  Obtención de semilla de calidad

Este aspecto es bastante importante, ya que el 50% del éxito, del cultivo está basado en el uso de semilla de calidad, para ello se debe tener en consideración lo siguiente:

- La superficie del grano no debe estar dañada ni presentar manchas.
- La procedencia de la semilla es importante, preferentemente se debe obtener de Empresas que ofrezcan garantías del producto.



*Foto 3. Las semillas deben ser uniformes en tamaño, color, de acuerdo a la variedad. Deben estar libres de material extraño, y no presentar daños de insectos.*

## 3.2  Prácticas a realizar en la siembra y desarrollo del cultivo

### 3.2.1  Época de siembra

El cultivo de arveja se comporta muy bien en climas templado a frío con una buena adaptación a periodos de baja temperatura, durante la germinación y los primeros estadios de la planta. La siembra en épocas de lluvias frecuentes, entre los meses de enero a marzo, incrementa la incidencia de pudriciones radiculares. Se recomienda la siembra de octubre a enero para cosecha en grano verde y de julio a noviembre para la cosecha en grano seco.

### 3.2.2  Densidad del cultivo

Las altas densidades favorecen el ataque de enfermedades, porque desarrollan un microclima, que facilita la proliferación de los hongos del suelo. La densidad recomendable para las variedades sembradas en la sierra central es de 60 kg/ha a chorro continuo (Remate, Usui y Midori Usui). El distanciamiento entre surcos es de 0.80 a 1.00 m.

### 3.2.3  Tipo de siembra

La siembra preferentemente, se debe realizar en la costilla del surco o lomo de surco (Foto 4). Este sistema facilitará

el riego del cultivo y la incidencia de pudriciones radiculares disminuirá ya que las raicillas de las plantas no estarán en contacto directo con el agua de riego.



*Foto  4.  Cultivo sobre el lomo del surco*

### 3.2.4  Riego

El manejo del riego es muy importante para el control de la enfermedad. El cultivo no es muy exigente en agua. En épocas de lluvia sólo se debe regar si es necesario. Los mejores resultados para el control de pudrición radicular se dan con una frecuencia de riego de cada 20 días, teniendo cuidado de no realizar riegos pesados (riego por gravedad).

En época de sequía, entre los meses de julio a octubre los riegos de 4 días y por espacio de dos horas son los más recomendables para el control de la enfermedad (utilizando riego por goteo).



*Foto 5. Riego por goteo de 4 días por espacio de dos horas para el control de la enfermedad.*

### 3.2.5  Control de malezas

El control de malezas es importante, ya que inciden notablemente en el rendimiento.  Pueden causar la pérdida total de la producción.  La maleza compite con la arveja por la luz, agua y nutrientes.  La competencia por la luz quizás es el aspecto más importante para el buen desarrollo del cultivo.  Asimismo, la presencia de malezas en el cultivo favorece la incidencia de diferentes enfermedades, actúan como hospederos y fuente de inóculo.

### 3.2.6  Utilización de variedades tolerantes o resistentes

Siempre es importante conocer las características principales de las variedades en el cultivo de arveja, para poder sembrar aquellas que son tolerantes o resistentes a la enfermedad.  Según los trabajos realizados en campo de agricultores y en diferentes ecosistemas, se puede mencionar

a la variedad Usui como tolerante a la infección de pudrición radicular, semi tolerante a Midori Usui y susceptible a la variedad Remate.

### 3.2.7  Control químico

Es una práctica importante en el manejo integrado para el control de pudrición radicular.  En la siembra, es importante realizar la desinfección de semilla con productos a base de Carboxin + Captan **(Vitavax)** o Captan + Benomyl + Diazinon **(desinfect)**.  Asimismo, en ataques no muy severos o en forma preventiva se puede realizar la aplicación de los mismos productos al cuello de la raíz de la planta; ó aplicar Pentacloronitrobenceno, este producto favorece en la formación de nuevos hipocotilos y raicillas en las plantas.

## IV. BIBLIOGRAFÍA

- **Arévalo Vela Carlos .** **1995**. TUTORES EN EL CULTIVO DE ARVEJA. Folleto INIA - Proyecto SINITTA.

- **Centeno Cevallos José . 2000.** FRECUENCIA DE RIEGOS EN LA INCIDENCIA DE PUDRICIÓN RADICULAR EN TRES VARIEDADES DE ARVEJA.   Tesis   U. N. C. P.

- **Hagedorn Donald J. . 1984**. COMPENDIUM OF PEA DISEASES. Impreso por The American Phytopathological Society. Minnesota U.S.A.

- **Hooker W. J.  1980**. COMPENDIUM DE ENFERMEDADES DE LA PAPA.  Centro Internacional de la Papa.

- **INTA. ARGENTINA.** RECOMENDACIONES PRÁCTICAS PARA EL CULTIVO DE ARVEJA. Resumen.  Estación Experimental Agropecuaria San Pedro de la Provincia de Buenos Aires – Argentina.

- **Lorente Herrera Juan B.** BIBLIOTECA DE LA AGRICULTURA. Impreso por IMEGE, INDUSTRIA GRAFICA.

Exhibit "C"

# INTERNATIONAL
# CERTIFIED CROP ADVISER EXAM

# PERFORMANCE OBJECTIVES

## The American Society of Agronomy

### Certified Crop Adviser Program





**Effective October 2017**

*Copyright 2017 – The American Society of Agronomy*

## INTERNATIONAL CERTIFIED CROP ADVISER PERFORMANCE OBJECTIVES

### Table of Contents

**FOREWORD**                                                                 **2**

**NUTRIENT MANAGEMENT COMPETENCY AREAS:**                     **3**
  1. Basic Concepts of Plant Nutrition
  2. Basic Concepts of Soil Fertility
  3. Soil Testing and Plant Tissue Analysis
  4. Nutrient Sources
  5. Nutrient Placement and Timing
  6. Soil pH and Liming
  7. Nutrient Diagnostics
  8. Nutrient Management Planning

**SOIL AND WATER MANAGEMENT COMPETENCY AREAS:**              **12**
  1. Basic Soil Properties
  2. Site Characterization
  3. Soil Erosion
  4. Residue and Tillage Management
  5. Restrictive Soil Layers
  6. Soil Management Effects on Air Quality
  7. Water and Solute Movement
  8. Soil-Plant/Water Relations
  9. Irrigation and Drainage
  10. Water Quality

**PEST MANAGEMENT COMPETENCY AREAS:**                        **21**
  1. Basic Concepts of Pest Management
  2. Sampling and Monitoring
  3. Identification
  4. Decision-Making Guidelines
  5. Pest Management Strategies
  6. Environmental Stewardship
  7. Health and Safety

**CROP MANAGEMENT COMPETENCY AREAS:**                        **29**
  1. Cropping Systems
  2. Hybrid and Variety Selection
  3. Crop Establishment
  4. Crop Growth, Development, and Diagnostics
  5. Applied Information Technologies
  6. Harvest and Storage
  7. Crop Production Economics

## FOREWORD

Throughout history, a nation's success has been directly related to the success of its agriculture. Today, with less than 2 percent of the population engaged in production agriculture, the margin for error is small, and producers rely heavily on the advice of others. The Certified Crop Adviser (CCA) Program came into existence to insure that growers receive sound advice and recommendations.

