**HORTON, OBERRECHT, KIRKPATRICK & MARTHA**
Cheryl A. Kirkpatrick, Esq. (SBN 149906)
Peter C.L. Chen, Esq. (SBN 246720)
3 Park Plaza, Suite 350
Irvine, CA 92614
PH:  (949) 251-5100
FX:  (949) 251-5104
Email: ckirkpatrick@hortonfirm.com / pchen@hortonfirm.com

Attorneys for Defendant Corona Seeds, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agricola Cuyuma SA;<br>Corporacion Agricola Vinasol SAC;<br><br>Plaintiffs,<br>v.<br><br>Corona Seeds, Inc.;<br><br>Defendant. | **CASE NO. 2:17-cv-8220 DMG (SKx)**<br><br>**DECLARATION OF STEVE KOIKE**<br><br>**[Filed Concurrently with Notice of Motion and Motion for Summary Judgment, or Alternatively, Partial Summary Judgment; Separate Statement of Uncontroverted Facts; Declaration of Peter C.L. Chen; [Proposed] Order]**<br><br>**District Judge: Hon. Dolly M. Gee**<br><br>**Date: December 20. 2019**<br>**Time: 3:00 p.m.**<br>**Courtroom: 8C, 8th Floor**<br><br>Complaint Served: December 21, 2017<br>Trial Date: February 11, 2020<br><br>Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Steve Kim |

## DECLARATION OF STEVE KOIKE

I, Steve Koike, hereby declare and state as follows:

  1.  I am over eighteen (18) years of age. The following facts are within my personal knowledge except as to those matters stated upon information and belief, and

1

as to those I believe them to be true.  If called as a witness, I could and would testify competently thereto.

2.     I am a plant pathologist and director of a diagnostic plant pathology laboratory. I am currently the Director of TriCal Diagnostics. I have a M.S. in Plant Protection & Pest Management.  I also have a B.S. in Plant Science, with a Plant Pathology Specialization. *Attached as Exhibit "A" to this declaration is a true and correct copy of my CV.*

3.     I have reviewed the following documents that are part of this lawsuit:

| No. | Description |
|-----|-------------|
| 1 | Third amended complaint |
| 2 | Exhibits to third amended complaint |
| 3 | SGS test (April 2017) |
| 4 | SGS Portugal test (May 2017) |
| 5 | SGS Inspection Certificate & Certificate of Sampling |
| 6 | Phytopathological Analysis (Dr. Luz Lenor Mattos Calderon) (Corporacion Agricola Vinasol SAC) |
| 6 | SENASA documents |
| 7 | National Institute for Agricultural Innovation |
| 8 | National Institute for Agricultural Innovation |
| 9 | Phytopathological Analysis (Dr. Calderon) (Agricola Cuyuma S.A.) (Analisis Semilla Sapphire) |
| 10 | Phytopathological Analysis (Dr. Calderon) (Agricola Cuyuma S.A.) (Analisis Semilla Snow) |
| 11 | Eurofins Test from November 2015 |

4.     I have also reviewed the following documents and resources:

| Title | Authors |
|-------|---------|
| Vegetable Diseases: A Color Handbook. | Koike, S. T., Gladders, P., and Paulus, |

2

| Manson Publishing Ltd., London, United Kingdom (North American distributor: Academic Press, Boston, MA). | A. O. 2007. |
| Diseases of Pea. Common Names of Plant Diseases. https://www.apsnet.org/edcenter/resources/commonnames/Pages/Pea.aspx | Hagedorn, D. J. 2000. |
| Compendium of Pea Diseases, 2nd edition. American Phytopathological Society Press. | Kraft, J. M., and Pfleger, F. L.  2001. |
| Edible pod pea production in California. Vegetable Research and Information Center. | UC ANR Publication 7233. |
| Isolation and partial characterization of an elicitor of pisatin production from spore germination fluid of pea pathogen Mycosphaerella pinodes. Scientific reports of the Faculty of Agriculture Okayama University 59:1-9. | Thanutong, P., Oku, H., Shiraishi, T., Ouchi, S. 1982. |
| Fungal Databases, U.S. National Fungus Collections, ARS, USDA. Retrieved August 11, 2019, from https://nt.ars-grin.gov/fungaldatabases/ | Farr, D.F., & Rossman, A.Y. |
| Stemphylium sarciniforme: CMI Descriptions of Pathogenic Fungi and Bacteria. No. 671. CAB International. | |
| http://ipm.ucanr.edu/PMG/GARDEN/VEGES/peas.html | University of California. IPM for peas. |
| Stemphylium leaf spot: A new disease of spinach in California. National Spinach Conference. San Antonio, Texas. | Koike, S. T. 2000. |
| Leaf spot disease of spinach in California caused by *Stemphylium botryosum*. Plant Disease 85:126-130. | Koike, S. T., Henderson, D. M., and Butler, E. E. 2001. |
| Further characterization of the pathogen that causes Stemphylium leaf spot of | Koike, S. T., O'Neill, N. R., and Camara, M. P. S. 2001. |

