**HORTON, OBERRECHT, KIRKPATRICK & MARTHA**
Cheryl A. Kirkpatrick, Esq. (SBN 149906)
Peter C.L. Chen, Esq. (SBN 246720)
3 Park Plaza, Suite 350
Irvine, CA 92614
PH:  (949) 251-5100
FX:  (949) 251-5104
Email: ckirkpatrick@hortonfirm.com / pchen@hortonfirm.com

Attorneys for Defendant Corona Seeds, Inc.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agricola Cuyuma SA;<br>Corporacion Agricola Vinasol SAC;<br><br>        Plaintiffs,<br>v.<br><br>Corona Seeds, Inc.;<br><br>        Defendant. | **CASE NO. 2:17-cv-8220 DMG (SKx)**<br><br>**[PROPOSED] JUDGMENT ORDER ON CORONA SEEDS, INC.'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, [PROPOSED] ORDER ON PARTIAL SUMMARY JUDGMENT**<br><br>**[Filed Concurrently with Notice of Motion and Motion for Summary Judgment, or Alternatively, Partial Summary Judgment; Separate Statement of Uncontroverted Facts; Declaration of Peter C.L. Chen; Declaration of Steve Koike**<br><br>**District Judge: Hon. Dolly M. Gee**<br><br>**Date: December 20, 2019**<br>**Time: 3:00 p.m.**<br>**Courtroom: 8C, 8th Floor**<br><br>Complaint Served: December 21, 2017<br>Current Trial Date: February 11, 2020<br><br>Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Steve Kim |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

///

Defendant Corona Seeds, Inc.'s ("CORONA") motion for summary judgment, or alternatively, partial summary judgment on Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinaols SAC's complaint came for hearing on December 20, 2019, at 3:00p.m., in Department 8C of the above-entitled court.

After a full consideration of CORONA's motion for summary judgment, or alternatively, partial summary judgment pursuant to Federal Rules of Civil Procedure 56 *et seq.* and good cause appearing:

THE COURT HEREBY ORDERS THAT:

1. Corona Seeds, Inc. is entitled to summary judgment on plaintiff Agricola Cuyuma SA's operative complaint;
2. Corona Seeds, Inc. is entitled to summary judgment on plaintiff Corporacion Agricola Vinasol SAC's operative complaint.

OR IN THE ALERNATIVE

1. Corona Seeds, Inc. is entitled to partial summary judgment on Agricola Cuyuma SA's breach of express warranty cause of action;
2. P Corona Seeds, Inc. is entitled to partial summary judgment on Agricola Cuyuma SA's breach of implied warranty cause of action;
3. Corona Seeds, Inc. is entitled to partial summary judgment on Agricola Cuyuma SA's negligence cause of action;
4. Corona Seeds, Inc. is entitled to partial summary judgment on Agricola Cuyuma SA's negligent misrepresentation cause of action;
5. Corona Seeds, Inc. is entitled to partial summary judgment on Agricola Cuyuma SA's breach of contract cause of action;
6. Corona Seeds, Inc. is entitled to partial summary judgment on Corporacion Agricola Vinaols SAC's breach of express warranty cause of action;
7. P Corona Seeds, Inc. is entitled to partial summary judgment on Corporacion Agricola Vinaols SAC's breach of implied warranty cause of action;

**[PROPOSED] ORDER**

8. Corona Seeds, Inc. is entitled to partial summary judgment on Corporacion Agricola Vinaols SAC's negligence cause of action;

9. Corona Seeds, Inc. is entitled to partial summary judgment on Corporacion Agricola Vinaols SAC's negligent misrepresentation cause of action;

10. Corona Seeds, Inc. is entitled to partial summary judgment on Corporacion Agricola Vinaols SAC's breach of contract cause of action.

DATED: _____         _____
                                 **Honorable Dolly M. Gee**
                                 Judge of the District Court

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: HORTON, OBERRECHT, KIRKPATRICK & MARTHA, 3 Park Plaza, Suite 350, Irvine, California 92614.

On November 15, 2019, I served the foregoing document described as: **[Proposed] Order on Corona Seeds, Inc.'s Motion for Summary Judgment, or Alternatively, Partial Summary Judgment,** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[ ]   **BY MAIL** – I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after the date of deposit for mailing in affidavit.

[ X ]   **BY ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ ]   **BY OVERNIGHT DELIVERY** – I deposited such envelope for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

[ X ]   (Federal)     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 15, 2019, at Irvine, California.

_____
Crystal Thompson

# SERVICE LIST

Agricola Cuyuma SA v. Corona Seeds, Inc., et al.
United States District Court Central District of California: 2:17-cv-8220 DMG (SKx)

| | |
|---|---|
| Panda Kroll, Esq.<br>Law Offices of Panda Kroll<br>5999-B Ridgeview Street<br>Camarillo, CA 93012<br>Phone: (805) 764-0315; Fax: (805) 764-0339<br>Email: pkroll@pandakrollesq.com | Co-Counsel for Defendant Corona Seeds, Inc. |
| Bruce Alan Finck, Esq.<br>BENTON, ORR, DUVAL & BUCKINGHAM<br>39 N. California Street<br>Ventura, CA 93001<br>Phone: (805) 648-5111; Fax: (805) 648-7218<br>Email: bfinck@bentonorr.com | Counsel for Defendant Corona Seeds, Inc. |
| Brian Nomi, Esq.<br>Law Office of Brian Nomi<br>215 E. Daily Drive, Suite 28<br>Camarillo, CA 93010<br>Phone: (805) 444-5960<br>Fax: (805) 357-5333<br>Email: briannomi@yahoo.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Eduardo Ayala Maura, Esq.<br>Ayala Law P.A.<br>1390 Brickell Avenue, Suite 335<br>Miami, FL 33131<br>Phone: (305) 570-2208<br>Fax: (305) 305-7206<br>Email: eayala@ayalalawpa.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Dale Dorfmeier, Esq.<br>PETRIE, LEATH, LARRIVEE & O'ROURKE, LLP<br>6051 N. Fresno Street, Suite 110<br>Fresno, CA 93710<br>Tel: (559) 498-6522<br>Email: ddorfmeier@pllolegal.com | Counsel for Crites Seed, Inc. |