# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:17-CV-8220-DMG (SK) | Date | Wed., November 20, 2019 |
|---|---|---|---|
| Title | Agricola Cuyuma SA, et al. v. Corona Seeds, Inc., et al. | | |

| Present: The Honorable | Louise A. LaMothe, United States Magistrate Judge |
|---|---|
| Debbie Johnston | CS 11/20/2019 (202) |
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**       **SETTLEMENT CONFERENCE**

Case called. Counsel state their appearances. The following parties are in attendance at the settlement conference:

**For Plaintiffs**:
Edward Ayala Maura, Esq., Ayala Law PA
Brian Noma, Esq., Law Offices of Brian Nomi
Oscar Alban, CEO, Corporacion Agricola Vinasol SAC
Luis Alban, Shareholder, Corporacion Agricola Vinasol SAC
Guillermo De los Rios, CEO, Agricola Cuyuma SA

**For Defendants**:
Bruce A. Fink, Esq., Horton Oberrecht Kirkpatrick and Martha
Peter Chih-Liang Chen, Esq., Horton Oberrecht Kirkpatrick and Martha
Dale M. Dorfmeier, Esq., Petrie Dorfmeier LLP
Mike Newman, President, Corona Seeds, Inc.
Charles Stoddard, Production Manager, Crites Seed, Inc.
Ed Bueser, Claims Representative for Crites Seed, Inc.
Janet Lucido, Claims Representative for Corona Seeds, Inc. (by telephone)

The Court conducts a settlement conference as scheduled. After discussion among the parties, no settlement is reached. The parties are advised that the Court will be available for a second settlement conference should they so desire.

                                                                    2  :  50

                                           Initials of Preparer   dj