**HORTON, OBERRECHT, KIRKPATRICK & MARTHA**
Cheryl A. Kirkpatrick, Esq. (SBN 149906)
Peter C.L. Chen, Esq. (SBN 246720)
3 Park Plaza, Suite 350
Irvine, CA 92614
PH: (949) 251-5100
FX: (949) 251-5104
Email: ckirkpatrick@hortonfirm.com / pchen@hortonfirm.com

Attorneys for Defendant Corona Seeds, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agricola Cuyuma SA;<br>Corporacion Agricola Vinasol SAC;<br><br>            Plaintiffs,<br><br>v.<br><br>Corona Seeds, Inc.;<br><br>            Defendant. | **CASE NO. 2:17-cv-8220 DMG (SKx)**<br><br>**DECLARATION OF PETER C.L. CHEN**<br><br>[Filed Concurrently with Reply to Opposition to Motion and Motion for Summary Judgment, of Alternatively, Partial Summary Judgment; Reply to Plaintiffs' Additional Facts; Reply to Plaintiffs' Disputed Facts; Reply to Plaintiffs' Objection to Request for Judicial Notice; Evidentiary Objections]<br><br>**District Judge: Hon. Dolly M. Gee**<br><br>**Date: December 20, 2019<br>Time: 3:00 p.m.<br>Courtroom: 8C, 8th Floor**<br><br>Complaint Served: December 21, 2017<br>Current Trial Date: February 11, 2020<br><br>Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Steve Kim |

## DECLARATION OF PETER C.L. CHEN

I, Peter C.L. Chen, hereby declare and state as follows:

DECLARATION OF PETER C.L. CHEN

1.    I am an attorney at law duly licensed to practice before all courts of the State of California, and am an associate with Horton, Oberrecht, Kirkpatrick & Martha, attorneys of record for Corona Seeds, Inc. (hereinafter referred to as "CORONA") in the above entitled action.  The following facts are within my personal knowledge except as to those matters stated upon information and belief, and as to those I believe them to be true.  If called as a witness, I could and would testify competently thereto.

2.    Attached as Exhibit "A" is a true and correct copy of the translation of Agricola Cuyuma S.A.'s web site (www.cuyuma.com.pe).

3.    Attached as Exhibit "B" is a true and correct copy of the translation of Corporacion Agricola Vinasol SAC's web site (www.avsa.com.pe).

4.    Attached as Exhibit "C" is a true and correct copy of Plaintiffs' expert designation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is made this 6th day of December 2019, at Irvine, CA.

Peter C.L. Chen

DECLARATION OF PETER C.L. CHEN

Exhibit "A"

CUYUMA.COM WEBSITE TRANSLATION

**COMMITMENT - SOCIAL RESPONSIBILITY**

Our commitment with the communities and towns where we operate is to contribute to their development by generating sources of direct and indirect employment, communal development programs, social projects, among others, these being the most important.

Our upper management and partners maintain high standards of professionalism, ethics, and transparency in the relationships with our stakeholders. We proactively provide productive and social development in our company and communities with educational initiatives through our knowledge and organizational resources.

**CHRISTMAS HOT CHOCOLATE - VISTA ALEGRE RANCH**

As part of our commitment to corporate social responsibility, on December 18, 2018, we held a very successful Christmas Hot Chocolate at the Vista Alegre Ranch.

Our goal was to encourage the celebration of the Christmas season and likewise to spread joy to all of the ranch workers' children at the "VISTA ALEGRE" Ranch in the province of HUARMEY.

This event was held on December 18, 2018 from 10:00am until 2:00pm with the participation of the children, parents and company partners.

The scheduled event was held very successfully being that 100% of the workers, parents and children supported it; the parents and children were very appreciative of the effort sponsored by the company AGRICOLA CUYUMA S.A.

**Community Project "ORAL HEALTH" / Huarmey, June 27, 2016**

The goal of the project was to hold a workshop to raise awareness for students in the 4 sections of 6th grade at the I.E. Jose Carlos Mariátegui Elementary School. Students met on the campus of I.E. where a lecture was held regarding Oral Health and preventive dental care.

**Community Project - Oral Health Campaign / Huarmey, September 2, 2015**

Lecture regarding dental hygiene led by the specialists, for students in 4th, 5th, and 6th grade of Elementary School at I.E. 88114-San Martin de Porres. The lecture covered proper brushing of teeth, and each of the participating students received a toothbrush and toothpaste, with the goal of promoting and incentivizing proper dental hygiene. This workshop was presented with the help of dental professionals.

**Community Project - Hair Cutting Campaign / Huarmey, July 17, 2015**

The objective was to promote proper hygiene for the student population of 4th, 5th, and 6th graders in the Elementary School I.E. 88114 - San Martin de Porras. They met in a classroom, first beginning with a talk about self-care and hygiene, led by a specialist, which dealt with appropriate hair washing to prevent illness.

## CROPS

Our country offers export products in the off seasons and during the entire year, due to the comparative advantages such as the climatic diversity, geography and varied elevation; which is reflected in the high yields per hectare in various crops.

By leveraging these advantages and its preferential access to new markets, Agricola Cuyuma offers a variety of products such as Asparagus, Snow Peas, Sugar Snaps, Avocado, Mango, Pomegranate and Grapes; mainly the crops that are in great demand in markets such as Europe, United States of America and Asia. Therefore, we are committed to being involved in the quality control of these products from harvest to packing and all the way until they reach the market satisfying the standards of our customers.

In our field and plant processes, we have implemented best practices in agriculture and systems to assure food safety, which are all endorsed by international certifications, which is what makes it possible for our exportable products to comply with principal market requirements.

## Asparagus

This nutritious vegetable is full of vitamins and highlighted among its many properties is its high fiber content, folic acid, vitamins A, C, E, and K, as well as chromium, a trace metal that improves the capacity of insulin to transport blood glucose to cells. It can help to combat cancer and is an especially rich source of glutathione, a detoxifying compound that helps to break down carcinogenic agents and other dangerous compounds. Another is the antiaging property of this delicious vegetable which can help our brain against cognitive deterioration. It is a natural diuretic which contains high levels of the amino acid asparagine, which serves as a natural diuretic.

Variety

Green

**Avocado**

Is a very nutritious food and contains a wide variety of nutrients such as B vitamins, has high levels of vitamins E and K; additionally, it is rich in magnesium, copper, iron, zinc, potassium, has 0% cholesterol and is low in saturated fats. Its high potassium content contributes to a reduction in blood pressure, an important risk factor for heart attacks, stroke, and kidney failure. Eating avocados can help to improve risk factors for illnesses such as heart disease, risk of obesity and diabetes.

Varieties

HASS, Fuerte

**Pea**

A vegetable with a high concentration of Vitamin C. Studies have confirmed that in 35 ounces of this product, we find 50% of the daily recommended dose of vitamin C. They also contain a rich source of B complex vitamins, providing almost half of the Niacin and a tenth of the folic acid needed daily. Increasing the consumption of these nutrients helps the body to convert food into energy. Peas provide a fifth of the vitamin K that you need, ensuring your blood clots correctly and supports bone health. They provide a modest amount of minerals that can complement your diet, such as iron, magnesium, phosphorus and potassium.

Variety

Snow peas, Sugar snap

**Pomegranate**

A fruit with a low calorie and carbohydrate count, ideal for people with diabetes. The pomegranate seeds are extremely rich in antioxidants. They are very useful in case of high blood pressure. This fruit helps to prevent and reduce the aging process.

**Grape**

Fruit composed of 80% water and fiber. It is also a source of iron, a mineral essential to preventing anemia and it also strengthens the immune system. Grapes also contain phosphorus, which relieves tiredness and fatigue, as well as calcium, another important mineral for our bodies.

Variety

Red grape, Green grape

**Mango**

Contains minerals such as magnesium, phosphorus, calcium and potassium, in addition to vitamins E, C, and pro vitamin A. Thanks to its fiber content, it can prevent or improve constipation, reduce cholesterol, and regulate blood sugar.

Varieties

Kentt, Tommy, Keitt

**FIELD EXPERTS**

Agricola Cuyuma S.A. began its activities on September 8, 2014 with the planning and structuring of the agro-exporting project for the Huarmey valley, in Ancash, in northern Peru, with the implementation of a packing plant for asparagus and Snow Peas, and putting 34.5 hectares into production for the Snow Peas season.

The project was born for the purpose of being an industry leader in the production and exportation of agricultural products. For this reason we are totally committed to our strongest link in the chain of production, our partners, who are trained and work under the best conditions to achieve the quality standards that the international market demands.

**VARIETY IN PACKAGING**

[photos]

**SEASONS**

[Calendar]

**FIELD CONSULTING**

**CERTIFICATIONS**

The efficient application of best practices in agriculture and in the management system in quality control assurance constitute the best tools to obtain safe products and of a quality for human consumption. We constantly monitor the product along the entire production chain, the work conditions, and the community work, for operational efficiency, safety and security in the processing plant, and in the training and promotion of our partners.

**PACKING HUARMEY**

**Main Plant Huarmey**: Located in the department of Ancash, North of Lima, an extraordinary location that offers a slightly humid and warm climate year-round which is ideal for crops such as asparagus, Snow Peas, Mango and others. Our facilities permit us to process up to 30 tons of asparagus daily and 10 tons of Snow Peas and Sugar Snap daily.

# We offer you the best from the field

Agricola Cuyuma is a Peruvian agro-exporting company that is dedicated to growing, processing, commercializing and exporting fruits and vegetables, with a first-class team, committed to their customers and the sustainability of the area.

The company has been able to position itself in 14th place in the ranking of the principal exporting companies for fresh green asparagus during 2015 and seeks to become a leader in following years. This achievement is due to our good practices and our commitment to our partners and customers, and important agreements and commitments with customers in the United States and Europe. The quality of our products is backed up by certifications such as BRC, Primus Global Food Safety, GLOBAL GAP, FOR LIFE, SMETA.

We are a company headquartered in Peru with processing plants located North and South of Lima. We currently have more than 300 partners distributed between our two plants. Additionally, our company seeks to be recognized for its good corporate practices, as a transparent group, with integrity and committed to the environment and social surroundings where we operate and develop.

In Agricola Cuyuma we are completely involved in the production process from the planting, harvesting, processing, commercialization, and exportation of agricultural products such as Asparagus, Snow Peas & Sugar Snaps, Avocado, Mango, Grapes, and Pomegranate to Europe, United States of America and Asia.

**MISSION**

We are a leading team generating progress and welfare in our operating zones, that seeks to constantly exceed the expectations of our customers, offering quality products, rationally and sustainably using natural resources, working hand in hand with the communities where we operate providing help and technical support to offer export quality products.


**VISION**


To be the leading agro-exporting company in the market with the production and commercialization of fruits and vegetables at the most competitive prices. Therefore we are constantly active and developing the planting and production of organic products to expand our exportable offerings, under the best agricultural practices.

# Exhibit "B"

**AVSA Website:**

About Us:

We are located in the area south of Lima. AVSA was created for the purpose of providing specialized processing and packing services for fresh vegetables for Agro Exportation.

We have over 15 years of experience processing and exporting fresh fruits and vegetables to North America, Europe, Asia, Oceania and Latin America.

Our staff is made up of a highly competitive team, focused on continual improvement and trained in the international quality standards of the most demanding markets.

We have the most modern calibration and sorting technology; modern refrigeration tunnels; high capacity cold chambers designed to maintain the properties and characteristics of the packaged product; climate-controlled shipping ramps; as well as, constant temperature monitoring for appropriate cold chain management.


Philosophy

Benefit growers and suppliers. Quality Control. Respect for the environment and production standards. (GLOBALGAP & GAP). Sustainable growth with our team. Opportunities for small scale growers for social responsibility.

The Team

AVSA works under two production models, giving business opportunities to small-scale growers linked to the general programs we manage, the management of our farms and third-party farms we lease.

Commitment

AVSA works under two production models, providing business opportunities to small-scale growers linked to the general programs we manage, the management of our farms and third-party farms we lease.

