UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-8220-DMG (SKx)** | Date | December 18, 2019 |
| Title | *Agricola Cuyuma SA, et al. v. Corona Seeds, Inc.* | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER RE PLAINTIFFS' *EX PARTE* APPLICATION FOR PERMISSION FOR WITNESS TO TESTIFY VIA VIDEOCONFERENCE [83]**

After full consideration of Plaintiffs' unopposed *Ex Parte* Application for Permission for Erick Sanchez to Appear at Trial Via Live Videoconference [Doc. # 83], and good cause appearing:

THE COURT ORDERS that Erick Sanchez may testify at trial in the above-captioned action via contemporaneous video transmission from a different location. *See* Fed. R. Civ. P. 43(a).

**IT IS SO ORDERED**.