UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 17-8220-DMG (SKx)** | Date | December 20, 2019 |
|---|---|---|---|

Title  *Agricola Cuyuma SA, et al. v. Corona Seeds, Inc.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Eduardo A. Maura | Peter C.L. Chen |
| | Zorik Haruthnian |

**Proceedings: DEFENDANT CORONA SEEDS, INC.'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY ADJUDICATION OF ISSUES [76]**

The cause is called and counsel state their appearance.  The Court invites counsel to respond to the tentative ruling.  The Court hears from Defendant Corona Seeds, Inc.  Plaintiffs submit on the tentative.  The Court advises counsel that the motion will be taken under submission and a written order will issue.

For the reasons stated on the record, Defendants' *ex parte* application for an order modifying the existing scheduling order and to continue trial [Doc. # 84] is GRANTED in part. Attached hereto is the Amended Schedule of Pretrial and Trial Dates continuing the Final Pretrial Conference to **March 31, 2020 at 2:00 p.m.** and the first day of Trial to **April 28, 2020 at 8:30 a.m.**  The parties shall comply with the Court's Scheduling and Case Management Order [Doc. # 45], except to the extent modified by the Amended Schedule.  The Court will not look favorably on any further requests for continuance.

:18

Judge Dolly M. Gee
**AMENDED SCHEDULE OF PRETRIAL & TRIAL DATES (JURY TRIAL)**

Case No.: CV 17-8220-DMG (SKx)    Title: Agricola Cuyuma SA, et al. v. Corona Seeds, Inc., et al.

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**   [ ] Court  [ x ] Jury<br>Duration Estimate: days | 4-28-20<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 3-31-20<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | N/A |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | N/A |
| Motion Cut-Off (filing deadline)<br>Last hearing date for dispositive motions | N/A |
| Initial Expert Disclosure & Report Deadline | N/A |
| Rebuttal Expert Disclosure & Report Deadline | N/A |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 12-24-19 |
| Settlement Conference Completion Date | 3-3-20 |
| Motions in Limine Filing Deadline | 3-10-20 |
| Opposition to Motion in Limine Filing Deadline | 3-17-20 |
| Joint Status Report re Settlement | 3-10-20 |
| Proposed Pretrial Conference Order | 3-10-20 |
| Contentions of Fact/Law | 3-10-20 |
| Pretrial Exhibit Stipulation | 3-10-20 |
| Joint Exhibit List | 3-10-20 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 3-10-20 |
| Agreed Statement of the Case | 3-10-20 |
| Proposed Voir Dire Questions | 3-10-20 |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | 3-10-20 |
| Verdict Forms | 3-10-20 |