# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGRICOLA CUYUMA SA, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CORONA SEEDS, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:17–cv–08220–DMG–SK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __1/8/2020__

Document Number(s):   __89__

Title of Document(s):   __Defendant Crites Seed, Inc.'s Request for Withdrawal of Counsel__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Applications/Ex Parte Applications/Motions/Petitions/Requests > Substitute Attorney (G–01)

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __January 13, 2020__     By:  __/s/ Grace Kami  grace_kami@cacd.uscourts.gov__
                                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.