# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:17-CV-8220-DMG (SK) | Date | Thu., February 13, 2020 |
|---|---|---|---|
| Title | Agricola Cuyuma SA, et al. v. Corona Seeds, Inc., et al. | | |

| Present: The Honorable | Louise A. LaMothe, United States Magistrate Judge |
|---|---|
| Debbie Johnston | None |
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**   **(IN CHAMBERS) ORDER RE: PREPARATION FOR SECOND SETTLEMENT CONFERENCE**

A second settlement conference is set for Wednesday, February 19, 2020, from 1:00 p.m. to 4:00 p.m. at the Santa Barbara Bankruptcy Courthouse, 1415 State Street, Courtroom 202, Santa Barbara, CA, 93101.

In preparation for the settlement conference, there is a telephone call for attorneys only set for Friday, February 14, 2020, at 11:00 a.m.  Counsel for all parties shall be present.

To access the call, please dial (877) 411-9748, and enter access code 1305306.

**IT IS SO ORDERED**.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
| | Initials of Preparer | dj | | |