# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:17-CV-8220-DMG (SK) | Date | Mon., February 24, 2020 |
|---|---|---|---|
| Title | Agricola Cuyuma SA, et al. v. Corona Seeds, Inc., et al. | | |

| Present: The Honorable | Louise A. LaMothe, United States Magistrate Judge |
|---|---|
| Debbie Johnston | CS 02/24/2020 (202) |
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** SETTLEMENT CONFERENCE – SECOND SESSION

Case called. Counsel state their appearances. The following parties are in attendance at the settlement conference:

**For Plaintiffs**:
Edward Ayala Maura, Esq., Ayala Law PA
By Telephone:
Oscar Alban, CEO, Corporacion Agricola Vinasol SAC
Luis Alban, Shareholder, Corporacion Agricola Vinasol SAC
Guillermo De los Rios, CEO, Agricola Cuyuma SA

**For Defendants**:
Peter Chih-Liang Chen, Esq., Horton Oberrecht Kirkpatrick and Martha
Zorik Haruthunian, Esq., Gordon Rees Scully Mansukhani
By Telephone:
Bruce A. Fink, Esq., Horton Oberrecht Kirkpatrick and Martha
Mike Newman, President, Corona Seeds, Inc.
Janet Lucido, Claims Representative for Corona Seeds, Inc.
Charles Stoddard, Production Manager, Crites Seed, Inc.
Rusty Ennis, Claims Representative for Crites Seed, Inc.
Andy Johnston, President, Crites Seeds, Inc.

The Court conducts a settlement conference as scheduled. After discussion among the parties, no settlement is reached. The parties are advised that the Court will be available for additional settlement discussions should they so desire.

2 : 45

Initials of Preparer   dj