JASON F. MEYER (SBN: 190800)
jmeyer@grsm.com
J. TODD KONOLD (SBN: 222616)
tkonold@grsm.com
LISA G. TAYLOR (SBN: 156381)
ltaylor@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7767
Facsimile: (619) 696-7124

Attorneys for Defendant
CRITES SEED, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agricola Cuyuma SA; Corporacion Agricola Vinasol SAC;<br><br>Plaintiff,<br><br>vs.<br><br>Corona Seeds, Inc., et al.<br><br>Defendants. | CASE NO. 2:17-cv-8220-DMG (SKx)<br><br>**DEFENDANT CRITES SEED, INC.'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Complaint Served: December 21, 2017<br>Trial Date: April 28, 2020<br><br>Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Louise LaMothe |

Defendant Crites Seed, Inc. (hereinafter "Crites") submits the following proposed voir dire questions, to be asked by the Court in the captioned matter:

**Additional Background Questions:**

1. What is the highest level of education you have completed?
    a. What area of study/major?
    b. What degrees/licenses do you have?
2. What is your employment status?
3. What is your current (or most recent) occupation?
    a. Who is your employer?
    b. Length of employment?
    c. What were your past jobs?

4. Have you, a family member, or someone close to you, ever had any training or worked in/with:
   a. Farming
      i. What kind of farm?
      ii. What was raised/grown/harvested?
      iii. Where was the farm located?
      iv. What kind[s] of customers purchased the farm's products?
   b. Non-farm agricultural enterprises (seed research and development, soil research and development, pesticide/fungicide research and development, etc.)
   c. The USDA, any state department of agriculture, or any state or local agency involved in the regulation of farming, food, or food production
   d. Commodity purchasing
      i. What kinds of commodities?
      ii. What entity was doing the purchasing?
   e. Import/export enterprises
      i. What was imported/exported?
      ii. What parts of the world were involved in the imports/exports?
   f. South American agricultural enterprises
   g. Transportation of perishable goods by ocean, by rail, by air, or by any other means

   **If yes to any of the above**: Who is the person? What is your relationship? What type of work do they do?

5. What is your marital status?
   a. What does your spouse do for a living? Employer?

6. Have you ever had any prior jury service?
   a. If yes, civil or criminal? How many times? Have you ever been the foreperson?

-2-
DEFENDANT CRITES SEED, INC.'S PROPOSED VOIR DIRE QUESTIONS

Case 2:17-cv-08220-DMG-SK Document 94 Filed 03/10/20 Page 3 of 4 Page ID #:2369

7. Do you have children?

    a. How many? Ages? Occupation/employer?

**B.**     **Prior Experience as a Party**

1. Has anyone sued someone?

    a. If so, what did the lawsuit involve? Outcome?

2. Has anyone been sued?

    a. If so, what did the lawsuit involve? Outcome?

3. Has anyone made any type of claim as a result of a financial loss?

Dated: March 10, 2020      GORDON REES SCULLY MANSUKHANI, LLP

     By:   s/J. Todd Konold
            Jason F. Meyer
            J. Todd Konold
            Lisa G. Taylor
            Attorneys for Defendant,
            CRITES SEED, INC.

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP, 101 W. Broadway, Suite 2000, San Diego, CA 92101, my electronic mail address is wdoolittle@grsm.com. On March 10, 2020, I served the foregoing document(s) as follows:

**DEFENDANT CRITES SEED, INC.'S PROPOSED VOIR DIRE QUESTIONS**

☒ **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to all CM/ECF Users who have appeared in this case. Service with this NEF constitutes service pursuant to FRCP 5(b)(E).

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 10, 2020, at San Diego, California.

*Woody Doolittle*
Woody Doolittle

DEFENDANT CRITES SEED, INC.'S PROPOSED VOIR DIRE QUESTIONS