JASON F. MEYER (SBN: 190800)
jmeyer@grsm.com
J. TODD KONOLD (SBN: 222616)
tkonold@grsm.com
LISA G. TAYLOR (SBN: 156381)
ltaylor@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7767
Facsimile: (619) 696-7124

Attorneys for Defendant
CRITES SEED, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agricola Cuyuma SA; Corporacion Agricola Vinasol SAC; <br><br> Plaintiff, <br><br> vs. <br><br> Corona Seeds, Inc., et al. <br><br> Defendants. | CASE NO. 2:17-cv-8220-DMG (SKx) <br><br> **DEFENDANT CRITES SEED, INC.'S PROPOSED VERDICT FORMS** <br><br> Complaint Served: December 21, 2017 <br> Trial Date: April 28, 2020 <br><br> Judge: Hon. Dolly M. Gee <br> Magistrate: Hon. Louise LaMothe |

Defendant Crites Seed, Inc. (hereinafter "Crites") hereby submits its Proposed Verdict Forms in the captioned matter. Crites reserves the right to supplement, withdraw, and/or amend the proposed Verdict Form as required by the Court's rulings and/or by the evidence submitted at trial.

Dated: March 10, 2020       GORDON REES SCULLY
                                                  MANSUKHANI, LLP

                                       By:   s/J. Todd Konold
                                                    Jason F. Meyer
                                                    J. Todd Konold
                                                    Lisa G. Taylor
                                                    Attorneys for Defendant,
                                                    CRITES SEED, INC.

# VERDICT FORM NO. 1

## NEGLIGENCE (AS TO DEFENDANT CRITES ONLY)

We answer the questions submitted to us as follows:

1. Was Crites negligent?

   _____ Yes        _____ No

   If you answered yes to question 1, then answer question 2. If you answered no to question 1, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Was Crites' negligence a substantial factor in causing harm to plaintiffs?

   _____ Yes        _____ No

   If you answered yes to question 2, then answer question 3. If you answered no to question 2, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. For each plaintiff, answer the following:

   Did plaintiff Agricola Cuyuma prove that property it owned, other than the seeds in question, was physically damaged as the result of Crites' negligence?

   _____ Yes        _____ No

   Did plaintiff Corporacion Agricola Vinasol SAC prove that property it owned, other than the seeds in question, was physically damaged as the result of Crites' negligence?

   _____ Yes        _____ No

   If you answered yes for either plaintiff in question 3, then answer question 4 for that plaintiff. If you answered no for either defendant in question 3, insert the number zero next to that plaintiff's name in question 4, and answer no further questions as to that plaintiff. If you answered no for both plaintiffs in question 3, stop here, answer no further questions as to defendant Crites, and have the presiding juror sign and date this form.

4. For each plaintiff, answer the following:

What are Agricola Cuyuma's damages as the result of physical harm caused to property it owned other than the seeds in question? Do not reduce the damages based on the fault, if any, of Agricola Cuyuma, or others.

    a.    Lost profit on crops grown in adjacent fields    $_____

    b.    (Other, per admitted evidence)    $_____

What are Corporacion Agricola Vinasol SAC's damages as the result of physical harm caused to property it owned other than the seeds in question? Do not reduce the damages based on the fault, if any, of Corporacion Agricola Vinasol SAC, or others.

    a.    Lost profit on crops grown in adjacent fields    $_____

    b.    (Other, per admitted evidence)    $_____

5. For each plaintiff, answer the following:

Was Agricola Cuyuma negligent?

_____ Yes    _____ No

Was Corporacion Agricola Vinasol SAC negligent?

_____ Yes    _____ No

If your answer as to either plaintiff is yes, then answer question 6 as to that plaintiff. If your answer as to either plaintiff is no, then insert the number zero next to that plaintiff's name in question 7, and skip question 6 as to that plaintiff.

6. For each plaintiff, answer the following:

Was Agricola Cuyuma's negligence a substantial factor in causing its harm?

_____ Yes    _____ No

Was Corporacion Agricola Vinasol SAC's negligence a substantial factor in causing its harm?

_____ Yes    _____ No

DEFENDANT CRITES SEED, INC.'S PROPOSED VERDICT FORMS

If your answer as to either plaintiff is yes, then answer question 7 as to that plaintiff.  If your answer as to either plaintiff is no, then insert the number zero next to that plaintiff's name in question 7.

7. For each plaintiff, answer the following:

What percentage of responsibility for Agricola Cuyuma's harm do you assign to the following?  Insert a percentage for only those who received "yes" answers to questions 2 or 6:

| | |
|---|---|
| Crites: | _____% |
| Corona: | _____% |
| Agricola Cuyuma: | _____% |
| **TOTAL** | **100%** |

What percentage of responsibility for Corporacion Agricola Vinasol SAC's harm do you assign to the following?  Insert a percentage for only those who received "yes" answers to questions 2 or 6:

| | |
|---|---|
| Crites: | _____% |
| Corona: | _____% |
| Corporacion Agricola Vinasol SAC: | _____% |
| **TOTAL** | **100%** |

**Signed:** _____
  **Presiding Juror**

**Dated:** _____

**After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.**

Authority:  Judicial Council of California Civil Jury Instructions 1 CACI VF-402 (2020); *Agricola Baja Best v. Harris Moran Seed Co.*, 44 F.Supp.3d 974, 986 – 988 (S.D. Calif. 2014); *Nada Pac. Corp. v. Power Eng'g & Mfg.*, 73 F.Supp.3d 1206, 1221 – 1222 (N.D. Calif. 2014); *Livermore Amador Valley Wastewater Management Agency v. Northwest Pipe & Casing Co.*, 915 F.Supp. 1066, 1069 – 1074 (N.D. Calif. 1995); *City of San Diego v. Amoco Chem. Co.*, 1999 U.S. Dist. LEXIS 24184 *, 3 – 8 (S.D. Calif. 1999).

