**LAW OFFICE OF BRIAN NOMI**
Brian Nomi, Esq. (CBN: 203059)
*Local Counsel*
215 E Daily Dr, Ste 28
Camarillo, CA 93010
Phone: 805-444-5960
Fax: 805-357-5333
Email: briannomi@yahoo.com

**AYALA LAW, P.A.**
Eduardo A. Maura, Esq. (FBN: 91303)
*Pro Hac Vice Counsel* [D.E. 11]
1390 Brickell Ave, Ste 335
Miami, FL 33131
Phone: 305-570-2208
Fax: 305-503-7206
Email: eayala@ayalalawpa.com

Attorneys for Agrícola Cuyuma SA and
Corporación Agrícola Viñasol SAC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agrícola Cuyuma SA, and Corporación Agrícola Viñasol SAC, <br><br> *Plaintiffs*, <br><br> v. <br><br> Corona Seeds, Inc., and Crites Seed, Inc., <br><br> *Defendants*. | **Case No. 2:17-cv-08220-DMG-SK** <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT** <br><br> Judge: Hon. Dolly M. Gee <br><br> Final Pretrial Conference: March 31, 2020 <br><br> Trial Date: April 28, 2020 |

Pursuant to the Court's Scheduling and Case Management Order re Jury Trial of January 2, 2019, Plaintiffs Agrícola Cuyuma SA ("Cuyuma") and Corporación Agrícola Viñasol SAC ("AVSA") and Defendants Corona Seeds, Inc. ("Corona") and Crites Seed, Inc. ("Crites") hereby submit the following Joint Status Report Regarding Settlement.

1

**JOINT STATUS REPORT REGARDING SETTLEMENT**

## JOINT STATUS REPORT REGARDING SETTLEMENT

On November 8, 2019, the parties' counsels participated in a pre-settlement conference call with U.S. Magistrate Judge Louise A. LaMothe. At the call it was agreed that a settlement conference would take place on November 20, 2019, at 11:00 a.m. at the Santa Barbara Bankruptcy Courthouse, Courtroom 202, 1415 State Street, Santa Barbara, CA 93101.

On November 20, 2019, the settlement conference with Judge LaMothe took place. Appearing for Plaintiffs were:

- Eduardo A. Maura, Esq., Ayala Law PA
- Brian Nomi, Esq., Law Offices of Brian Nomi
- Oscar Alban, CEO, Corporación Agrícola Viñasol SAC
- Luis Alban, shareholder, Corporación Agrícola Viñasol SAC
- Guillermo de los Rios, CEO, Agrícola Cuyuma SA

Appearing for Defendant Corona were:

- Bruce A. Fink, Esq., Horton Oberrecht Kirkpatrick and Martha
- Peter Chen, Esq., Horton Oberrecht Kirkpatrick and Martha
- Mike Newman, president, Corona Seeds, Inc.
- Janet Lucido, claims representative for Corona Seeds, Inc. (by telephone)

Appearing for Defendant Crites were:

- Dale M. Dorfmeier, Esq., Petrie Dorfmeier LLP
- Charles Stoddard, production manager, Crites Seed, Inc.
- Ed Bueser, claims representative for Crites Seed, Inc.

After 3 hours, no settlement was reached.

At the November 20, 2019 conference, one of the requests of Defendants was a comprehensive damage report by Plaintiffs. Prior to the second settlement conference on January 29, 2020, Plaintiffs provided Defendants with the comprehensive damage report. The underlying documents of the reports were shared on February 7, 2020.

On February 13, 2020, the parties' counsels participated in a second pre-settlement conference call with Judge LaMothe. At the call it was agreed that a settlement conference would take place on February 24, 2020, at 1:00 p.m. at the Santa Barbara Bankruptcy Courthouse, Courtroom 202, 1415 State Street, Santa Barbara, CA 93101.

Appearing for Plaintiffs were:

- Eduardo A. Maura, Esq., Ayala Law PA
- Oscar Alban, CEO, Corporación Agrícola Viñasol SAC (by telephone)
- Guillermo de los Rios, CEO, Agrícola Cuyuma SA (by telephone)

Appearing for Defendants Corona were:

- Peter Chen, Esq., Horton Oberrecht Kirkpatrick and Martha
- Bruce A. Fink, Esq., Horton Oberrecht Kirkpatrick and Martha (by telephone)
- Mike Newman, president, Corona Seeds, Inc. (by telephone)
- Janet Lucido, claims representative for Corona Seeds, Inc. (by telephone)

Appearing for Defendant Crites were:

- Zorik Haruthunian, Esq., Gordon Rees Scully Mansukhani
- Charles Stoddard, production manager, Crites Seeds, Inc. (by telephone)
- Rusty Ennis, claims representative for Crites Seed, Inc. (by telephone)
- Andy Johnson, president, Crites Seeds, Inc. (by telephone)

After 3 hours, no settlement was reached at the second settlement conference.

Dated: March 10, 2020

          Respectfully submitted,

          *s/Eduardo A. Maura*
          Eduardo A. Maura, Esq.
          *Counsel for Plaintiffs*

          *s/Peter C.L. Chen, Esq.*
          Peter C.L. Chen, Esq.
          *Counsel for Defendant Corona Seeds, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*s/Lisa Taylor*
Lisa Taylor, Esq.
*Counsel for Defendant Crites Seed, Inc.*

**JOINT STATUS REPORT REGARDING SETTLEMENT**