**LAW OFFICE OF BRIAN NOMI**
Brian Nomi, Esq. (CBN: 203059)
*Local Counsel*
215 E Daily Dr, Ste 28
Camarillo, CA 93010
Phone: 805-444-5960
Fax: 805-357-5333
Email: briannomi@yahoo.com

**AYALA LAW, P.A.**
Eduardo A. Maura, Esq. (FBN: 91303)
*Pro Hac Vice Counsel* [D.E. 11]
1390 Brickell Ave, Ste 335
Miami, FL 33131
Phone: 305-570-2208
Fax: 305-503-7206
Email: eayala@ayalalawpa.com

Attorneys for Agrícola Cuyuma SA and
Corporación Agrícola Viñasol SAC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agrícola Cuyuma SA, and Corporación Agrícola Viñasol SAC,<br><br>*Plaintiffs*,<br><br>v.<br><br>Corona Seeds, Inc., and Crites Seed, Inc.,<br><br>*Defendants*. | **Case No. 2:17-cv-08220-DMG-SK**<br><br>**JOINT TRIAL WITNESS TIME ESTIMATE FORM**<br><br>Judge: Hon. Dolly M. Gee<br><br>Final Pretrial Conference: March 31, 2020<br><br>Trial Date: April 28, 2020 |

Pursuant to this Court's Scheduling and Case Management Order re Jury Trial of January 2, 2019, Plaintiffs Agrícola Cuyuma SA and Corporación Agrícola Viñasol SAC and Defendants Corona Seeds, Inc. and Crites Seed, Inc. hereby submit the following Joint Trial Witness Time Estimate Form. The Parties reserve the right to amend this list to add additional witnesses and/or to amend the anticipated examination time.

1

**JOINT TRIAL WITNESS TIME ESTIMATE FORM**

# JOINT TRIAL WITNESS TIME ESTIMATE FORM

**Case No. and Title:** 2:17-cv-08220-DMG-SK, *Agrícola Cuyuma SA et al v. Corona Seeds, Inc. et al*

**Trial Date:** April 28, 2020

| No. | Witness | | | |
|---|---|---|---|---|
| | **PLAINTIFFS** | | | |
| 1 | **Oscar Alvan** | | | |
| | Direct Examiner: | Eduardo A. Maura | Direct Exam Time Est.: | 3[1] |
| | Cross Examiner: | Cheryl A. Kirkpatrick | Cross Exam Time Est.: | 3 |
| | Cross Examiner: | Jason Meyer | Cross Exam Time Est.: | 1 |
| | Brief Description of Testimony: | The CEO of Plaintiff AVSA, Alvan will describe the history of the relationship with Defendant Corona, the failed 2016 Campaign due to the defective Seeds, and the extent of the damages to AVSA that the defective Seeds caused. | | |
| 2 | **Erick Sanchez (Video Testimony)** | | | |
| | Direct Examiner: | Eduardo A. Maura | Direct Exam Time Est.: | 2 |
| | Cross Examiner: | Cheryl A. Kirkpatrick | Cross Exam Time Est.: | 2 |
| | Cross Examiner: | Jason Meyer | Cross Exam Time Est.: | .5 |
| | Brief Description of Testimony: | Sanchez is the commercial and quality control manager at AVSA. He witnessed first-hand the entire 2016 campaign failure, from the fields to the processing plant and export. He will testify the details of the failed 2016 campaign and the damages it caused to AVSA. | | |
| 3 | **Edwin Maldonado** | | | |
| | Direct Examiner: | Eduardo A. Maura | Direct Exam Time Est.: | 2 |
| | Cross Examiner: | Cheryl A. Kirkpatrick | Cross Exam Time Est.: | 2 |
| | Cross Examiner: | Jason Meyer | Cross Exam Time Est.: | .5 |
| | Brief Description of Testimony: | Maldonado is the field and agricultural manager at AVSA. He witnessed first-hand the entire 2016 campaign failure, from the fields to the processing plant and export. He will testify the details of the failed 2016 campaign and the damages it caused to AVSA. | | |

