**LAW OFFICE OF BRIAN NOMI**
Brian Nomi, Esq. (CBN: 203059)
*Local Counsel*
215 E Daily Dr, Ste 28
Camarillo, CA 93010
Phone: 805-444-5960
Fax: 805-357-5333
Email: briannomi@yahoo.com

**AYALA LAW, P.A.**
Eduardo A. Maura, Esq. (FBN: 91303)
*Pro Hac Vice Counsel* [D.E. 11]
1390 Brickell Ave, Ste 335
Miami, FL 33131
Phone: 305-570-2208
Fax: 305-503-7206
Email: eayala@ayalalawpa.com

Attorneys for Agrícola Cuyuma SA and Corporación Agrícola Viñasol SAC

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agrícola Cuyuma SA, and Corporación Agrícola Viñasol SAC, <br><br>*Plaintiffs*, <br><br>v. <br><br>Corona Seeds, Inc., and Crites Seed, Inc., <br><br>*Defendants*. | **Case No. 2:17-cv-08220-DMG-SK** <br><br>**PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS** <br><br>Judge: Hon. Dolly M. Gee <br><br>Final Pretrial Conference: March 31, 2020 <br><br>Trial Date: April 28, 2020 |

## PLAINTIFFS' PROPOSED VERDICT FORMS

Plaintiffs Agrícola Cuyuma SA and Corporación Agrícola Viñasol SAC submit these proposed voir dire questions pursuant to the Court's order dated January 2, 2019.

Dated: March 10, 2020

                                          Respectfully submitted,

                                          By: */s/Eduardo A. Maura*

**Eduardo A. Maura, Esq.**
Fla. Bar No. 91303
Ayala Law, P.A.
1390 Brickell Ave, Ste 335
Miami, FL 33131
Phone: 305-570-2208
Fax: 305-503-7206
Email: eayala@ayalalawpa.com
*Attorney for Plaintiffs Agrícola Cuyuma SA & Corporación Agrícola Viñasol SAC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on March 10, 2020 with the Clerk of the Court using the CM/ECF Official Court Electronic Document Filing System which will serve it on all counsel or parties of record listed on the attached Service List.

*s/Eduardo A. Maura*
Eduardo A. Maura

## SERVICE LIST

Agrícola Cuyuma SA, et al., v. Corona Seeds, Inc., et al.
U.S. District Court for the Central District of California: 2:17-cv-08220-DMG-SK

| | |
|---|---|
| **Bruce Alan Finck, Esq.**<br>Benton, Orr, Duval & Buckingham<br>39 North California Street<br>Ventura, California 93001<br>Phone: 800-350-8921 or 805-648511<br>Fax: 805-648-7218<br>Email: bfinck@bentonorr.com | Counsel for Defendant Corona Seeds, Inc. |
| **Peter C.L. Chen, Esq.**<br>Horton Oberrecht Kirkpatrick & Martha<br>2 Park Plaza, #440<br>Irvine, CA 92604<br>Phone: 949-251-5100 | Counsel for Defendant Corona Seeds, Inc. |

**PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**

| | |
|---|---|
| Fax: 949-251-5104<br>Email: pchen@hortonfirm.com | |
| **Dale Dorfmeier, Esq.**<br>6051 N. Fresno St., Ste. 110<br>Fresno, CA 93710<br>Phone: 559-498-6522<br>Fax: 559-498-6516<br>Email: ddorfmeier@pdmlegal.com | Counsel for Defendant Crites Seeds, Inc. |
| **Rick Haruthunian Esq.**<br>**Lisa Taylor, Esq.**<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Phone: 614-544-7210<br>Email: rharuthunian@grsm.com<br>Email: ltaylor@grsm.com | Counsel for Defendant Crites Seeds, Inc. |
| **Brian Nomi, Esq.**<br>Law Office of Brian Nomi<br>215 E. Daily Drive, Suite 28<br>Camarillo, CA 93010<br>Phone: 805-444-5960<br>Fax: 805-357-3333<br>Email: briannomi@yahoo.com | Local Co-Counsel for Plaintiffs |

# PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

**General:**

- Are you familiar with the agriculture industry?
- Have you or someone close to you been in the agriculture industry?
- Have you ever purchased a product that was defective? ☐ Yes ☐ No. If Yes, please describe: _____.

**Strict Products Liability:**

- When you purchase a product, do you assume that it was properly manufactured, that it will function properly, and that it is safe for you to use?
- Do you believe that a manufacturer should not be held accountable for manufacturing a product (or designing a product) that causes damages?
- Do you believe that a corporation should not be held responsible for its actions?
- Do you believe that a corporate manufacturer bears the burden of manufacturing and designing a product that is safe for those who use it?

**Breach of Contract:**

- Have you ever worked on a job where you had anything to do with contracts? (This could include designing, negotiating or evaluating contracts; monitoring contract performance; or servicing contracts.) ☐ Yes ☐ No. If Yes, please describe your responsibilities: _____.
- Have you or anyone close to you or any company you have worked for ever been involved in any type of contract dispute? ☐ Yes ☐ No. If Yes, please explain: _____.
- Have you or anyone close to you ever been cheated in a contractual relationship? ☐ Yes ☐ No. If Yes, please explain: _____.

- Have you ever been sued or have any of your employers been sued for breach of contract? ☐ Yes ☐ No If Yes, please explain: _____.
- Do you think oral contracts or agreements are less valid or binding than written contracts or agreements? Yes ☐ No ☐. If Yes, please explain: _____.

**PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**