**LAW OFFICE OF BRIAN NOMI**
Brian Nomi, Esq. (CBN: 203059)
*Local Counsel*
215 E Daily Dr, Ste 28
Camarillo, CA 93010
Phone: 805-444-5960
Fax: 805-357-5333
Email: briannomi@yahoo.com

**AYALA LAW, P.A.**
Eduardo A. Maura, Esq. (FBN: 91303)
*Pro Hac Vice Counsel* [D.E. 11]
1390 Brickell Ave, Ste 335
Miami, FL 33131
Phone: 305-570-2208
Fax: 305-503-7206
Email: eayala@ayalalawpa.com

Attorneys for Agrícola Cuyuma SA and
Corporación Agrícola Viñasol SAC

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agrícola Cuyuma SA, and Corporación Agrícola Viñasol SAC,<br><br>*Plaintiffs*,<br><br>v.<br><br>Corona Seeds, Inc., and Crites Seed, Inc.,<br><br>*Defendants*. | **Case No. 2:17-cv-08220-DMG-SK**<br><br>**PLAINTIFFS' PROPOSED VERDICT FORMS**<br><br>Judge: Hon. Dolly M. Gee<br><br>Final Pretrial Conference: March 31, 2020<br><br>Trial Date: April 28, 2020 |

### PLAINTIFFS' PROPOSED VERDICT FORMS

Plaintiffs Agrícola Cuyuma SA and Corporación Agrícola Viñasol SAC submit these proposed verdict forms pursuant to Rule 49 of the Federal Rules of Civil Procedure and the Court's order dated January 2, 2019.

Dated: March 10, 2020

Respectfully submitted,

By: /s/Eduardo A. Maura
**Eduardo A. Maura, Esq.**
Fla. Bar No. 91303
Ayala Law, P.A.
1390 Brickell Ave, Ste 335
Miami, FL 33131
Phone: 305-570-2208
Fax: 305-503-7206
Email: eayala@ayalalawpa.com
*Attorney for Plaintiffs Agrícola Cuyuma SA
& Corporación Agrícola Viñasol SAC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on March 10, 2020 with the Clerk of the Court using the CM/ECF Official Court Electronic Document Filing System which will serve it on all counsel or parties of record listed on the attached Service List.

*s/Eduardo A. Maura*
Eduardo A. Maura

## SERVICE LIST

Agrícola Cuyuma SA, et al., v. Corona Seeds, Inc., et al.
U.S. District Court for the Central District of California: 2:17-cv-08220-DMG-SK

| | |
|---|---|
| **Bruce Alan Finck, Esq.**<br>Benton, Orr, Duval & Buckingham<br>39 North California Street<br>Ventura, California 93001<br>Phone: 800-350-8921 or 805-648511<br>Fax: 805-648-7218<br>Email: bfinck@bentonorr.com | Counsel for Defendant Corona Seeds, Inc. |

| | |
|---|---|
| **Peter C.L. Chen, Esq.**<br>Horton Oberrecht Kirkpatrick & Martha<br>2 Park Plaza, #440<br>Irvine, CA 92604<br>Phone: 949-251-5100<br>Fax: 949-251-5104<br>Email: pchen@hortonfirm.com | Counsel for Defendant Corona Seeds, Inc. |
| **Dale Dorfmeier, Esq.**<br>6051 N. Fresno St., Ste. 110<br>Fresno, CA 93710<br>Phone: 559-498-6522<br>Fax: 559-498-6516<br>Email: ddorfmeier@pdmlegal.com | Counsel for Defendant Crites Seeds, Inc. |
| **Rick Haruthunian Esq.**<br>**Lisa Taylor, Esq.**<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Phone: 614-544-7210<br>Email: rharuthunian@grsm.com<br>Email: ltaylor@grsm.com | Counsel for Defendant Crites Seeds, Inc. |
| **Brian Nomi, Esq.**<br>Law Office of Brian Nomi<br>215 E. Daily Drive, Suite 28<br>Camarillo, CA 93010<br>Phone: 805-444-5960<br>Fax: 805-357-3333<br>Email: briannomi@yahoo.com | Local Co-Counsel for Plaintiffs |

