**LAW OFFICE OF BRIAN NOMI**
Brian Nomi, Esq. (CBN: 203059)
*Local Counsel*
215 E Daily Dr, Ste 28
Camarillo, CA 93010
Phone: 805-444-5960
Fax: 805-357-5333
Email: briannomi@yahoo.com

**AYALA LAW, P.A.**
Eduardo A. Maura, Esq. (FBN: 91303)
*Pro Hac Vice Counsel* [D.E. 11]
1390 Brickell Ave, Ste 335
Miami, FL 33131
Phone: 305-570-2208
Fax: 305-503-7206
Email: eayala@ayalalawpa.com

Attorneys for Agrícola Cuyuma SA and
Corporación Agrícola Viñasol SAC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agrícola Cuyuma SA, and Corporación Agrícola Viñasol SAC,<br><br>*Plaintiffs*,<br><br>v.<br><br>Corona Seeds, Inc., and Crites Seed, Inc.,<br><br>*Defendants*. | Case No. **2:17-cv-08220-DMG-SK**<br><br>**JOINT EXHIBIT LIST**<br><br>Judge: Hon. Dolly M. Gee<br><br>Final Pretrial Conference: March 31, 2020<br><br>Trial Date: April 28, 2020 |

Pursuant to L.R. 16-6.1, Plaintiffs Agrícola Cuyuma SA and Corporación Agrícola Viñasol SAC and Defendants Corona Seeds, Inc. and Crites Seed, Inc. hereby submit the following Joint Exhibit List.

# JOINT EXHIBIT LIST

| Party | Ex. No. | Description | Date Identified | Date Admited |
|---|---|---|---|---|
| Ps' | 1 | CUAV2026-2031 - Two response letters from Mr. Newman regarding AVSA's demand and Cuyuma's complaint. | | |
| Ps' | 2 | CUAV105-108 - SGS Tests, Germinations and NGS | | |
| Ps' | 3 | Four colored photographs of the seed bags sold to Cuyuma by Corona. | | |
| Ps' | 4 | CUAV109-113 - Four colored photographs of the Sapphire seeds | | |
| Ps' | 7 | COR004 - E-mail thread from Mr. Newman to Mr. de los Rios referencing Sugar Daddy seed production | | |
| Ps' | 8 | COR49-50 - E-mail thread from Mr. Cruz to Mr. Newman | | |
| | | | | |
| Ps' | 10 | COR154 - E-mail thread from Mr. Newman to Mr. Flores regarding import permit for air shipment | | |
| Ps' | 11 | COR147-149 - E-mail thread from Mr. Flores to Mr. Newman regarding issues with seeds | | |

| | | | | |
|---|---|---|---|---|
| Ps' | 12 | E-mail thread regarding delayed arrival of shipment (Bates: COR193). | | |
| Ps' | 13 | E-mail thread from Mr. Cruz to Mr. Newman regarding shipment of Sapphire seeds to Cuyuma (Bates: COR206-207). | | |
| Ps' | 14 | E-mail thread from Mr. Cruz to Mr. Newman and Mr. Johnson regarding harvesting of Sapphire seeds (Bates: COR209). | | |
| Ps' | 15 | E-mail thread between Mr. Flores, Mr. Newman, and Mr. Cruz regarding 62% germination rate of Sapphire seeds from Lot 606 (Bates: COR241). | | |
| Ps' | 16 | E-mail thread from Mr. Newman to Mr. Alban regarding 62% germination rate of seeds and losses incurred (Bates: CUAV73). | | |
| Ps' | 17 | E-mail thread between Mr. Cruz, Mr. Newman and Mr. Johnson regarding Lot 606 seeds with Thiram (Bates: COR213). | | |
| Ps' | 18 | E-mail thread from Mr. Flores to Mr. Newman and Mr. Cruz regarding | | |

3

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| | | delays in shipment of seeds (Bates: COR218). | | |
| Ps' | 19 | E-mail thread between Mr. Flores and Mr. Newman regarding testing for Sapphire pea seeds (Bates: COR221). | | |
| Ps' | 20 | E-mail thread from Mr. Cruz to Mr. Newman regarding shortage of seeds and possibility of economic sanctions (Bates: COR236). | | |
| Ps' | 21 | E-mail thread between Mr. Newman and Mr. Cruz regarding liability with third-party contracts (Bates: COR237). | | |
| Ps' | 22 | E-mail thread between Mr. Flores, Ms. Briseño, Mr. Newman, Mr. Cruz, and Mr. de los Rios regarding production delays (Bates: COR267). | | |
| Ps' | 23 | Corona's Inventory Activity of Sapphire Pea CRC242606 (Bates: COR285). | | |
| Ps' | 24 | SGS Inspection and Sampling Report of Lot 606 Sapphire seeds (Bates: CUAV1508-1509). | | |
| Ds' | 25 | Reports of Seed Analysis from Eurofins (Bates: CUAV2015-2022). | | |
| Ps' | 26 | E-mail thread between Mr. Johnson, Mr. | | |

