1
**HORTON, OBERRECHT, KIRKPATRICK & MARTHA**
Cheryl A. Kirkpatrick, Esq. (SBN 149906)
2
Peter C.L. Chen, Esq. (SBN 246720)
3 Park Plaza, Suite 350
3
Irvine, CA 92614
PH: (949) 251-5100
4
FX: (949) 251-5104
Email: ckirkpatrick@hortonfirm.com / pchen@hortonfirm.com
5

6
Attorneys for Defendant Corona Seeds, Inc.

7

8
### UNITED STATES DISTRICT COURT

9
### CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 Agricola Cuyuma SA;<br>Corporacion Agricola Vinasol SAC;<br><br>12<br>Plaintiffs,<br>13 v.<br>14 Corona Seeds, Inc.;<br>15 Defendant. | **CASE NO. 2:17-cv-8220 DMG (SKx)**<br><br>**CORONA SEEDS, INC.'S PROPOSED VERDICT FORM**<br><br>**District Judge: Hon. Dolly M. Gee**<br><br>Complaint Served: December 21, 2017<br>Current Trial Date: April 28, 2020<br><br>Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Louis LaMothe |

18

19      Defendant Corona Seeds, Inc. (hereinafter referred to as "CORONA") hereby

20   submits its proposed verdict form.  CORONA reserves the right to amend this list at a

21   later date and time to conform with the evidence and rulings of this Court.

22   DATED:  March 10, 2020          HORTON, OBERRECHT, KIRKPATRICK &
23                                   MARTHA

24

25

26                          By: _____
                                 Cheryl A. Kirkpatrick
27                               Peter C.L. Chen
                                 Attorneys for Corona Seeds, Inc.
28

## VERDICT FORM – BREACH OF EXPRESS WARRANTY CLAIM BY PLAINTIFFS AGAINST CORONA

We answer the questions submitted to us as follows:

1. For each plaintiff answer the following:

Did AVSA prove that Corona made a statement to AVSA that the seeds it sold to AVSA would have an 87% germination rate?

_____ Yes            _____ No

Did Agricola Cuyuma prove that Corona made a statement of fact to Agricola Cuyuma that the seeds it sold to Agricola Cuyuma would have an 87% germination rate?

_____ Yes            _____ No

If your answer as to either plaintiff is yes in question 1, answer question 2 as to that plaintiff.  If your answer as to either plaintiff is no in question 1, skip the remaining questions with respect to that plaintiff, and enter zero next to that plaintiff's name in question 9.  If your answer to question 1 with respect to both plaintiffs is no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. For each plaintiff answer the following:

Was the resulting bargain between the parties in which AVSA decided to purchase the seeds based upon Corona's statement to it?

_____ Yes            _____ No

Was the resulting bargain between the parties in which Agricola Cuyuma

1
2  decided to purchase the seeds based upon Corona's statement to it?

3
4                _____ Yes                _____ No

5      If your answer as to either plaintiff is yes in question 2, answer question 3 as to

6  that plaintiff.  If your answer as to either plaintiff is no in question 2, skip the remaining
7
8  questions with respect to that plaintiff, and enter zero next to that plaintiff's name in

9  question 9.   If your answer to question 2 with respect to both plaintiffs is no, stop here,
10
11  answer no further questions, and have the presiding juror sign and date this form.

12

13      3.  For each plaintiff answer the following:
14
             Did AVSA prove that the seeds did not perform as stated by Corona?
15
16                _____ Yes                _____ No

17           Did Agricola Cuyuma prove that the seeds did not perform as stated by
18
19  Corona?

20                _____ Yes                _____ No

21      If your answer as to either plaintiff is yes in question 3, answer question 4 as to
22
23  that plaintiff.  If your answer as to either plaintiff is no in question 3, skip the remaining

24  questions with respect to that plaintiff, and enter zero next to that plaintiff's name in

25  question 9.   If your answer to question 3 with respect to both plaintiffs is no, stop here,
26
27  answer no further questions, and have the presiding juror sign and date this form.

28

4. For each plaintiff answer the following:

Did AVSA prove that it took reasonable steps to notify Corona within a reasonable time that the seeds were not as represented?

