**HORTON, OBERRECHT, KIRKPATRICK & MARTHA**
Cheryl A. Kirkpatrick, Esq. (SBN 149906)
Peter C.L. Chen, Esq. (SBN 246720)
3 Park Plaza, Suite 350
Irvine, CA 92614
PH: (949) 251-5100
FX: (949) 251-5104
Email: ckirkpatrick@hortonfirm.com / pchen@hortonfirm.com

Attorneys for Defendant Corona Seeds, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agricola Cuyuma SA;<br>Corporacion Agricola Vinasol SAC;<br><br>　　　　　Plaintiffs,<br>v.<br>Corona Seeds, Inc.;<br>　　　　　Defendant. | **CASE NO. 2:17-cv-8220 DMG (SKx)**<br>**CORONA SEEDS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE #2 REQUESTING JUDICIAL NOTICE**<br>**District Judge: Hon. Dolly M. Gee**<br>**Date: March 31, 2020**<br>**Time: 2:00 p.m.**<br>**Courtroom: 8C - 8th Floor**<br>Complaint Served: December 21, 2017<br>Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Steve Kim |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Defendant Corona Seeds, Inc. ("CORONA") hereby submit its Opposition to plaintiffs Agricola Cuyuma SA ("Cuyuma") and Corporacion Agricola Vinasol SAC's ("AVSA") (collectively referred to as "Plaintiffs") motion in limine #2 requesting judicial notice, as follows:

///

///

1

**CORONA'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE #2**

# MEMORANDUM OF POINTS AND AUTHORITIES

## 1. INTRODUCTION

The Court should deny Plaintiffs' motion in limine #2 because the statutes Plaintiffs seek to judicially notice are not relevant to the instant action. The portions of the Federal Seed Act and California Agricultural Code govern interstate commerce, and not exports. Therefore, the information Plaintiffs seek to judicially notice has no relevance and the Court should deny Plaintiffs' motion.

## 2. RELEVANT LAW

A Court may take judicial notice of an "adjudicative fact" under the following circumstances: the fact is not subject to reasonable dispute because it 1) is generally known within the trial court's territorial jurisdiction; or 2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. *Federal Rules of Evidence ("FRE")* § 201. However, only relevant evidence admissible. Evidence is relevant if it has any tendency to make a fact more or less probable than it would be without the evidence and the fact is of consequence in determining the action. *FRE* § 401. "Of consequence" to the case has been interpreted to mean "material" to a decision in a case. *Id.*

Here, Plaintiffs seek to introduce 7 C.F.R. § 201.31 of the Federal Seed Act ("FSA"), and 3 CCR § 3865 from the California Food & Agricultural Code ("CFAC"). For the reasons discussed below, the Court should deny Plaintiffs' request because the language Plaintiffs seek to judicially notice do not apply to this action and are ultimately irrelevant.

## 3. THE FEDERAL SEED ACT AND CALIFORNIA FOOD & AGRICULTURAL CODE DOES NOT APPLY

### A. Federal Seed Act

7 C.F.R. § 201.31 has the following title: "Germination standards for vegetables seeds in *interstate commerce*." (Emphasis added). It goes on to state that "[t]he following germination standards for vegetable seeds in *interstate commerce…*"

(Emphasis added). The term interstate commerce is defined by FSA § 1561(a)(3), which states as follows:

> "(3) The term "interstate commerce" means--
> (A) commerce between any State, Territory, possession, or the District of Columbia, and any other State, Territory, possession, or the District of Columbia; or
> (B) commerce between points within the same State, Territory, or possession, or the District of Columbia, but through any place outside thereof; or
> (C) commerce within the District of Columbia."

In addition, germination standards are addressed in FSA § 1571, which falls into the interstate commerce chapter. Furthermore, the portion of the FSA discussing foreign commerce does not discuss exports, nor are there any germination standards or requirements as set forth by FSA § 1571. In short, because FSA, including 7 C.F.R. § 201.31 apply to interstate commerce, it does not govern the instant transaction. Thus, the information Plaintiffs seek to judicially notice is irrelevant and should be excluded by the Court.

**B. California Food & Agricultural Code**

According to the California courts, the CFAC "must be construed to conform as much as possible with the construction placed upon the Federal Seed Act." *Nunes Turfgrass v. Vaughan-Jacklin Seed Co.* (1988) 200 Cal.App.3d 1518, 1533. As indicated above, the FSA does not apply to the subject transaction. Thus, it would make little sense to grant judicial notice of the regulations because the CFAC and FSA do not apply to the instant transaction. The Court should deny Plaintiff's request.

///
///
///
///
///

## 4. **CONCLUSION**

For the foregoing reasons, CORONA respectfully request that this court denies Plaintiffs' motion in limine #2.

DATED: March 17, 2020               HORTON, OBERRECHT, KIRKPATRICK & MARTHA

By: _____
    Cheryl A. Kirkpatrick
    Peter C.L. Chen
    Attorneys for Corona Seeds, Inc.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

     I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is:  HORTON, OBERRECHT, KIRKPATRICK & MARTHA, 3 Park Plaza, Suite 350, Irvine, California 92614.

     On March 17, 2020, I served the foregoing document described as: **Corona Seeds, Inc.'s Opposition to Plaintiffs' Motion in Limine # 2 Requesting Judicial Notice,** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[ ]   **BY MAIL** – I deposited such envelope in the mail at Irvine, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after the date of deposit for mailing in affidavit.

[ ]   **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by [name of process server].

[ X ]   **BY ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ X ]   (Federal)     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on March 17, 2020, at Irvine, California.

                                                 Crystal Thompson

# SERVICE LIST

Agricola Cuyuma SA v. Corona Seeds, Inc., et al.
United States District Court Central District of California: 2:17-cv-8220 DMG (SKx)

| | |
|---|---|
| Panda Kroll, Esq.<br>Law Offices of Panda Kroll<br>5999-B Ridgeview Street<br>Camarillo, CA 93012<br>Phone: (805) 764-0315<br>Fax: (805) 764-0339<br>Email: pkroll@pandakrollesq.com | Co-Counsel for Defendant Corona Seeds, Inc. |
| Bruce Alan Finck, Esq.<br>BENTON, ORR, DUVAL & BUCKINGHAM<br>39 N. California Street<br>Ventura, CA 93001<br>Phone: (805) 648-5111<br>Fax: (805) 648-7218<br>Email: bfinck@bentonorr.com | Counsel for Defendant Corona Seeds, Inc. |
| Brian Nomi, Esq.<br>Law Office of Brian Nomi<br>215 E. Daily Drive, Suite 28<br>Camarillo, CA 93010<br>Phone: (805) 444-5960<br>Fax: (805) 357-5333<br>Email: briannomi@yahoo.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Eduardo Ayala Maura, Esq.<br>Ayala Law P.A.<br>1390 Brickell Avenue, Suite 335<br>Miami, FL 33131<br>Phone: (305) 570-2208<br>Fax: (305) 305-7206<br>Email: eayala@ayalalawpa.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Jason F. Meyer, Esq.<br>J. Todd Konold, Esq.<br>Zorik Haruthunian, Esq.<br>GORDON REES SCULLY MANSUKHANI, LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Tel: (619) 230-7468 | Counsel for Crites Seed, Inc. |

| | |
|---|---|
| Fax: (619) 696-7124<br>Email: jmeyer@grsm.com;<br>tkonold@grsm.com;<br>rharuthunian@grsm.com | |

7

**CORONA'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE #2**