UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 17-8220-DMG (SKx)** | Date **March 20, 2020** |
| Title *Agricola Cuyuma SA, et al. v. Corona Seeds, Inc.* | |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER RE CONTINUANCE OF FINAL PRETRIAL CONFERENCE AND TRIAL**

The United States District Court for the Central District of California has implemented its Continuity of Operations Plan ("COOP"), effective from March 23, 2020 through May 1, 2020. See http://www.cacd.uscourts.gov/news/activation-continuity-operations-plan. Pursuant to the COOP, no hearings in civil cases will proceed, except for emergency time-sensitive matters.

As a result, the March 31, 2020 final pretrial conference with the motions *in limine* Doc. ## 103, 104] and April 28, 2020 trial date in this action are hereby VACATED. Within 14 days from the date of this Order, the parties shall confer and file a stipulation and proposed order rescheduling the final pretrial conference and trial dates.

IT IS SO ORDERED.