**LAW OFFICE OF BRIAN NOMI**
Brian Nomi, Esq. (CBN: 203059)
*Local Counsel*
215 E Daily Dr, Ste 28
Camarillo, CA 93010
Phone: 805-444-5960
Fax: 805-357-5333
Email: briannomi@yahoo.com

**AYALA LAW, P.A.**
Eduardo A. Maura, Esq. (FBN: 91303)
*Pro Hac Vice Counsel* [D.E. 11]
1390 Brickell Ave, Ste 335
Miami, FL 33131
Phone: 305-570-2208
Fax: 305-503-7206
Email: eayala@ayalalawpa.com

Attorneys for Agrícola Cuyuma SA and
Corporación Agrícola Viñasol SAC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agrícola Cuyuma SA, and Corporación Agrícola Viñasol SAC, <br><br> *Plaintiffs*, <br><br> v. <br><br> Corona Seeds, Inc., and Crites Seed, Inc., <br><br> *Defendants*. | **Case No. 2:17-cv-08220-DMG-SK** <br><br> **PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* # 1** <br><br> Judge: Hon. Dolly M. Gee <br><br> Date: TBD <br> Time: TBD <br> Courtroom: 8C <br><br> Trial Date: TBD |

PLEASE TAKE NOTICE THAT Plaintiffs Agrícola Cuyuma SA and Corporación Agrícola Viñasol SAC, through their attorneys, are withdrawing their Motion for Leave to File Reply Memorandum in Support of Motion in Limine #1 due to undersigned's error in lodging said motion (as a Reply) in the CM/ECF portal.

Dated: March 25, 2020

                                                                   Respectfully submitted,

By: *s/Eduardo A. Maura*
**Eduardo A. Maura**
Florida Bar No. 91303
Ayala Law, P.A.
1390 Brickell Ave, Ste 335
Miami, FL 33131
Phone: 305-570-2208
Fax: 305-503-7206
Email: eayala@ayalalawpa.com
*Attorney for Plaintiffs Agrícola Cuyuma SA & Corporación Agrícola Viñasol SAC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on March 25, 2020 with the Clerk of the Court using the CM/ECF Official Court Electronic Document Filing System which will serve it on all counsel or parties of record listed on the attached Service List.

*s/Eduardo A. Maura*
Eduardo A. Maura

## SERVICE LIST

Agrícola Cuyuma SA, et al. v. Corona Seeds, Inc., et al.
U.S. District Court for the Central District of California: 2:17-cv-08220-DMG-SK

| | |
|---|---|
| **Bruce Alan Finck, Esq.**<br>Benton, Orr, Duval & Buckingham<br>39 North California Street<br>Ventura, California 93001<br>Phone: 800-350-8921 or 805-648511<br>Fax: 805-648-7218<br>Email: bfinck@bentonorr.com | Counsel for Defendant Corona Seeds, Inc. |
| **Peter C.L. Chen, Esq.**<br>Horton Oberrecht Kirkpatrick & Martha<br>2 Park Plaza, #440<br>Irvine, CA 92604<br>Phone: 949-251-5100 | Counsel for Defendant Corona Seeds, Inc. |

2

**PLAINTIFFS' REQUEST FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* # 1**

| | |
|---|---|
| Fax: 949-251-5104<br>Email: pchen@hortonfirm.com | |
| **Dale Dorfmeier, Esq.**<br>6051 N. Fresno St., Ste. 110<br>Fresno, CA 93710<br>Phone: 559-498-6522<br>Fax: 559-498-6516<br>Email: ddorfmeier@pdmlegal.com | Counsel for Defendant Crites Seed, Inc. |
| **Rick Haruthunian Esq.**<br>**Lisa Taylor, Esq.**<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Phone: 614-544-7210<br>Email: rharuthunian@grsm.com<br>Email: ltaylor@grsm.com | Counsel for Defendant Crites Seed, Inc. |
| **Brian Nomi, Esq.**<br>Law Office of Brian Nomi<br>215 E. Daily Drive, Suite 28<br>Camarillo, CA 93010<br>Phone: 805-444-5960<br>Fax: 805-357-3333<br>Email: briannomi@yahoo.com | Local Co-Counsel for Plaintiffs |

**PLAINTIFFS' REQUEST FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* # 1**