# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agricola Cuyuma SA;<br>Corporacion Agricola Vinasol SAC;<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Corona Seeds, Inc.<br>Crites Seed, Inc.;<br><br>　　　　　　Defendants. | **Case No.: CV 17-8220-DMG (SKx)**<br><br>**ORDER ON CONTINUANCE OF FINAL PRETRIAL CONFERENCE AND TRIAL DATES [123]** |

Upon consideration of the parties' positions as well as the Court's own calendar, and good cause appearing:

IT IS HEREBY ORDERED that the Final Pretrial Conference and motions *in limine* [Doc. ## 103, 104] shall take place on **July 14, 2020 at 2:00 p.m.** and the Trial shall commence on **August 4, 2020 at 8:30 a.m.** The parties shall comply with the Court's Scheduling and Case Management Order [Doc. # 45], except to the extent it has been modified herein.

DATED: April 15, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE