**HORTON, OBERRECHT, KIRKPATRICK & MARTHA**
Cheryl A. Kirkpatrick, Esq. (SBN 149906)
Peter C.L. Chen, Esq. (SBN 246720)
3 Park Plaza, Suite 350
Irvine, CA 92614
PH: (949) 251-5100
FX: (949) 251-5104
Email: ckirkpatrick@hortonfirm.com / pchen@hortonfirm.com

Attorneys for Defendant Corona Seeds, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agricola Cuyuma SA;<br>Corporacion Agricola Vinasol SAC;<br><br>Plaintiffs,<br>v.<br><br>Corona Seeds, Inc., Crites Seeds, Inc.<br><br>Defendant. | **CASE NO. 2:17-cv-8220 DMG (SKx)**<br>**STIPULATION TO CONTINUE TRIAL**<br><br>Operative Complaint Served: February 25, 2019<br><br>Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Steve Kim |

**THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:**

WHEREAS,

1. Trial is currently set for August 4, 2020. The final pretrial conference is set for July 14, 2020.

2. As the Court is aware, most of the United States, including California and Florida, have been subject to stay-at-home orders for months. On March 19, 2020, California Governor Gavin Newsom issued the stay-at-home order. Los Angeles Mayor

Eric Garcetti did the same. The governor of Florida subsequently did the same in April 2020.

3. As a result of the orders, California courts, both State and Federal, began to significantly curtail non-criminal and non-emergency operations in March 2020. This resulted in all civil (other than actual emergencies) hearings and trials being continued and/or vacated.

4. The Parties requested jury trial in this action. Based on this Court's most recent general order (GO-08), Phase 3 (resumption of jury trials) "will be implemented at a date to be determined."

5. Since this Court set the current trial date and final pretrial conference, the COVID-19 situation in California and Florida has not improved. In fact, once the stay-at-home orders were lifted in phases, there has been a significant surge in COVID-19 transmissions in California and Florida, especially in Los Angeles, resulting in the re-implementation of stay-at-home orders.

6. In addition to California and Florida, the situation in Peru, where Plaintiffs reside, has worsened. The number of COVID-19 cases in South American, including Peru, skyrocketed. Peru is under lockdown and a curfew, and all international flights are grounded. Notably, the situation in Peru was not a consideration when this Court set the current dates.

7. In light of the surge of COVID-19 cases in California and Florida, the fact that jury trials do not appear to be permitted as of yet, and the fact that Plaintiffs will be unable to travel to California due to Peru's grounding of international flights, the Parties are extremely concerned about the feasibility of the upcoming final pretrial conference and trial dates. Notably, Plaintiffs, including any Peruvian witnesses, will likely be unable to travel to California for trial. In addition, if Plaintiffs are able to travel to California for trial, there is uncertainty regarding whether jury trials will be allowed. All of these

uncertainties have and will result in logistical nightmares for the Parties, and may result in significant expenses, diminished judicial efficiency and judicial resources.

8. Based on the above, the Parties hereby stipulate, subject to Court approval, that the trial date be continued to November 9, 2020, and the final pretrial conference be continued to October 13, 2020.

**IT IS SO STIPULATED.**

Dated: July 6, 2020     Ayala Law PA

By: ____/s/_____
  Eduardo A. Maura
  *Attorney for Plaintiffs*

Dated: July 6, 2020     HORTON, OBERRECHT, KIRKPATRICK & MARTHA

By: _____
  Peter C.L. Chen
  *Attorney for Corona Seeds, Inc.*

Dated: July 6, 2020     GORDON REES SCULLY MANSUKHANI, LLP

By: ____/s/_____
  Lisa Taylor
  *Attorney for Crites Seeds, Inc.*

3
**STIPULATION RE FINAL PRETRIAL CONFERENCE AND TRIAL DATE**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: HORTON, OBERRECHT, KIRKPATRICK & MARTHA, 3 Park Plaza, Suite 350, Irvine, California 92614.

On July 6, 2020, I served the foregoing document described as: **Notice of Change of Attorney Business or Contact Information,** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[ ]   **BY MAIL** – I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after the date of deposit for mailing in affidavit.

[ ]   **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by [name of process server].

[ X ]   **BY ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ X ]   (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 6, 2020, at Irvine, California.

