UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 17-8220-DMG (SKx)** | Date | October 13, 2020 |
|---|---|---|---|

| Title | *Agricola Cuyuma SA, et al. v. Corona Seeds, Inc.* | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Eduardo A. Maura | Lisa G. Taylor |
| Brian Nomi | Cheryl A. Kirkpatrick |
| Jorge A. Garcia-Menocal | Bruce A. Finck |
| Luis F. Quesada Machado | Jeffery T. Konold |

**Proceedings:** FINAL PRETRIAL CONFERENCE

**PLAINTIFFS' MOTION IN LIMINE # 1 TO ADMIT SUMMARY CHARTS OF VOLUMINOUS EVIDENCE [103]**

**PLAINTIFFS' MOTION IN LIMINE # 2 REQUESTING JUDICIAL NOTICE [104]**

The cause is called and counsel state their appearance. The hearing is held via videoconference. The Court invites counsel to respond to its tentative ruling on the motions *in limine* ("MIL"). The Court hears argument. A written order on the MILs will issue.

The Final Pretrial Conference is held. The Court and counsel confer regarding the logistics of trial. The parties shall meet and confer within 10 days and submit a stipulation and proposed order for a new trial date in mid-2021 for the Court to consider. The Jury Trial on November 9, 2020 is VACATED because General Order 20-09 has closed the Western Division courthouse to the public and no civil jury trials will be conducted until further notice. The jury trial will conclude in five (5) court days. Each side shall be allotted nine (9) hours for their respective case-in-chief (including direct and cross-examination). Multiple parties on each side shall coordinate with each other regarding the allocation of the time allotted to their side. Counsel are instructed to familiarize themselves with the Court's audio-visual equipment prior to the first day of trial, as well as the Case Management Order [Doc. # 45] with regard to general decorum and courtroom procedures.

The parties shall email to the courtroom deputy clerk a Word version of the agreed and disputed jury instructions.

If the parties wish to consent to a Magistrate Judge to preside over the trial, they may review the Court's webpage for participating Judges: http://www.cacd.uscourts.gov/judges-

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 17-8220-DMG (SKx)** | Date | October 13, 2020 |
|---|---|---|---|
| Title | *Agricola Cuyuma SA, et al. v. Corona Seeds, Inc.* | Page | 2 of 2 |

requirements/court-programs/voluntary-consent-list-civil-cases-magistrate-judges-program.  The Magistrate Judge shall not be bound by this Court's time limits.  The parties shall notify this Court within 30 days if they wish to consent to a Magistrate Judge.

<u>:46</u>