**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Agrícola Cuyuma SA, and Corporación Agrícola Viñasol SAC,<br><br>     *Plaintiffs*,<br><br>v.<br><br>Corona Seeds, Inc., and Crites Seed, Inc.,<br><br>     *Defendants*. | **Case No.: CV 17-8220-DMG (SKx)**<br><br>**ORDER ON STIPULATION RE CONTINUANCE OF TRIAL DATE [149]** |

   Based on the parties stipulation, and good cause appearing therefor, the trial in the above-captioned matter is continued from November 9, 2020 to **June 15, 2021 at 8:30 a.m.**

**IT IS SO ORDERED.**

DATED:  October 26, 2020

                      _____
                    DOLLY M. GEE
                    UNITED STATES DISTRICT JUDGE