**HORTON, OBERRECHT & KIRKPATRICK**
Cheryl A. Kirkpatrick, Esq. (SBN 149906)
Fang Li, Esq. (SBN 250464)
3 Park Plaza, Suite 350
Irvine, CA 92614
PH: (949) 251-5100
FX: (949) 251-5104
Email: ckirkpatrick@hortonfirm.com / fli@hortonfirm.com

Attorneys for Defendant Corona Seeds, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agricola Cuyuma SA;<br>Corporacion Agricola Vinasol SAC;<br><br>                    Plaintiffs,<br>v.<br><br>Corona Seeds, Inc., Crites Seeds, Inc.<br><br>                    Defendant. | **CASE NO. 2:17-cv-8220 DMG (SKx)**<br><br>**DEFENDANT CORONA SEEDS, INC.'S NOTICE OF CHANGE OF FIRM NAME**<br><br>Operative Complaint Served: February 25, 2019<br><br>Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Steve Kim |

TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the firm of Horton, Oberrecht, Kirkpatrick & Martha has changed its name to:

Horton, Oberrecht & Kirkpatrick

The mailing address, phone, and facsimile numbers have remained the same. Please modify all

///

///

///

1

**DEFENDANT CORONA SEEDS, INC.'S NOTICE OF CHANGE OF FIRM NAME**

further correspondence and Service Lists accordingly.

DATED: November 13, 2020        HORTON, OBERRECHT & KIRKPATRICK

By:_____
    Cheryl A. Kirkpatrick
    Attorneys for Corona Seeds, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: HORTON, OBERRECHT & KIRKPATRICK, 3 Park Plaza, Suite 350, Irvine, California 92614.

On November 13, 2020, I served the foregoing document described as: **Notice of Change of Firm Name,** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[ ]   **BY MAIL** – I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after the date of deposit for mailing in affidavit.

[ ]   **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by [name of process server].

[ X ]   **BY ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ X ]   (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 13, 2020, at Irvine, California.

_____
Crystal Thompson

**DEFENDANT CORONA SEEDS, INC.'S NOTICE OF CHANGE OF FIRM NAME**

# SERVICE LIST

Agricola Cuyuma SA v. Corona Seeds, Inc., et al.
United States District Court Central District of California: 2:17-cv-8220 DMG (SKx)

| | |
|---|---|
| Bruce Alan Finck, Esq.<br>BENTON, ORR, DUVAL & BUCKINGHAM<br>39 N. California Street<br>Ventura, CA 93001<br>Phone: (805) 648-5111<br>Fax: (805) 648-7218<br>Email: bfinck@bentonorr.com | Counsel for Defendant Corona Seeds, Inc. |
| Brian Nomi, Esq.<br>Law Office of Brian Nomi<br>215 E. Daily Drive, Suite 28<br>Camarillo, CA 93010<br>Phone: (805) 444-5960<br>Fax: (805) 357-5333<br>Email: briannomi@yahoo.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Eduardo Ayala Maura, Esq.<br>Ayala Law P.A.<br>1390 Brickell Avenue, Suite 335<br>Miami, FL 33131<br>Phone: (305) 570-2208<br>Fax: (305) 305-7206<br>Email: eayala@ayalalawpa.com | Co-Counsel for Plaintiffs Agricola Cuyuma SA and Corporacion Agricola Vinasol S.A.C. |
| Jason F. Meyer, Esq.<br>J. Todd Konold, Esq.<br>Zorik Haruthunian, Esq.<br>Lisa G. Taylor, Esq.<br>GORDON REES SCULLY MANSUKHANI, LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Tel: (619) 230-7468<br>Fax: (619) 696-7124<br>Email: jmeyer@grsm.com; tkonold@grsm.com; rharuthunian@grsm.com; ltaylor@grsm.com | Counsel for Crites Seed, Inc. |

**DEFENDANT CORONA SEEDS, INC.'S NOTICE OF CHANGE OF FIRM NAME**