UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-8220 DMG (SK)** | Date | June 4, 2021 |
| Title | *Agricola Cuyuma SA, et al., v. Corona Seeds, Inc., et al.* | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE PROPOSED JURY INSTRUCTIONS AND EXHIBIT STIPULATION [106, 111]**

The Court has reviewed the proposed jury instructions [Doc. # 111] and exhibit stipulation [Doc. # 106] submitted by the parties. Neither complies with the instructions set forth in the Court's Scheduling and Case Management Order. [Doc. # 45.]

As for the proposed jury instructions, only one set of jury instructions, consisting of approximately 83 pages and appearing to include both disputed and undisputed instructions, has been filed. [Doc. # 111.] Among other things, per the Court's Order, the parties must submit *one set of joint proposed jury instructions upon which there is an agreement*, and "[t]he Court expects counsel to agree on the substantial majority of jury instructions, particularly when pattern or model instructions provide a statement of applicable law." [Doc. # 45 at 9 ¶ 3 (emphasis added).]

"At the same time, each party shall file its *proposed jury instructions that are objected to by any other party*. Each disputed instruction must have attached a short (one or two paragraph) statement, including points and authorities in support of the instruction as well as a brief statement, including points and authorities, in support of any objections. A proposed alternative instruction must be provided, if applicable." *Id.* ¶ 4 (emphasis added).

Counsel must also provide an index of all instructions submitted, which must include the following:
   a. The number of the instruction;
   b. the title of the instruction;
   c. the source of the instruction and any relevant case citations;
   d. the page number of the instruction.

*See id.* ¶ 7.

Counsel are also required to provide the documents described above on a disk in Word format at the time they file their proposed jury instructions. *Id.* ¶ 5.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-8220 DMG (SK)** | Date | June 4, 2021 |
| Title | ***Agricola Cuyuma SA, et al., v. Corona Seeds, Inc., et al.*** | Page | 2 of 2 |

  Counsel are reminded that "**FAILURE TO FOLLOW THE PRECEDING PROVISIONS OF THIS SECTION WILL SUBJECT THE NON-COMPLYING PARTY AND/OR ATTORNEY TO SANCTIONS AND WILL BE DEEMED TO CONSTITUTE A WAIVER OF JURY TRIAL.**" *Id.* ¶ 8.

  Moreover, counsel's exhibit "stipulation" [Doc. # 106] is anything but a stipulation. The vast majority of the approximately 366 exhibits have been objected to by the opposing party, often with boilerplate objections based on lack of foundation. *See id*. The Court reminds the parties that they "***shall stipulate to the authenticity and foundation of exhibits whenever possible***, and the pretrial exhibit stipulation shall identify any exhibits to which authenticity and/or foundation have not been stipulated and the specific reasons for the parties' failure to stipulate." [Doc. # 45 at 5-6 (emphasis added).] Because the Court will impose strict time limits on direct and cross-examination, any disputes at trial relating to the admissibility of exhibits will count equally against the parties' time allotted for witness examination.

  For the foregoing reasons, the parties are **ORDERED** to promptly meet and confer and submit amended sets of Proposed Jury Instructions (Agreed Upon; Disputed (Proposed by Plaintiffs), if applicable; Disputed (Proposed by Defendants), if applicable), and an amended Exhibit Stipulation,[1] that complies with the Court's Scheduling and Case Management Order, by no later than **June 11, 2021**. **The parties shall be prepared to go forward with the first day of trial on June 18, 2021 at 8:30 a.m.**

**IT IS SO ORDERED.**

---

[1] Blanket, non-specific boilerplate objections will be deemed a waiver of any objection and will be summarily overruled.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |