UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 17-8220-DMG (SKx) | Date | June 4, 2021 |
|---|---|---|---|
| Title | *Agricola Cuyuma, SA, et al. v. Corona Seeds, Inc.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Eduardo A. Maura | Lisa G. Taylor |
| Brian Nomi | Cheryl A. Kirkpatrick |
| Jorge A. Garcia-Menocal | Bruce A. Finck |
| | Jeffery T. Konold |
| | Fang Li |

**Proceedings: STATUS CONFERENCE**

The cause is called and counsel state their appearance. The hearing is held via videoconference. The Court and counsel confer.

Defense Counsel requested that the Court hold a *Daubert* hearing prior to the start of trial. Counsel referred to discussions during the Final Pretrial Conference, held on October 13, 2020, in which the Court indicated that it would entertain additional motions *in limine* ("MIL"), given the lengthy postponement of the trial. Absent any agreement by counsel setting a briefing schedule that conformed with the time calculations set forth in the Court's October 15, 2018 Order [Doc. # 34 at 6] (*i.e.*, at least 7 weeks before trial), however, the request to file an MIL two weeks before trial is untimely.

The Court and counsel confer regarding the logistics of trial. The Jury Trial shall commence on **Friday, June 18, 2021 at 8:30 a.m.** and will conclude in five (5) court days. Each side shall be allotted nine (9) hours for their respective case-in-chief (including direct and cross-examination). Multiple parties on each side shall coordinate with each other regarding the allocation of the time allotted to their side. Counsel are instructed to familiarize themselves with the Court's audio-visual equipment prior to the first day of trial, as well as the Case Management Order [Doc. # 45] with regard to general decorum and courtroom procedures.

:33