The CCA program is built on the concept that there are certain things one must know in order to provide sound advice to producers. These topics are determined by asking a wide array of agriculturists involved in all aspects of crop production to tell us what a Certified Crop Adviser must know. We use this information to create the Competency Areas and Performance Objectives that follow. Performance Objectives are the heart of the CCA Program, as they outline the basic knowledge and skills required by individuals providing advice to crop producers. By mastering the Performance Objectives, one will possess the knowledge that the agricultural industry has deemed important for a Certified Crop Adviser to know.

These Performance Objectives are dynamic, and are upgraded as the needs of the crop production industry evolve. The original performance objective document was developed by Dr. Jim Vorst of Purdue University in 1992. Every four years, the exam modules are extensively reviewed and updated by a committee representing both the public and private sectors from across the U.S. and Canada. The revised modules are then reviewed by Certified Crop Advisers who provide input on the relative importance of the Performance Objectives, and on areas that need to be added or deleted. This ensures that the CCA program will remain a viable and useful tool which recognizes the high level of competence displayed by those who choose to earn this designation.

To help you organize your learning, the Performance Objectives are divided into four modules: Nutrient Management; Soil and Water Management; Pest Management; and Crop Management. Each module contains several Competency Areas, which identify needed knowledge and skill areas. Within each Competency Area are specific Performance Objectives which describe the activity to be performed to demonstrate competency. All the questions on the international exam are based directly on these Performance Objectives. To assist in mastering the competencies required by CCA's, a glossary of many of the terms used for each module is available as a separate document.

Lastly, we gratefully acknowledge the researchers and educators that have provided the foundation of agricultural knowledge that this document is based upon, the countless hours of the individuals who have served on various performance objective review committees, and the literally thousands of subject matter experts and practitioners that have reviewed this document over the years.

The American Society of Agronomy
Certified Crop Adviser Program

**NUTRIENT MANAGEMENT COMPETENCY AREAS:**

1 - Basic Concepts of Plant Nutrition

2 - Basic Concepts of Soil Fertility

3 - Soil Testing and Plant Tissue Analysis

4 - Nutrient Sources

5 - Nutrient Placement and Timing

6 - Soil pH and Liming

7. - Nutrient Diagnostics

8 - Nutrient Management Planning

## NUTRIENT MANAGEMENT PERFORMANCE OBJECTIVES

**Competency Area 1.  Basic Concepts of Plant Nutrition**

1.  List the 17 elements essential for plant nutrition:
    a.  C, H, O, N, P, K, Ca, Mg, S, Cl, Zn, Fe, Mn, Cu, B, Mo, Ni

2.  List beneficial elements
    a.  Si, Na, Co, and Se

3.  Classify the essential elements as macronutrient or micronutrient.

4.  Describe the functions of N, P, K and S in plants.

5.  Classify each macronutrient and micronutrient as mobile or immobile in the plant.

6.  List chemical uptake forms of each macronutrient.

7.  Describe how nutrient uptake changes as plant growth progresses from germination to maturity.

**Competency Area 2.  Basic Concepts of Soil Fertility**

1.  Describe the role of the following in supplying nutrients from the soil:
    a.  soil solution.
    b.  cation exchange sites.
    c.  organic matter.
    d.  soil minerals.
    e.  plant residue.

2.  Describe nutrient mineralization, immobilization, and uptake antagonism between ions.

3.  Describe mass flow, diffusion, and root interception of nutrients.

4.  Describe how cation exchange capacity (CEC) influences the mobility of cations and anions.

5.  Classify the following ions as mobile or immobile in the soil:
    a.  ammonium ($NH_4^+$).
    b.  nitrate ($NO_3^-$).
    c.  phosphate ($H_2PO_4^-$).
    d.  sulfate ($SO_4^{2-}$).
    e.  potassium ($K^+$).
    f.  calcium($Ca^{2+}$).
    g.  magnesium ($Mg^{2+}$).

6. Describe how the following soil characteristics affect nutrient uptake
   a. texture.
   b. structure.
   c. drainage/aeration.
   d. moisture.
   e. pH.
   f. temperature.

7. Describe how the following affect the fate of N in soil:
   a. ammonium fixation by clay.
   b. ammonification/mineralization.
   c. nitrification.
   d. volatilization.
   e. denitrification.
   f. immobilization.
   g. leaching.
   h. symbiotic fixation.
   i. plant uptake.

8. Describe how the following soil factors affect symbiotic nitrogen fixation:
   a. pH.
   b. moisture.
   c. available nitrogen level.
   d. presence of compatible rhizobia species.
   e. phosphorus, sulfur, molybdenum, and cobalt availability.

9. Describe how the following affect the fate of P in soil
   a. fixation/saturation.
   b. pH.
   c. mineralization.
   d. soil erosion.
   e. soluble P transport.

**Competency Area 3.  Soil Testing and Plant Tissue Analysis**

1. Describe how the following affect soil sampling:
   a. method(s) of previous nutrient application.
   b. nutrient stratification.
   c. within-field soil and crop variability.
   d. nutrient to be analyzed.
   e. predictive vs. diagnostic sampling.
   f. root zone depth.
   g. crop to be grown.
   h. tillage and planting system.

2.  Describe how to use the following to develop a soil sampling plan:
    a.  yield map.
    b.  soil survey map.
    c.  aerial imagery.
    d.  landscape position.
    e.  land use history.

3.  Differentiate grid, zone, and whole field sampling approaches.

4.  Describe how to use soil analysis for
    a.  problem solving/diagnosis.
    b.  nutrient program monitoring.
    c.  in-season nutrient management.
    d.  pre-season nutrient planning.

5.  Indicate how the following cause variability in soil test analysis:
    a.  time of sampling.
    b.  depth of sampling.
    c.  extraction chemistry and detection method.
    d.  method of preparing and shipping sample.
    e.  number of cores per composite sample.