3

| | |
|---|---|
| spinach in California. National Spinach Conference.  Fayetteville, Arkansas. | |
| *Stemphylium* spp.: new host associations and phylogeny. 8th International Congress of Plant Pathology. Christchurch, New Zealand. | O'Neill, N. R., Camara, M. P. S., Palm, M. E., Koike, S. T., and van Berkum, P. 2003 |
| Screening for resistance to Stemphylium leaf spot disease of spinach. Germplasm evaluation report for the Leafy Vegetable Crop Germplasm Committee. American Society for Horticultural Science annual meeting. Las Vegas, Nevada. | Mou, B., and Koike, S. T. 2005. |
| Vegetable Diseases: A Color Handbook. Manson Publishing Ltd., London, United Kingdom (North American distributor: Academic Press, Boston, MA). | Koike, S. T., Gladders, P., and Paulus, A. O. 2007. |
| Stemphylium leaf spot of parsley in California caused by *Stemphylium vesicarium*. Plant Disease 97:315-322. | Koike, S. T., O'Neill, N., Wolf, J., van Berkum, P., and Daugovish, O. 2013. |
| Associated analysis and identification of SNP markers for Stemphylium leaf spot (*Stemphylium botryosum* f. sp. *spinacia*) resistance in spinach (*Spinacia oleracea*). American Journal of Plant Sciences 7:1600-1611. | Shi, A. N., Mou, B. Q., Correll, J., Koike, S. T., Motes, D., Qin, J., Weng, Y. J., and Yang, W. 2016. |
| Generos aislados durante el ano de 1971. Mycopathologia 56:15-20. | Requejo, H. V. Micoflora atmosferica de la ciudad de Trujillo (Peru) III. |
| Stemphylium sarciniforme. 1977. Distribution Maps of Plant Diseases. Map 139. | |
| Vegetable Diseases: A Color Handbook. Manson Publishing Ltd., London, United Kingdom (North American distributor: | Koike, S. T., Gladders, P., and Paulus, A. O. 2007. |

4

| | |
|---|---|
| Academic Press, Boston, MA). | |
| Diseases of Pea. Common Names of Plant Diseases. https://www.apsnet.org/edcenter/resources/commonnames/Pages/Pea.aspx | Hagedorn, D. J. 2000. |
| Compendium of Pea Diseases, 2nd edition. American Phytopathological Society Press. | Kraft, J. M., and Pfleger, F. L.  2001. |
| Polyphastic taxonomy of a novel yeast isolated from Antarctic environment: description of Cryptococcus victoriae sp. nov. System. Appl. Microbiol. 22:97-105. | Montes, M. J., et al. 1999. |
| Stemphylium sarciniforme: CMI Descriptions of Pathogenic Fungi and Bacteria. No. 671. CAB International. | |
| 7-029: Detection of Pseudomonas syringae pv. pisi on Pisum sativum (pea) seed. International Rules for Seed Testing. Annex to Chapter 7: Seed Health Testing Methods. 2014. | |
| Detection of Plant-Pathogenic Bacteria in Seed and Other Planting Material. Second edition. APS Press. St. Paul, Minnesota. | Fatmi, M., Walcott, R. R., and Schaad, N. W. 2017. |
| Diseases of Pea. Common Names of Plant Diseases. https://www.apsnet.org/edcenter/resources/commonnames/Pages/Pea.aspx | Hagedorn, D. J. 2000. |
| Compendium of Pea Diseases, 2nd edition. American Phytopathological Society Press. | Kraft, J. M., and Pfleger, F. L.  2001. |
| Laboratory Guide for Identification of Plant Pathogenic Bacteria. Third Edition. American Phytopathological Society Press. | Schaad, N. W., Jones, J. B., and Chun, W. 2001. |

5.    Eurofins tested sample seeds from Lot C242606 in November 2015. The testing revealed a germination rate of 87%. This test indicates only that, as of the time of testing, and on the tested seeds, that 87% of the seeds germinated under laboratory conditions. The germination rate of 87% does not indicate that 87% of the seed would germinate under "real world" field conditions, as germination is affected by a multitude of factors after the seed is received by the grower, including but not limited to: 1) Seed storage and handling (temperature extremes, moisture, sunlight exposure, etc.); 2) Length of storage; 3) Transportation conditions (exposure to heat, elements, etc.); 4) Proper ground preparation (soil tillage, drainage); 5) Proper planting method (damage to seed caused by equipment, planting depth); 6) Irrigation and soil moisture (delays in watering, improper timing, excess water); 7) Weather and environment during and after planting (temperature extremes, drying winds, rains); 8) Application of chemicals (i.e. improper herbicides, incorrect rates of herbicides, etc.); 9) Non-emergence (seed may have germinated but not emerged above ground) factors due to damage by soil-borne insects or infection by soil-borne pathogens; 10) Seed predation (seeds eaten by birds, etc.); 11) Mis-diagnosis of post-emergence problems as seed germination issues: field mis-diagnosis can occur as seeds may germinate and seedlings emerge but post-emergence disease or cultivation causes the emergent shoot to die or otherwise wither – this gives the appearance of germination failure when it is not. Importantly, laboratory germination rate is not a guarantor nor is it intended to mean that all seeds from that particular lot will actually germinate at the rate tested. Again, the lengthy list of factors outlined above can have a significant effect on whether a seed successfully germinates and becomes a viable plant. *See Exhibit "B" attached to this declaration.*

6.    The "Servicio Nacional De Sanidad Agraria Centro De Diagnostico De Sanidad Vegetal" performed testing on the fruit, not the seed, in November 2016. The tests identified the presence of Stemphylium sarciniforme. Stemphylium sarciniforme is a "mold" type of fungus that commonly grows on dead organic matter and can be spread via spores in the air. While this fungus can be a contaminant on the outside

DECLARATION OF STEVE KOIKE

surfaces of large sized seeds, such as pea seeds, it *does not* infect the pea and does not cause any problems to pea seeds. This fungus can grow as a secondary colonizer on plant tissues damaged by factors such as weather extremes, insect feeding, senescence and decline of the plant, high salts and other field problems, and damage caused by production practices. Stemphylium sarciniforme is common around the world, including Peru.  Importantly, Stemphylium sarciniforme is *not pathogenic* to peas.  *See Exhibit "C" attached to this declaration.*