Translation from Spanish into English. Translated by Aimee K. Benavides, Federally Certified Court Interpreter & California Certified Court Interpreter #300910, specializing in Agricultural translation

[links on the left of the home page]

Contact Details

*Home

*Services

*Contact us

Other Services

TRANSPORTATION

> We have a modern fleet of trucks that provide cargo transport of the Commodities; as well as the Finished Product at the required temperatures. All trucks have the necessary permits to provide these services nationally and internationally.

SALES OF AGRICULTURAL INPUTS

> We provide the growers who are members of our production chains, as well as growers in general, a wide variety of agricultural inputs (pesticides and fertilizers) from prestigious national and international laboratories.

TECHNICAL AGRICULTURAL ASSISTANCE

> Through our new qualified staff of Agricultural Technicians specialized in different crops, we offer personalized Technical Assistance to Growers, in appropriate control and management of production and pests.

AGRICULTURAL MACHINERY

> Having a fleet of Tractors and agricultural implements allows us to offer services in field and crop preparation for a diverse portfolio of growers in the southern zone of Lima very satisfactorily across the different soil types.

APPLICATION OF AGROCHEMICALS

> For our satisfied Growers, we provide agricultural services by completing the Application of the necessary Inputs for pest control in the field with the necessary guarantees to reach production levels.

CONTACT US

Your name

Your email

Subject

Message

Translation from Spanish into English. Translated by Aimee K. Benavides, Federally Certified Court Interpreter & California Certified Court Interpreter #300910, specializing in Agricultural translation

Exhibit "C"

**LAW OFFICE OF BRIAN NOMI**
Brian Nomi, Esq. (CBN: 203059)
*Local Counsel*
215 E Daily Dr, Ste 28
Camarillo, CA 93010
Phone: 805-444-5960
Fax: 805-357-5333
Email: briannomi@yahoo.com

**AYALA LAW, P.A.**
Eduardo A. Maura, Esq. (FBN: 91303)
*Pro Hac Vice Counsel* [D.E. 11]
1390 Brickell Ave, Ste 335
Miami, FL 33131
Phone: 305-570-2208
Fax: 305-503-7206
Email: eayala@ayalalawpa.com

Attorneys for Agrícola Cuyuma SA and
Corporación Agrícola Viñasol SAC

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agrícola Cuyuma SA, and<br>Corporación Agrícola Viñasol SAC,<br><br>       *Plaintiffs*,<br><br>v.<br><br>Corona Seeds, Inc., and<br>Crites Seed, Inc.,<br><br>       *Defendants*. | **Case No. 2:17-cv-08220-DMG-SK**<br><br>**PLAINTIFFS' EXPERT DISCLOSURE**<br><br>District Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Steve Kim<br><br>Complaint Served: December 17, 2017<br>Jury Trial Date: February 11-20 |

1

PLAINTIFFS' EXPERT DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 26(2) *et seq.*, Agrícola Cuyuma SA ("Cuyuma") and Corporación Agrícola Viñasol SAC ("AVSA"), disclose the following experts who they will call at trial:

## I. Retained Experts

1. <u>Mr. Michael Coffey, Phd.</u>

    Department of Microbiology and Plant Pathology,
    Boyce Hall, Room 2435,
    University of California
    Riverside, CA 92521-2508

Mr. Coffey is a Plant Pathologist and Plant Physiologist by training. His BSc was in Agricultural Botany with a minor in Agriculture/Soil Science. His PhD was in Plant Biology and his thesis was concerned with the effects of *Alternaria solani* and *Phytophthora infestans* on sugar translocation in tomatoes. Currently he is a Professor and Plant Pathologist at the University of California Riverside. Mr. Coffey is also a consultant for a company developing NGS-based diagnostics for plant disease characterization and identification.

Mr. Coffey will offer testimony on all issues related to the pathology of the seeds at issue in the case, including but not limited to germination, physiology, diseases, and tests results. Mr. Coffey will also opine on the testimony of Defendants experts related to the issues mentioned priorly. He may supplement his testimony as additional evidence is provided by Defendants or additional testing is performed on the subject seeds. Mr. Coffey is familiar with the facts of this case and is prepared to testify at a deposition or at trial. His final opinion, however, will not be provided until he has had an opportunity to review the complete reports of the Defendants' expert in the case. Coffey has testified priorly in the following cases:

- *Foliar Nutrients, Inc. v. Plant Food Systems, Inc.*, Case No. 6:04-CV-346-Orl-18-KRS

**PLAINTIFFS' EXPERT DISCLOSURE**

- *Foliar Nutrients, Inc. v. Plant Food Systems, Inc. and Carl Fabry*, Case No. 6:13-cv-00748-RBD-KRS

Mr. Coffey's expert fee for deposition testimony is $300 an hour. Mr. Coffey's expert fee for testimony at trial is also $300 an hour. Mr. Coffey's opinion, Curriculum Vitae, and Fee Schedule is attached as **Exhibit A** to this Disclosure.

2.  <u>Mr. David Cowheard, CPA, CrFA, CFF.</u>
    Partner at Cowheard, Singer & Company
    7200 NW 19th, Suite 307,
    Miami, FL 33126.

Mr. Cowheard is the founding partner of Cowheard, Singer & Company. Mr. Cowheard is a member of the American Institute of Certified Public Accountants, Florida Institute of Certified Public Accountants, Association of Certified Fraud Examiners, and American College of Forensic Examiners.

Mr. Cowheard will offer testimony on all issues related to the damages in this case as a result of Defendants actions.

Mr. Cowheard is familiar with the facts of this case and will be prepared to testify at a deposition or at trial. His final opinion, however, will not be provided until he has had an opportunity to review the complete reports of the Defendants' experts in the case.

Mr. Cowheard's expert fee for deposition or trial testimony is $350 an hour. Mr. Cowheard expert fee for field work is $275 an hour. Mr. Cowheard's report, Curriculum Vitae, Fee Schedule and testimony list is attached as **Exhibit B** to this Disclosure.

**II. Non-Retained Expert**

1.  Sarah Dammen or Alvaro Machado; or Person with Most Knowledge of SGS Representative

    c/o Lynn, Jackson, Shultz & Lebrun, P. C.
    110 N. Minnesota Avenue, Suite 400
    Sioux Falls, South Dakota 57104
    mnadolski@lynnjackson.com

Ms. Dammen is the supervisor of the germination department at SGS and oversaw a laboratory analysis performed on the subject seeds. Her testimony relates to the SGS reports marked as Exhibit 70 to her deposition testimony.

Mr. Machado is also a representative at SGS and the genetic portion of the analysis in the SGS report marked as Exhibit 71 to the Deposition of Ms. Dammen. His testimony will relate to the substance of that report.

Plaintiffs reserve the right to supplement this disclosure as discovery is ongoing. Plaintiffs also reserve the right to call any expert designated by Defendants.

Dated: December 3, 2019

Respectfully submitted,

By: /s/ Eduardo A. Maura
**Eduardo A. Maura**
Fla. Bar No. 91303 (PHV)
Ayala Law, P.A.
1390 Brickell Ave, Ste 335
Miami, FL 33131
Phone: 305-570-2208
Fax: 305-503-7206
Email: eayala@ayalalawpa.com
*Attorney for Plaintiffs*

4

**PLAINTIFFS' EXPERT DISCLOSURE**

## Michael D Coffey (Ph.D, FTCD)

### Professor & Plant Pathologist



**Dept. of Microbiology and Plant Pathology**
**Boyce Hall, Room 2435**
**University of California**
**Riverside, CA 92521-2508**

(951) 827-4764 (Voice)
(951) 990-2579 (Cell)

coffey@ucr.edu

**College of Natural and Agricultural Sciences**

### Degrees

PhD Plant Biology 1968
        University of Wales
BSc Agricultural Botany 1965
        University College of North Wales

### Awards

**Butler Medal (Ireland)**
**Fellow of Trinity College, Dublin (FTCD)**

### Postdoctoral Fellow

University of British Columbia 1968-1970

### Senior Research Associate

University of Wisconsin, Madison 1970-1972

Ex. A

## RESEARCH

Oomycetes are unique microscopic organisms that are traditionally regarded as fungi. However, despite their superficial similarity they are no more closely related to fungi than are higher plants or animals. Their closest kin are diatoms and giant kelp. The most important genera in the Oomycetes are *Pythium* and *Phytophthora*. For over 30 years I have conducted research on many species of *Phytophthora* including the infamous species *P. infestans* that attacks potato and tomato causing the devastating disease known as Late Blight. Research on this species has led me to the Andes in search of resistant plants among the wild species and to Russia where currently Late Blight destroys over half their most important potato crop. Another very important *Phytophthora* species is *P. palmivora* which attacks tropical crops including coconut, cacao and durian. My research on this species has taken me to Southeast Asia in cooperative programs with International organizations such as the UN/FAO and IAEA. But Oomycetes are more than destructive plant pathogens they are important components of the biosphere in soils, water and marine estuaries. It is this aspect of their biology that has increasingly attracted my interest. In an expedition to the Amazon rainforest I have collected specimens from soil and water and over the years have accumulated a collections of the *Halophytophthora* species inhabiting marine environments. Currently, I am involved in major projects in my lab to develop a Phytophthora DNA Bank in association with the World Phytophthora Genetic Resource Collection, generation of over 3000 ITS sequences for the Phytophthora Database and CO1 sequences of the representative species of the genus for the Barcode Project at the University of Guelph.  In addition, I am an advisor and collaborator in several projects with other countries to develop effective control strategies. I was invited by CENIPALMA, Colombia to advise on a very destructive bud rot disease of oil palms. This is a very important crop in that country and is currently being decimated by Phytophthora. Thus Oomycetes, besides their great importance as destructive plant pathogens, occupy diverse niches and their evolution, basic biology and fundamental role in the natural environment awaits further exciting and extensive exploration. This is my research world!

## RESEARCH PROGRAMS

- Molecular Phylogeny and Evolution of *Phytophthora*

- Genetics of Host-Pathogen Interactions

- Control of Phytophthora Diseases

- Control of Powdery Mildew Diseases

- Population Biology of Phytophthora and Powdery Mildews

- Melon, Tomato and Pepper Germplasm as Sources of Disease Resistance

- Fungicide Resistance Studies

**PUBLICATIONS**

**I.a. MOST RECENT JOURNAL ARTICLES (Technical) 2019-2009**

Martin, FN, Zhang, Y, Cooke, DEL, **Coffey, MD,** Grunwald, NJ, and Fry, WE**. 2019.** Insights into evolving global populations of *Phytophthora infestans* via new complimentary mtDNA haplotype markers and nuclear SSRs. PLoS ONE 14: 1-24.

Tabima, JF, **Coffey, MD,** Zazada, IA, and Grunwald, NJ**. 2018**. Populations of *Phytophthora rubi* show little differentiation and high rates of migration among states in the Western United States. MPMI 31 (6): 614-622.

  Rojas, JA, Miles, TD, **Coffey, MD**, Martin, FN and Chilvers, M. **2017**. Development and application of qPCR and RPA genus and species-specific detection of *Phytophthora sojae* and *Phytophthora sansomeana* root rot pathogens of soybean.  Plant Disease 101: 1171-1181.

Miles, TD, Martin, FN, Robideau, GP,  Bilodeau, GJ and **Coffey, MD. 2017.**  Systematic development of Phytophthora species-specific mitochondrial diagnostic markers for economically important members of the genus.  Plant Disease  101: 1162-1170.

Miles, TD, Martin, FN, and **Coffey, MD**. 2015.  Development of rapid isothermal amplification assays for detection of Phytophthora species in plant tissue. *Phytopathology* 105:  265-278.

Mohammad Ziaur Rahman, Seiji Uematsu, **Michael David Coffey**, Shihomi Uzuhashi , Haruhisa Suga, Koji Kageyama. **2014.** Re-evaluation of Japanese Phytophthora isolates based on molecular phylogenetic analyses. Mycoscience 55 (4): 314-327.

Bilodeau, GJ, Martin, FN, **Coffey, MD**, and Blomquist, CL. **2014**. Development of a multiplex assay for genus and species-specific detection of *Phytophthora* based on differences in mitochondrial gene order. *Phytopathology* 104:  733-748.