# VERDICT FORM NO. 2
# STRICT PRODUCTS LIABILITY (AS TO DEFENDANT CRITES ONLY)

We answer the questions submitted to us as follows:

1. Did Crites manufacture the seeds at issue?

    _____ Yes        _____ No

    If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did the seeds at issue contain a manufacturing defect when it left Crites' possession?

    _____ Yes        _____ No

    If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. For each plaintiff, answer the following:

    Was the manufacturing defect a substantial factor in causing harm to Agricola Cuyuma?

    _____ Yes        _____ No

    Was the manufacturing defect a substantial factor in causing harm to Corporacion Agricola Vinasol SAC?

    _____ Yes        _____ No

If your answer as to either plaintiff is yes in question 3, answer question 4 as to that plaintiff.  If your answer as to either plaintiff is no in question 3, skip the remaining questions with respect to that plaintiff, and enter zero next to that plaintiff's name in question 5.  If your answer to question 3 with respect to both plaintiffs is no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. For each plaintiff, answer the following:

Did plaintiff Agricola Cuyuma prove that property it owned, other than the seeds in question, was physically damaged as the result of Crites' negligence?

_____ Yes        _____ No

Did plaintiff Corporacion Agricola Vinasol SAC prove that property it owned, other than the seeds in question, was physically damaged as the result of Crites' negligence?

_____ Yes        _____ No

If you answered yes for either plaintiff in question 4, then answer question 5 for that plaintiff.  If you answered no for either defendant in question 4, insert the number zero next to that plaintiff's name in question 5, and answer no further questions with respect to that plaintiff.  If you answered no for all plaintiffs in question 4, stop here, answer no further questions as to defendant Crites, and have the presiding juror sign and date this form.

5. For each plaintiff, answer the following:

What are Agricola Cuyuma's damages as the result of physical harm caused to property it owned other than the seeds in question? Do not reduce the damages based on the fault, if any, of Agricola Cuyuma, or others.

    a. Lost profit on crops grown in adjacent fields     $_____

    b. (Other, per admitted evidence)     $_____

What are Corporacion Agricola Vinasol SAC's damages as the result of physical harm caused to property it owned other than the seeds in question? Do not reduce the damages based on the fault, if any, of Corporacion Agricola Vinasol SAC, or others.

    a. Lost profit on crops grown in adjacent fields     $_____

    b. (Other, per admitted evidence)     $_____

6. For each plaintiff, answer the following:

Was Agricola Cuyuma negligent?

_____ Yes     _____ No

Was Corporacion Agricola Vinasol SAC negligent?

_____ Yes     _____ No

If your answer as to either plaintiff is yes, then answer question 7 as to that plaintiff. If your answer as to either plaintiff is no, then insert the number zero next to that plaintiff's name in question 8, and skip question 7 as to that plaintiff.

7. For each plaintiff, answer the following:

Was Agricola Cuyuma's negligence a substantial factor in causing its harm?

_____ Yes        _____ No

Was Corporacion Agricola Vinasol SAC's negligence a substantial factor in causing its harm?

_____ Yes        _____ No

If your answer as to either plaintiff is yes, then answer question 8 as to that plaintiff. If your answer as to either plaintiff is no, then insert the number zero next to that plaintiff's name in question 8.

8. For each plaintiff, answer the following:

What percentage of responsibility for Agricola Cuyuma's harm do you assign to the following? Insert a percentage for only those who received "yes" answers to questions 3 or 7:

Crites:                                               _____%

Corona:                                              _____%

Agricola Cuyuma:                              _____%

**TOTAL                                              100%**

What percentage of responsibility for Corporacion Agricola Vinasol SAC's harm do you assign to the following? Insert a percentage for only those who received "yes" answers to questions 3 or 7:

Crites:                                               _____%

| | | |
|---|---|---|
| Corona: | | _____% |
| Corporacion Agricola Vinasol SAC: | | _____% |
| **TOTAL** | | **100%** |

**Signed:** _____
       **Presiding Juror**

**Dated:** _____

**After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.**

    Authority:  Judicial Council of California Civil Jury Instructions 1 CACI VF-1200 (2020); *Agricola Baja Best v. Harris Moran Seed Co.*, 44 F.Supp.3d 974, 986 – 988 (S.D. Calif. 2014); *Nada Pac. Corp. v. Power Eng'g & Mfg.*, 73 F.Supp.3d 1206, 1221 – 1222 (N.D. Calif. 2014); *Livermore Amador Valley Wastewater Management Agency v. Northwest Pipe & Casing Co.*, 915 F.Supp. 1066, 1069 – 1074 (N.D. Calif. 1995); *City of San Diego v. Amoco Chem. Co.*, 1999 U.S. Dist. LEXIS 24184 *, 3 – 8 (S.D. Calif. 1999).

DEFENDANT CRITES SEED, INC.'S PROPOSED VERDICT FORMS

## I.    CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP, 101 W. Broadway, Suite 2000, San Diego, CA 92101, my electronic mail address is wdoolittle@grsm.com. On March 10, 2020, I served the foregoing document(s) as follows:

**DEFENDANT CRITES SEED, INC.'S PROPOSED VERDICT FORMS**

☒ **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to all CM/ECF Users who have appeared in this case. Service with this NEF constitutes service pursuant to FRCP 5(b)(E).

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 10, 2020, at San Diego, California.

*Woody Doolittle*
Woody Doolittle