---

[1] Number is given in hours unit.

| | | **Alicia Chiang** | | | |
|---|---|---|---|---|---|
| | | Direct Examiner: | Eduardo A. Maura | Direct Exam Time Est.: | 2 |
| | 4 | Cross Examiner: | Cheryl A. Kirkpatrick | Cross Exam Time Est.: | 2 |
| | | Cross Examiner: | Jason Meyer | Cross Exam Time Est.: | .5 |
| | | Brief Description of Testimony: | Chiang is the finance manager at AVSA. She will testify regarding the financial impact of the failed 2016 Campaign at AVSA. | | |
| | | **Guillermo de los Rios** | | | |
| | | Direct Examiner: | Eduardo A. Maura | Direct Exam Time Est.: | 3 |
| | 5 | Cross Examiner: | Cheryl A. Kirkpatrick | Cross Exam Time Est.: | 3 |
| | | Cross Examiner: | Jason Meyer | Cross Exam Time Est.: | 1 |
| | | Brief Description of Testimony: | De Los Rios is the CEO at Cuyuma. He will describe the history of the relationship with Defendant Corona, the failed 2016 Campaign due to the defective Seeds, and the extent of the damages to Cuyuma that the defective Seeds caused. | | |
| | | **Angello Flores** | | | |
| | | Direct Examiner: | Eduardo A. Maura | Direct Exam Time Est.: | 4 |
| | 6 | Cross Examiner: | Cheryl A. Kirkpatrick | Cross Exam Time Est.: | 4 |
| | | Cross Examiner: | Jason Meyer | Cross Exam Time Est.: | 1.5 |
| | | Brief Description of Testimony: | Flores was the Operations and Sales Manager at the time of the 2016 Campaign. He will describe the history of the relationship with Defendant Corona, the failed 2016 Campaign due to the defective Seeds, and the extent of the damages to Cuyuma that the defective Seeds caused. | | |
| | | **Federico Camones** | | | |
| | | Direct Examiner: | Eduardo A. Maura | Direct Exam Time Est.: | 2 |
| | 7 | Cross Examiner: | Cheryl A. Kirkpatrick | Cross Exam Time Est.: | 2 |
| | | Cross Examiner: | Jason Meyer | Cross Exam Time Est.: | .5 |
| | | Brief Description of Testimony: | Camones was the field technician at the time of the 2016 Campaign. He the failed 2016 Campaign in the fields and plant due to the defective Seeds, and the | | |

| | | | | |
|---|---|---|---|---|
| 8 | | | extent of the damages to Cuyuma that the defective Seeds caused. | |
| | **Rosa Maria Mayuri** | | | |
| | Direct Examiner: | Eduardo A. Maura | Direct Exam Time Est.: | 2 |
| | Cross Examiner: | Cheryl A. Kirkpatrick | Cross Exam Time Est.: | 2 |
| | Cross Examiner: | Jason Meyer | Cross Exam Time Est.: | .5 |
| | Brief Description of Testimony: | Mayuri is the head of quality control and certifications at Cuyuma. She will describe the processes followed in the fields and how they comply with industry standards of quality. | | |
| 9 | **Michael Coffey** | | | |
| | Direct Examiner: | Eduardo A. Maura | Direct Exam Time Est.: | 3 |
| | Cross Examiner: | Cheryl A. Kirkpatrick | Cross Exam Time Est.: | 3 |
| | Cross Examiner: | Jason Meyer | Cross Exam Time Est.: | 1 |
| | Brief Description of Testimony: | Mr. Coffey is a plant pathologist and will offer testimony on all issues related to the pathology of the seeds at issue in the case, including but not limited to germination, physiology, diseases, and tests results. | | |
| 10 | **David Cowheard** | | | |
| | Direct Examiner: | Eduardo A. Maura | Direct Exam Time Est.: | 6 |
| | Cross Examiner: | Cheryl A. Kirkpatrick | Cross Exam Time Est.: | 5 |
| | Cross Examiner: | Jason Meyer | Cross Exam Time Est.: | 2.5 |
| | Brief Description of Testimony: | Mr. Cowheard is a forensic accountant and will testify on all issues related to damages in the case. | | |
| 11 | **Sarah Dammen** | | | |
| | Direct Examiner: | Eduardo A. Maura | Direct Exam Time Est.: | 1 |
| | Cross Examiner: | Cheryl A. Kirkpatrick | Cross Exam Time Est.: | 1 |
| | Cross Examiner: | Jason Meyer | Cross Exam Time Est.: | .5 |
| | Brief Description of Testimony: | Ms. Dammen is a supervisor at SGS Laboratories, an entity which performed analysis on the subject Seeds. She will testify as to details of the tests performed. | | |
| | **DEFENDANTS** | | | |
| 12 | **Michael Newman** | | | |
| | Direct Examiner: | Cheryl A. Kirkpatrick | Direct Exam Time Est.: | 2 |