**PLAINTIFFS' PROPOSED VERDICT FORMS**

# TABLE OF CONTENTS

| Number | Title | Source | Page |
|---|---|---|---|
| 1 | Count I – Breach of Express Warranty | CACI VF-1206. | 5 |
| 2 | Count III – Negligence | CACI VF-400. | 7 |
| 3 | Count V – Breach of Contract | CACI VF-300. | 8 |
| 4 | Count VI – Strict Products Liability | CACI VF-1200. | 9 |
| 5 | Count VII – Negligence | CACI VF-400. | 10 |
| 6 | Count VIII – Breach of Express Warranty | CACI VF-1206. | 11 |
| 7 | Count X – Negligence | CACI VF-1204. | 13 |
| 8 | Count XII – Breach of Contract | CACI VF-300. | 14 |
| 9 | Count XIII – Strict Products Liability | CACI VF-1200. | 15 |
| 10 | Count XIV – Negligence | CACI VF-1204. | 16 |
| 11 | Damages | CACI VF-3920. | 17 |

# PLAINTIFFS' PROPOSED VERDICT FORM NO. 1.

## COUNT I – BREACH OF EXPRESS WARRANTY
*(AVSA vs. Corona)*

We answer the questions submitted to us as follows:

    **1.** Did Corona represent to AVSA by a statement that the Seeds had an 87% germination rate?

    \_\_\_ Yes    \_\_\_ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    **2.** Did the Seeds fail to perform as represented?

    \_\_\_ Yes    \_\_\_ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    **3.** Did AVSA take reasonable steps to notify Corona within a reasonable time that the Seeds were not as represented?

    \_\_\_ Yes    \_\_\_ No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    **4.** Was the failure of the Seeds to perform as represented a substantial factor in causing harm to AVSA?

    \_\_\_ Yes    \_\_\_ No

Signed: _____
           Presiding Juror

Dated: _____

After all verdict forms have been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

Authority: CACI VF-1206.

# PLAINTIFFS' PROPOSED VERDICT FORM NO. 2.

## COUNT III – NEGLIGENCE
*(AVSA vs. Corona)*

We answer the questions submitted to us as follows:

**1.** Was Corona negligent?

___ Yes      ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**2.** Was Corona's negligence a substantial factor in causing harm to AVSA?

___ Yes      ___ No

Signed:  _____
          Presiding Juror

Dated:   _____

After all verdict forms have been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

Authority: CACI VF-400.

## PLAINTIFFS' PROPOSED VERDICT FORM NO. 3.

## COUNT V – BREACH OF CONTRACT
*(AVSA vs. Corona)*

We answer the questions submitted to us as follows:

    **1.** Did AVSA and Corona enter into a contract?

    ___ Yes    ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    **2.** Did Corona fail to do something that the contract required it to do?

    ___ Yes    ___ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    **3.** Was AVSA harmed by Corona's breach of contract?

    ___ Yes    ___ No

Signed: _____
         Presiding Juror

Dated: _____

After all verdict forms have been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

<u>Authority</u>: CACI VF-300.

# PLAINTIFFS' PROPOSED VERDICT FORM NO. 4.

## COUNT VI – STRICT PRODUCTS LIABILITY
*(AVSA vs. Crites)*

We answer the questions submitted to us as follows:

**1.** Did Crites manufacture the Seeds?

\_\_\_ Yes      \_\_\_ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**2.** Did the Seeds contain a manufacturing defect when they left Crites' possession?

\_\_\_ Yes      \_\_\_ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**3.** Was the manufacturing defect a substantial factor in causing harm to AVSA?

\_\_\_ Yes      \_\_\_ No

Signed:   _____
            Presiding Juror

Dated:    _____

After all verdict forms have been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

Authority: CACI VF-1200.

# PLAINTIFFS' PROPOSED VERDICT FORM NO. 5.

## COUNT VII – NEGLIGENCE
*(AVSA vs. Crites)*

We answer the questions submitted to us as follows:

**1.** Was Crites negligent?

\_\_\_ Yes     \_\_\_ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**2.** Was Crites' negligence a substantial factor in causing harm to AVSA?