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| | | Newman, Mr. Cruz, and Mr. Maldonado regarding Sapphire pea production (Bates: CUAV2031-2039). | | |
| Ps' | 27 | E-mail thread between Mr. Newman and Mr. Johnson regarding estimated delivery date of Sapphire seeds (Bates: CUAV2056). | | |
| Ps' | 28 | E-mail thread between Mr. Newman and Mr. Johnson regarding Sapphire seed complaints. | | |
| Ps' | 29 | E-mail thread between Mr. Newman and Mr. Johnson regarding treatments of Sapphire seeds from Lot 606 (Bates: CUAV2063). | | |
| Ps' | 30 | Documents showing the history of the flow of Lot 606 Sapphires (Bates: Crites 1-22). | | |
| Ps' | 31 | Documents showing the history of the flow of the Lot 808 Sapphires (Bates: Crites 23-45). | | |
| Ps' | 32 | Documents showing the history of the Lot 500 Sapphires (Bates: Crites 46-68). | | |
| Ps' | 33 | E-mail chain mentioning 41% seed emergence rate. | | |
| Ps' | 34 | E-mail chain Newman-Johnson regarding the Seeds (Pythium suppression) | | |

5

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| Ps' | 35 | E-mail chain Bielenberg-Stoddard-Newman regarding the Seeds. | | |
| Ps' | 37 | Corona Invoice for Snap Peas, Sapphire, Phytosanitary Certificate, Certificate of Origin, etc. | | |
| Ps' | 38 | Corona Invoice for Snap Peas, Sapphire, Phytosanitary Certificate, Certificate of Origin, etc. (Spanish). | | |
| Ps' | 39 | Spreadsheet of kilograms harvested per week, per variety, and per lot of Sapphire seeds. | | |
| Ps' | 40 | Report regarding claim on poor quality of the Sapphire seed purchased from Corona and the contamination of other varieties; from Mr. Alban to Mr. Newman. | | |
| Ps' | 41 | Corona Invoice No. 50809 billed to AVSA. | | |
| Ps' | 42 | Corona Invoice No. 180526 billed to AVSA (Spanish). | | |
| Ps' | 43 | Corona Invoice No. 51258 billed to AVSA. | | |
| Ps' | 44 | Map depicting fields where Sapphire seeds were planted in 2016. | | |
| Ps' | 45 | Map depicting fields where Sapphire seeds | | |

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| | | were planted (Bates: CUAV1509). | | |
| Ps' | 46 | Map depicting fields where Sapphire seeds were planted (Bates: CUAV1508). | | |
| Ps' | 47 | Map depicting fields where Sapphire, Oregon, and Cascadia seeds were planted (Bates: CUAV1510). | | |
| Ps' | 48 | Map depicting fields where Oregon, Sapphire, and Cascadia seeds were planted (Bates: CUAV1507). | | |
| Ps' | 49* | Lot 8111 Identification Registration, Field History, Seed Registration, and Harvest History (Bates: CUAV965-971). | | |
| Ps' | 50* | Lot 8015 Identification Registration (Bates: CUAV868). | | |
| Ps' | 51* | Lot 8018 Identification Registration (Bates: CUAV892). | | |
| Ps' | 52* | Lot 8116 Identification Registration (Bates: CUAV995). | | |
| Ps' | 53* | Lot 8214 Identification Registration (Bates: CUAV1059). | | |
| Ps' | 54* | Lot 9001 Identification Registration (Bates: CUAV1125). | | |
| Ps' | 55* | CUAV1217-1218. Identification Registration and Field History for Lot 9103 | | |