_____ Yes                    _____ No

Did Agricola Cuyuma prove that it took reasonable steps to notify Corona within a reasonable time that the seeds were not as represented?

_____ Yes                    _____ No

If your answer as to either plaintiff is yes in question 4, answer question 5 as to that plaintiff.  If your answer as to either plaintiff is no in question 4, skip the remaining questions with respect to that plaintiff, and enter zero next to that plaintiff's name in question 9.  If your answer to question 4 with respect to both plaintiffs is no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. For each plaintiff answer the following:

Did AVSA prove that Corona failed to provide any remedies to it?

_____ Yes                    _____ No

Did Agricola Cuyuma prove that Corona failed to provide any remedies to it?

_____ Yes                    _____ No

If your answer as to either plaintiff is yes in question 5, answer question 6 as

to that plaintiff.  If your answer as to either plaintiff is no in question 5, skip the

remaining questions with respect to that plaintiff, and enter zero next to that plaintiff's

name in question 9.   If your answer to question 5 with respect to both plaintiffs is no,

stop here, answer no further questions, and have the presiding juror sign and date this

form.

6.   For each plaintiff answer the following:

Did AVSA prove that it was harmed?

_____ Yes              _____ No

Did Agricola Cuyuma prove that it was harmed?

_____ Yes              _____ No

If your answer as to either plaintiff is yes in question 6, answer question 7 as

to that plaintiff.  If your answer as to either plaintiff is no in question 6, skip the

remaining questions with respect to that plaintiff, and enter zero next to that plaintiff's

name in question 9.   If your answer to question 6 with respect to both plaintiffs is no,

stop here, answer no further questions, and have the presiding juror sign and date this

form.

7.   For each plaintiff answer the following:

Did AVSA prove that the failure of the seeds to be as represented was a

substantial factor in causing AVSA's harm?

_____ Yes              _____ No

Did Agricola Cuyuma prove that the failure of the seeds to be as represented was a substantial factor in causing AVSA's harm?

\_\_\_\_\_ Yes                \_\_\_\_\_ No

If your answer as to either plaintiff is yes in question 7, answer question 8 as to that plaintiff.  If your answer as to either plaintiff is no in question 7, skip the remaining questions with respect to that plaintiff, and enter zero next to that plaintiff's name in question 9.   If your answer to question 7 with respect to both plaintiffs is no, stop here, answer no further questions, and have the presiding juror sign and date this form.

8.  For each plaintiff answer the following:

Did Corona by words or conduct limit its warranties or representations regarding the seeds to AVSA?

_____ Yes _____ No

Did Corona by words or conduct limit its warranties or representations regarding the seeds to Agricola Cuyuma?

_____ Yes _____ No

If your answer as to either plaintiff is yes in question 8, skip the remaining questions with respect to that plaintiff, and enter zero next to that plaintiff's name in question 9.  If your answer to question 8 with respect to both plaintiffs is no, answer question 9.  For each plaintiff answer the following:

What are AVSA's damages?

    a.  Lost profit on crops grown in adjacent fields     $_____

    b.  Other according to proof at trial     $_____

                       TOTAL     $_____

What are Agricola Cuyuma's damages?

    c.  Lost profit on crops grown in adjacent fields     $_____

    d.  Other according to proof at trial     $_____

                       TOTAL     $_____

**Signed: _____**
          **Presiding Juror**

**Dated: _____**

**After all verdict forms have been signed, notify the court attendant that you are ready to present your verdict in the courtroom.**

*Authority:*
CACI 1230
CACI VF-1206

**VERDICT FORM – BREACH OF CONTRACT CLAIM BY PLAINTIFFS AGAINST CORONA**

We answer the questions submitted to us as follows:

1.  For each plaintiff answer the following:

Did AVSA and Corona enter into a contract?

_____ Yes            _____ No

Did Agricola Cuyuma and Corona enter into a contract?

_____ Yes            _____ No

If your answer as to either plaintiff is yes in question 1, answer question 2 as

to that plaintiff.  If your answer as to either plaintiff is no in question 1, skip the

remaining questions with respect to that plaintiff, and enter zero next to that plaintiff's

name in question 5.  If your answer to question 1 with respect to both plaintiffs is no, stop

here, answer no further questions, and have the presiding juror sign and date this form.