Crystal Thompson

**STIPULATION RE FINAL PRETRIAL CONFERENCE AND TRIAL DATE**

# SERVICE LIST

Agricola Cuyuma SA v. Corona Seeds, Inc., et al.
United States District Court Central District of California: 2:17-cv-8220 DMG (SKx)

| | |
|---|---|
| Bruce Alan Finck, Esq.<br>BENTON, ORR, DUVAL & BUCKINGHAM<br>39 N. California Street<br>Ventura, CA 93001<br>Phone: (805) 648-5111<br>Fax: (805) 648-7218<br>Email: bfinck@bentonorr.com | Counsel for Defendant Corona Seeds, Inc. |
| Brian Nomi, Esq.<br>Law Office of Brian Nomi<br>215 E. Daily Drive, Suite 28<br>Camarillo, CA 93010<br>Phone: (805) 444-5960<br>Fax: (805) 357-5333<br>Email: briannomi@yahoo.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Eduardo Ayala Maura, Esq.<br>Ayala Law P.A.<br>1390 Brickell Avenue, Suite 335<br>Miami, FL 33131<br>Phone: (305) 570-2208<br>Fax: (305) 305-7206<br>Email: eayala@ayalalawpa.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Jason F. Meyer, Esq.<br>J. Todd Konold, Esq.<br>Zorik Haruthunian, Esq.<br>Lisa G. Taylor, Esq.<br>GORDON REES SCULLY MANSUKHANI, LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Tel: (619) 230-7468<br>Fax: (619) 696-7124<br>Email: jmeyer@grsm.com;<br>tkonold@grsm.com; | Counsel for Crites Seed, Inc. |

**STIPULATION RE FINAL PRETRIAL CONFERENCE AND TRIAL DATE**

| rharuthunian@grsm.com; ltaylor@grsm.com | |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: HORTON, OBERRECHT, KIRKPATRICK & MARTHA, 3 Park Plaza, Suite 350, Irvine, California 92614.

On July 6, 2020, I served the foregoing document described as: **Stipulation to Continue Trial,** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[ ]   **BY MAIL** – I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after the date of deposit for mailing in affidavit.

[ ]   **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by [name of process server].

[ X ]   **BY ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ X ]   (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 6, 2020, at Irvine, California.

_____
Crystal Thompson

# SERVICE LIST

Agricola Cuyuma SA v. Corona Seeds, Inc., et al.
United States District Court Central District of California: 2:17-cv-8220 DMG (SKx)

| | |
|---|---|
| ~~Panda Kroll, Esq.~~<br>~~Law Offices of Panda Kroll~~<br>~~5999-B Ridgeview Street~~<br>~~Camarillo, CA 93012~~<br>~~Phone: (805) 764-0315~~<br>~~Fax: (805) 764-0339~~<br>~~Email:~~ ~~pkroll@pandakrollesq.com~~ | ~~Co-Counsel for Defendant Corona Seeds, Inc.~~ |
| Bruce Alan Finck, Esq.<br>BENTON, ORR, DUVAL & BUCKINGHAM<br>39 N. California Street<br>Ventura, CA 93001<br>Phone: (805) 648-5111<br>Fax: (805) 648-7218<br>Email: bfinck@bentonorr.com | Counsel for Defendant Corona Seeds, Inc. |
| Brian Nomi, Esq.<br>Law Office of Brian Nomi<br>215 E. Daily Drive, Suite 28<br>Camarillo, CA 93010<br>Phone: (805) 444-5960<br>Fax: (805) 357-5333<br>Email: briannomi@yahoo.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Eduardo Ayala Maura, Esq.<br>Ayala Law P.A.<br>1390 Brickell Avenue, Suite 335<br>Miami, FL 33131<br>Phone: (305) 570-2208<br>Fax: (305) 305-7206<br>Email: eayala@ayalalawpa.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| ~~Dale Dorfmeier, Esq.~~<br>~~PETRIE, LEATH, LARRIVEE & O'ROURKE, LLP~~<br>~~6051 N. Fresno Street, Suite 110~~<br>~~Fresno, CA 93710~~<br>~~Tel: (559) 498-6522~~<br>~~Email:~~ ~~ddorfmeier@pllolegal.com~~ | ~~Counsel for Crites Seed, Inc.~~ |

| | |
|---|---|
| Jason F. Meyer, Esq.<br>J. Todd Konold, Esq.<br>Zorik Haruthunian, Esq.<br>Lisa G. Taylor, Esq.<br>GORDON REES SCULLY MANSUKHANI, LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Tel: (619) 230-7468<br>Fax: (619) 696-7124<br>Email: jmeyer@grsm.com;<br>tkonold@grsm.com;<br>rharuthunian@grsm.com;<br>ltaylor@grsm.com | Counsel for Crites Seed, Inc. |