6.  Compare and contrast the following approaches for making nutrient recommendations:
    a.  sufficiency level.
    b.  soil buildup/drawdown.
    c.  base saturation/nutrient balance.
    d.  maintenance/crop removal.

7.  Recognize how the following affect soil analysis interpretation for crop management:
    a.  probability of crop response to added nutrients.
    b.  reported nutrient sufficiency level.
    c.  units used to report results.
    d.  within-field variability.
    e.  environmental risk.

8.  Describe how to use plant tissue analysis for
    a.  problem solving/diagnosis.
    b.  nutrient program monitoring.
    c.  in-season nutrient management.

9.  Recognize how the following affect plant tissue analysis results:
    a.  crop species.
    b.  growth stage.
    c.  plant part sampled.
    d.  crop stress level.
    e.  time of day sampled.
    f.  sample handling/preparation.
    g.  method and timing of nutrient application.

10. Describe the probability of crop yield response to added nutrition when plant tissue nutrient concentration is
    a. deficient.
    b. critical value.
    c. sufficiency level.
    d. luxury consumption.
    e. toxicity level.

11. Describe how the following methods are used to assess plant nutrient status:
    a. proximal sensing (within 2 meters of the soil surface).
    b. chlorophyll meters.
    c. remote sensing.

**Competency Area 4.  Nutrient Sources**

1. Describe how the following serve as plant nutrient sources:
    a. organic matter.
    b. irrigation water.
    c. inorganic/organic fertilizers.
    d. soil minerals.
    e. animal manure/processed waste water.
    f. urban/industrial byproducts/biosolids.
    g. crop residue.
    h. residual soil nutrients.
    i. shallow ground water.

2. Describe how the following influence nutrient loss/availability:
    a. urease inhibitors.
    b. polymer coatings.
    c. nitrification inhibitors.
    d. chelated formulations.

3. Describe environmental conditions influencing the use of the materials listed in #2.

4. Describe the physical form and analysis of each of the following nitrogen sources:
    a. anhydrous ammonia.
    b. urea.
    c. ammonium nitrate.
    d. urea-ammonium nitrate solution (UAN).
    e. ammonium sulfate.

5. Describe the physical form and analysis of each of the following phosphorus sources:
    a. triple superphosphate.
    b. monoammonium phosphate.
    c. diammonium phosphate.
    d. ammonium polyphosphate.

6. Describe the physical form and analysis of each of the following potassium sources:
   a. potassium chloride.
   b. potassium sulfate.
   c. potassium nitrate.
   d. potassium magnesium sulfate.

7. Convert fertilizer analysis of P and K from elemental to oxide form, and vice versa.

8. Define the following fertilizer terms:
   a. total availability.
   b. water solubility.
   c. guaranteed analysis.

9. Use nutrient analysis and soil analysis information to calculate fertilizer and/or manure application rates.

10. Describe how the following affect nutrient availability from manure:
    a. physical form.
    b. animal source/ration.
    c. moisture content/percent solids.
    d. stage of decomposition/composting.
    e. storage and handling.
    f. application and timing method.

11. Describe the importance of collecting a representative sample of manure or effluent.

**Competency Area 5:  Nutrient Placement and Timing**

1. Recognize how cropping systems influence the following:
   a. soil fertility levels.
   b. method of applying nutrients.
   c. timing of nutrient application.

2. Describe advantages and limitations of the following nutrient placement methods:
   a. injection.
   b. surface broadcast.
   c. broadcast incorporated.
   d. band.
   e. fertigation.
   f. foliar.
   g. sidedress.
   h. topdress.
   i. in furrow (seed placed).

3.   Describe advantages and limitations of the following times of nutrient application:
   a.   fall.
   b.   spring preplant.
   c.   at planting/pre-emergence.
   d.   post emergence.
   e.   split application.

4.   Explain how the following factors affect seed germination when fertilizers are applied at planting
   a.   placement.
   b.   salt index.
   c.   form of fertilizer.
   d.   rate.

**Competency Area 6.  Soil pH and Liming**

1.   Define
   a.   soil pH.
   b.   buffer pH.
   c.   acidic.
   d.   alkaline.
   e.   lime requirement.

2.   Be able to define the difference between buffer pH and water pH.

3.   Describe the long term change in soil pH from applying nitrate vs ammonium fertilizer sources.

4.   Describe how CEC, soil texture, tillage practices, and soil organic matter affect lime requirement.

5.   Describe how soil pH affects nutrient availability.

6.   Describe how liming materials neutralize soil acidity.

7.   Describe how fineness and Calcium Carbonate Equivalent (CCE) affect neutralizing ability of liming materials.

8.   Calculate lime application rates to meet liming requirements.

9.   Describe the effect of the following on soil pH:
   a.   calcitic lime.
   b.   dolomitic lime.
   c.   elemental sulfur.
   d.   aluminum sulfate (alum).
   e.   ammonium sulfate (AMS).
   f.   gypsum.
   g.   potassium nitrate.
   h.   ammonium nitrate.

9

**Competency Area 7. Nutrient Diagnostics**

1. Be able to identify plant symptoms associated with:

    a. Deficiency
    b. Toxicity

2. Be able to explain why it would be a nutrient deficiency or toxicity and not a non-nutrient issue (i.e., crop injury from fertilizer applications, poor drainage, etc.)
3. Understand the timing of soil testing versus plant tissue testing for deficiency and toxicity symptoms.

**Competency Area 8.  Nutrient Management Planning**

1. Describe the concept of adaptive management as it relates to nutrients.

2. Describe how to set a realistic yield goal by using information about
    a. production history.
    b. soil productivity.
    c. management level (low versus high input).
    d. yield limiting factors.

3. Use crop nutrient removal, cropping system, and soil analysis information to apply the 4R nutrient management principles of the right source, rate, time, and place.

4. Describe factors involved in phosphorus loss assessment at field scale.

5. Describe factors involved in nitrogen loss assessment at field scale.

6. Describe when to use N-based or P-based recommendations for manure/biosolid application.

7. Given soil analysis recommendations and manure analysis, use manure and other fertilizer sources to construct a P-based or N-based nutrient application program.

8. Describe how the following areas are environmentally sensitive:
    a. surface waters.
    b. sinkholes.
    c. direct conduits to groundwater.
    d. wetlands.

9. Describe the role of the following components of a nutrient management plan:
    a. maps of facilities, fields, and soils.
    b. environmentally sensitive areas.
    c. cropping system.
    d. expected yields.
    e. results of soil, plant, water, and manure analyses.
    f. quantification of nutrients from all sources available to the farm.
    g. nutrient budget for each field.
    h. recommendations of nutrient rate, timing, form, and method of application.
    i. review and modification of plan as needed.
    j. records of management practices.