7.      SGS-Portugal performed testing on seeds from the subject lot in April 2017.  The testing methodology was "next generation sequencing," or "NGS." The NGS test consists of a high-level DNA analysis of the object tested.  However, NGS testing does not provide any information on whether the DNA is alive or dead. The presence of a particular fungus or bacterium, which was killed or otherwise died prior to planting, can and will show up in an NGS test.  In short, using this method there is no way to discern between "dead" DNA versus "live" DNA.  Since NGS is only detecting DNA, the test does not indicate if the actual fungus or bacterium was even present; the test may be detecting DNA present in dust or soil. In addition, none of the detected bacteria are pathogenic to peas.  In fact, the bacteria identified in the test are commonly found in the environment (soil, dust, crop plants, weeds, etc.). As for three of the fungi identified, Stemphylium sp., Alternaria sp., and Cladosporium sp., these are common molds and not pathogenic to peas.  As for Fusarium oxysporum, only one (1) strain out of hundreds is pathogenic to peas – the test provides no information on the specific strain.  Fusarium oxysporum is a soil-borne fungus and is not seed-borne in peas.  The presence of Fusarium oxysporum DNA indicates nothing more than the fact the seed was exposed to airborne dust or soil at some point in time. Sclerotinia sp. is soil-borne and only one species is pathogenic to peas. Again, the test provides no information on the specific species detected.  Similarly, the presence of Sclerotinia DNA indicates nothing more than the fact the seed was exposed to airborne dust or soil.  Cryptococcus victoriae is a yeast species that is not a pathogen to peas.  Thanatephorus cucumeris is a

7

soil-borne fungus that can be pathogenic to peas. However, the presence of Thanatephorus cucumeris DNA again indicates little more than the seed possibly being exposed to airborne dust or soil at some point in time.  Pythium species is a soil-borne fungus that can be pathogenic to peas.  The presence of Pythium DNA indicates that the seed may have been exposed to airborne dust or soil at some point in time. It should be noted that the presence on seed of soil-borne fungi such as Pythium, Thanatephorus, Sclerotinia and Fusarium typically suggests that the identified fungus  present as a contaminant and is dead and/or inactive.  Notably, these fungi are pathogenic to peas only if contact is through the soil.  However, it is important to note the NGS test does not identify whether any of the bacteria or fungi were alive – it merely identifies that its DNA was present at some point in time.  *See Exhibit "M" attached to the Declaration of Peter C.L. Chen.*

8.      I reviewed the testing performed by Dr. Luz Leonor Mattos Calderon, at the behest of Agricola Cuyuma S.A.  The document is entitled "Analisis Fitopatologico" or "Phypathological Analysis."  This was testing performed on seeds from lot C242606.  With respect to the fungi detected, none are pathogenic to peas.  As for the bacteria testing, the pathogen recovery test was not performed in conformance with accepted international standards.  Dr. Calderon employed the "direct plate" method, which is problematic because such a method does not allow for the proper recovery and isolation of possible bacterial pathogens, and allows non-pathogenic soft rot bacteria to take over the culture and cause misleading results; therefore, this method is not used or accepted by the international seed industry.  The accepted methodology is the "seed wash assay," which is appropriate because the resulting wash solution allows for extraction of suspect bacteria from seed, dilution of the wash solution so that bacteria can be isolated as single colonies, and avoidance of non-pathogenic soft rot bacteria that can result in misleading results.  The pathogenicity test was similarly inappropriate and not in conformance with international standards. Pathogenicity tests for bacteria for peas requires injecting a pure colony (pure colonies are not attainable

8

DECLARATION OF STEVE KOIKE

using the direct plating method) derived from an isolated bacterium (singular) into pea tissue (this lab injected bacteria into Chinese cabbage and celery); testing for a pea pathogen involves inoculating peas, not other crop species. Finally, the inoculation results (soft rot reaction in inoculated plants and seeds) demonstrates that the lab did not recover and confirm the presence of the pathogenic bacterium Pseudomonas syringae pv. pisi (Psp). The Psp bacterium causes leaf spots and not soft rot (rapid decay of plant tissue due to the production of enzymes); the development of soft rot symptoms indicates presence of soft rot bacteria and other bacterial species, a problem that is unavoidable if a direct plate method is used. A major deficiency in the lab procedures was the omission of any characterization work to identify the species of bacteria recovered. International testing standards dictate that physiological analyses (reaction to UV light; growth on semi-selective media; oxidase and other LOPAT tests) be used on pure cultures to identify the bacterium; none of these steps were taken by this lab. *See Exhibit "N" attached to the Declaration of Peter C.L. Chen.*

9.     I reviewed testing performed by Dr. Calderon at the behest of Corporacion Agricola Vina sol SAC.  The document is similar entitled "Analisis Fitopatologico" or "Phytopathological Analysis."  The testing was performed on seed from lot C242606. With respect to the fungi detected, none of them are pathogenic to peas.  As for the bacteria testing, the pathogen recovery test was not performed in conformance with accepted international standards.  Dr. Calderon employed the "direct plate" method, which is problematic because such a method does not allow for the proper recovery and isolation of possible bacterial pathogens, and allows non-pathogenic soft rot bacteria to take over the culture and cause misleading results; therefore, this method is not used or accepted by the international seed industry.  The accepted methodology is the "seed wash assay," which is appropriate because the resulting wash solution allows for extraction of suspect bacteria from seed, dilution of the wash solution so that bacteria can be isolated as single colonies, and avoidance of non-pathogenic soft rot bacteria that can result in misleading results.  The pathogenicity test was similarly inappropriate and