Martin, FN, Blair, JE, and **Coffey, MD. 2014.** A combined  mitochondrial and nuclear multilocus phylogeny of the genus *Phytophthora*. Fungal Genetics and Biology: 66: 19-32.

Park, B, Martin, F, Geiser, DM, Kim, H-S, Mansfield, MA, Nikolaeva, E, Park, S-Y, **Coffey, MD**, Russo, J, Kim, SH, Balci, Y, Abad, G, Burgess, T, Grunwald, NJ, Cheong, K, Choi, J, Lee,  Y-H, and Kang, S. **2013.**  Phytophthora database 2.0: update and future direction. *Phytopathology* 103: 1204-1208.

Mammella, MA, Martin, FN, Cacciola, SO, **Coffey, MD**, Faedda, R, and Schena, L. **2013**. Analyses of the population structure in a global collection of *Phytophthora nicotianae* isolates  inferred from mitochondrial and nuclear DNA sequences. *Phytopathology* 103: 610-622.

Chen, W, Djama, ZR, **Coffey, MD**, Martin, FN, Bilodeau, G, Radmer, L,  Denton, G, and Levesque, CA**. 2013.**  Membrane-based oligonucleotide array developed from multiple markers for the detection of many Phytophthora species. *Phytopathology* 103: 43-54.

Zhao, H, Sun, Ruohai, Albrecht, U, Padmanabhan, C, Wang, A, **Coffey, MD**, Girke, T, Wang, Z, Close, TJ, Roose, M, Yokomi, RK, Folimonova, S, Vidalakis, G, Rouse, R, Bowman, KD and Jin, H. **2013**. Small RNA Profiling Reveals Phosphorus Deficiency as a Contributing Factor in Symptom Expression for Citrus Huanglongbing Disease. *Molecular Plant* 6 (2): 301-310.

Martin, FN, and **Coffey, MD. 2012**. Mitochondrial haplotype analysis for differentiation of isolates of *Phytophthora cinnamomi. Phytopathology* 102: 229-239.

Blair, JE, **Coffey, MD**, and Martin, FN. **2012**. Species tree estimation for the late blight pathogen, *Phytophthora infestans*, and close relatives. *PloS ONE* 7(5): e37003. doi:10.1371/journal.pone.0037003

Chaparro-Garcia, A, Wilkinson, RC, Gimenez-Ibanez, S, Findlay, K, and **Coffey, MD**, Zipfel, C, Rathjen, JP, Kamoun, S, and Schorneck, S. **2011**. The receptor-like kinase SERK3/BAK1 is required for basal resistance against the late blight pathogen *Phytophthora infestans* in *Nicotiana benthamiana. PloS ONE* 6: e16608.

Robideau, GP, De Cock, AW, **Coffey, MD**, Voglmayr, H, Brouwer, H, Bala, K, Chitty, DW, Desaulniers, N, Eggertson, QA, Gachon, CM, Hu, CH, Kupper, FC, Rintoul, TL, Sarhan, E, Verstappen, EC, Zhang, Y, Bonants, PJ, Ristaino, JB and Levesque, CA. **2011**. DNA barcoding of oomycetes with cytochrome c oxidase subunit I and internal transcribed spacer. *Mol Ecol Resour.* 11: 1002-1011.

Grunwald, NJ, Martin, FN, Larsen, M, Sullivan, C, Press, CM, **Coffey, MD**, Hansen, EM, and Parke, JL. **2011**. Phytophthora-ID.org: a sequence based Phytophthora identification tool. *Plant Disease* 95: 337-342.

Bala, K., Robideau, GP, Levesque, CA, de Cock, AWAM, Abad, ZG, Lodhi, AM, Shahzad, S, Ghafar, A. and **Coffey, MD**. **2010**. *Phytopythium sindhum* Lodhi, Shahzad & Levesque, sp. nov. *Persoonia* 24:12-13.

Abbott, C.L, Gilmore, S.R, Lewis, CT, Chapados, JT, Peters, RD, Platt, HW, **Coffey, MD,** and Levesque, CA. Development of a SNP genetic marker system based on variation in microsatellite flanking regions of *Phytophthora infestans. Canadian Journal of Plant Pathology.* 32: 440-457.

Kang, S, Mansfield, M, Park, B, Geiser, D, Ivors, K, **Coffey, MD**, Grunwald, N. Martin, F, Levesque, CA, and Blair, JE. **2010**. The promise and pitfalls of sequence based identifications of plant-pathogenic fungi and Oomycetes. *Phytopathology* 100: 732-737.

Hyder, N, **Coffey, MD**, and Stanghellini, ME. Viability of oomycete propagules following ingestion and excretion by fungus gnats, shore flies, and snails. **2009**. *Plant Disease* 93: 720-726.

**I.b. JOURNAL ARTICLES (Technical) 1969-2009**
   (Refereed)

1. **Coffey, M.D.**, A. Bose, and M. Shaw.  **1969**.  *In vitro* growth of gelatin suspensions of uredospores of *Puccinia graminis* f. sp. *tritici*.  *Can. J. Bot.* 47: 1291-1293.

2. **Coffey, M.D.**, A. Bose, and M. Shaw.  **1970**.  *In vitro* culture of the flax rust, *Melampsora lini*.  *Can. J. Bot.* 48: 773-776.

3. **Coffey, M.D.**, C. Marshall, and R. Whitbread.  **1970**.  The translocation of [14]C-labelled assimilates in tomato plants infected with *Alternaria solani* (Ell. & Mart).  *Ann. Bot.* 34: 605-615.

4. **Coffey, M.D.** and M. Shaw.  **1972**.  Nutritional studies with axenic cultures of the flax rust, *Melampsora lini*.  *Physiol. Pl. Pathol.* 2: 37-46.

5. **Coffey, M.D.**, B.A. Palevitz, and P.J. Allen.  **1972**.  The fine structure of two rust fungi, *Puccinia helianthi* and *Melampsora lini*.  *Can. J. Bot.* 50: 231-240.

6. **Coffey, M.D.**, B.A. Palevitz, and P.J. Allen.  **1972**.  Ultrastructural changes in rust-infected tissues of flax and sunflower.  *Can. J. Bot.* 50: 1485-1492.

7. **Coffey, M.D.** and P.J. Allen.  **1973**.  Nutrition of *Melampsora lini* and *Puccinia helianthi*.  *Trans. Br. Mycol. Soc.* 60: 245-260.

8. **Coffey, M.D.**, R. Whitbread, and C. Marshall.  **1975**.  The effect of early blight disease caused by *Alternaria solani* (Ell. & Mart.) Jones & Grout on the growth of young tomato plants.  *Ann. Appl. Biol.* 80: 17-26.

9. **Coffey, M.D.**  **1975**.  Ultrastructural features of the haustorial apparatus of the white blister fungus *Albugo candida*.  *Can. J. Bot.* 53: 1285-1299.

10. **Coffey, M.D.**  **1976**.  Flax rust resistance involving the K gene: an ultrastructural survey.  *Can. J. Bot.* 54: 1443-1457.

11. Clancy, F.G. and **M.D. Coffey**.  **1977**.  Acid phosphatase and protease release by the insectivorous plant *Drosera rotundifolia*.  *Can. J. Bot.* 55: 480-488.

12. Hickey, E.L. and **M.D. Coffey**.  **1977**.  A fine-structural study of the pea downy mildew fungus *Peronospora pisi* in its host *Pisum sativum*.  *Can. J. Bot.* 55: 2845-2858.

13. Wilson, U.E. and **M.D. Coffey**.  **1978**.  Cytological observations on field resistance to potato blight. Proceedings of the Association of Applied Biologists.  *Ann. Appl. Biol.* 89: 298-302.

14. Hickey, E.L. and **M.D. Coffey**.  **1978**.  A cytochemical investigation of the host-parasite interface in *Pisum sativum* infected by the downy mildew fungus *Peronospora pisi*.  *Protoplasma* 97: 201-220.

15. Allen, F.H.E., **M.D. Coffey**, and M.C. Heath.  **1979**.  Plasmolysis of rusted flax:  a fine structural study of the host-pathogen interface.  *Can. J. Bot.* 57: 1528-1533.

16. Wilson, U.E. and **M.D. Coffey**. **1980**. Cytological evaluation of general resistance to *Phytophthora infestans* in potato foliage. *Ann. Bot.* 45: 81-85.

17. Clancy, F.G. and **M.D. Coffey**. **1980**. Polyol dehydrogenases in the rust fungus *Melampsora lini* (Ehrenb) Lev. *J. Gen. Microbiol.* 12: 85-88.

18. Clancy, F.G. and **M.D. Coffey**. **1980**. Patterns of translocation, changes in invertase activity and polyol formation in susceptible and resistant flax infected with rust fungus *Melampsora lini. Physiol. Plt. Path.* 17: 41-52.

19. Hickey, E.L. and **M.D. Coffey**. **1981**. The effects of Ridomil on *Peronospora pisi* parasitizing *Pisum sativum*: an ultrastructural study. *Physiol. Plt. Path.* 17: 199-204.

20. Jones, M.B., E.E. Hannon, and **M.D. Coffey**. **1981**. C4 photosynthesis in *Cyperus longus* L., a species occurring in temperate climates. *Plant, Cell and Envirn.* 4: 161-168.

21. **Coffey, M.D.** and F.H.E. Allen. **1983**. A quantitative histological and ultrastructural analysis of interactions between the flax rust and near-isogenic host lines varying in their degree of incompatibility. *Can. J. Bot.* 61: 1831-1850.

22. **Coffey, M.D. 1983**. Cytochemical specialization at the haustorial interface of a biotrophic fungal parasite, *Albugo candida. Can. J. Bot.* 61: 2004-2014.

23. **Coffey, M.D.** and U.E. Wilson. **1983**. An ultrastructural study of the late-blight fungus *Phytophthora infestans* and its interaction with the foliage of two potato cultivars possessing different levels of general (field) resistance. *Can. J. Bot.* 61: 2669-2685.

24. **Coffey, M.D.** and D.S.M. Cassidy. **1983**. Peroxidase activity and induced lignification in rusted flax interactions varying in their degree of incompatibility. *Can. J. Bot.* 62: 134-141.

25. **Coffey, M.D.**, L.J. Klure, and L.A. Bower. **1984**. Variability in sensitivity to metalaxyl of isolates of *Phytophthora cinnamomi* and *Phytophthora citricola. Phytopath.* 74: 417-422.

26. **Coffey, M.D.** and L.A. Bower. **1984a**. *In vitro* variability among isolates of six *Phytophthora* species in response to metalaxyl. *Phytopath.* 74: 502-506.

27. Fenn, M.E. and **M.D. Coffey**. **1984**. Studies on the *in vitro* antifungal activity of fosetyl-Al and phosphorous acid. *Phytopath.* 74: 606-611.

28. **Coffey, M.D.** and L.H. Young. **1984**. Response to metalaxyl of sensitive and resistant isolates of *Phytophthora infestans. Phytopath.* 74: 615-620.

29. Bailey, A.M. and **M.D. Coffey**. **1984**. A sensitive bioassay for quantification of metalaxyl in soils. *Phytopath.* 74: 667-669.

30. **Coffey, M.D.** and L.A. Bower. **1984b**. *In vitro* variability among isolates of eight *Phytophthora* species in response to phosphorous acid. *Phytopath.* 74: 738-742.

31. **Coffey, M.D.**, H.D. Ohr, S.D. Campbell, and F.B. Guillemet.  **1984**.  Chemical control of *Phytophthora cinnamomi* on rootstocks.  *Plt. Dis.*  68: 956-958.

32. Joseph, M.C. and **M.D. Coffey**.  **1985**.  Development of laboratory resistance to metalaxyl in *Phytophthora citricola*.  *Phytopath.*  74: 1411-1414.

33. Bailey, A.M. and **M.D. Coffey**.  **1985**.  Biodegration of metalaxyl in avocado soils.  *Phytopath.*  75: 135-137.

34. Kellam, M.K. and **M.D. Coffey**.  **1985**.  Quantitative comparison of the resistance to Phytophthora root rot in three avocado rootstocks.  *Phytopath.*  75: 230-234.