| | | | | |
|---|---|---|---|---|
| | Cross Examiner: | Eduardo A. Maura | Cross Exam Time Est.: | :2 |
| | Brief Description of Testimony: | Mr. Newman is the principal of Corona Seeds, Inc., the entity that sold the subject seeds. He will offer testimony regarding the transactions and communications regarding the seeds at issue. | | |
| 13 | **Andy Johnson** | | | |
| | Direct Examiner: | Jason Meyer | Direct Exam Time Est.: | 2 |
| | Direct Examiner: | Cheryl A. Kirkpatrick | Direct Exam Time Est.: | 1 |
| | Cross Examiner: | Eduardo A. Maura | Cross Exam Time Est.: | 2 |
| | Brief Description of Testimony: | Mr. Johnson is the principal of Crites Seed, Inc., which manufactured the subject seeds and sold them to Corona. He will offer testimony with regard to relevant sales transactions, business practices, and communications with Corona regarding the seeds at issue. | | |
| 14 | **Chuck Stoddard** | | | |
| | Direct Examiner: | Jason Meyer | Direct Exam Time Est.: | 2 |
| | Direct Examiner: | Cheryl A. Kirkpatrick | Direct Exam Time Est.: | 1 |
| | Cross Examiner: | Eduardo A. Maura | Cross Exam Time Est.: | 1 |
| | Brief Description of Testimony: | Mr. Stoddard is an employee of Crites Seed, Inc. He will offer testimony with regard to relevant sales transactions, business practices, and communications with Corona regarding the seeds at issue. | | |
| 15 | **Steve Koike** | | | |
| | Direct Examiner: | Cheryl A. Kirkpatrick | Direct Exam Time Est.: | 4 |
| | Direct Examiner: | Jason Meyer | Direct Exam Time Est.: | 2 |
| | Cross Examiner: | Eduardo A. Maura | Cross Exam Time Est.: | 2 |
| | Brief Description of Testimony: | Mr. Koike is a plant pathologist and will offer testimony on all issues relating to plant pathology, including but not limited to germination of seeds, all factors involving germination of seeds into plants, plant diseases, including fungi, bacteria, and other pathogens, testing performed in connection with the claims at issue, interpretation of such tests, testing methodology, and test results. | | |
| 16 | **Pat Brecht, Ph.D.** | | | |