\_\_\_ Yes     \_\_\_ No

Signed:  _____
              Presiding Juror

Dated:   _____

After all verdict forms have been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

Authority: CACI VF-400.

# PLAINTIFFS' PROPOSED VERDICT FORM NO. 6.

## COUNT VIII – BREACH OF EXPRESS WARRANTY
*(Cuyuma vs. Corona)*

We answer the questions submitted to us as follows:

**1.** Did Corona represent to Cuyuma by a statement that the Seeds had an 87% germination rate?

___ Yes     ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**2.** Did the Seeds fail to perform as represented?

___ Yes     ___ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**3.** Did Cuyuma take reasonable steps to notify Corona within a reasonable time that the Seeds were not as represented?

___ Yes     ___ No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**4.** Was the failure of the Seeds to perform as represented a substantial factor in causing harm to Cuyuma?

___ Yes     ___ No

Signed: _____
        Presiding Juror

Dated: _____

After all verdict forms have been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

<u>Authority</u>: CACI VF-1206.

# PLAINTIFFS' PROPOSED VERDICT FORM NO. 7.

## COUNT X – NEGLIGENCE
*(Cuyuma vs. Corona)*

We answer the questions submitted to us as follows:

**1.** Was Corona negligent?

___ Yes      ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**2.** Was Corona's negligence a substantial factor in causing harm to Cuyuma?

___ Yes      ___ No

Signed: _____
            Presiding Juror

Dated: _____

After all verdict forms have been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

<u>Authority</u>: CACI VF-400.

# PLAINTIFFS' PROPOSED VERDICT FORM NO. 8.

## COUNT XII – BREACH OF CONTRACT
*(Cuyuma vs. Corona)*

We answer the questions submitted to us as follows:

**1.** Did Cuyuma and Corona enter into a contract?

___ Yes      ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**2.** Did Corona fail to do something that the contract required it to do?

___ Yes      ___ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**3.** Was Cuyuma harmed by Corona's breach of contract?

___ Yes      ___ No

Signed:  _____
         Presiding Juror

Dated:   _____

After all verdict forms have been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

<u>Authority</u>: CACI VF-300.

# PLAINTIFFS' PROPOSED VERDICT FORM NO. 9.

## COUNT XIII – STRICT PRODUCTS LIABILITY
*(Cuyuma vs. Crites)*

We answer the questions submitted to us as follows:

    **1.** Did Crites manufacture the Seeds?

    ___ Yes    ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    **2.** Did the Seeds contain a manufacturing defect when they left Crites' possession?

    ___ Yes    ___ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    **3.** Was the manufacturing defect a substantial factor in causing harm to Cuyuma?

    ___ Yes    ___ No

Signed: _____
         Presiding Juror

Dated: _____

After all verdict forms have been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

Authority: CACI VF-1200.

# **PLAINTIFFS' PROPOSED VERDICT FORM NO. 10.**

## **COUNT XIV – NEGLIGENCE**
*(Cuyuma vs. Crites)*

We answer the questions submitted to us as follows:

   **1.** Was Crites negligent?

   ___ Yes      ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

   **2.** Was Crites' negligence a substantial factor in causing harm to Cuyuma?

   ___ Yes      ___ No

Signed:      _____
             Presiding Juror

Dated:       _____

After all verdict forms have been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

Authority: CACI VF-400.

# PLAINTIFFS' PROPOSED VERDICT FORM NO. 11.

## DAMAGES

We answer the questions submitted to us as follows:

**1.** What are AVSA's damages?

    Lost profits        $ _____

    Prejudgment interest  $ _____

        **TOTAL**        $ _____

**2.** What are Cuyuma's damages?

    Lost profits        $ _____

    Prejudgment interest  $ _____

        **TOTAL**        $ _____

Signed: _____
        Presiding Juror

Dated: _____

After all verdict forms have been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

<u>Authority</u>: CACI VF- 3920.

**PLAINTIFFS' PROPOSED VERDICT FORMS**