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| Ps' | 56* | CUAV1387-1388. Identification Registration and Field History for Lot 9411 | | |
| Ps' | 57* | CUAV1379-1380 - Identification Registration and Field History for Lot 9403 | | |
| Ps' | 58 | Corona Sales Order. Invoice No. 24695. | | |
| Ps' | 59* | USDA Phytosanitary Certificate. | | |
| Ps' | 60* | Calla Bamba, Peru Weather and Radar Map. | | |
| Ps' | 61* | Calla Bamba, Peru Physical Map. | | |
| Ps' | 62 | Sales Invoice for Snap Peas, Sapphire, Phytosanitary Certificate, and Certificate of Origin. Billed to Cuyuma. | | |
| Ps' | 63 | CUAV1559 - SENASA test showing the presence of *Stemphylium sarciniforme* in plants | | |
| Ps' | 64 | CUAV1560 - SENASA test showing the presence of *Stemphylium sarciniforme* in plants. | | |
| Ps' | 65 | Map of cultivation area in Huarmey. | | |
| Ps' | 66* | Map of Vista Alegre fields. | | |
| Ps' | 67 | COR147-150 - E-mails from Mr. Flores to Mr. Newman regarding | | |

8

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| | | issues with seeds and delays in sowing. | | |
| Ps' | 69 | Projected disbursement schedule for green peas. | | |
| Ps' | 70 | Photographs of Chimbote fields. | | |
| Ps' | 71 | Sketch of Vista Alegre fields. | | |
| Ds' | 72* | UNALM April 2015 - Huarmey soil test. | | |
| Ds' | 73* | UNALM May 2015 - Soil test. | | |
| Ps' | 74* | Soil analysis chart from UNALM in Vista Alegre. | | |
| Ps' | 76 | 2297-2314 - Cuyuma credit notes for 2016 sales | | |
| Ps' | 77 | Cuyuma Account Sales by Lot to Consolidated Farms, Inc. | | |
| Ds' | 78* | E-mail from Northbay to Cuyuma in which a claim was made. | | |
| Ps' | 70 SGS | SGS analysis results (Dep. Ex. 70). | | |
| Ps' | 71 SGS | SGS Portugal analysis report (Dep. Ex. 71). | | |
| Ps' | 72 SGS | Report from Mr. Dulanto (Dep. Ex. 72). | | |
| Ps' | 73 SGS | 1653-1658 - Mr. Dulanto's Sampling Certificate (Dep. Ex. 73). | | |
| Ps' | 74 SGS | SGS report of seed analysis (Dep. Ex. 74). | | |
| Ps' | 75 SGS | Temperature graph of germination incubator (Dep. Ex. 75). | | |
| Ps' | 76 SGS | Table with temperature readings (Dep. Ex. 76). | | |

9

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| Ps' | 77 SGS | SGS germination test, purity test, and nonstandard sprout determination test (Dep. Ex. 77). | | |
| | | | | |
| Ps' | 80* | Documents showing domestic sales of peas. | | |
| Ps' | 81* | Documents showing domestic sales of peas. | | |
| Ps' | 82* | Documents showing domestic sales of peas. | | |
| Ps' | 83* | Cuyuma Invoice for export sales of snow peas and sugar snaps to Consolidated Farms. | | |
| Ps' | 84* | Cost per hectare breakdown for planting snow peas/sugar snaps in Huarmey. | | |
| Ps' | 85* | Cuyuma Invoices to Harvest Sensations. | | |
| Ps' | 86* | Crystal Valley packing list with shipment data. | | |
| Ps' | 87* | Bill of Lading showing shipment from Cuyuma to Consolidated Farms. | | |
| Ps' | 88* | Table summarizing the system that Cuyuma uses to determine how much seed is sent to each field. | | |
| Ps' | 89* | Map of Chimbote Santa River area. | | |
| Ps' | 91* | AVSA Summary of Damages. | | |
| Ps' | 92* | Record of export sales of peas. | | |
| Ps' | 93* | 1125-1446 - AVSA 2016 field reports. | | |