2.  For each plaintiff answer the following:

Did AVSA do all, or substantially all, of the significant things the contract

required it to do?

_____ Yes            _____ No

///

///

Did Agricola Cuyuma do all, or substantially all, of the significant things the contract required it to do?

_____ Yes          _____ No

If your answer as to either plaintiff is yes in question 2, answer question 3 as to that plaintiff.  If your answer as to either plaintiff is no in question 2, skip the remaining questions with respect to that plaintiff, and enter zero next to that plaintiff's name in question 5.   If your answer to question 2 with respect to both plaintiffs is no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.  For each plaintiff answer the following:

Did AVSA prove that Corona failed to do something that the contract required it to do?

_____ Yes          _____ No

Did Agricola Cuyuma prove that Corona failed to do something that the contract required it to do?

_____ Yes          _____ No

If your answer as to either plaintiff is yes in question 3, answer question 4 as to that plaintiff.  If your answer as to either plaintiff is no in question 3, skip the remaining questions with respect to that plaintiff, and enter zero next to

that plaintiff's name in question 5.   If your answer to question 3 with respect

to both plaintiffs is no, stop here, answer no further questions, and have the

presiding juror sign and date this form.

4.  For each plaintiff answer the following:

Was AVSA harmed by Corona's breach of contract?

_____ Yes            _____ No

Was Agricola Cuyuma harmed by Corona's breach of contract?

_____ Yes            _____ No

If your answer as to either plaintiff is yes in question 4, answer question 5 as

to that plaintiff.  If your answer as to either plaintiff is no in question 4, enter zero next to

that plaintiff's name in question 6.   If your answer to question 4 with respect

to both plaintiffs is no, stop here, answer no further questions, and have the

presiding juror sign and date this form.

5.  For each plaintiff answer the following:

What are AVSA's damages?

a.  Lost profit on crops grown in adjacent fields     $_____

b.  Other according to proof at trial                $_____

What are Agricola Cuyuma's damages?

    c.  Lost profit on crops grown in adjacent fields    $_____

    d.  Other according to proof at trial    $_____

**Signed:** _____
                **Presiding Juror**

**Dated:** _____

**After all verdict forms have been signed, notify the court attendant that you are ready to present your verdict in the courtroom.**

*Authority:*
CACI VF-300

**<u>VERDICT FORM – NEGLIGENCE CLAIM BY PLAINTIFFS AGAINST CORONA</u>**

We answer the questions submitted to us as follows:

     1. Was Corona negligent?

     _____ Yes _____ No

     If you answered yes to question 1, then answer question 2. If you answered

no to question 1, stop here, answer no further questions, and have the presiding juror sign

and date this form.

     2. Was Corona's negligence a substantial factor in causing harm to plaintiffs?

     _____ Yes _____ No

     If you answered yes to question 2, then answer question 3. If you answered

no to question 2, stop here, answer no further questions, and have the presiding juror sign

and date this form.

     3. For each plaintiff, answer the following:

     Did plaintiff AVSA prove that property it owned, other than the seeds in question,

was physically damaged as the result of Corona's negligence?

     _____ Yes _____ No

///

///

Did plaintiff Agricola Cuyuma prove that property it owned, other than the seeds in question, was physically damaged as the result of Corona's negligence?

_____ Yes _____ No

If you answered yes for either plaintiff in question 3, then answer question 4 for that plaintiff. If you answered no for either defendant in question 3, insert the number zero next to that plaintiff's name in question 4, and answer no further questions as to that plaintiff. If you answered no for both plaintiffs in question 3, stop here, answer no further questions as to defendant Crites, and have the presiding juror sign and date this form.

4. For each plaintiff, answer the following:

What are AVSA's damages? Do not reduce the damages based on the fault, if any, of AVSA, or others.

      e.  Lost profit on crops grown in adjacent fields    $_____

      f.  Other according to proof at trial          $_____

What are Agricola Cuyuma's damages? Do not reduce the damages based on the fault, if any, of Agricola Cuyuma, or others.

      g.  Lost profit on crops grown in adjacent fields    $_____

      h.  Other according to proof at trial          $_____

5. For each plaintiff, answer the following:

Was AVSA negligent?