10. Describe how N and P loss from the following can affect the environment:
    a. erosion.
    b. runoff.
    c. volatilization.
    d. leaching.
    e. denitrification.
    f. tile drainage.

**SOIL AND WATER MANAGEMENT COMPETENCY AREAS:**

1 - Basic Soil Properties

2 - Site Characterization

3 - Soil Erosion

4 - Residue and Tillage Management

5 - Restrictive Soil Layers

6 - Soil Management Effects on Air Quality

7 - Water and Solute Movement

8 - Soil-Plant/Water Relations

9 - Irrigation and Drainage

10 - Water Quality

## SOIL AND WATER MANAGEMENT PERFORMANCE OBJECTIVES

**Competency Area 1.  Basic Soil Properties**

1.   Define anion and cation.

2.   Define cation exchange capacity (CEC) and anion exchange capacity (AEC).

3.   Describe how the following factors influence CEC:
    a.   percent clay.
    b.   type of clay.
    c.   percent organic matter.
    d.   pH.

4.   Describe how parent material and mineralogy influence background fertility.

5.   Differentiate saline, sodic/natric, calcareous, acidic, and alkaline soils.

6.   Define soil texture.

7.   Use the textural triangle to identify soil textural class.

8.   Describe how particle size affects surface area and reactivity of soils.

9.   Describe how soil texture affects the water holding capacity, amount of plant available water, and wilting point of soils.

10. Define soil structure.

11. Differentiate the following types of soil structure:
    a.   blocky.
    b.   single grain.
    c.   granular.
    d.   platy.
    e.   massive.
    f.   prismatic/columnar.

12. Describe how soil structure affects the following:
    a.   permeability.
    b.   root development.
    c.   water infiltration.
    d.   aeration.

13. Describe how soil organisms and soil organic matter affect soil structure.

14. Define soil bulk density and understand what different values of bulk density mean.

15. Describe how farm equipment traffic, soil moisture, and residue management affect soil bulk density.

13

16. List sources of soil organic matter.

17. Describe the physical and chemical properties of soil organic matter.

18. Describe beneficial effects of soil organic matter.

19. Describe how crop rotation, cover crops and tillage/residue management affect the amount of carbon sequestered in the soil.

20. Explain how the following factors influence soil microbial activity:
    a. temperature.
    b. moisture.
    c. soil pH.
    d. organic matter.
    e. salinity.
    f. nitrogen availability.
    g. tillage.

21. Explain how the C:N ratio affects organic material decomposition and nitrogen availability.

22. Define soil health

23. Describe how soil physical, chemical and biological properties affect soil health

**Competency Area 2.  Site Characterization**

1. Differentiate O, A, B, and C soil horizons.

2. Define parent material.

3. Calculate the area of a field.

4. Describe how to determine slope.

5. Identify characteristics of well-drained and poorly drained soils.

6. Know how to identify the presence of surface and subsurface drainage.

7. Use a soil survey to locate soil mapping units on a tract of land.

8. Use a soil survey to determine soil characteristics of a field.

9. Describe the limitations of mapping scale when using soil surveys.

10. Explain how the following affect land use and management:
    a. leaching potential.
    b. erosion potential.
    c. wetlands.
    d. proximity to sensitive areas.
    e. runoff potential.
    f. soil drainage class.

**Competency Area 3.  Soil Erosion**

1. Describe the processes of detachment, transport, and deposition for wind and water erosion.

2. Differentiate the following types of erosion:
    a. sheet.
    b. rill.
    c. classic gully.
    d. ephemeral gully.
    e. surface creep.
    f. saltation.
    g. suspension.
    h. tillage erosion.

3. Explain how the following affect the rate of erosion by water:
    a. duration and intensity of rainfall.
    b. soil texture and structure.
    c. slope length.
    d. slope steepness.
    e. vegetative and residue cover.

4. Explain how the following affect the rate of erosion by wind:
    a. vegetative and residue cover.
    b. wind velocity, direction and duration.
    c. unsheltered distance.
    d. soil surface roughness.
    e. soil texture.

5. Define the concept of soil loss tolerance.

6. Describe how erosion affects the following:
    a. crop yield potential.
    b. water holding capacity.
    c. nutrient content.
    d. organic matter content.
    e. infiltration.
    f. water quality.
    g. air quality.

7.  Explain how the following decrease erosion potential:
    a.  stripcropping.
    b.  contouring.
    c.  terraces.
    d.  grassed waterways.
    e.  surface residue.
    f.  cover crops.
    g.  row spacing and direction.
    h.  buffer strips.
    i.  surface roughness.
    j.  windbreaks.
    k.  grade stabilization structure.

**Competency Area 4.  Residue and Tillage Management**

1.  Describe how the presence of surface residue affects the following soil characteristics:
    a.  temperature.
    b.  erosion potential.
    c.  moisture.
    d.  organic matter.

2.  Describe how residue cover and erosion potential differ among tillage systems.

3.  Describe how to measure percent crop residue cover.

4.  Describe the effects of biomass removal from a field on the following soil components:
    a.  organic matter.
    b.  structure.
    c.  fertility.
    d.  erosion by wind and water.
    e.  moisture.
    f.  carbon sequestration.

5.  Describe how cropping systems and cover crops influence residue cover.

6.  Explain how surface residue cover and tillage management influence soil health.

**Competency Area 5.  Restrictive Soil Layers**

1.  Describe characteristics of the following restrictive soil layers:
    a.  wheel track compaction.
    b.  tillage-induced compaction.
    c.  crusting.
    d.  naturally occurring layers.
        i. textural discontinuities
        ii. fragipans, duripans

2.  Explain how restrictive soil layers hinder plant growth.

3.   Explain how restrictive soil layers inhibit water, air, and nutrient movement.

4.   Describe methods for preventing and alleviating restrictive soil layers.

**Competency Area 6.  Soil Management Effects on Air Quality**

1.   Describe how soil management practices affect
     a.   odor from manure and biosolids applications.
     b.   ammonia emissions.
     c.   particulate emissions i.e., dust, smoke, soot, combustion particles, chemical
          droplets.
     d.   release of volatile organic compounds.
     e.   greenhouse gases (carbon dioxide, methane, nitrous oxide, fluorinated gases)

2.   Describe how soil management practices can affect climate change
     a.   carbon sequestration.
     b.   greenhouse gases.
     c.   ammonia emissions.
     d.   particulate emissions.
     e.   release of volatile organic compounds.