9

not in conformance with international standards. Pathogenicity tests for bacteria for peas requires injecting a pure colony (pure colonies are not attainable using the direct plating method) derived from an isolated bacterium (singular) into pea tissue (this lab injected bacteria into Chinese cabbage and celery); testing for a pea pathogen involves inoculating peas, not other crop species. Finally, the inoculation results (soft rot reaction in inoculated plants and seeds) demonstrates that the lab did not recover and confirm the presence of the pathogenic bacterium Pseudomonas syringae pv. pisi (Psp). The Psp bacterium causes leaf spots and not soft rot (rapid decay of plant tissue due to the production of enzymes); the development of soft rot symptoms indicates presence of soft rot bacteria and other bacterial species, a problem that is unavoidable if a direct plate method is used. A major deficiency in the lab procedures was the omission of any characterization work to identify the species of bacteria recovered. International testing standards dictate that physiological analyses (reaction to UV light; growth on semi-selective media; oxidase and other LOPAT tests) be used on pure cultures to identify the bacterium; none of these steps were taken by this lab. *See Exhibit "O" attached to the Declaration of Peter C.L. Chen.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is made this 15th day of November 2019, at Hollister, CA.


_____
Steve Koike

DECLARATION OF STEVE KOIKE

Exhibit "A"

**STEVEN TERRY KOIKE**
Director, TriCal Diagnostics
Cell 408-612-6729
e-mail: SKoike@trical.com

TriCal, Inc.
8100 Arroyo Circle
Gilroy, California  95020
www.tricaldiagnostics.com

Current Position

In 2018, Steven Koike left the University of California Cooperative Extension and became the Director of TriCal Diagnostics in Hollister, CA. Koike joined UCCE in 1989 as the Plant Pathology Farm Advisor, where he operated a diagnostic lab and conducted a research and education program on diseases of vegetable, fruit, and ornamental crops. During his 28-year extension career he published over 1,000 scientific and extension publications, including his 450-page book *Vegetable Diseases: A Color Handbook*. He presented his research at many national and international conferences, gave 374 extension talks, and organized and hosted 88 extension meetings and workshops. Koike received numerous awards and is the recipient of the Excellence in Extension Plant Pathology award from APS. He is the recipient of the 2018 Outstanding Contribution to Agriculture Award from California Association of Pest Control Advisors. Koike's position with TriCal Diagnostics focuses on operating a diagnostic lab, testing soil for pathogens, researching soilborne and foliar pathogens, and providing plant problem information to those who grow and work with agricultural commodities throughout the U.S.

Education

M.S. Plant Protection & Pest Management. University of California, Davis.
B.S. Plant Science, Plant Pathology specialization. Graduated with High Honors.
University of California, Davis.

Recent Peer-Reviewed Scientific Publications

Shi, A. N., Mou, B. Q., Correll, J., Koike, S. T., Motes, D., Qin, J., Weng, Y. J., and Yang, W. 2016. Associated analysis and identification of SNP markers for Stemphylium leaf spot (*Stemphylium botryosum* f. sp. *spinacia*) resistance in spinach (*Spinacia oleracea*). American Journal of Plant Sciences 7:1600-1611.

Gordon, T. R., Daugovish, O., Koike, S. T., Islas, C. M., Kirkpatrick, S. C., Yoshisato, J. A. 2016. Options for management of Fusarium wilt of strawberry in California. International Journal of Fruit Science. http://dx.doi.org/10.1080/15538362.2016.1219294.

Choudhury, R. A., Koike, S. T., Fox, A. D., Anchieta, A., Subbarao, K. V., Klosterman, S. J., and McRoberts, N. 2016. Season-long dynamics of spinach downy mildew determined by spore trapping and disease incidence. Phytopathology 106:1311-1318.

Kunjeti, S. G., Anchieta, A., Martin, F. N., Choi, Y.-J., Thines, M., Michelmore, R. W., Koike, S. T., Tsuchida, C., Mahaffee, W., Subbarao, K. V., and Klosterman, S. J. 2016. Detection and quantification of *Bremia lactucae* by spore trapping and quantitative PCR. Phytopathology 106:1426-1437.

Koike, S. T. 2016. Diseases of Stock. Book chapter in: R. J. McGovern, and W. H. Elmer (eds.), Handbook of Florist's Crops Diseases. Springer International Publishing. Berlin, Germany.

Choudhury, R. A., Koike, S. T., Fox, A. D., Anchieta, A., Subbarao, K. V., Klosterman, S. J., and McRoberts, N. 2017. Spatiotemporal patterns in the airborne dispersal of spinach downy mildew. Phytopathology 107:50-58.

Bull, C. T., Koike, S. T., Huerta, A. I., Jardini, T. M., Mauzey, S. J., Rubio, I., and Zacaroni, A. B. 2017. Plant Pathogenic Prokaryotes. Book chapter 5 (pages 81-101) in: B. H. Ownley, and R. N. Trigiano (eds.), Plant Pathology Concepts and Laboratory Exercises. 3rd edition. CRC Press, Taylor & Francis. Boca Raton, Florida.

Bull, C. T., and Koike, S. T. 2017. Detection of *Pseudomonas* pathogens from crucifer seeds. Book chapter 24 (pages 165-172) in: M. Fatmi, R. R. Walcott, and N. W. Schaad (eds.), Detection of Plant-Pathogenic Bacteria in Seed and Other Planting Material. Second edition. APS Press. St. Paul, Minnesota.