35. Bower, L.A. and **M.D. Coffey**.  **1985**.  Development of laboratory tolerance to phosphorous acid, fosetyl-Al, and metalaxyl in *Phytophthora capsici*.  *Can. J. Plt. Path.*  7: 1-6.

36. **Coffey, M.D.** and M.C. Joseph.  **1985**.  Effects of phosphorous acid and fosetyl-Al on the life cycle of *Phytophthora cinnamomi* and *P. citricola*.  *Phytopath.*  75: 1042-1046.

37. Fenn, M.E. and **M.D. Coffey**.  **1985**.  Further evidence for the direct mode of action of fosetyl-Al and phosphorous acid.  *Phytopath.*  75: 1064-1068.

38. Lucas, J.A., T.E. Dolan, and **M.D. Coffey**.  **1985**.  Nontransmissibility to regenerate from protected tobacco explants of induced resistance to *Peronospora hyoscyami*.  *Phytopath.*  75: 1222-1225.

39. Dolan, T.E., Y. Cohen, and **M.D. Coffey**.  **1986**.  Protection of *Persea* species against *Phytophthora cinnamomi* and *P. citricola* by prior inoculation with a citrus isolate of *P. parasitica*.  *Phytopath.*  76:194-198.

40. Dolan, T.E. and **M.D. Coffey**.  **1986**.  Laboratory screening techniques for assessing resistance of four avocado rootstocks to *Phytophthora cinnamomi*.  *Plt. Dis.*  70: 115-118.

41. Bailey, A.M. and **M.D. Coffey**.  **1986**.  Characterization of microorganisms involved in accelerated biodegration of metalaxyl and metolachlor in soils.  *Can. J. Microbiol.*  32: 562-569.

42. Cohen, Y., S. Pe'er, O. Balass, and **M.D. Coffey**.  **1987**.  A fluorescent technique for studying growth of *Peronospora tabacina* on leaf surfaces.  *Phytopath.*  77: 201-204.

43. **Coffey, M.D.**  **1987**.  Phytophthora root rot of avocado, an integrated approach to control in California.  *Plt. Dis.*  71: 1046-1052.

44. Koike, S.T., D. Ouimette, and **M.D. Coffey**.  **1987**.  First report of avocado fruit rot of *Phytophthora citricola* in California.  *Plt. Dis.*  71: 1045.

45. Dolan, T.E. and **M.D. Coffey**.  **1988**.  Correlative *in vitro* and *in vivo* behavior of mutant strains of *Phytophthora palmivora* expressing different resistances to phosphorous acid and fosetyl-Na.  *Phytopath.*  78: 974-978.

46. Ouimette, D.G. and **M.D. Coffey**. **1988**. Quantitative analysis of organic phosphonates, phosphonate, and other inorganic anions in plants and soil by using high-performance ion chromatography. *Phytopath.* 78: 1150-1155.

47. Fenn, M.E. and **M.D. Coffey**. **1989**. Quantification of phosphonate and ethyl phosphonate in tobacco and tomato tissues and significance for the mode of action of two phosphonate fungicides. *Phytopath.* 79: 76-82.

48. Ouimette, D.G. and **M.D. Coffey**. **1989**. Phosphonate levels in avocado (*Persea americana*) seedlings and soil following treatment with fosetyl-Al or potassium phosphonate. *Plt. Dis.* 73: 212-215.

49. Ouimette, D.G. and **M.D. Coffey**. **1989**. Comparative antifungal activity of four phosphonate compounds against isolates of nine *Phytophthora* species. *Phytopath.* 79: 761-767.

50. Gees, R. and **M.D. Coffey**. **1989**. Evaluation of a strain of *Myrothecium roridum* as a potential biocontrol agent against *Phytophthora cinnamomi*. *Phytopath.* 79: 1079-1084.

51. Förster, H., P. Oudemans and **M.D. Coffey**. **1990**. Mitochondrial and nuclear DNA diversity within six species of *Phytophthora*. *Exper. Mycol.* 14: 18-31.

52. Lucas, J.A., G. Greer, P.V. Oudemans, and **M.D. Coffey**. **1990**. Fungicide sensitivity in somatic hybrids of *Phytophthora capsici* obtained by protoplast fusion. *Physiol. and Molec. Plt. Path.* 36: 175-187.

53. Förster, H., **M.D. Coffey**, H. Elwood, and M.L. Sogin. **1990**. Sequence analysis of the small subunit ribosomal RNAs of three zoosporic fungi and implications for fungal evolution. *Mycologia* 82: 306-312.

54. Sanders, P.L., **M.D. Coffey**, G.D. Greer, and M.D. Soika. **1990**. Laboratory-induced resistance to fosetyl-Al in a metalaxyl-resistant field isolate of *Pythium aphanidermatum*. *Plt. Dis.* 74: 690-692.

55. Gabor, B.K. and **M.D. Coffey**. **1990**. Quantitative analysis of the resistance to *Phytophthora cinnamomi* in five avocado rootstocks under greenhouse conditions. *Plt. Dis.* 74: 882-885.

56. Ouimette, D.G. and **M.D. Coffey**. **1990**. Symplastic entry and phloem translocation of phosphonate. *Pest. Biochem. and Physiol.* 38: 18-25.

57. Förster, H. and **M.D. Coffey**. **1990**. Mating behavior of *Phytophthora parasitica*: evidence for sexual recombination in oospores using DNA restriction fragment length polymorphisms as genetic markers. *Exper. Mycol.* 14: 351-359.

58. Gabor. B.K., F.B. Guillemet, and **M.D. Coffey**. **1990**. Comparison of field resistance to *Phytophthora cinnamomi* in twelve rootstocks. *HortSci.* 25: 1655-1656.

59. Oudemans, P. and **M.D. Coffey**. **1991**. Isozyme comparison within and among worldwide sources of three morphologically distinct species of *Phytophthora*. *Mycological Res.* 95: 19-30.

60. Mills, S.D., H. Förster, and **M.D. Coffey**. **1991**. Taxonomic structure of *Phytophthora cryptogea* and *P. drescsleri* based on isozyme and mitochrondrial DNA analyses. *Mycological Res.* 95:31-48.

61. Gabor, B.K. and **M.D. Coffey**. **1991**. Comparison of rapid methods for evaluating resistance to *Phytophthora cinnamomi* in avocado rootstocks. *Plt. Dis.* 75: 118-120.

62. Oudemans, P. and **M.D. Coffey**. **1991**. A revised systematics of twelve papillate *Phytophthora* species based on isozyme analysis. *Mycological Res.* 95: 1025-1046.

63. Droby, S. and **M.D. Coffey**. **1991**. Biodegration process and the nature of metabolism of metalaxyl in soil. *Ann. Appl. Biol.* 118:543-553.

64. Förster, H. and **M.C. Coffey**. **1992**. Molecular characterization of *Phytophthora* isolates with non-papillate sporangia causing root rot of raspberry using mt DNA restriction fragment length polymorphisms. *Mycological Res.* 96: 571-577.

65. Judelson, H.S., **M.D. Coffey**, F.R. Arredondo, and B.M. Tyler. **1993**. Transformation of the oomycete pathogen *Phytophthora megasperma* f. sp. *glycinea* iccurs by DNA integration into single or multiple chromosomes. *Current Genetics* 23: 211-218.

66. Kamoun, S., K.M. Klucher, **M.D. Coffey**, and B.M. Tyler. **1993**. A gene encoding a host-specific elicitor protein of *Phytophthora parasitica*. *Molecular Plant-Microbe Interactions* 6:573-581.

67. Förster, H. and **M.D. Coffey**. **1993**. Molecular taxonomy of *Phytophthora megasperma* based on mitochondrial and nuclear DNA polymorphisms. *Mycological Res.* 97: 1101-1112.

68. Griffith, J.M., **M.D. Coffey**, and B.R. Grant. **1993**. Phosphonate inhibition as a function of phosphate concentration in isolates of *Phytophthora palmivora*. *J. Gen. Microbiol.* 139: 2109-2116.

69. Oudemans, P. H. Förster, and **M.D. Coffey**. **1994**. Evidence for distinct isozyme subgroups within *Phytophthora citricola* and close relationships with *P. capsici* and *P. citrophthora*. *Mycological Res.* 98:189-199.

70. Kamoun, S., M. Young, H. Förster, **M.D. Coffey**, and B.M. Tyler. **1994**. Potential role of elicitins in the interaction between *Phytophthora* species and tobacco. *Appl. Envirn. Microbiol.* 60:1593-1598.

71. Mchau, G.R.A. and **M.C. Coffey**. **1994**. Isozyme diversity in *Phytophthora palmivora*: evidence for a southeast Asian centre of origin. *Mycologicial Res.* 98:1035-1043.

72. Mchau, G.R.A. and **M.D. Coffey**. **1994**. An integrated study of morphological and isozyme patterns found within a worldwide collection of *Phytophthora citrophthora* and a redescription of the species. *Mycological Res.* 98: 1291-1299.

73. Förster, H., B.M. Tyler, and **M.D. Coffey**. **1994**. *Phytophthora sojae* races have arisen by clonal evolution and by rare outcrosses. *Mol. Plant Microbe* 7(6): 780-791.

74. Mchau, G.R.A. and **M.D. Coffey**. **1994**. Evidence for the existence of two subpopulations in *Phytophthora capsici* and a redescription of the species. *Mycological Res.* 99: 89-102.

75. Tyler, B.M., H. Förster, and **M.D. Coffey**. **1995**. Inheritance of avirulence factors and restriction fragment length polymorphism markers in outcrosses of oomycete *Phytophthora sojae*. *Mol. Plant-Microbe Interactions* 8: 515-523.

76. Costa, J. G. Mchau, and **M.D. Coffey. 1996**. Isozyme diversity among isolates of the *Phytophthora megasperma* complex. *Fitopatologia Brasileira* **21**: 185-196.

77. Gijzen, M., H. Förster, **M.D. Coffey**, and B. Tyler. **1996**. Cosegregation of Avr4 and Avr6 in *Phytophthora sojae. Canadian Journal of Botany* 74: 800-802.

78. Punja, Z.K. H. Förster, I Cunningham, and **M.D. Coffey**. **1998**. Genotypes of the late blight pathogen *Phytophthora infestans*) in British Columbia and other regions of Canada during 1993-1997. *Canadian Journal of Plant Pathology* 20: 274-282.

79. Förster, H., M.P. Cummings, and **M.D. Coffey**. **2000**. Phylogenetic relationships of *Phytophthora* species based on ITS 1 DNA sequence analysis with emphasis on Waterhouse groups V and VI. *Mycological Research* 104: 1055-1061.

80. Peters, R.D., H. Förster, H.W. Platt, R. Hall, and **M.D. Coffey**. **2001.** Novel genotypes of *Phytophthora infestans* in Canada during 1994 and 1995. *American Journal of Potato Research* 78: 39-45

81. Ulanova T. I., Elansky S. N., Filippov A. V., Dyakov Yu. T., Apryshko V.P., Kozlovsky B. E ., Smirnov A. N., **Coffey M. D. 2003**. Resistance to Late Blight of Some Promising Lines of *Lycopersicon hirsutum*. J. Russian Phytopathol. Soc., 4: 9-15

82. Kang S, Blair JE, Geiser DM, Khang C, Park S, Gahegan M, O'Donnell K, Luster DG, Ivors KI, Kim SH, Lee Y, Lee Y, Grünwald NJ, Martin FM, **Coffey MD,** Veeraraghavan N, Makalowska **2006**. Plant pathogen culture collections: It takes a village to preserve these resources vital to the advancement of agricultural security and plant pathology. Phytopathology 96: 920-925

83. Jaime E. Blair[a1], **Michael D. Coffey** [1], Sook-Young Park, David M. Geiser, and Seogchan Kang, S. **2008**. A multi-locus phylogeny for *Phytophthora* utilizing markers from complete genome sequences. Fungal Genetics and Biology 45: 266-277

84. Abad, GZ, Abad, JA, **Coffey, MD,** Oudemans, PV, Man in 't Veld, WA, de Gruyter, H, Cunnington, J. and Louws, F.J. **2008**. *Phytophthora bisheria* sp. nov., a new species identified in isolates from the Rosaceous raspberry, rose and strawberry in three continents. Mycologia 100: 99-110

85. Martin, FN , **Coffey, MD,** Zeller, K., Hamelin, R.C., Tooley, P., Garbelotto, M, Hughes, K. J. D., Kubisiak, T. Bilodeau, G.J., Levy, L., Blomquist, C. and Berger, P.H. **2009**. Evaluation of molecular markers for *Phytophthora ramorum* detection and identification: testing for specificity using a standardized library of  isolates. Phytopathology 99: 390-403

86. Hyder, N., **Coffey, M.D**., and M.E. Stanghellini. **2009**. Viability of oomycete propagules following ingestion and excretion by fungus gnats, shore flies, and snails. Plant disease 93: 720-726.