|  | | | | |
|---|---|---|---|---|
| | Direct Examiner: | Cheryl A. Kirkpatrick | Direct Exam Time Est.: | 3 |
| | Direct Examiner: | Jason Meyer | Direct Exam Time Est.: | 2 |
| | Cross Examiner: | Eduardo A. Maura | Cross Exam Time Est.: | 1.5 |
| | Brief Description of Testimony: | Dr. Brecht is a perishable product expert involving.  He will offer testimony on all issues regarding harvest and post-harvest issues pertaining to the produce at issue, including harvesting methodology, post-harvest handling and methodology, transport, storage, quality, condition, shelf life, diseases and disorders, container technology, packing, shipment, transportation,  best practices, forensics, quality assurance, and marketing and sale. | | |
| | **Dale Rush, Ph.D.** | | | |
| 17 | Direct Examiner: | Jason Meyer | Direct Exam Time Est.: | 3 |
| | Direct Examiner: | Cheryl A. Kirkpatrick | Direct Exam Time Est.: | 3 |
| | Cross Examiner: | Eduardo A. Maura | Cross Exam Time Est.: | 2 |
| | Brief Description of Testimony: | Dr. Rush is a forensic agronomist and soil scientist that conducts investigations into crop failures and their causes. Dr. Rush will offer testimony and opinions regarding the matters of seed production, seed germination and factors that may influence germination and seed vigor, cultural practices, field pests and pathogens, comments on growing practices and good agricultural practices, and other issues pertaining to planting, growing, harvesting and packing of the snap peas in this case. | | |
| | **David Kelley, Ph.D.** | | | |
| 18 | Direct Examiner: | Jason Meyer | Direct Exam Time Est.: | 3 |
| | Direct Examiner: | Cheryl A. Kirkpatrick | Direct Exam Time Est.: | 3 |
| | Cross Examiner: | Eduardo A. Maura | Cross Exam Time Est.: | 2 |
| | Brief Description of Testimony: | Dr. Kelley is an expert in soil science, soil geomorphology, agricultural assessments, and international agricultural development. Dr. Kelley will offer testimony regarding the matters of cultural practices and challenges in Peru, the use of row crop seed and row crop production practices, management of field pests and pathogens, comments on growing | | |

| | | | | |
|---|---|---|---|---|
| | | | practices and good agricultural practices used in this case, and other issues pertaining to planting, growing, harvesting and packing of the snap peas in this case. | |
| 19 | **Ann McDermott** | | | |
| | Direct Examiner: | Jason Meyer | Direct Exam Time Est.: | 3 |
| | Direct Examiner: | Cheryl A. Kirkpatrick | Direct Exam Time Est.: | 3 |
| | Cross Examiner: | Eduardo A. Maura | Cross Exam Time Est.: | 2 |
| | Brief Description of Testimony: | Ms. McDermott is an expert agricultural economist and an expert in business valuations among other areas of specialization. She will offer testimony on the economic loss claims of the plaintiffs, her assessment of the reasonable net economic value of diminished production, if any, in this case, and her assessment of the alleged consequential damage claims made by the plaintiffs. | | |
| 20 | **Diandra Viner / PMK of Eurofins BioDiagnostics, Inc.** | | | |
| | Direct Examiner: | Jason Meyer | Direct Exam Time Est.: | 1 |
| | Direct Examiner: | Cheryl A. Kirkpatrick | Direct Exam Time Est.: | .5 |
| | Cross Examiner: | Eduardo A. Maur | Cross Exam Time Est.: | 1 |
| | Brief Description of Testimony: | Ms. Viner and/or the PMK performed germination testing on the seed lots in question. | | |
| 21 | **Michael Stahr or Charles Block, Seed Testing Laboratory** | | | |
| | Direct Examiner: | Jason Meyer | Direct Exam Time Est.: | 1 |
| | Direct Examiner: | Cheryl A. Kirkpatrick | Direct Exam Time Est.: | .5 |
| | Cross Examiner: | Eduardo A. Maura | Cross Exam Time Est.: | .5 |
| | Brief Description of Testimony: | Mr. Stahr, Mr. Block, and/or the PMK performed testing on the seeds in question. | | |

Dated: March 10, 2020

                                           Respectfully submitted,

                                           <u>*s/Eduardo A. Maura*</u>
                                           Eduardo A. Maura, Esq.
                                           *Counsel for Plaintiffs*

                                           <u>*s/Peter C.L. Chen, Esq.*</u>

|   |   |
|---|---|
| 1 | Peter C.L. Chen, Esq. |
| 2 | *Counsel for Defendant Corona Seeds, Inc.* |
| 3 | |
| 4 | *s/Lisa Taylor* |
| 5 | Lisa Taylor, Esq. |
| 6 | *Counsel for Defendant Crites Seed, Inc.* |