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| Ps' | 100 | 1659-2017 AVSA Reports | | |
| Ps' | 101 | 2018-2068 Crites-Cor Email-Tests | | |
| Ps' | 102 | Huarmey crop report for Lot C242606 – Informe Cultivo de Holantao. 2453-2464. | | |
| Ps' | 103 | 2465-2682 Cuyuma Comm w/Corona | | |
| Ps' | 104 | 2683 Cuyuma Export Sales | | |
| Ps' | 105 | 2713-2765 Cuyuma Analysis | | |
| Ps' | 106 | 2766-3008 Cuyuma Docs Re-Exports | | |
| Ps' | 107 | 3009-3015 Cuyuma Fields Maps | | |
| Ps' | 108 | 3016-3038 Cuyuma National Sales | | |
| Ps' | 109 | 3039-3187 Cuyuma Sales and Claims | | |
| Ps' | 110 | 3188 PeaSugBro | | |
| Ps' | 111 | 3189 PeaSapphire | | |
| Ps' | 112 | 3190-3191 ArvejasSpanish | | |
| Ps' | 113 | 3192-3193 PeaBrochure10114 | | |
| Ps' | 114 | 3194-3196 Life Expectancy of Vegetable Seeds _ Horticulture and Home Pest News | | |
| Ps' | 115 | 3197-3259 SeedLaw_2014 | | |
| Ps' | 116 | 3260-4080 Cuyuma 11.09.19 | | |
| Ps' | 117 | 4081-4455 AVSA 11.13.19 | | |
| Ps' | 118 | 4456-4513 AVSA 12.02.19 | | |

11

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| Ps' | 119 | 4514 Peru Location Maps | | |
| | | | | |
| Ps' | 120 | 11106 - VIDEO-INIA Sampling. | | |
| Ps' | 121 | 11107 - VIDEO-2019-12-12-08-18-01. | | |
| Ps' | 122 | 11108 - VIDEO-2019-12-12-08-21-04. | | |
| | | | | |
| Ps' | 124* | 4516-4586 Cowheard Expert Report | | |
| Ps' | 125* | 4592-4599 AVSA SUMMARY OF DAMAGES | | |
| Ps' | 126* | 4600-4607 FINAL SUMMARY OF DAMAGES | | |
| Ps' | 127* | 4608 LOST IN REVENUES | | |
| | | | | |
| Ps' | 128* | 4609-4610 C-Flamingo, NC 523 | | |
| Ps' | 129* | 4611 C-Flamingo, NC 528,552,529,527 | | |
| Ps' | 130* | 4612 C-Flamingo, NC 538,535,536 | | |
| Ps' | 131* | 4613-4614 C-Flamingo, NC 543,544,545,548-549,550-551,546,547 | | |
| Ps' | 132* | 4615 C- Nature Pride FEX 1158 | | |
| Ps' | 133* | 4616 C- Nature Pride FEX 1173 | | |
| Ps' | 134* | 4617-4618 C- Nature Pride FEX 1173 - 2 | | |
| Ps' | 135* | 4619 C- Nature Pride FEX 1244 | | |
| Ps' | 136* | 4620-4621 C-Ayco FEX 1148 | | |

12

| | | | | |
|---|---|---|---|---|
| Ps' | 137* | 4622 Certificate Inspection AYCO | | |
| Ps' | 138* | 4623-4635 C-Ayco FEX 1152 | | |
| Ps' | 139* | 4636 C-Ayco FEX 1153 | | |
| Ps' | 140* | 4637 C-Ayco FEX 1157 | | |
| Ps' | 141* | 4638-4651 C-Ayco, Fex 1189 | | |
| Ps' | 142* | 4652-4674 C-Ayco Fex 1304 | | |
| Ps' | 143* | 4675-4677 C-Ayco, FEX 1321 | | |
| Ps' | 144* | 4678-4685 C-Ayco, FEX 1337 | | |
| Ps' | 145* | 4686 C-Flamingo, NC 528,552,529,527 ok | | |
| Ps' | 146* | 4687-4688 C-Flamingo, NC 543,544,545,548-549,550-551,546,547 | | |
| Ps' | 147* | 4689-4690 C-Flamingo, NC 543,544,545,548-549,550-551,546,547 ok | | |
| Ps' | 148* | 4691 C-Nature Pride, NC FEX 1244 | | |
| Ps' | 149* | 4692-4693 Correo_ German Sotillo - Outlook -1 | | |
| Ps' | 150* | 4694-4695 Correo_ German Sotillo - Outlook | | |
| Ps' | 151* | 4696 Cta Cte Ayco - Notas de Crédito por emitir 2 | | |
| Ps' | 152* | 4697 Cta Cte de Ayco - Notas de credito por emitir 1 | | |
| Ps' | 153* | 4698 Cta Cte Nature Pride - NC por emitir | | |