_____ Yes _____ No

Was Agricola Cuyuma negligent?

_____ Yes _____ No

If your answer as to either plaintiff is yes, then answer question 6 as to that

plaintiff. If your answer as to either plaintiff is no, then insert the number zero next to

that plaintiff's name in question 7, and skip question 6 as to that plaintiff.


6. For each plaintiff, answer the following:

Was AVSA's negligence a substantial factor in causing its harm?

_____ Yes _____ No

Was Agricola Cuyuma's negligence a substantial factor in

causing its harm?

_____ Yes _____ No

If your answer as to either plaintiff is yes, then answer question 7 as to that

plaintiff. If your answer as to either plaintiff is no, then insert the number zero next to

that plaintiff's name in question 7.


7. For each plaintiff, answer the following:

What percentage of responsibility for AVSA's harm do you assign to the following? Insert a percentage for only those who received "yes" answers to questions 2 or 6:

Crites: _____%

Corona: _____%

Agricola Cuyuma: _____%

TOTAL 100%

What percentage of responsibility for Agricola Cuyuma'S harm do you assign to the following? Insert a percentage for only those who received "yes" answers to questions 2 or 6:

Crites: _____%

Corona: _____%

Agricola Cuyuma: _____%

TOTAL 100%

**Signed: _____**
        **Presiding Juror**

**Dated: _____**

**After all verdict forms have been signed, notify the court attendant that you are ready to present your verdict in the courtroom.**

*Authority:*
VF-402

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

     I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is:  HORTON, OBERRECHT, KIRKPATRICK & MARTHA, 3 Park Plaza, Suite 350, Irvine, California 92614.

     On March 10, 2020, I served the foregoing document described as:  **Corona Seeds, Inc.'s Proposed Verdict Form,** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[ ]   **BY MAIL** – I deposited such envelope in the mail at Irvine, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after the date of deposit for mailing in affidavit.

[ ]   **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by [name of process server].

[ X ]   **BY ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ X ]  (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on March 10, 2020, at Irvine, California.

 

_____
Crystal Thompson

# SERVICE LIST

Agricola Cuyuma SA v. Corona Seeds, Inc., et al.
United States District Court Central District of California: 2:17-cv-8220 DMG (SKx)

| | |
|---|---|
| Panda Kroll, Esq.<br>Law Offices of Panda Kroll<br>5999-B Ridgeview Street<br>Camarillo, CA 93012<br>Phone: (805) 764-0315<br>Fax: (805) 764-0339<br>Email: pkroll@pandakrollesq.com | Co-Counsel for Defendant Corona Seeds, Inc. |
| Bruce Alan Finck, Esq.<br>BENTON, ORR, DUVAL &<br>BUCKINGHAM<br>39 N. California Street<br>Ventura, CA 93001<br>Phone: (805) 648-5111<br>Fax: (805) 648-7218<br>Email: bfinck@bentonorr.com | Counsel for Defendant Corona Seeds, Inc. |
| Brian Nomi, Esq.<br>Law Office of Brian Nomi<br>215 E. Daily Drive, Suite 28<br>Camarillo, CA 93010<br>Phone: (805) 444-5960<br>Fax: (805) 357-5333<br>Email: briannomi@yahoo.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Eduardo Ayala Maura, Esq.<br>Ayala Law P.A.<br>1390 Brickell Avenue, Suite 335<br>Miami, FL 33131<br>Phone: (305) 570-2208<br>Fax: (305) 305-7206<br>Email: eayala@ayalalawpa.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Jason F. Meyer, Esq.<br>J. Todd Konold, Esq.<br>Zorik Haruthunian, Esq.<br>GORDON REES SCULLY<br>MANSUKHANI, LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101 | Counsel for Crites Seed, Inc. |

1

Tel: (619) 230-7468
Fax: (619) 696-7124
Email: jmeyer@grsm.com;
tkonold@grsm.com;
rharuthunian@grsm.com

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28