**Competency Area 7.  Water and Solute Movement**

1.   Explain how the following components influence the soil water cycle:
     a.   precipitation.
     b.   irrigation.
     c.   runoff.
     d.   soil water storage.
     e.   evapotranspiration
     f.   deep percolation/groundwater recharge.
     g.   infiltration.
     h.   groundwater discharge.

2.   Describe how the following affect infiltration and runoff:
     a.   soil texture.
     b.   soil compaction
     c.   soil structure.
     d.   soil organic matter.
     e.   macropores.
     f.   landscape topography.
     g.   permeability.
     h.   surface residue cover.
     i.   surface roughness.

3.  Describe how the following soil factors influence leaching:
    a.  infiltration.
    b.  permeability.
    c.  depth to restrictive layers.
    d.  water holding capacity.
    e.  texture.

4.  Define preferential/macropore flow.

5.  Describe how the following affect N, P, K, or S movement:
    a.  soil pH.
    b.  organic matter.
    c.  CEC.
    d.  soil texture.
    e.  nutrient form.

6.  Describe how the following management practices affect the potential for solute movement:
    a.  timing of application.
    b.  rate of application.
    c.  erosion and runoff control.
    d.  irrigation.
    e.  type of tillage operation.
    f.  surface drainage.
    g.  subsurface drainage.
    h.  cover crops.

7.  List the processes that transport nitrogen or phosphorus from a field.

8.  List management practices that reduce phosphorus or nitrogen transport from a field.

9.  Describe how lateral flow of shallow groundwater contributes to surface water contamination.

**Competency Area 8.  Soil-Plant/Water Relations**

1.  Define the following soil water terms:
    a.  saturation.
    b.  field capacity.
    c.  permanent wilting point.
    d.  gravitational water.
    e.  plant available water.

2.   Describe how the following factors influence evapotranspiration:
   a.   wind.
   b.   temperature.
   c.   solar radiation.
   d.   relative humidity.
   e.   plant available water.
   f.   plant canopy.
   g.   crop residue surface cover.

3.   Explain how excessive soil moisture affects plant nutrient uptake and availability.

4.   Explain how soil moisture deficiency affects plant nutrient uptake and availability.

**Competency Area 9.  Irrigation and Drainage**

1.   Describe, understand, and provide advantages and disadvantages of the following
     irrigation methods:
   a.   furrow.
   b.   sprinkler (solid set, lateral move, center pivot).
   c.   drip/trickle.
   d.   flood.
   e.   subsurface.

2.   Describe the following drainage methods
   a.   subsurface drain/tile.
   b.   ditch.
   c.   raised bed.
   d.   land leveling.

3.   Explain how to use field soil moisture measurements and a water balance equation
     to schedule irrigation.

4.   Define and describe how to calculate Water Use Efficiency (WUE).

5.   Identify strategies to reduce irrigation runoff.

6.   Describe how soil texture affects the pattern of tile drainage spacing and depth.

**Competency Area 10.  Water Quality**

1.   Describe how nutrients, pesticides, pathogens, and sediments move from
     agricultural sites to off-site areas.

2.   Identify sources of information for water quality standards.

3.   Define impaired waterbody.

4.   Define and distinguish between eutrophication, hypoxia and anoxia.

5.  Differentiate parts per million (ppm), milligrams per liter (mg/l), and milliequivalents per liter (meq/l).

6.  Distinguish nitrogen analysis expressed as nitrate ($NO_3^-$) or nitrate-nitrogen ($NO_3^-$-N).

7.  Identify health risks to humans when drinking water contains nitrate or coliform bacteria above the drinking water standard.

8.  Recognize health risks associated with water containing high levels of nitrate to livestock production.

9.  Describe how water contamination can occur at a wellhead.

10. Explain management practices that prevent contamination at a wellhead.

11. Explain the purpose of anti-backsiphoning devices.

12. Explain how sediment losses affect surface water quality.

13. Describe how the following components of biosolids affect surface water quality:
    a.  nutrients
    b.  pathogens
    c.  heavy metals
    d.  pharmaceuticals

14. Explain how nitrogen and phosphorus affect ground and surface water quality.

15. Explain the benefits of drainage control structures, bioreactors, filter/buffer strips, riparian zones/tree plantings, and managed wetlands on water quality.

16. Identify how salinity and sodicity affect crop productivity and environmental water quality.

**PEST MANAGEMENT COMPETENCY AREAS:**

1 - Basic Concepts of Pest Management

2 - Sampling and Monitoring

3 - Identification

4 - Decision-Making Guidelines

5 - Pest Management Strategies

6 - Environmental Stewardship

7 - Health and Safety

## PEST MANAGEMENT PERFORMANCE OBJECTIVES

**Competency Area 1.  Basic Concepts of Pest Management**

1.  Define pest.

2.  Define Integrated Pest Management (IPM).

3.  Describe how to use the following strategies in an effective IPM program:
    a.  prevention.
    b.  avoidance.
    c.  monitoring.
    d.  suppression.

4.  Describe each of the following steps of an IPM program:
    a.  sampling and monitoring.
    b.  identification.
    c.  determining need for control.
    d.  evaluating control options.
    e.  implementation.
    f.  evaluation and record-keeping.

5.  List advantages of using IPM.

6.  List limitations to implementing IPM.

7.  Explain how the following factors affect pest population development
    a.  pathogens, predators, and parasites.
    b.  host plants.
    c.  initial pest population.
    d.  temperature.
    e.  moisture.
    f.  soil characteristics and conditions.
    g.  wind.
    h.  equipment.

8.  Explain how the following characteristics of insects influence their ability to cause damage:
    a.  developmental time and seasonal period of activity.
    b.  reproduction rate and number of generations per season.
    c.  overwintering and over-summering characteristics.
    d.  feeding habits.
    e.  type of metamorphosis.
    f.  dispersal and movement characteristics.

9.  Define and describe the differences between alternate hosts and alternative hosts.

10. Describe how the environment, host plant, and pathogen interact to result in plant disease.

22

11. Describe how the following plant pathogens survive between crops, move from field to field, and infect plant tissue:
    a. fungi.
    b. bacteria.
    c. nematodes.
    d. viruses.

12. Describe how temperature and moisture affect survival of pathogens that are
    a. soil borne.
    b. residue borne.
    c. found in or on live plant hosts.

13. Describe how the following factors affect the competitive ability of weed population
    a. growth rate.
    b. seed production.
    c. seed dormancy.
    d. reproduction method.
    e. light, temperature, moisture, and humidity.
    f. life cycle.
    g. physical characteristics of the plant.

14. Describe competitive interactions between crops and weeds.

**Competency Area 2.  Sampling and Monitoring**

1. List advantages and limitations of the following insect sampling methods:
    a. direct observation.
    b. sweep nets and drop cloths.
    c. insect traps.