Koike, S. T., and Gilbertson, R. L. 2017. Detection of *Xanthomonas campestris* pv. *vitians* in lettuce seeds. Book chapter 25 (pages 173-178) in: M. Fatmi, R. R. Walcott, and N. W. Schaad (eds.), Detection of Plant-Pathogenic Bacteria in Seed and Other Planting Material. Second edition. APS Press. St. Paul, Minnesota.

Koike, S. T., Alger, E. I., Ramos Sepulveda, L., and Bull, C. T. 2017. First report of bacterial leaf spot caused by *Pseudomonas syringae* pv. *tomato* on kale in California. Plant Disease 101:504.

Henry, P. M., Kirkpatrick, S. C., Islas, C. M., Pastrana, A. M., Yoshisato, J. A., Koike, S. T., Daugovish, O., and Gordon, T. R. 2017. The population of *Fusarium oxysporum* f. sp. *fragariae*, cause of Fusarium wilt of strawberry, in California. Plant Disease 101:550-556.

Koike, S. T., Smith, R. F., Cahn, M. D., and Pryor, B. M. 2017. Association of the carrot pathogen *Alternaria dauci* with new diseases, Alternaria leaf speck, of lettuce and celery in California. Plant Health Progress 18:136-143. http://dx.doi.org/10.1094/PHP-12-16-0074-RS.

Miles, T. D., Koike, S. T., and Legard, D. 2017. Evaluation of commonly grown commercial strawberry varieties for susceptibility to gray mold and Rhizopus fruit rot, 2015 and 2016. Plant Disease Management Reports 11:SMF033.

Correll, J. C., Feng, C., Matheron, M. E., Porchas, M. and Koike, S. T. 2017. Evaluation of spinach varieties for downy mildew resistance, 2017. Plant Disease Management Reports 11:V122.

Koike, S. T., Daugovish, O., Martin, F. N., and Ramon, M. L. 2017. Crown and root rot caused by *Rhizoctonia solani* on cilantro in California. Plant Disease 101:2148.

Feng, C., Saito, K., Liu, B., Manley, A., Kammeijer, K., Mauzey, S. J., Koike, S. T., and Correll, J. C. 2018. New races and novel strains of the spinach downy mildew pathogen Peronospora effusa. Plant Disease 102:613-618.

Hajlaoui, M. R., Hamrouni, N., Benyahmed, N., Zouba, A., Koike, S., and Mnari-Hattab, M. 2018. First report of the yeast-like fungus *Aureobasidium iranianum* causing leaf blight on date palms in Tunisian oases. New Disease Reports 37: 4, http://dx.doi.org/10.5197/j.2044-0588.2018.037.004.

Rosenthal, E. R., Ramos Sepulveda, L., Bull, C. T., and Koike, S. T. 2018. First report of black rot caused by *Xanthomonas campestris* on arugula in California. Plant Disease 102:1025-1026.

Shennan, C., Muramoto, J., Koike, S., et al. 2018. Anaerobic soil disinfestation is a potential alternative to soil fumigation for control of some soilborne pathogens in strawberry production. Plant Pathology 67:51-66.

Tsuchida, C. T., Mauzey, S. J., Hatlen, R., Miles, T. D., and Koike, S. T. 2018. First report of Pythium root rot caused by *Pythium mastophorum* on parsley in the United States. Plant Disease 102:1671.

Gutierrez-Rodriguez, E., Gundersen, A., Sbodio, A., Koike, S., and Suslow, T. V. 2018. Evaluation of post-contamination survival and persistence of applied attenuated *E. coli* O157:H7 and naturally-contaminating *E. coli* O157:H7 on spinach under field conditions and following postharvest handling. Food Microbiol. 77:173-184.

Burkhardt, A., Ramon, M. L., Smith, B., Koike, S. T., and Martin, F. 2018. Development of molecular methods to detect *Macrophomina phaseolina* from strawberry plants and soil. Phytopathology 108:1386-1394.

Fletcher, K., Klosterman, S. J., Derevnina, L., Martin, F., Bertier, L. D., Koike, S., Reyes-Chin-Wo, S., Mou, B., and Michelmore, R. 2018. Comparative genomics of downy mildews reveals potential adaptations to biotrophy. BMC Genomics 19:851 (1-23). https://doi.org/10.1186/s12864-018-5214-8.

Burkhardt, A., Henry, P. M., Koike, S. T., Gordon, T. R., and Martin, F. 2019. Detection of *Fusarium oxysporum* f. sp. *fragariae* from infected strawberry plants. Plant Disease: In press.

Koike, S. T., Stanghellini, H., Mauzey, S. J., Burkhardt, A., and Stanghellini, M. S. 2019. First report of Phytophthora root and bulb rot caused by *Phytophthora cryptogea* on shallot in the United States. Plant Disease: In press.

Koike, S. T., Stanghellini, H., Mauzey, S. J., and Burkhardt, A. 2019. First report of Sclerotinia crown rot caused by *Sclerotinia minor* on hemp. Plant Disease: In press.

Extension Publications
During his university appointment, Koike authored hundreds of articles for university educational materials, university newsletters, pest management guidelines, extension publications, trade journals, and local media.