### II. a. JOURNAL ARTICLES (Semi-Technical)

1. Schieber, E., G.A. Zentmyer, and **M.D. Coffey**. **1983**. Variability in Mexican avocados (matuloj) in Guatemala. *California Avocado Society Yearbook* 67:87-91.

2. **Coffey, M.D. 1984**. Phytophthora root rot of avocado. *Avocado Grower* 8(7):19-25.

3. **Coffey, M.D. 1984**. An integrated approach to the control of avocado root rot. *California Avocado Society Yearbook* 68:61-68.

4. **Coffey, M.D.** and Y. Cohen. **1984**. Corwn and collar rot of avocado: a need for more research. *California Avocado Society Yearbook* 68:69-74.

5. Schieber, E., **M.D. Coffey**, F.B. Guillemet, and G.A. Zentmyer. **1984**. Collecting *Persea schiedeana* in the Baja and Alta Verapáz, Guatemala. *California Avocado Society Yearbook* 68:103-107.

6. **Coffey, M.D. 1985**. Chemical control of avocado root rot in California. *SAAGA Yearbook* 8:12.

7. **Coffey, M.D. 1985**. Progress in rootstock research in California. *SAAGA Yearbook* 8:15-16.

8. **Coffey, M.D. 1985**. The state of root rot research. *Avocado Grower* 9(4):6, 42-44.

9. **Coffey, M.D. 1986**. Report: Avocado Root Rot Research. *California Grower* 10(6):14-15, 19.

10. **Coffey, M.D.** and H.D. Ohr. **1986**. Citricola is spreading. *California Grower* 10(7):8-9.

11. Ellstrand, N.C., J.M. Lee, B.O. Bergh, **M.D. Coffey**, and G.A. Zentmyer. **1986**. Isozymes confirm hybrid parentage for "G755" selections. *California Avocado Society Yearbook* 70:199-203.

12. **Coffey, M.D. 1987**. Phytophthora root rot of avocado - an integrated approach to control in California. *California Avocado Society Yearbook* 71:121-137.

13. Oudemans, P. and **M.D. Coffey**. **1987**. *Phytophthora citricola* - advances in our understanding of the disease. *California Avocado Society Yearbook* 71:139-145.

14. **Coffey, M.D.** and F. Guillemet. **1987**. Profiles of UCR clonal rootstocks. *California Avocado Society Yearbook* 71:169-171.

15. **Coffey, M.D.** and F. Guillemet. **1987**. Avocado rootstocks. *California Avocado Society Yearbook* 71:173-179.

16. Fenn, M. and **M.D. Coffey**. **1987**. Phosphonate fungicides for control of diseases caused by *Phytophthora*. *California Avocado Society Yearbook* 71:241-249.

17. **Coffey, M.D. 1987**. Root rot: new research developments. *California Grower* 11(2):32-33.

18. **Coffey, M.D.  1987**.  Root rot: what you need to know.  *California Grower* 11(3):32-35.

19. **Coffey, M.D.  1987**.  A look at current avocado rootstocks.  *California Grower* 11(4):15-17.

20. **Coffey, M.D.  1988**.  Controlling root rot by injection.  *California Grower* 11(9):14-15, 38.

21. **Coffey, M.D.**, F. Guillemet, G. Schieber, and G. Zentmyer.  **1988**.  *Persea schiedeana* and Martin Grande.  *California Avocado Society Yearbook* 72:107-120.

22. **Coffey, M.**, P. Oudemans, and D. Ouimette.  **1988**.  *Phytophthora citricola*: another cause of avocado decline.  *California Avocado Society Yearbook* 72:127-131.

23. Guillemet, F., B. Gabor, and **M.D. Coffey**.  **1988**.  Field evaluations of some new avocado rootstocks.  *California Avocado Society Yearbook* 72:133-138.

24. Ouimette, D., S. Loike, and **M.D. Coffey**.  **1988**.  Pathogenicity of isolates of *Phytophthora citricola* from different hosts on unripe fruit of avocado.  *California Avocado Society Yearbook* 72:249-254.

25. Ouimette, D. and **M.D. Coffey**.  **1988**.  Fungicide levels in avocado roots and soil following treatment with phosphonate fungicides.  *California Avocado Society Yearbook* 72:255-264.

26. **Coffey, M.D.  1989**.  Root rot threat.  *California Grower* 13(4):6-9, 12.

27. **Coffey, M.D.  1989**.  Licensed to grow:  G755.  *California Grower* 13(5):12-13.
28. **Coffey, M.D.  1989**.  The Aliette story.  *California Grower* 13(7):6-9.

29. **Coffey, M.D.  1989**.  Biological control and root rot.  *California Grower* 13(8):6-9.

30. **Coffey, M.D.  1989**.  Citricola: avocado killer.  *California Grower* 13(9):6-8.

31. **Coffey, M.D.  1989**.  Integrated control practices: are they the answer to root rot problems?  *California Grower* 13(12):13-14.

32. **Coffey, M.D.  1990**.  Biological control of citrus postharvest diseases.  *California Grower* 14(1):14-16.

33. **Coffey, M.D.  1991**.  Avocado root rot.  Cause and diagnosis.  *California Grower* 15(3):17, 22-23.

34. **Coffey, M.D.  1991**.  Managing avocado root rot.  *California Grower* 15(4):15-16.

35. **Coffey, M.D.  1991**.  Tolerant avocado rootstocks.  *California Grower* 15(5):17-18.

## III. a. INVITED CHAPTERS

1. **Coffey, M.D. 1975**. Obligate parasites of higher plants, particular the rust fungi. *Symp. Soc. Exp. Biol.* 29:297-323.

2. **Coffey, M.D.** and U.E. Wilson. **1983**. Histology and cytology of infection and disease caused by *Phytophthora*. Chapter 22, pages 289-301 *In*: Its Biology, Taxonomy, Ecology and Pathology (D.C. Erwin, S. Bartnicki-Garcia and P.H. Tsao, eds.). American Phytopathological Soc., St. Paul, MN, 392 pgs.

3. **Coffey, M.D. 1983**. Flax Rust: A case study. Chapter 3, pages 31-43 *In*: Biochemical Plant Pathology (J.A. Callow, ed.). John Wiley & Sons Ltd., Chichester and New York, 424 pgs.

4. Cohen, Y. and **M.D. Coffey. 1986**. Systemic fungicides and the control of oomycetes. *Ann. Rev. Phytopath.* 24:311-338.

5. **Coffey, M.D.** and D.G. Ouimette. **1989**. Phosphonates: antifungal compounds against Oomycetes. Chapter 6, pages 107-129 *In*: Nitrogen, Phosphorous and Sulphur Utilisation by Fungi (L. Boddy, R. Marchant, and D.J. Read, eds.). Cambridge University Press, Cambridge, England, 316 pgs.

6. Lucas, J.A., L.A. Bower, and **M.D. Coffey. 1990**. Fungicide resistance in soil-borne *Phytophthora* species. *EPPO Bull.* 20:199-206.

7. Oudemans, P. and **M.D. Coffey. 1990**. Relationships between *Phytophthora* species: evidence from isozyme analysis. Chapter 12, pages 184-203 *In*: British Mycological Society Symposium, Vol. 17: *Phytophthora* (J.A. Lucas, R.C. Shattock, D.S. Shaw and L.R. Cook, eds.). Cambridge University Press, Cambridge, UK.

8. **Coffey, M.D. 1990**. Strategies for the integrated control of soilborne *Phytophthora* species. Chapter 28, pages 411-432 *In*: British Mycological Society Symposium Vol. 17: *Phytophthora* (J.A. Lucas, R.C. Shattock, D.S. Shaw and L.R. Cook, eds.). Cambridge University Press, Cambridge, UK.

9. Förster, H. and **M.D. Coffey. 1990**. Approaches to the taxonomy of *Phytophthora* using polymorphisms in mitochondrial and nuclear DNA. Chapter 11, pages 164-183 *In*: British Mycological Society Symposium, Vol. 17: *Phytophthora* (J.A. Lucas, R.C. Shattock, D.S. Shaw and L.R. Cook, eds.). Cambridge University Press, Cambridge, UK.

10. **Coffey, M.D.** and R. Gees. **1991**. The Cytology of Development. Chapter 2, pages 31-51 *In*: Advances in Plant Pathology, Volume 7: *Phytophthora infestans* (D.S. Ingram and P.H. Williams, eds.). Academic Press Ltd., London and New York.

11. **Coffey, M.D. 1991**. Phytophthora root rot of avocado. Chapter 19, pages 423-444 *In*: Plant Diseases of International Importance, Vol. 3. Prentice-Hall, New Jersey.

## III. d. IN PREPARATION

1. **Coffey, M.D.** Molecular Epidemiology of Phytophthora Populations:. *In*: (Invitational Chapter to FAO book).

## IV. a. PROCEEDINGS

1. Oudemans, P. H. Förster, G. Mchau, and **M.D. Coffey**. **1991**. Molecular approaches to the taxonomy of two *Phytophthora* species using isozyme and mitrochondrial DNA analyses. Proceedings of the 3rd Intl. Conference on Plant Protection in the Tropics. Genting Highlands, Malaysia. Vol. IV, pp. 220-223.

2. **Coffey, M.D. 1991**. Integrated control of Phytophthora root rot on avocado. Proceedings of the 3rd Intl. Conference on Plant Protection in the Tropics. Genting Highlands, Malaysia. Vol. V, pp. 120-124.

3. **Coffey, M.D.**, D. Sitepu, S. Kharie, H. Mangindaan. J.S. Waroka, and H.F.J. Motulo. **1991**. Integrated control of Phytophthora bud rot and premature nutfall of coconut in Indonesia. Proceedings of the 3rd Intl. Conference on Plant Protection in the Tropics. Genting Highlands, Malaysia. Vol. V, pp. 132-135.

## V. a. ELECTRONIC PUBLICATIONS:

1. **Coffey, M.D. 2000.** The Phytophthora Collection. http://phytophthora.ucr.edu
2. **Coffey, M.D. 2004-Present**. The Phytophthora Database. http://phtophthoradb.org

## VI. a. ABSTRACTS

1. **M.D. Coffey**, et al. **1969**. The translocation of $^{14}$C-labelled assimilates by tomato plants infected with *Alternaria solani*. XI Intl. Botanical Congress, Seattle, WA. Pg. 34, abstracts.

2. **M.D. Coffey**. **1975**. The comparative ultrastructure of two specialized phytopathogenic fungi: *Albugo candida* and *Melampsora lini*. XII Intl. Botanical Congress, Leningrad. Pg. 59, abstracts.

3. **M.D. Coffey**. **1977a**. Past and potential value of axenic culture of rust fungi. 2nd Intl. Mycological Congress. Pg. 108.

4. **M.D. Coffey**. **1977b**. Structural adaptations of obligate parasites. 2nd Intl. Mycological Congress. Pg. 109. Invited Paper.

5. **M.D. Coffey**. **1978**. Ultrastructure of fungal organs and infection structures. 3rd Intl. Congress of Plant Pathology, Munich. Pg. 85. Invited Paper.

6. **M.D. Coffey** and U.E. Wilson. **1978**. A cytological and ultrastructural study of general resistance to late blight in potato foliage. Colloque international de Cecidologie et de morphogenese pathologique, Strasbourg.

7. **M.D. Coffey**. **1979**. Fungal haustoria. Intl. meeting on Botanical Microscopy, University of York. Abstract in Proceedings of RMS, 1979.