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| Ps' | 154* | 4699 Cta Cte Wismettac Foods - NC por emitir | | |
| | | | | |
| Ps' | 155* | 4700 Copy of Reclamos sin emisión de Notas de Crédito 2016 | | |
| Ps' | 156* | 4701-4702 Credits Claimed - diff format | | |
| Ps' | 157* | 4703-4704 Credits Claimed | | |
| Ps' | 158* | 4705 Notas de Creědito no emitidas 2016 Reporte contable | | |
| Ps' | 159* | 4706 Reclamos sin emisioěn de Notas de Creědito 2016 | | |
| Ps' | 160* | 4707 Reclamos sin emisión de Notas de Crédito 2016 | | |
| Ps' | 161* | 4708-4744 Support for Amount Paid - No CN | | |
| | | | | |
| Ps' | 162* | 4745 NOTAS DE CREDITO 2015 | | |
| Ps' | 163* | 4746-4764 20191211100059821 | | |
| Ps' | 164* | 4765-4774 20191211100317967 | | |
| Ps' | 165* | 4775-4795 20191211101203875 | | |
| Ps' | 166* | 4796 - 20191211103255805 | | |
| Ps' | 167* | 4797-4813 NOTA DE DEBITO AYCO 2015 | | |
| | | | | |
| Ps' | 168* | 4814 Detalle de facturas y notas de credito 3% | | |

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| Ps' | 169* | 4815-4846 Facturas, Notas de Crédito y Liquidación  2017 | | |
| Ps' | 170* | 4847-4883 Facturas, Notas de Crédito y Liquidación 2015 | | |
| Ps' | 171* | 4884-4892 Facturas, Notas de Crédito y Liquidación 2014 | | |
| Ps' | 172* | 4893 DETALLE DE PAGOS FLAMINGO 2016 | | |
| Ps' | 173* | 4894-4898 CONSTANCIA DE PAGOS -FLAMINGO 2016 | | |
| Ps' | 174* | 4899-4901 HOJA DE CALCULO 2015-2017 | | |
| | | | | |
| Ps' | 175* | 4902-4903 FLAMINGO (UK)NOTA DE CREDITO N°523 | | |
| Ps' | 176* | 4904-4908 FLAMINGO (UK)LTD NOTA DE CREDITO N°528 | | |
| Ps' | 177* | 4909-4910 FLAMINGO NOTA DE CREDITO N° 527 | | |
| Ps' | 178* | 4911-4914 flamingo(uk)n. de c.n°529 | | |
| Ps' | 179* | 4915-4916 FLAMINGO (UK)LTD NOTA DE CREDITO N°535 | | |
| Ps' | 180* | 4917-4919 FLAMINGO PRODUCE LTD | | |

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| | | NOTA DE CREDITO N°538 | | |
| Ps' | 181* | 4920-4921 FLAMINGO (UK)LTD NOTA DE CREDITO 552 | | |
| Ps' | 182* | 4922-4924 FLAMINGO PRODUCE NOTA DE CREDITO N°536 | | |
| Ps' | 183* | 4925-4929 FLAMINGO PRODUCE NOTA DE CREDITO N°543 | | |
| Ps' | 184* | 4930-4935 FLAMINGO PRODUCE NOTA DE CREDITO N°544 | | |
| Ps' | 185* | 4936-4939 FLAMINGO PRODUCE LTD NOTA DE CREDITO N°545 | | |
| Ps' | 186* | 4940-4942 FLAMINGO NOTA DE CREDITO N° 546 | | |
| Ps' | 187* | 4943-4945 FLAMINGO NOTA DE CREDITO N° 547 | | |
| Ps' | 188* | 4946-4949 FLAMINGO PRODUCE LTD NOTA DE CREDITO N°548 | | |
| Ps' | 189* | 4950-4955 FLAMINGO PRODUCE LTD NOTA DE CREDITO N°549 | | |
| Ps' | 190* | 4956-4961 FLAMINGO | | |