2. Describe how the following aid in monitoring pests:
    a. weather data.
    b. level of infestation or infection.
    c. time of the year.
    d. crop growth stage.
    e. pest development stage.
    f. aerial or satellite imagery.
    g. forecasting models.

3. Describe how the following pest distribution patterns affect monitoring and management:
    a. clumped.
    b. uniform.
    c. border effect.

4. Describe how to obtain, prepare and ship samples of the following to a laboratory for evaluation:
   a. weeds.
   b. insects.
   c. diseased plants.
   d. soil for nematode analysis.

5. Explain why supporting information is important when submitting a sample for evaluation.

**Competency Area 3.  Identification**

1. Explain how to use the following information to help identify a pest:
   a. crop grown.
   b. time of year.
   c. symptoms and patterns of damage.
   d. distinguishing characteristics of pest.
   e. distribution in field.

2. Use the following to identify mites and insects:
   a. type and number of legs.
   b. type of mouth parts.
   c. wing characteristics.
   d. life cycle.

3. Identify immature and adult stages of the following:
   a. aphids.
   b. beetles.
   c. flies.
   d. leafhoppers.
   e. mites.
   f. moths.
   g. thrips.
   h. true bugs.
   i. whiteflies.

4. Use the following plant characteristics to differentiate weeds:
   a. cotyledons.
   b. arrangement, shape, and vein pattern of leaves.
   c. ligules.
   d. auricles.
   e. hairiness.
   f. shape, color, and size of seed.
   g. stem shape.
   h. root system.

5. Identify plant damage caused by the following non-pest factors:
    a. wind lodging.
    b. sandblasting.
    c. temperature extremes.
    d. rain, hail, and ice.
    e. moisture extremes.
    f. sunlight.
    g. pesticide phytotoxicity.
    h. nutrient deficiency and toxicity.
    i. soil compaction.
    j. lightning.
    k. mechanical or animal.
    l. soil salinity

6. List advantages and limitations of using the following diagnostic tools:
    a. hand lens.
    b. digital camera.
    c. picture references.
    d. dichotomous keys.

## Competency Area 4.  Decision-Making Guidelines

1. Distinguish action threshold from economic injury level.

2. Use information about cost of control, potential pest damage, and crop value to determine economic injury level.

3. Describe how natural enemies impact pest population projections.

4. Use information about the following to make pest management decisions:
    a. current crop pest data from monitoring and scouting.
    b. pest history.
    c. pesticide history.
    d. cropping history.
    e. fertility level.
    f. soil, weather, and crop condition.
    g. future cropping plans.
    h. crop biotech traits.
    i. refuge locations.

## Competency Area 5.  Pest Management Strategies

1. Distinguish conventional resistance from transgenic resistance.

2. Describe how the following crop genetic traits affect pest management:
    a. Bt modified crops.
    b. herbicide resistance.

3. List advantages and limitations of incorporating multiple traits into crops through transgenic techniques.

25

4.  Explain how pests can overcome host resistance.

5.  Explain the role of susceptible refuge host populations in managing insect resistance.

6.  Explain how the following influence pest management decisions:
    a.  cropping sequence/future crop rotation restrictions.
    b.  strip cropping.
    c.  row spacing and plant population.
    d.  planting date.
    e.  harvest date and method.
    f.  tillage.
    g.  crop residue.
    h.  nutrient status.
    i.  water resources.
    j.  variety selection.

7.  Describe practices used to minimize introducing pests into fields.

8.  Describe the concept of critical weed free period.

9.  Identify the following biological control agents:
    a.  lacewings.
    b.  ground beetles.
    c.  lady beetles.
    d.  minute pirate bugs.
    e.  Damsel bugs.
    f.  parasitic wasps.
    g.  predatory mites.
    h.  spiders.
    i.  syrphid fly larvae.

10. Explain advantages and limitations of using biological control agents in crop production.

11. Explain how the following pesticide characteristics affect pesticide selection:
    a.  mode of action.
    b.  site of action
    c.  chemical and physical properties.
    d.  toxicity to non-target organisms.
    e.  efficacy on target organisms.
    f.  environmental hazard.
    g.  persistence.
    h.  selectivity.
    i.  phytotoxicity to crop.

12. Explain how the following factors affect pesticide selection:
    a. existing or potential pesticide resistance.
    b. economics.
    c. application method.
    d. field history.
    e. pest identity, stage, and level.
    f. weather conditions.
    g. crop growth stage.
    h. label restrictions.
    i. pre-harvest intervals.
    j. environmental risks.
    k. future cropping plans.
    l. soil characteristics.

13. Describe how to prevent pest resistant populations of insects, weeds, and diseases.

14. Describe how to manage herbicide resistant weed populations.

15. Distinguish between contact and systemic pesticides.

16. Describe how the following affect the efficacy of water-applied pesticides:
    a. water hardness.
    b. water pH.
    c. water contaminants (clays and organic matter).
    d. chemical compatibility.

17. Describe how the following affect pest resistance to pesticides:
    a. selection pressure.
    b. resistance mechanisms.
    c. pest reproduction methods.

18. List factors that increase the risk of crop injury from pesticides.

19. Explain how the following affect pesticide coverage:
    a. wind speed.
    b. nozzle characteristics.
    c. boom height and configuration.
    d. evaporation rate.
    e. spray viscosity.
    f. spray pressure.
    g. ground speed.
    h. carrier volume
    i. spray adjuvants.

20. List advantages and limitations of ground vs. aerial application methods.

21. Identify plant injury symptoms caused by the following herbicide mode-of-action groups:
    a. photosynthesis inhibitors.
    b. cell membrane disruptors.
    c. growth regulators.
    d. pigment inhibitors.
    e. seedling root growth inhibitors.
    f. seedling shoot growth inhibitors.
    g. amino acid synthesis inhibitors.
    h. nitrogen metabolism inhibitors.
    i. lipid synthesis inhibitors.

22. Explain the importance of the following when applying herbicides to herbicide-resistant crops:
    a. identifying the field.
    b. matching the correct herbicide with the hybrid/variety.
    c. scouting.
    d. identify crop and variety/hybrid in adjacent fields

23. Describe the importance of rotating among pesticide sites of action.

24. Recommend insecticide timing and placement based on the following types of insecticide activity:
    a. contact.
    b. stomach poison.
    c. systemic.
    d. ovicidal.
    e. juvenile hormone.

25. Describe how the following fungicide characteristics affect their use:
    a. contact vs. locally systemic vs. systemic.
    b. pre vs. post infection timing.
    c. seed vs. soil vs. foliar applied.
    d. broad spectrum vs. narrow spectrum.
    e. mode of action.