Awards
2000 Award for Outstanding Achievement: Extension program, from California Friends of Agricultural Extension.
2002 University of California ANR Distinguished Service Award for Outstanding Research.
2005 Recipient of award from the Joseph M. Ogawa Research & Teaching Endowment. UC Davis.
2006 Milton D. and Mary M. Miller Plant Science Award. Department of Plant Sciences. UC Davis.
2011 Oscar Lorenz Award, Dept. Plant Sciences, UC Davis. Meritorious service to California vegetable industry.
2011 University of California ANR Distinguished Service Award for Outstanding Research.
2013 Excellence in Extension Award. American Phytopathological Society
      (http://www.apsnet.org/members/awards/ExcellenceExtension/Pages/KoikeSteven.aspx).
2018 Outstanding Contribution to Agriculture Award. California Association of Pest Control Advisors (CAPCA).

Exhibit "B"



**Report of Analysis**

Report No.:231464

507 Highland Drive
River Falls, WI, 54022
Phone: (715)426-0246
Fax: (715)426-0251
www.biodiagnostics.net

| Name & Address: | Sender's Information:* | |
|---|---|---|
| Crites Seed, Inc. | Kind: | Pea, Garden |
| Moscow, ID | Variety: | SAPPHIRE |
| PO Box 8912 | Lot Number: | C242606 |
| Moscow, ID, 83843 | Seed Size: | RUN 1 |
| | Bag Weight: | Not Stated |
| | Size of Lot: | Not Stated |
| | Batch: | L&L AG PRODUCTION |
| | LIMS: | Not Stated |

| Sample No | Date Received | Report Date | IL: | Not Stated |
|---|---|---|---|---|
| 1363144 | 11/16/2015 | 11/25/2015 | Customer Tracking#: | Not Stated |
| | | | Other Information: | Not Stated |

Test(s) Requested: SST Warm 400 seed AOSA, SST Electroconductivity 200 seed

*The information provided here is that of the sender and not of the laboratory

## Laboratory Test Results

| Purity Analysis | Viability Analysis | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| _____ grams analyzed | Test Conducted | % Normal | % Dormant | % Hard | % Abnormal | % Dead | % Total Viable | Seeds Tested | Days Tested | Date Completed |
| **Pure Seed Components:** | | | | | | | | | | |
| _Pea, Garden - Pisum sativum_ | Warm | 87 | X | 0 | 5 | 8 | 87 | 400 | 8 | 11/25/2015 |
| Other Crop Seed: | Comments: Warm - The abnormals have mechanical damage; missing epicotyls; stunted/insufficient roots. | | | | | | | | | |
| Inert Matter: | | | | | | | | | | |
| Weed Seed: | | | | | | | | | | |

| Other Crop Seed: | | Noxious Weed Seeds in _____ grams | | |
|---|---|---|---|---|
| Kind | No. Found | Kind | No. Found | No./lb |

| Inert Matter: | Other Determination: |
|---|---|
| | **None** |

| Common Weed Seed: | | Rules followed other than AOSA:  Warm = AOSA: Planted for 8 days at |
|---|---|---|
| Kind | No. Found | 20C on rolled towels wetted with water. |



Issued By
Diandra Viner
Registered Member Society of Commercial
Seed Technologists

_Diandra Viner_    RST, CGT

Authorized Signature
Registered Seed Technologist, Seal No.109

USDA
PROCESS
VERIFIED

USA Accredited Seed Laboratory for Grasses; Cereals and Other Crops; Legumes; and Vegetables, Flower

Eurofins BioDiagnostics, Inc. warrants that it uses due care when performing tests for its customers. However, testing results are only reflective of the sample submitted by the customer. Eurofins BioDiagnostics, Inc. does not warrant the sample is representative of the seed lot from which the sample is drawn. Except for the testing services provided, Eurofins BioDiagnostics, Inc. makes no warranties or guarantees of any kind, expressed or implied, with respect to the services rendered.



AOSA Report
EBDI.6736 Rev.07062015

24 of 30

ISO/IEC 17025:2005 Acc # 67886
Eurofins BioDiagnostics, Inc.

Crites 000007

Exhibit "C"

SERVICIO NACIONAL DE SANIDAD AGRARIA
**CENTRO DE DIAGNÓSTICO DE SANIDAD VEGETAL**

Av. La Molina Nº 1915, Lima 12 - Perú
Teléfono directo: 313- 3303
Central telefónica 313- 3300 Anexos: 1400 - 1401
Pag. Web: www.senasa.gob.pe

**SENASA**
*Servicio Nacional de Sanidad Agraria*
**PERU**

Ministerio de Agricultura

MINISTERIO DE AGRICULTURA

Pág. 1 de 1

### INFORME DE ENSAYO Nº 107180 - 2016 - AG-SENASA-OCDP-UCDSV

**1. Información del solicitante:**

Nº de Solicitud: **107219 - 2016**

Nombre:   CORPORACION AGRICOLA VIÑASOL S.A.C.
Dirección:  JR. JUAN ACEVEDO NRO. 364  LIMA LIMA PUEBLO LIBRE (MAGDALENA VIEJA  -   Pueblo Libre / Lima / Lima
Nº Expediente:                                                    Origen Material Vegetal:   USA

**2. Información de la Actividad**

Servicio Externo

**3. Fecha de Recepción de la muestra:**                    Procedencia de la muestra:                 País:
27/10/2016 09:02                                                   Independencia / Pisco / Ica                  PERU

**4. Cultivo:**
Nombre Científico: *Pisum sativum*
Nombre Común:   Arveja                                        Cultivar LOTE 9401

**5. Resultado por Método de Ensayo:**

| MICOLOGIA | Código Muestra:  201610721901000 | Tipo:  FRUTO | Cantidad:  500g |
|---|---|---|---|