8. **M.D. Coffey**. **1981**. Microscopy of resistance reactions. Society of Experimental Biology meeting on "Mechanisms of disease resistance in plants". University of Stirling, July 1981.

9. **M.D. Coffey** and F.H.E. Allen. **1981**. Ultrastructure of incompatible interactions. BMS/FBPP meeting on "Advances in Research on Rusts". University of Nottingham, September 1981.

10. **M.D. Coffey** and F.H.E. Allen. **1983**. Cytological and ultrastructural analysis of flax rust interactions varying in their degree of incompatibility. Abstract, 4th Intl. Congress of Plant Pathology, Melbourne, Australia.

11. **M.D. Coffey**, M.K. Kellam, and S.D. Campbell. **1983**. Integrated control of *P. cinnamomi* root rot on avocado replants in southern California. Abstract, Intl. Congress of Plant Protection, Brighton, England.

12. Dolan, T.E. and **M.D. Coffey**. **1984**. Biocontrol of *Phytophthora cinnamomi* on *Persea indica* and *P. americana* by prior inoculation with *Phytophthora parasitica*. Abstract A139, American Phytopathological Society (APS)/Canadian Phytopathological Society (CPS) Annual Meeting, Guelph, Canada.

13. Cohen, Y. and **M.D. Coffey**. **1984**. Protecting *Persea indica* seedlings from *Phytophthora citricola* by prior inoculation with three other *Phytophthora* species. Abstract A140, APS/CPS Annual Meeting, Guelph, Canada.

14. Bower, L.A. and **M.D. Coffey**. **1984**. Development of resistance to phosphorus acid in *Phytophthora capsici*. Abstract A169, APS/CPS Annual Meeting, Guelph, Canada.

15. Dolan, T.E. and **M.D. Coffey**. **1984**. Assessing resistance of four avocado rootstocks to *Phytophthora cinnamomi* using a laboratory screening technique. Abstract A235, APS/CPS Annual Meeting, Guelph, Canada.

16. Fenn, M.E. and **M.D. Coffey**. **1984**. Studies on the *in vitro* and *in vivo* antifungal activity of fosetyl-Al and phosphorus acid. Abstract A515, APS/CPS Annual Meeting, Guelph, Canada.

17. **M.D. Coffey**. **1985**. Compatible and incompatible interactions between biotrophic fungal pathogens and their host plants. Congresso Nazional di Microscopia Elettronica. Rome, Italy.

18. Bower, L.A. and **M.D. Coffey**. **1985**. Competitive fitness and survivability of metalaxyl-tolerant and phosphorous acid-tolerant isolates of *Phytophthora capsici* on green peppers and in soil. Abstract 413, American Phytopathological Society (APS) Annual Meeting, Reno, NV.

19. Fenn, M.E. and **M.D. Coffey**. **1985**. Fosetyl-Al and phosphorous acid, direct or indirect mode of action. Abstract 414, APS Annual Meeting, Reno, NV.

20. Ouimette, D. and **M.D. Coffey**. **1985**. *In vivo* efficacy of five phosphite compounds against *Phytophthora capsici* on pepper plants. Abstract 415, APS Annual Meeting, Reno, NV.

21. Dolan, T.E. and **M.D. Coffey**. **1985**. *In vitro* and *in vivo* assessment of *Phytophthora palmivora* strains resistant to phosphorous acid. Abstract 416, APS Annual Meeting, Reno, NV.

22. Kellam, M.K. and **M.D. Coffey**. **1985**. Bacterial isolates control *Phytophthora* root rot of *Persea indica* and lupin. Abstract 517, APS Annual Meeting, Reno, NV.

23. **M.D. Coffey**, S.D. Campbell, and F.B. Guillemet. **1985**. Integrated control of *Phytophthora cinnamomi* with avocado replants in southern California. Abstract 529, APS Annual Meeting, Reno, NV.

24. Bailey, A.M. and **M.D. Coffey**. **1985**. Biodegration of metalaxyl in avocado soils. Abstract 530, APS Annual Meeting, Reno, NV.

25. Droby, S. and **M.D. Coffey**. **1987**. Accelerated biodegration of metalaxyl in avocado, corn, and tobacco soils. Abstract, APS/CPS Annual Meeting, Ottawa, Canada. *Can. J. Plant Path.* 9:276.

26. Oudemans, P. and **M.D. Coffey**. **1987**. Use of isoenzymes in the taxonomy of *Phytophthora* spp. Abstract, APS/CPS Annual Meeting, Ottawa, Canada. *Can. J. Plant Path.* 9:284.

27. Ouimette, D. and **M.D. Coffey**. **1987**. Use of high performance ion chromatography with conductivity detection for quantitative determination of organic phosphonates, phosphonate, and other inorganic anions in plants and soil. Abstract, APS/CPS Annual Meeting, Ottawa, Canada. *Can. J. Plant Path.* 9:284.

28. Oudemans, P. and **M.D. Coffey**. **1988**. Isoenzyme studies of the genus *Phytophthora*. Abstract 50, APS Annual Meeting, San Diego, CA.

29. Gabor, B.K. and **M.D. Coffey**. **1988**. Comparison of resistance in *Phytophthora cinnamomi* in three avocado rootstocks. Abstract 270, APS Annual Meeting, San Diego, CA.

30. Gees, R. and **M.D. Coffey**. **1988**. A strain of *Myrothecium roridum* as a potential biocontrol agent against *Phytophthora cinnamomi*. Abstract 365, APS Annual Meeting, San Diego, CA.

31. Ouimette, D.G. and **M.D. Coffey**. **1988**. Phosphonate levels in avocado seedlings and soil following treatment with fosetyl-Al or potassium phosphonate. Abstract 401, APS Annual Meeting, San Diego, CA.

32. Appel, D.J., R. Gees, and **M.D. Coffey**. **1988**. Biological control of the postharvest pathogen *Penicillium digitatum* on Eureka lemons. Abstract 647, APS Annual Meeting, San Diego, CA.

33. Förster, H. and **M.D. Coffey**. **1988**. Studies on the genetic variation at the mitochondrial DNA level within species of *Phytophthora*. Abstract 841, APS Annual Meeting, San Diego, CA.

34. Gabor, B.K. and **M.D. Coffey**. **1989**. Screening techniques for determining resistance to *Phytophthora cinnamomi*. Abstract, *Phytophthora*: An International Symposium, Trinity College, Dublin. September 18-21, 1989.

35. Mills, S.D. and **M.D. Coffey**.  **1989**.  Biochemical taxonomy of *Phytophthora cryptogea, P. drechsleri*, and *P. erythroseptica*.  Abstract, *Phytophthora*: An International Symposium, Trinity College, Dublin.  September 18-21, 1989.

36. **M.D. Coffey**.  **1990**.  Integrated control of *Phytophthora* root rot on avocado.  Abstract, 3rd Intl. Conference on Plant Protection in the Tropics, Malaysia.  March 20-23, 1990.  Pg. 103.

37. **M.D. Coffey**,  D. Sitepu, S. Kharie, H. Mangidaan, J.S. Waroka, and H.F.J. Motulo.  **1990**.  Integrated control of *Phytophthora* bud rot and premature nutfall of coconut in Indonesia.  Abstract, 3rd Intl. Conference on Plant Protection in the Tropics, Malaysia.  March 20-23, 1990.  Pg. 105.

38. Oudemans, P., H. Förster, S. Khaire, G. Mchau, and **M.D. Coffey**.  **1990**.  A molecular approach to the taxonomy of *Phytophthora* species from tropical hosts using mtDNA analysis and isozyme electrophoresis.  Abstract, 3rd Intl. Conference on Plant Protection in the Tropics, Malaysia.  March 20-23, 1990.  Pg. 108.

39. Förster, H. and **M.D. Coffey**.  **1990**.  Mating behavior of *Phytophthora parasitica*: evidence for recombination in oospores using DNA restriction fragment length polymorphisms as genetic markers.  Abstract, 4th Intl. Mycological Congress, Regensberg, Germany.  August 28 - September 3, 1990.  Pg. 279.

40. **Coffey, M.D**.  **1991**.  Breakthroughs in understanding speciation in *Phytophthora*.  Abstract, Mycological Society of America Annual Meeting, San Antonio, TX.  August 3-8, 1991.  Pg. 11.

41. Förster, H. and **M.D. Coffey**.  **1991**.  *Phytophthora megasperma* - taxonomic relationships based on polymorphisms in mitochondrial DNA.  Abstract, Mycological Society of America Annual Meeting, San Antonio, TX.  August 3-8, 1991.  Pg. 13.

42. Oudemans, P., H. Förster and **M.D. Coffey**.  **1991**.  The taxonomic structure of *Phytophthora citricola* based on isozyme analysis.  Abstract 251, APS Annual Meeting, St. Louis, MO.

## VII. a. TELEVISION

**Famine to Freedom – The Great Irish Journey" 2003** is part of the "**Moments in Time**" series aired on the **Discovery Channel**..

The program focuses on the pathogen *Phytophthora infestans* and the Irish Potato Famine.
I helped produce, narrated parts and appeared in this TV production.

## VII. b. DEVELOPMENT OF ONLINE COURSES

http://vista.engines4ed.org/home/index.htm

### VISTA's Year in Health Sciences 2008

 Engines for Education, funded through a grant from the Ewing Marion Kauffman Foundation, now offers ten sections- or "rotations"- of a full-year Health Sciences curriculum. Students can do these rotations in person (students and mentors in the same location), remotely (all students and mentors in separate locations), or in a combination of both. The Year in Health Sciences consists of a series of Story-Centered Curricula. Students take on the roles of professionals working in the field of health sciences, such as nutrition advisors and sports medics. They solve the kinds of problems these professionals typically solve in their day-to-day work. Working in various roles, students investigate plant fungi and look at their potentially devastating effects on both local agriculture and world food production. During the rotation, they will investigate and recommend solutions to these serious problems using reasoned decision-making techniques.

I was a subject matter expert who contributed the educational materials and  advised the development of the **Plant Plague** rotation.

Michael David Coffey                                   -18-                                   28 September 2009
CV and Publications

12/3/2019                                    Ayala Law PA Mail - Re: Plant Pathologist



Eduardo A. Maura <eayala@ayalalawpa.com>

## Re: Plant Pathologist
1 message

**Michael Coffey** <m_d_coffey@yahoo.com>                         Tue, Sep 3, 2019 at 12:06 PM
Reply-To: Michael Coffey <m_d_coffey@yahoo.com>
To: "Eduardo A. Maura" <eayala@ayalalawpa.com>, Michael Coffey <mdcoffey800@gmail.com>

Eduardo,

Here by return are my rates for this case:

- A $250 an hour rate for work pre-trial.
- A $300 an hour rate for testimony (deposition).
- A $300 an hour rate for trial attendance.
- A $7,000 initial retainer from which you deduct your time and which we will replenish once it is exhausted.
- We cover your travel expenses when travel is needed.