16

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| | | PRODUCE LTD NOTA D CREDITO N°550 | | |
| Ps' | 191* | 4962-4967 FLAMINGO PRODUCE LTD NOTA DE CREDITO N°551 | | |
| Ps' | 192* | 4968-4969 NATURES PRIDE NOTA DE CREDITO N° 519 | | |
| Ps' | 193* | 4970-4973 NATURES PRIDE NOTA DE CREDITO N°532 | | |
| Ps' | 194* | 4974-4976 NATURES PRIDE NOTA DE CREDITO N°537 | | |
| Ps' | 195* | 4977-4981 WISMETTAC FOODS NOTA DE CREDITO N°524 | | |
| | | | | |
| Ps' | 196* | 4982-4984 Agreement AVSA - AYCO 2014 | | |
| Ps' | 197* | 4985-4988 Agreement AVSA - AYCO 2015 | | |
| Ps' | 198* | 4989-4992 Agreement AVSA - AYCO 2016 | | |
| Ps' | 199* | 4993-4994 Agreement AVSA - FLAMINGO 2014 (ANTES FINLAYS) | | |
| Ps' | 200* | 4995-4996 Agreement AVSA - FLAMINGO 2015 | | |
| Ps' | 201* | 4997-4998 Agreement AVSA - FLAMINGO 2016 | | |
| Ps' | 202* | 4999-5012 Agreement AVSA - FLAMINGO 2017 | | |

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| Ps' | 203* | 5013-5028 Agreement AVSA - FLAMINGO 2018 | | |
| Ps' | 204* | 5029-5034 Agreement AVSA - NATURES PRIDE 2014 | | |
| Ps' | 205* | 5035-5040 Agreement AVSA - NATURES PRIDE 2015 | | |
| Ps' | 206* | 5041-5046 Agreement AVSA - NATURES PRIDE 2016 | | |
| | | | | |
| Ps' | 207* | 5047-5166 COSTOS CAMPO  2016 | | |
| Ps' | 208* | 5167-5187 COSTOS MAQUILA  Y CAMPO 2014 2018 (1) | | |
| Ps' | 209* | 5188-5201 COSTOS MAQUILA  Y CAMPO 2014 2018 | | |
| Ps' | 210* | 5202-5216 PRESUPUESTO CAMPO 2014 2018 | | |
| Ps' | 211* | 5217-5218 Proy. Planta Holantao 2014-2019 | | |
| Ps' | 212* | 5219 RESUMEN DE COSTOS Y PROYECCIONES UNITARIOS 2016 | | |
| | | | | |
| Ps' | 213* | 7867-7873 Acuerdo Marco de Reconocimiento y pago obligaciones -Fondo de Inversión COMEX | | |
| Ps' | 214* | 7874-7887 Anticipos de Clientes del Exterior | | |
| Ps' | 215* | 7888-7897 BAN BIF LEASING | | |

**JOINT EXHIBIT LIST**

| Ps' | 216* | 7898-7907 BAN BIF PRESTAMO | | |
|-----|------|----------------------------|--|--|
| Ps' | 217* | 7908-7913 Cancelación de letras de SAVAR por COOPERATIVA PACIFICO | | |
| Ps' | 218* | 7914-7917 Convenio de Reconocimiento de obligaciones y condonación de saldo de deuda BANBIF | | |
| Ps' | 219* | 7918-7919 correo ban bif infocorp | | |
| Ps' | 220* | 7920-7921 CRONOGRAMA DE COOPERATIVA PACIFICO | | |
| Ps' | 221* | 7922 Cronograma de Root Capital | | |
| Ps' | 222* | 7923 Desembolso de prestamo de Coop. Pacifico - Enero 2018 | | |
| Ps' | 223* | 7930-7962 Facturas por Intereses | | |
| Ps' | 224* | 7963-7964 Gastos de Fideicomisos | | |
| Ps' | 225* | 7978-7985 LEASING REFRIGERADO BAN BIF | | |
| Ps' | 226* | 7986-8002 Notificacion judicial Savar | | |
| Ps' | 227* | 8003 ROOT CAPITAL Prestamo de $ 300,000 - Agost  2013 | | |
| Ps' | 228* | 8004 ROOT CAPITAL Prestamo de $ 700,000 - Julio 2013 | | |
| Ps' | 229* | 8005-8021 SAVAR - letras | | |
| Ps' | 230* | 8022-8024 Transaccion Extra judicial y pago | | |