**Competency Area 6. Environmental Stewardship**

1. Discuss the importance of reading and following pesticide label instructions.

2. Describe how solubility, persistence, and soil adsorptive characteristics of a pesticide affect soil and water quality.

3. Evaluate a site's vulnerability to soil and water contamination from pesticides.

4. Define the following terms associated with pesticide use:
   a. point source pollution.
   b. non-point source pollution.
   c. parts per million (ppm) and parts per billion (ppb).
   d. pesticide residue tolerance in the current crop and future crops.
   e. pesticide residue levels in the soil.
   e. best management practices (BMPs).

5. Explain how the following factors affect spray drift:
   a. wind speed.
   b. nozzle characteristics.
   c. boom height and configuration.
   d. evaporation rate.
   e. spray viscosity.
   f. spray pressure.
   g. ground speed.
   h. adjuvants.
   i. carrier volume
   j. temperature inversion.

6. Describe how the following affect potential for pesticide loss from a field:
   a. residue management.
   b. buffer strips.
   c. contour or strip farming.
   d. subsurface drainage.

7. Explain how the presence of endangered species/species at risk affects pesticide selection and application.

**Competency Area 7. Health and Safety**

1. List pesticide modes of entry into the human body.

2. Describe procedures to follow if a pesticide gets on skin, in eyes, mouth or stomach, or is inhaled.

3. Define chronic and acute pesticide poisoning.

4. Recognize symptoms of acute pesticide poisoning.

5. List possible chronic effects of pesticide poisoning.

6. Describe the following Worker Protection Standards for handling pesticides:
   a. Re-Entry Interval (REI).
   b. information exchange requirements.
   c. Personal Protective Equipment (PPE) required by law.
   d. emergency assistance requirements.
   e. oral and posted warning requirements.
   f. site decontamination procedures.

7.  Describe required proper cleanup procedures for application equipment and protective gear.

8.  Describe proper procedures for disposing of pesticides and pesticide containers.

9.  Describe how to store and transport pesticides safely and securely.

10. List procedures for responding to an accidental pesticide release or spill.

**CROP MANAGEMENT COMPETENCY AREAS:**

1 - Cropping Systems

2 - Hybrid and Variety Selection

3 - Crop Establishment

4 - Crop Growth, Development, and Diagnostics

5 - Applied Information Technologies

6 - Harvest and Storage

7 - Crop Production Economics

## CROP MANAGEMENT PERFORMANCE OBJECTIVES

**Competency Area 1.  Cropping Systems**

1.   List advantages and limitations of monoculture and crop rotation.

2.   Describe the role of the following in a cropping system:
     a.  fallow.
     b.  green manure crops.
     c.  cover crops.
     d.  nurse crops.

3.   Describe how cropping sequence in a rotation influences
     a.  tillage options.
     b.  residue management.
     c.  moisture availability.
     d.  pest management.
     e.  yield potential.
     f.  herbicide choice.
     g.  fertility management.

4.   Compare clean-till and high surface residue management systems for the following:
     a.  crop rooting patterns.
     b.  seed placement.
     c.  pest management.
     d.  stand establishment.
     e.  fertilizer placement.
     f.  water management (precipitation, irrigation, and drainage).

5.   Describe how the following affect the conversion of non-cropland to cropland:
     a.  existing vegetation.
     b.  pest management.
     c.  nutrient availability.
     d.  yield potential.
     e.  erosion potential.
     f.  soil limiting factors.
     g.  water management.
     h.  first cropping choice.
     i.  environmental impacts.

6.   Define and distinguish allelopathy and autotoxicity.

**Competency Area 2.  Hybrid and Variety Selection**

1.   Define cultivar or variety.

2.   Differentiate hybrid and open-pollinated varieties.

3. Describe how the following influence hybrid or variety selection:

    a. maturity.
    b. yield potential.
    c. adaptation to soil and climatic conditions.
    d. yield stability among years and locations.
    e. pest resistance and tolerance.
    f. herbicide tolerance and sensitivity.
    g. harvestability.
    h. end use.
    i. value added trait.

4. Define transgenic crop and genetically modified organism (GMO).

5. Explain why randomization and replication are important in field trials.

6. Understand how to use mean separation techniques such as least significant difference (LSD) values to interpret differences among varieties or hybrids.

7. Describe how plant variety protection laws affect the use of seed.

**Competency Area 3.  Crop Establishment**

1. Understand how to use seed tag information to determine seed quality.

2. Describe how pre-harvest and harvest conditions influence seed quality.

3. Describe how storage time, handling, and storage conditions affect seed quality.

4. Describe advantages and limitations of using seed treatments to

    a. facilitate pest control.
    b. facilitate seed handling and planting.
    c. enhance nutrient uptake and use.

5. Describe advantages and limitations of bacterial inoculants for legumes.

6. Describe how seed treatments, storage time, handling, and storage conditions affect quality and use of bacterial inoculants for legumes.

7. Describe uses and limitations of the warm and cold germination tests.

8. List benefits of using certified seed.

9. Use purity, germination, hard seed, and seed size information to calculate a seeding rate.

10. Define seed lot.

11. Describe how the following factors affect seed germination:

    a.  soil temperature.
    b.  soil moisture.
    c.  seed/soil contact.

12. Describe how depth of planting affects crop emergence.

13. List conditions that influence recommended planting depth.

14. Identify factors that influence planting date.

15. Identify consequences of seeding earlier or later than optimum.

16. Describe how the following factors affect seeding rates:

    a.  planting practices.
    b.  soil tilth.
    c.  soil salinity.
    d.  environmental conditions.
    e.  crop residue.
    f.  seed size.
    g.  seed quality.

17. Describe advantages and limitations of applying fertilizer at seeding.

18. Calculate plant population in a field.

19. Differentiate seeding rate, plant population, and harvest population.

**Competency Area 4.  Crop Growth, Development, and Diagnostics**

1. Describe characteristics of the following growth stages:

    a.  germination and emergence.
    b.  vegetative.
    c.  flowering.
    d.  seed development.
    e.  physiological maturity.

2. Describe how temperature and moisture extremes affect crops at the growth stages listed in #1.

3. Define growing degree day.

4. Use growing degree days to determine rate of crop development.

5. Describe how day length affects flowering in short day, long day, and day neutral crops.

6. Locate the growing points in grasses and broadleaf plants.

7. Describe how the following factors affect crop canopy closure:

   a. row spacing.
   b. plant population.
   c. plant growth habit.