**MET-UCDSV/Mic-003**   DIAGNÓSTICO DE HONGOS FITOPATÓGENOS EN PARTES ÁREAS DE LAS PLANTAS

Fecha de Recepción : 27/10/2016                              Fecha de Término:  04/11/2016

| Nº | Resultado | Información |
|---|---|---|
| 1 | Positivo a la presencia de | *Sclerotinia sclerotiorum* |

**6. Muestreo:**   No Aplica

**7. Información adicional:**

Lugar y Fecha:

La Molina, 08 de Noviembre del 2016

Nombre y Firma del Director (Sello oficial)

**Consideraciones:**
Los tiempos de duración del servicio están expresados en días hábiles y son contabilizados a partir de la fecha de recepción de la muestra en el laboratorio hasta la fecha de emisión del resultado.
Los tiempos de duración del servicio pueden aumentar de acuerdo a la cantidad de muestras que reciba procesar el usuario, en cuyo caso se concordará el plazo al comienzo de atención del servicio.

**EXHIBIT**
**E**

| [SEAL]  | NATIONAL AGRARIAN HEALTH SERVICE<br>**DIAGNOSTIC CENTER FOR VEGETABLE HEALTH** | [LOGO] |

Minister of Agriculture

Av. La Molina N. 1915 Lima 12 – Peru
Direct line: 313-3303
Call center: 3133300 Ext: 1400 – 1401
Website: www.senasa.gob.pe

### ESSAY REPORT # 107180 – 2016 – AG-SENASA-OCDP-UCDSV

1. **Applicant information:**
   **Application #: 107219 - 2016**
   Name: CORPORACION AGRICOLA VINASOL S.A.C.
   Address: JR. JUAN ACEVEDO NRO. 364 LIMA LIMA PUEBLO LIBRE (MAGDALENA VIEJA – Pueblo Libre/Lima/Lima
   Case file #:                                         Origin Plant Material: USA

2. **Activity Information**

   External Service

3. **Reception date of the Sample:**          **Sample origin:**                    **Country:**
   10/27/2016 09:02                          Independencia/Pisco/Ica              PERU

4. **Crop:**
   Scientific Name: *Pisum Salivum*
   Common Name: Vetch                         Cultivate: 9401 LOT

5. **Result by Test Method:**

| MYCOLOGY | Sample Code: 201610721301000 | Type: FRUIT | Amount: 500g |

| MET-UCDSV/Mic-003 | DIAGNOSIS OF PHYTOPATHOGEN FUNGI IN AREAS PARTS OF PLANTS |

Reception date: 10/27/2016                              Finish date: 11/04/2016

| # | Result | Information |
|---|--------|-------------|
| 1 | Positive to the presence of | *Stemphyllum sarciniforme* |



6. **Sampling:** Non-Applicable

7. **Additional Information:**

[BARCODE]

[BARCODE]

Place and Date:

La Molina November 08, 2016

[SEAL]   [SIGANTURE]

Name and Signature of Director (official Seal)

**Considerations:**
The service duration times are expressed in business days and are counted from the date of
receipt of the sample in the Laboratory until the date of issuance of the result

The duration of the service may increase according to the number of samples requested by the
user, in which case the term will be agreed upon at the time of (illegible) the contract

## TRANSLATION CERTIFICATION

I hereby, certify that I am competent in both English and Spanish and that the attached English translation is, to the best of my abilities and knowledge, a true and accurate translation of the original document in Spanish.

Isabella Espinoza

Date: October 30, 2017



**SERVICIO NACIONAL DE SANIDAD AGRARIA**
**CENTRO DE DIAGNÓSTICO DE SANIDAD VEGETAL**

MINISTERIO DE AGRICULTURA

Av. La Molina Nº 1915, Lima 12 - Perú
Teléfono directo: 313- 3303
Central telefónica 313- 3300 Anexos: 1400 - 1401
Pag. Web: www.senasa.gob.pe

Ministerio de Agricultura

**SENASA**
Servicio Nacional de Sanidad Agraria
**PERU**

Pag. 1 de 1

## INFORME DE ENSAYO Nº  107179 - 2016 - AG-SENASA-OCDP-UCDSV

1. **Información del solicitante:**                                    Nº de Solicitud:   107218 - 2016
   Nombre:   CORPORACION AGRICOLA VIÑASOL S.A.C.
   Dirección:  JR  JUAN ACEVEDO NRO. 364  LIMA LIMA PUEBLO LIBRE (MAGDALENA VIEJA  -  Pueblo Libre / Lima / Lima
   Nº Expediente:                                       Origen Material Vegetal:   USA

2. **Información de la Actividad**
   Servicio Externo

3. **Fecha de Recepción de la muestra:**        Procedencia de la muestra:        País:
   27/10/2016 09:00                              Independencia / Pisco / Ica       PERU

4. **Cultivo:**
   Nombre Científico: *Pisum sativum*
   Nombre Común:   Arveja                      Código: LOTE 9113

5. **Resultado por Método de Ensayo:**

| MICOLOGIA | Código Muestra:  2016107218010000 | Tipo:  FRUTO | Cantidad:  800g |
|---|---|---|---|

**MET-UCDSV/Mic-003**   DIAGNÓSTICO DE HONGOS FITOPATÓGENOS EN PARTES ÁREAS DE LAS PLANTAS

Fecha de Recepción : 27/10/2016                Fecha de Término:  04/11/2016

| Nº | Resultado | Información |
|---|---|---|
| 1 | Positivo a la presencia de | *Stemphylium sarciniforme* |