Kind Regards,

Mike

ps   I have requested information on the case in Florida


*Professor Michael David Coffey*
*Department of Microbiology & Plant Pathology*
*University of California*
*Riverside, CA 92521*
*(951) 990 2579*
*(951) 827 4764 (At UCR 24764)*
*Curator of*
*World Phytophthora Genetic Resources Collection*   http://phytophthora.ucr.edu


# Ex. A

- •
- •
- •

**LAW OFFICE OF BRIAN NOMI**
Brian Nomi, Esq. (CBN: 203059)
*Local Counsel*
215 E Daily Dr. Suite 28
Camarillo, CA 93010
Phone: 805-444-5960
Fax: 805-357-5333
Email: briannomi@yahoo.com

**AYALA LAW PA**
Eduardo Ayala, Esq. (FBN: 91303)
*Pro Hac Vice Counsel* [DE 11]
1390 Brickell Avenue, Suite 335
Miami, FL 33131.
Email: eayala@ayalalawpa.com
Phone: 305-570-2208
Fax: 305-503-7206

Attorneys for Agricola Cuyuma S.A. and
Corporacion Agricola Viñasol SAC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agricola Cuyuma SA;<br>Corporacion Agricola Vinasol SAC,<br><br>           Plaintiffs,<br><br>v.<br><br>Corona Seeds, Inc.;<br><br>           Defendant. | **CASE NO. 2:17-cv-8220 DMG (SKx)**<br><br>**DECLARATION OF MICHAEL COFFEY**<br><br>**[Filed Concurrently with Response in Opposition to Plaintiff Corona Seeds, Inc., Motion for Summary Judgment, or Alternatively, Partial Summary Judgment]**<br><br>Date: December 20, 2019<br>Time: 3:00 p.m.<br>Courtroom: 8C, 8th Floor.<br><br>Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Steve Kim<br><br>Complaint Served: December 21, 2017<br>Trial Date: February 11, 2020 |

# Ex. A

1

DECLARATION OF MICHAEL COFFEY

## <u>DECLARATION OF MICHAEL COFFEY</u>

I, Michael Coffey, declare and states the following:

1.      I am a Plant Pathologist and Plant Physiologist by training. My BSc was in Agricultural Botany with minors in Agriculture/Soil Science. My PhD was in Plant Biology and my thesis was concerned with the effects of *Alternaria solani* and *Phytophthora infestans* on sugar translocation in tomatoes.  I was made a fellow of Trinity College (F.T.C.D) in 1980.

2.      I have a postdoctoral fellowship experience from the University of British Columbia where I worked with rust fungi on different plants, as well as their axenic culture. As a senior research associate at the University of Wisconsin I continued this work as well as developed expertise in cytochemistry.

3.      My first university appointment was at Trinity College Dublin where I taught plant physiology, plant pathology, mycology and cell biology.

4.      I was also manager of the college Electron Microscope Unit. I developed a close collaboration with a pathologist and plant breeder at the Agricultural Institute in Carlow where I developed bioassays for evaluating foliar and tuber resistance in their potato late blight breeding program. I was the first recipient of the Butler Medal awarded for services to Irish agriculture.

5.      I joined the University of California Riverside in 1981 where I've been teaching the graduate course in Fungal Plant Pathogens for 30 years. I have also been curator for the World Oomycete Genetic Resource Collection, mainly of Phytophthora and Pythium species.

6.      For the last ten years I have taught the Introductory Microbiology Laboratory course to 240 students each year. This course covers mainly bacteria and methods both traditional and current for species identification.

2

DECLARATION OF MICHAEL COFFEY

7.      I have consulted for the United Nations Food and Agriculture Organization, in both Indonesia and the Philippines on Phytophthora diseases of coconut palms and also in Colombia on bud rot problems of oil palm.

8.      I have worked with the Avocado, Tomato and Melon industries in California in research projects on major disease-related problems. I am currently a consultant for a company developing NGS-based diagnostics for plant disease characterization and identification.

9.      I have read through hundreds of pages including:

- Third Amended Complaint.
- Exhibits to Third Amended Complaint.
- SGS Tests
- SGS Acta de Inspeccion
- Phytopathological Analysis for AVSA and Cuyuma of Dr. Luz Leonor Mattos Calderon.
- SENASA Documents
- National Institute for Agricultural Innovation (INIA) documents.
- Eurofins Test November 2015.
- Images of the defective plants.
- Declaration of Steve Koike.
- Sapphire lot C242606 History (Crites 001-022).

10.     At the outset, it is important to note that the comparable poor performance of the pea crops in disparate locations nearly 500 kilometers apart is highly unlikely to be due to poor management practices. This, instead, makes one focus suspicion on the poor quality of the seed source.

11.     Although damping-off disease of peas can be caused by several different plant pathogens *Pythium* is by far the most common cause.

3

DECLARATION OF MICHAEL COFFEY

12.     Detailed in depth research on organic peas in Washington has demonstrated that a broad range of Pythium species can cause disease, often in combination.

13.     Pythium is an opportunistic pathogen common in most cultivated soils throughout the world. Species such as Pythium ultimum are most commonly identified as being involved but as already stated many Pythium species can be pathogenic.

14.     Pythium and other organisms known to be causes of damping off are primarily soil organisms growing on decaying organic matter.

15.     Pythium only survives in soil and has no structures that allow persistence above ground in the air.

16.     As a plant pathogen it only attacks during the early seed germination phase attacking the etiolated stem of the pea plant, below or just at the soil surface.

17.     It is important that the seed has a high germination rate reflecting its healthy state. Low germination rates like the ones I have seen in this case of 50 percent reflect poor physiology of the germinating pea plants. This leads to even poorer growth rates.

18.     Since the plant tissue is more susceptible for longer periods of time, death rates will be high.

19.     A seed dressing such as Thiram cannot protect the seedling. It only protects the seed from pathogen invasion prior to germination..

20.     The seeds incapable of germination are no longer viable. They are dead and subject to decay. The seed treatment fungicide Thiram cannot protect the dead seeds from this process as it presents only on their surface. Secondary seed decay, commonly referred to as postharvest disease, is caused by a wide range of bacteria and fungi that produce cell wall degrading enzymes.

21.     Pythium is primarily a saprophyte living on dead organic matter. It cannot infect living pea seeds prior to their germination. However, if the seed has been improperly harvested  the storage conditions for seed provide sufficient moisture for its

4

survival and persistence of Pythium. This is because Pythium produces resting structures such as oospores that can survive for many years in such storage conditions.

22.    Additionally, the dead peas provide an ideal medium for Pythium. In my laboratory we use a pea-based medium when we need rapid and luxurious growth of Pythium.

23.    Consequently, it is extremely important that Pythium be completely excluded from pea seed sources used for organic production where no systemic fungicides can be used.

24.    The NGS data indicates the presence of Pythium. There should be no Pythium present. Even in small amounts Pythium can grow very rapidly and spread through a seed batch or planting in just a few days.

25.    The NGS results support the presence of diverse decay causing microorganisms, both fungi and bacteria, that reflect a likely serious postharvest pathology scenario at least in part, if not predominantly, explaining the poor seed germination rates.

26.    Further, while reviewing Sapphire lot C242606 History (Crites 001-022) documents, it appears the seeds at issue were at least 4 years old or more by the time they were planted at the end locations in Peru. This is important to note because viability of peas is between 1 to 3 years assuming adequate storage conditions. In other words, it is possible that by the times the seeds arrived at the farmers' lands, they were likely not viable already. See Life Expectancy of Vegetable Seeds at:
https://hortnews.extension.iastate.edu/1999/4-2-1999/veggielife.html (last checked 10/25/19).

27.    Mr. Koike states in his Declaration that Dr. Calderon's testing and report are "problematic" because such method "does not allow for the proper recovery and isolation of possible bacterial pathogens and allows non-pathogenic soft rot bacteria to take over

DECLARATION OF MICHAEL COFFEY

the culture and cause misleading results." I disagree with Mr. Koike because to my knowledge the postharvest pathology observed is typical of the diverse bacteria and fungi that invade dead plant tissue and generating soft rot conditions.

28. Mr. Koike also states in his Declaration that the SGS-Portugal performed test "does not provide any information on whether the DNA is dead or alive. The presence of a particular fungus or bacterium, which was killed or otherwise died prior to planting, can and will show up in an NGS test."

29. I disagree with Mr. Koike's statement regarding SGS-Portugal for two reasons. (1) The sampling carried out by SGS was done, not only according to international standards, but on sealed, intact bags. In other words, the organisms, could not have come from "planting."

30. (2) It doesn't matter if the DNA was dead or alive. The organisms found wouldn't have been dead to begin with. The tests reflect that they were there. If the test detected it, then it had to be living at some point.

*I certify, swear, or affirm, under penalty of perjury under the laws of the United States of America, that the information in this Declaration is complete, true, and correct.*

Dated: 11/26/19

Michael D Coffey
_____
Michael D. Coffey

6

DECLARATION OF MICHAEL COFFEY

*Curriculum Vitae of*

# David Cowheard, CPA

## Professional Qualifications and Affiliations

**Certified Public Accountant, Florida license No. 27754**
Member, American Institute of Certified Public Accountants
Member, Florida Institute of Certified Public Accountants

**Certified Forensic Accountant – CRFAC – identification No. 12282**
Member – Association of Certified Fraud Examiners
Member – American Board of Forensic Accounting

**Certified in Financial Forensics – certificate No. 2628**

**All Lines Adjuster – Florida license No. W315683**

*Qualified as an Expert*
United States District Court, Southern District of Florida, Miami Division
United States District Court, Southern District of Florida, West Palm Beach Division
Circuit Court of Miami-Dade County Florida
Circuit Court of Broward County Florida
Circuit Court of Palm Beach County Florida
Circuit Court of Orange County, Florida
Circuit Court of Lee County, Florida
State Court of the Common Wealth of Puerto Rico

*Other*
Treasurer, Florida Advisory Committee on Arson Prevention 2002 - 2009
Treasurer, Windstorm Insurance Network 2003 to present.
Member of Beta Alpha Psi Honorary Accounting Society at The University of Miami 1992

## Employment History

**Cowheard Singer and Company** – Principal – Forensic and Dispute Services
January 2012 to present

**Carranza, Cowheard & Associates** – Principal – Litigation and Insurance Services
August 1999 to December 2011

**RGL Gallagher**
Principal – Litigation and Insurance Services
January 1999 to July 1999
Manager – Litigation and Insurance Services
January 1997 to December 1998

**Campos & Stratis** – Staff Accountant/Manager– Litigation and Insurance Services
February 1992 to December 1996

**Levenson, Katzin, Brunt & Mansdorf, CPAs -** Staff Accountant  - 1991

## Education

Master of Science in Taxation - 1992
University of Miami

Bachelor of Business Administration in Accounting - 1991
University of Miami

Ex. B

## DAVID COWHEARD, C.P.A.
### SUMMARY OF EXPERT TESTIMONY (2013 to Present)

| Case Name | Case Number | Court / Jurisdiction | Client / Attorney | Represented | Participation | Testimony |
|---|---|---|---|---|---|---|
| Magic Throng Window & Car Alarm, Inc v. Scottsdale Insurance Company | 05-2207ZCA.32 | In the Circuit Court of the 11th Judicial Circuit, In and for Miami-Dade County, Florida | Marc Cutleman, Esq; Conroy Simberg et al. | Defendant | Inventory Loss | Deposition & Trial |
| Sporting Products, LLC and Mark Cook v. Pacific Insurance Company, Ltd. | 10-80656-CU-KAM | United States District Court Southern District of Florida West Palm Beach Division | Joe Miele Hinshaw & Culbertson | Defendant | Inventory Loss | Deposition |
| Nociqban Lavij (Petitioner) and Nizaraft Lavij (Respondent) | 11-013598 | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida | Keith Daimond | Petitioner | Divorce | Hearing |
| Daniel Romero and Minelva Romero v. Olympicus Insurance Company | 10-CA-020031 | In the Circuit Court of the Twentieth Judicial Circuit Circuit In and for Lee County, Florida | Dean Maltei Conroy Simberg et al. | Defendant | Income/Deposit Analysis | Deposition & Trial |
| State of Florida vs Vernon Havens | 2009CF01490BAXX | In the Circuit Court of the 15th Judicial Circuit In and for Palm Beach County, Florida | Angela Miller Office of the State Attorney | Plaintiff | Financial Condition | Deposition |
| Stephanie Aquila vs. Brick Transportation | 06-016001 (26) | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida | Bill Martin, Esq; Peterson, Bernard, Vanderberg Zee, Geisler & Martin | Defendant | PV of Life Care Plan | Deposition & Trial |
| | CACE 09-045635 | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida | David Keller, Esq; Keller Landsberg | Defendant | Legal Malpractice | Deposition |
| Jose Rivera Manoz v. C&C Pumping Services Inc. | 2010 CA 1482 | In the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida | Robert Tacher, Esquire Peterson Bernard | Defendant | Expert Witness Personal Injury - PV of Life Care Plan | Deposition |
| Stonebridge Casualty Insurance Company v Nation Motor Club Inc. and Natrol Adjustment Bureau, Inc. | 9:10-cv-8115?-KLR | United States District Court Southern District of Florida West Palm Beach Division | Helaina Bantaninas - Gunster William Berk- Berk Merchant & Simms | Defendant | Tire Replacement Program Compliance Review | Deposition & Trial |
| Nociqban Lavij (Petitioner) and Nizaraft Lavij (Respondent) | 11-013596 | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida | Keith Daimond | Plaintiff | Alimony Modification | Trial |
| Herzfeld's Inc. v. Hartford Casualty Insurance Company | 1:14-cv-24330-KMM | United States District Court Southern District of Florida Miami Division | Eugene Murphy - Robinson & Cole | Defendant | Business Income / Lost Profits | Deposition |
| Santiago Javier Montilla, et al v. Panamentos Ventures, S.L., et al. | 10-32856 CA.27 | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida | Jorge Fors FORS Attorneys at Law | Plaintiff | Lost Profits | Deposition & Trial |
| Florida Distributors, Inc. v. Certain Underwriters at Lloyds of London | 14-31691 CA.23 | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida | Michael Simon - Simon Reed | Defendant | Inventory Loss | Deposition |