19

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| | | Savar con fondos de cooperativa Pacifico con extra judicial | | |
| | | | | |
| Ps' | 231* | 8025-8038 COSTOS MAQUILA Y CAMPO 2014 2018 | | |
| Ps' | 232* | 8039-8040 Proy. Planta Holantao 2014-2019 | | |
| | | | | |
| Ps' | 233* | 8041 BERNALES 2017 | | |
| Ps' | 234* | 8042 CABEZA TORO 2017 | | |
| Ps' | 235* | 8043 CAMPOS ASIA 2018 | | |
| Ps' | 236* | 8044 CAÑETE 2017 | | |
| Ps' | 237* | 8045-8048 CODIGO DE LOTES | | |
| Ps' | 238* | 8049-8052 CODIGOS CAMPOS PISCO | | |
| Ps' | 239* | 8053 INDEPENDENCIA 2017 | | |
| | | | | |
| Ps' | 240* | 8073-8364 Reports 2016 AVSA | | |
| Ps' | 241* | 8365-8415 REPORTE DE PROCESO 2014 - 2018 FINAL | | |
| Ps' | 242* | 8416-8453 REPORTE DE PROCESO 2014- 2018 | | |
| | | | | |
| Ps' | 243* | 8523-8575 Registro de Ventas de Exportaciones Holantao - 2016 | | |
| Ps' | 245* | 8576-9055 AVSA 2016 Export Invoices | | |
| Ps' | 246* | 9056-9058 HOJA DE CALCULO 2015-2017 | | |

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| Ps' | 247* | 9059-9064 CAJAS EXPORTADAS | | |
| Ps' | 248* | 9065 DETALLE DE PAGOS FLAMINGO 2016 | | |
| Ps' | 249* | 9066-9128 FACTURAS 2015 -1 | | |
| Ps' | 250* | 9129-9214 FACTURAS 2015 -2 | | |
| Ps' | 251* | 9215-9235 FACTURAS AYCO 2015 FOB MAYOR A 15 USD | | |
| Ps' | 252* | 9236-9242 PRECIOS CLIENTES FOB $20, IDS | | |
| | | | | |
| Ps' | 253* | 9243-9298 CRYSTAL credit notes | | |
| Ps' | 254* | 9299-9304 DELICA credit notes | | |
| Ps' | 255* | 9305-9326 HARVEST credit notes | | |
| Ps' | 256* | 9327-9458 NORTH BAY credit notes | | |
| Ps' | 257* | 9459-9512 SOBIFRUITS credit notes | | |
| | | | | |
| Ps' | 258* | 9513 RESUMEN DE VENTAS EXT. 2016 | | |
| Ps' | 259* | 9514-9536 CONTRATO NORTH BAY PRODUCE, INC | | |
| Ps' | 260* | 9537-9552 CONTRATO SOBIFRUITS S.A. | | |
| Ps' | 261* | 9553-9569 SOBIFRUITS - CONTRATO 2016 | | |

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| Ps' | 262* | 9570-9577 SOBIFRUITS - CONTRATO 2017 | | |
| Ps' | 263* | 9578-9592 SOBIFRUITS - MEMO 2018 | | |
| | | | | |
| Ps' | 264* | 9593-9600 Cuyuma Damage Report | | |
| | | | | |
| Ps' | 265* | 9604-9615 ANALISIS SEMILLA | | |
| Ps' | 266* | 9623-9626 INIA RESULTADOS | | |
| Ps' | 267* | 9627-9631 SALIDAS SEMILLAS CASCADIA 2016 | | |
| Ps' | 268* | 9632-9636 SALIDAS SEMILLAS OREGON 2016 | | |
| Ps' | 269* | 9637-9672 Cuyuma Seed Import | | |
| | | | | |
| Ps' | 270* | 9673-9676 Documentos de uso de agroquimicos fertilizantes y labores FVAH Camp 2016- Costos y actividades | | |
| Ps' | 271* | 9677-9680 Documentos de uso de agroquimicos fertilizantes y labores FVAH Camp 2016- Programa siembra | | |
| Ps' | 272* | 9681-9692 INFORME CULTIVO HOLANTAO 2016 | | |
| | | | | |
| Ps' | 273* | 9694-9695 Estado de Resultados 2015 | | |
| Ps' | 274* | 9696-9697 Estado de Resultados 2016 | | |

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| Ps' | 275* | 9698-9699 Estado de Resultados 2017 | | |
| Ps' | 276* | 9700-9701 Estado de Resultados 2018 | | |
| | | | | |
| Ps' | 277* | 9840-9844 COSECHA DE HOLANTAO 2016 | | |
| Ps' | 278* | 9845 COSECHA DE HOLANTAO HUARMEY - INCOMPLETE | | |
| Ps' | 279* | 9846-9847 COSECHA DE HOLANTAO-CHIMBOTE copia | | |
| Ps' | 280* | 9848-9849 Cuyu Lots | | |
| | | | | |
| Ps' | 281* | 9868-9968 CRYSTAL sales | | |
| Ps' | 282* | 9969-10022 DELICA sales | | |
| Ps' | 283* | 10023-10029 HARVEST sales | | |
| Ps' | 284* | 10030-10092 NORTH BAY sales | | |
| Ps' | 285 | 10093-10147 SOBIFRUITS sales | | |
| Ps' | 286* | 10148 RESUMEN DE VENTAS EXT. 2016 | | |
| Ps' | 287* | 10149-10150 VTA NACIONAL | | |
| Ps' | 288* | 10151-10152 Data Sist Expo Arveja 2016 | | |
| Ps' | 289* | 10163-10443 Corona Communications 001 - 281 | | |
| Ps' | 290 | 10454 Peru Location Maps | | |
| | | | | |
| Ds' | 291 | Transcript of deposition testimony of Dale Rush | | |