8. Differentiate the following:

   a. summer annual.
   b. winter annual.
   c. biennial.
   d. perennial.

9. Describe how the following soil factors affect crop root growth:

   a. pH.
   b. moisture and temperature.
   c. texture and structure.
   d. nutrient status.
   e. fertilizer placement.
   f. soil borne pests.
   g. compaction.
   h. salinity
   i. soil organic matter

10. Describe the effect of tap and fibrous root systems on

    a. nutrient uptake.
    b. water uptake.
    c. erosion control.
    d. soil structure.
    e. ability to penetrate restrictive layers.

11. Describe how the following affect the economics of replanting:

    a. original planting date
    b. population of surviving plants.
    c. expected date of replanting.
    d. pesticides applied.
    e. stand uniformity.
    f. pest pressure.
    g. nutrients applied.
    h. crop insurance.
    i. seed company replant policy.
    j. weather information

12. Use information about the following to diagnose a cropping problem:

    a.  pattern and history of problem in the field.
    b.  cropping history.
    c.  field preparation.
    d.  weather information.
    e.  management practices.
    f.  equipment function.
    g.  traits and seed treatments.
    h.  pesticide history.
    i.  soil characteristics.

**Competency Area 5. Applied Information Technologies**

1. Differentiate precision and accuracy.

2. Define global positioning system (GPS).

3. Describe how the following precision agriculture tools are used in crop management:

    a.  guidance systems.
    b.  remote sensing.
    c.  geographic information systems (GIS).
    d.  crop management zone.
    e.  variable rate technology (VRT).

4. Differentiate management zone, grid, and field composite approaches to precision farming.

5. Describe how the following factors affect yield variability within a field:

    a.  soil texture.
    b.  soil organic matter.
    c.  soil moisture.
    d.  topography.
    e.  pest distribution.
    f.  previous management.
    g.  salinity.
    h.  nutrient status and pH.
    i.  drainage.
    j.  erosion (wind and water)
    k.  soil mapping unit
    l.  inherent soil quality

6. Use a map legend to identify information on a GIS field map.

7. Use latitude and longitude coordinates to locate a point in a field.

**Competency Area 6.  Harvest and Storage**

1.  Describe how the following factors influence when to harvest:

    a.  crop moisture percentage.
    b.  hybrid or variety characteristics.
    c.  end use.
    d.  weather.
    e.  pest damage.

2.  Describe how the following factors influence post-harvest crop quality during storage:

    a.  temperature.
    b.  moisture.
    c.  aeration.
    d.  stored product pests.
    e.  crop condition and moisture at harvest.
    f.  post-harvest handling.
    g.  length of storage.
    h.  amount of foreign material.
    i.  sanitation of storage facilities

3.  Describe how to maintain purity of an identity-preserved (IP) crop at planting, harvest, storage, and delivery.

4.  List the consequences of not maintaining the purity of an identity-preserved (IP) crop.

5.  Recognize excessive crop loss or low quality factors in harvested product caused by improper harvesting procedures.

6.  Describe how the following affect food safety:

    a.  worker/equipment sanitation.
    b.  water sources/irrigation testing.
    c.  buffer zones.
    d.  pesticide use.
    e.  record keeping.

**Competency Area 7.  Crop Production Economics**

1.  Describe how to use the following to manage production risk:

    a.  crop selection.
    b.  hybrid or variety selection.
    c.  planting and harvest date.
    d.  crop rotation.
    e.  pest and nutrient management.
    f.  record keeping.
    g.  marketing

2.  Describe how the following affect crop management decisions:

    a.  crop prices.
    b.  input costs.
    c.  availability, skill, and cost of labor.
    d.  equipment.
    e.  weather.
    f.  cash flow.
    g.  crop insurance.
    h.  farm programs.
    i.  field proximity to sensitive areas.
    j.  time constraints.
    k.  pest threat.
    j.  return on investment
    k.  overhead costs
    l.  access to markets

3.  Differentiate commodity crops from specialty crops.

4.  Describe how the following factors influence crop prices received by the grower:

    a.  basis.
    b.  supply and demand.

5.  Describe how growing transgenic crops can affect marketing.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

      I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is:  HORTON, OBERRECHT, KIRKPATRICK & MARTHA, 3 Park Plaza, Suite 350, Irvine, California 92614.

      On November 15, 2019, I served the foregoing document described as: **Corona Seeds, Inc.'s Request For Judicial Notice,** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[ ]   **BY MAIL** – I deposited such envelope in the mail at Irvine, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited   with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after the date of deposit for mailing in affidavit.

[ X ]  **BY ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ ]   **BY OVERNIGHT DELIVERY** – I deposited such envelope for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.  I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express.  They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

[ X ]  (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      Executed on November 15, 2019, at Irvine, California.

                                      _____
                                        Crystal Thompson

3

## SERVICE LIST

Agricola Cuyuma SA v. Corona Seeds, Inc., et al.
United States District Court Central District of California: 2:17-cv-8220 DMG (SKx)

| | |
|---|---|
| Panda Kroll, Esq.<br>Law Offices of Panda Kroll<br>5999-B Ridgeview Street<br>Camarillo, CA 93012<br>Phone: (805) 764-0315; Fax: (805) 764-0339<br>Email: pkroll@pandakrollesq.com | Co-Counsel for Defendant Corona Seeds, Inc. |
| Bruce Alan Finck, Esq.<br>BENTON, ORR, DUVAL &<br>BUCKINGHAM<br>39 N. California Street<br>Ventura, CA 93001<br>Phone: (805) 648-5111; Fax: (805) 648-7218<br>Email: bfinck@bentonorr.com | Counsel for Defendant Corona Seeds, Inc. |
| Brian Nomi, Esq.<br>Law Office of Brian Nomi<br>215 E. Daily Drive, Suite 28<br>Camarillo, CA 93010<br>Phone: (805) 444-5960<br>Fax: (805) 357-5333<br>Email: briannomi@yahoo.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Eduardo Ayala Maura, Esq.<br>Ayala Law P.A.<br>1390 Brickell Avenue, Suite 335<br>Miami, FL 33131<br>Phone: (305) 570-2208<br>Fax: (305) 305-7206<br>Email: eayala@ayalalawpa.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Dale Dorfmeier, Esq.<br>PETRIE, LEATH, LARRIVEE &<br>O'ROURKE, LLP<br>6051 N. Fresno Street, Suite 110<br>Fresno, CA 93710<br>Tel: (559) 498-6522<br>Email: ddorfmeier@pllolegal.com | Counsel for Crites Seed, Inc. |

CORONA SEEDS, INC.'S REQUEST FOR JUDICIAL NOTICE