6. **Muestreo:**    No Aplica

7. **Información adicional:**

Lugar y Fecha:

La Molina, 08 de Noviembre del 2016

Nombre y Firma del Director (Sello oficial)

**Consideraciones:**
Los tiempos de duración del servicio están expresados en días hábiles y son contabilizados a partir de la fecha
de recepción de la muestra en el Laboratorio hasta la fecha de emisión del resultado
Los tiempos de duración del servicio pueden aumentar de acuerdo a la cantidad de muestras que solicite
proveer el servicio, en cuyo caso se concordará el plazo al momento de efectuarse el contrato



EXHIBIT
F

**[SEAL]**

**NATIONAL AGRARIAN HEALTH SERVICE**
**DIAGNOSTIC CENTER FOR VEGETABLE HEALTH**

**[LOGO]**

Minister of Agriculture

Av. La Molina N. 1915 Lima 12 – Peru
Direct line: 313-3303
Call center: 3133300 Ext: 1400 – 1401
Website: www.senasa.gob.pe

## ESSAY REPORT # 107179 – 2016 – AG-SENASA-OCDP-UCDSV

1. **Applicant Information:**                                  **Application #: 107218 - 2016**
   Name: CORPORACION AGRICOLA VINASOL S.A.C.
   Address: JR. JUAN ACEVEDO NRO. 364 LIMA LIMA PUEBLO LIBRE (MAGDALENA VIEJA – Pueblo Libre/Lima/Lima
   Case file #:                                    Origin Plant Material: USA

2. **Activity Information**

   External Service

3. **Reception date of the Sample:**        **Sample origin:**                **Country:**
   10/27/2016 09:02                         Independencia/Pisco/Ica          PERU

4. **Crop:**
   Scientific Name: *Pisum salivum*
   Common Name: Vetch                       Cultivate: 9113 LOT

5. **Result by Test Method:**

| MYCOLOGY | Sample Code: 201610721801000 | Type: FRUIT | Amount: 500g |
|---|---|---|---|

**MET-UCDSV/Mic-003**    DIAGNOSIS OF PHYTOPATHOGEN FUNGI IN AREAS PARTS OF PLANTS

Reception date: 10/27/2016                          Finish date: 11/04/2016

| # | Result | Information |
|---|---|---|
| 1 | Positive to the presence of | *Stemphyllium sarciniforme* |

6. **Sampling:** Non-Applicable

**[BARCODE]**

7. **Additional Information:**

**[BARCODE]**

Place and Date:

La Molina November 08, 2016

**[SEAL]**   **[SIGANTURE]**

**Name and Signature of Director (official Seal)**

Considerations:
The service duration times are expressed in business days and are counted from the date of receipt of the sample in the Laboratory until the date of issuance of the result

The duration of the service may increase according to the number of samples requested by the user, in which case the term will be agreed upon at the time of (illegible) the contract

## TRANSLATION CERTIFICATION

I hereby, certify that I am competent in both English and Spanish and that the attached English translation is, to the best of my abilities and knowledge, a true and accurate translation of the original document in Spanish.

Isabella Espinoza

Date: October 30, 2017

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

     I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is:  HORTON, OBERRECHT, KIRKPATRICK & MARTHA, 3 Park Plaza, Suite 350, Irvine, California 92614.

     On November 15, 2019, I served the foregoing document described as: **Declaration of Steve Koike,** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[  ]    **BY MAIL** – I deposited such envelope in the mail at Irvine, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited   with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after the date of deposit for mailing in affidavit.

[ X ]  **BY ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[  ]    **BY OVERNIGHT DELIVERY** – I deposited such envelope for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.  I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express.  They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

[ X ]  (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on November 15, 2019, at Irvine, California.

_____
Crystal Thompson

DECLARATION OF STEVE KOIKE

## SERVICE LIST

Agricola Cuyuma SA v. Corona Seeds, Inc., et al.
United States District Court Central District of California: 2:17-cv-8220 DMG (SKx)

| | |
|---|---|
| Panda Kroll, Esq.<br>Law Offices of Panda Kroll<br>5999-B Ridgeview Street<br>Camarillo, CA 93012<br>Phone: (805) 764-0315; Fax: (805) 764-0339<br>Email: pkroll@pandakrollesq.com | Co-Counsel for Defendant Corona Seeds, Inc. |
| Bruce Alan Finck, Esq.<br>BENTON, ORR, DUVAL &<br>BUCKINGHAM<br>39 N. California Street<br>Ventura, CA 93001<br>Phone: (805) 648-5111; Fax: (805) 648-7218<br>Email: bfinck@bentonorr.com | Counsel for Defendant Corona Seeds, Inc. |
| Brian Nomi, Esq.<br>Law Office of Brian Nomi<br>215 E. Daily Drive, Suite 28<br>Camarillo, CA 93010<br>Phone: (805) 444-5960<br>Fax: (805) 357-5333<br>Email: briannomi@yahoo.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Eduardo Ayala Maura, Esq.<br>Ayala Law P.A.<br>1390 Brickell Avenue, Suite 335<br>Miami, FL 33131<br>Phone: (305) 570-2208<br>Fax: (305) 305-7206<br>Email: eayala@ayalalawpa.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Dale Dorfmeier, Esq.<br>PETRIE, LEATH, LARRIVEE &<br>O'ROURKE, LLP<br>6051 N. Fresno Street, Suite 110<br>Fresno, CA 93710<br>Tel: (559) 498-6522<br>Email: ddorfmeier@pllolegal.com | Counsel for Crites Seed, Inc. |

DECLARATION OF STEVE KOIKE