## DAVID COWHEARD, C.P.A.
## SUMMARY OF EXPERT TESTIMONY (2013 to Present)

| Case Name | Case Number | Court / Jurisdiction | Client / Attorney | Represented Defendant | Participation | Testimony Deposition |
|---|---|---|---|---|---|---|
| Meadows on the Green Condominium Association Inc.' v' CAS Realty Management, et al. | 50212CA019098XXXXMBAO | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida | Douglas Kress & Kress, P.A. | Schwed Kahle | Fraud/Theft by Property Management Company | Deposition |
| Capacity Insurance Company a/s/o Bagel Boyz, Inc. v. Palm Beach Fire Equipment Co. | 50 2014 CA011532 MB | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida | Robert Tescher | Peterson Bernard | Lost Profits | Deposition |
| Investors Asset Acquisition, LLC vs Angelo S. Scrofa, et al | 502014CCA00461800XXXMB AD | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida | Robert S. Hackleman., Esq.- Hackleman, Olive & Judd, P.A. | Plaintiff | Lost Profits | Deposition |
| Rubio Hyppolite and Laquina W. Hyppolite | FMCE-17-003212 | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida | Keith Diamond | Respondent | Dissipation of Marital Assets / Equitable Distribution | Hearing |
| Pizarro School for Montessori Learning, LLC, et al. v. Messiah Evangelical Lutheran Church et al. | 10-21074 CA 24 | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida | Jorge Garcia-Menocal Garcia Menocal Irias & Pastori LLP | Plaintiff | Lost Profits | Trial |
| Nine Beach, LLC vs. Barkaly Shore, LLC et al | 2015-026093-CA-01 | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida | David Salazar - Cole Scott & Kissane Cook-Wicker Smith O'hara Mccoy & Ford Steven Mitchell-Mintzer Sarowitz Leviva & Meyer Seth Goldberg-Colony Stinberg David | Defendants | Rebuttal Expert - Business Valuation | Deposition |
| The Estate of David Howell, vs. Robert Raskamp | 12 26864 (05) | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida | Raymond L. Robin - Keller Landsberg PA | Defendants | Calculate Loan Amortization with Offsets | Deposition & Trial |



7200 NW 19th Street, Suite 307
Miami, FL 33126

Phone 786-433-8900
Fax 786-433-8244
www.cowheard-singer.com

In the United States District Court
Central District of California

Case No. 2:17-CV-8220 DMG (SKx)

Agricola Cuyama SA, and Corporacion Agricola Viñasol SAC

Plaintiff,

vs.

Corona Seeds, Inc. and Crites Seed, Inc.

Defendants.

Preliminary Expert Disclosure Report of

David Cowheard, CPA

December 3, 2019



7200 NW 19th Street, Suite 307
Miami, FL 33126

Phone 786-433-8900
Fax 786-433-8244
www.cowheard-singer.com

## Qualifications

I am one of the founding members of Cowheard, Singer & Company (CS&Co). Before the establishment of CS&Co, I was the co-founding partner of another Miami based forensic accounting firm (1999-2011). I also served as a Principal (RGL Gallagher 1997-1999) and Manager (Campos & Stratis 1992-1996)—two global financial forensics firms.

I have over twenty years of experience providing forensic accounting, litigation support, and expert witness testimony in the areas of insurance claims, economic damages, financial investigations, and other intricate litigation matters. I have developed a comprehensive domestic and international practice through successful leadership of projects throughout the Americas and the Caribbean.

I have testified in a number of cases about damages and have been qualified as an expert in circuit courts throughout Florida and the United States District Court, Southern District of Florida, Miami Division. I also provide expert support at mediations, arbitrations, depositions, and I have served as an umpire and appraiser in numerous commercial insurance claim disputes.

I graduated from the University of Miami with a Bachelor's Degree in Accounting, and I hold a Master's Degree in Taxation. I am Certified Public Accountant, Certified Forensic Accountant, and am Certified in Financial Forensics.

I am a member of the American Institute of Certified Public Accountants, Florida Institute of Certified Public Accountants, Association of Certified Fraud Examiners, and American College of Forensic Examiners. Additionally, I serve as the Treasurer of the Windstorm Insurance Network.

I have not authored any publications within the last ten years.

My firm is compensated based on the actual hours incurred times the hourly rate for each professional assigned to the engagement. My billing rate is $275 per hour for fieldwork and $350 per hour for deposition and trial testimony. The hourly rates for support staff range from $130 to $195 per hour. My qualifications and litigation experience are more fully summarize in **Exhibit B** of this Report.

## Scope and Limiting Conditions

I have been retained by Plaintiffs (through their counsel Ayala Law PA) to assist with the evaluation of damages for lost profits in the above captioned matter. I have been requested by Ayala Law to provide a preliminary expert disclosure report with my qualifications, background and area of testimony. As of this writing I am awaiting additional information and documentation from Plaintiffs. I expect to submit my opinions and expert report of damages upon receipt and review of this information.



7200 NW 19th Street, Suite 307
Miami, FL 33126

Phone 786-433-8900
Fax 786-433-8244
www.cowheard-singer.com

## Background

### Parties

Plaintiff, Agrícola Cuyuma S.A. ("Cuyuma"), is a Peruvian company established in 2014 that is dedicated to the cultivation, processing, marketing, and export of fruits and vegetables such as asparagus, snow peas, sugar snap peas, avocados, mangoes, grapes, and pomegranates to Europe, the United States, and Asia.

Plaintiff, Corporación Agrícola Viñasol S.A.C. ("AVSA"), began operations in 2001 selling and exporting crops in Peru. This family-owned company sells various crops such as snow peas, asparagus, and avocados. In addition, AVSA provides services such as fruits/vegetables processing, cold chamber rental, storage, and machinery rental to local companies.

Defendant, Corona Seeds, Inc. ("Corona"), is a California corporation established in 1994. Corona offers vegetable, herb, and other seeds to commercial growers, as well as seed priming, treating, coating (pelleting), edible flowers, green manure cover crops, and organic seeds.

Defendant, Crites Seed, Inc. ("Crites"), is an Idaho corporation established in 1933. Crites grows and sells agricultural products such as green beans, peas, and sweet corns. Crites distributes its seeds across the United States and internationally.

### Facts

#### *Defective Seeds Sold to AVSA*

In January 2016, AVSA had several contracts for the sale of peas, which in total would require AVSA to produce approximately 260,000 boxes of plants.

In March 2016, Corona sold 5,750 lbs. of the seeds from Lot C242606 to AVSA, which were delivered to AVSA in April. The bags containing the seeds had a label which stated that the seeds had an 87% germination rate.

In May 2016, AVSA began sowing the seeds. On May 19, 2016, AVSA discovered serious defects in the germination of the seeds.



7200 NW 19th Street, Suite 307
Miami, FL 33126

Phone 786-433-8900
Fax 786-433-8244
www.cowheard-singer.com

*Defective Seeds Sold to Cuyuma*

In January 2016, Cuyuma had several contracts which would require Cuyuma to produce approximately 264,000 kg of peas. Cuyuma entered into a purchase contract with Corona for the purchase of several types of seeds including the ones in Lot C242606. The seeds arrived in June 2016.

### Documents Received to Date

- Third Amended Complaint
- AVSA Summary of Damages
- Lost in Revenues
- Agreement AVSA - AYCO 2014
- Agreement AVSA - AYCO 2015
- Agreement AVSA - AYCO 2016
- Agreement AVSA - Flamingo 2015
- Agreement AVSA - Flamingo 2016
- Agreement AVSA - Flamingo 2017
- Agreement AVSA - Flamingo 2018
- Agreement AVSA – Natures Pride 2014
- Agreement AVSA - Natures Pride 2015
- Agreement AVSA - Natures Pride 2016
- Cuyuma Damage Report
- Contrado North Bay Produce, Inc.
- Contrado Sobifrutis S.A.

### Plaintiff's Damage Claims

Plaintiffs have produced damage claims prepared by their respective internal accounting representatives. The damage claims of both plaintiffs are similar and involve the following categories of damages:

a. Lost income based on actual vs. planned production.
b. Increased production and packaging costs.
c. Customer discounts/refunds.
d. Loss of a 4% government incentive for produce exporters.
e. Loss of income from canceled contracts and reduced customer orders.

AVSA's damage claim totals $4,371,364 and Cuyuma's damage claim totals $1,824,081.85.

The complete documents and information needed to evaluate these claims and provide my opinion of damages are in process.  Upon receipt and analysis of the additional information, I will provide my expert



7200 NW 19th Street, Suite 307
Miami, FL 33126

Phone 786-433-8900
Fax 786-433-8244
www.cowheard-singer.com

report of damages.  Additionally, I may provide comments and rebuttal on opinions and conclusions of other experts in the case.

David Cowheard, CPA

December 3, 2019

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: HORTON, OBERRECHT, KIRKPATRICK & MARTHA, 3 Park Plaza, Suite 350, Irvine, California 92614.

On December 6, 2019, I served the foregoing document described as: **Declaration of Peter C.L. Chen,** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[ ]   **BY MAIL** – I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited   with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after the date of deposit for mailing in affidavit.

[ X ]   **BY ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ ]      **BY OVERNIGHT DELIVERY** – I deposited such envelope for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

[ X ]   (Federal)      I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 6, 2019, at Irvine, California.

_____

Crystal Thompson

3

# SERVICE LIST

Agricola Cuyuma SA v. Corona Seeds, Inc., et al.
United States District Court Central District of California: 2:17-cv-8220 DMG (SKx)

| | |
|---|---|
| Panda Kroll, Esq.<br>Law Offices of Panda Kroll<br>5999-B Ridgeview Street<br>Camarillo, CA 93012<br>Phone: (805) 764-0315; Fax: (805) 764-0339<br>Email: pkroll@pandakrollesq.com | Co-Counsel for Defendant Corona Seeds, Inc. |
| Bruce Alan Finck, Esq.<br>BENTON, ORR, DUVAL &<br>BUCKINGHAM<br>39 N. California Street<br>Ventura, CA 93001<br>Phone: (805) 648-5111; Fax: (805) 648-7218<br>Email: bfinck@bentonorr.com | Counsel for Defendant Corona Seeds, Inc. |
| Brian Nomi, Esq.<br>Law Office of Brian Nomi<br>215 E. Daily Drive, Suite 28<br>Camarillo, CA 93010<br>Phone: (805) 444-5960<br>Fax: (805) 357-5333<br>Email: briannomi@yahoo.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Eduardo Ayala Maura, Esq.<br>Ayala Law P.A.<br>1390 Brickell Avenue, Suite 335<br>Miami, FL 33131<br>Phone: (305) 570-2208<br>Fax: (305) 305-7206<br>Email: eayala@ayalalawpa.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Dale Dorfmeier, Esq.<br>PETRIE, LEATH, LARRIVEE &<br>O'ROURKE, LLP<br>6051 N. Fresno Street, Suite 110<br>Fresno, CA 93710<br>Tel: (559) 498-6522<br>Email: ddorfmeier@pllolegal.com | Counsel for Crites Seed, Inc. |

DECLARATION OF PETER C.L. CHEN