**JOINT EXHIBIT LIST**

| Ds | 292 | Dale Rush reliance materials | | |
|----|-----|------|---|---|
| Ds | 293 | Transcript of deposition testimony of David Kelley | | |
| Ds | 294 | David Kelley reliance materials | | |
| Ds | 295 | Transcript of deposition testimony of Ann McDermott | | |
| Ds | 296 | Ann McDermott reliance materials | | |
| Ds | 297 | Transcript of deposition testimony of Steve Koike | | |
| Ds | 298 | Steve Koike reliance materials | | |
| Ds | 299 | Transcript of deposition testimony of Steve Koike | | |
| Ds | 300 | Steve Koike reliance materials | | |
| Ds | 301 | Demonstrative exhibit (reserved) | | |
| Ds | 302 | Demonstrative exhibit (reserved) | | |
| Ds | 303 | Demonstrative exhibit (reserved) | | |
| Ds | 304 | Demonstrative exhibit (reserved) | | |
| Ds | 305 | Demonstrative exhibit (reserved) | | |
| | | | | |
| Ps | 330 | Transcript of deposition testimony of Oscar Alvan. | | |
| Ps | 331 | Transcript of deposition of Guillermo de los Rios. | | |

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| Ps | 332 | Transcript of deposition testimony of Angello Flores Vol. I | | |
| Ps | 333 | Transcript of deposition testimony of Angello Flores Vol. II | | |
| Ps | 334 | Transcript of deposition testimony of Erick Sanchez. | | |
| Ps | 335 | Transcript of deposition testimony of Edwin Maldonado. | | |
| Ps | 336 | Transcript of deposition testimony of Mike Newman. | | |
| Ps | 337 | Transcript of deposition testimony of Andy Johnson. | | |
| Ps | 338 | Transcript of the Deposition of SGS. | | |
| Ps | 339 | COR360 - Corona's Iowa State University tests | | |
| Ps | 340 | COR361-62 - Corona's Ramson Test | | |
| Ps | 341 | CUAV66 - UNALM tests | | |
| Ps | 342 | CUAV65 - INIA tests. | | |
| Ps | 343 | CUAV70 - INIA tests. | | |
| Ps | 344 | CUAV1516-27 - Dr. Mattos Calderon report. | | |
| Ps | 345 | CUAV69 - SENASA tests. | | |
| Ps | 346 | CUAV68 - SENASA tests. | | |
| Ps | 347 | CUAV61528-29 - SENASA tests. | | |
| Ps | 348 | CUAV61530-31 - SENASA tests. | | |
| Ps | 349 | CUAV1513 - INIA tests. | | |

**JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| Ps | 350 | CUAV1552-60 – Matos Report. | | |
| Ps | 360 | Demonstrative exhibit (reserved) | | |
| Ps | 361 | Demonstrative exhibit (reserved) | | |
| Ps | 362 | Demonstrative exhibit (reserved) | | |
| Ps | 363 | Demonstrative exhibit (reserved) | | |
| Ds | 364 | Arveja, Pudricion Radicular | | |
| Ds | 365 | Arvejo, Cultivo | | |
| Ds | 366 | ManchaCafeAGExport | | |

**JOINT EXHIBIT LIST**

Dated: March 10, 2020

Respectfully submitted,

*s/Eduardo A. Maura*
Eduardo A. Maura, Esq.
*Counsel for Plaintiffs*

*s/Peter C.L. Chen, Esq.*
Peter C.L. Chen, Esq.
*Counsel for Defendant Corona Seeds, Inc.*

*s/Lisa Taylor*
Lisa Taylor, Esq.
*Counsel for Defendant Crites Seed, Inc.*

**JOINT EXHIBIT LIST**