**LAW OFFICE OF BRIAN NOMI**
Brian Nomi, Esq. (CBN: 203059)
*Local Counsel*
215 E Daily Dr, Ste 28
Camarillo, CA 93010
Phone: 805-444-5960
Fax: 805-357-5333
Email: briannomi@yahoo.com

**AYALA LAW, P.A.**
Eduardo A. Maura, Esq. (FBN: 91303)
*Pro Hac Vice Counsel* [D.E. 11]
1390 Brickell Ave, Ste 335
Miami, FL 33131
Phone: 305-570-2208
Fax: 305-503-7206
Email: eayala@ayalalawpa.com

Attorneys for Agrícola Cuyuma SA and
Corporación Agrícola Viñasol SAC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agrícola Cuyuma SA, and Corporación Agrícola Viñasol SAC, <br><br> *Plaintiffs*, <br><br> v. <br><br> Corona Seeds, Inc., and Crites Seed, Inc., <br><br> *Defendants*. | **Case No. 2:17-cv-08220-DMG-SK** <br><br> **PRETRIAL EXHIBIT STIPULATION** <br><br> Judge: Hon. Dolly M. Gee <br><br> Trial Date: June 18, 2021 |

Pursuant to this Court's Scheduling and Case Management Order re Jury Trial of January 2, 2019, Plaintiffs Agrícola Cuyuma SA and Corporación Agrícola Viñasol SAC and Defendants Corona Seeds, Inc. and Crites Seed, Inc. hereby submit the following Pretrial Exhibit Stipulation.

# PRETRIAL EXHIBIT STIPULATION

## Plaintiffs/Defendants Exhibits

| Party | Ex. No. | Description | If Objection, State grounds | Response to Objection |
|-------|---------|-------------|----------------------------|----------------------|
| Ps' | 1 | CUAV2026-2031 - Two response letters from Mr. Newman regarding AVSA's demand and Cuyuma's complaint. | FRE 401, 402, 403, 408(a) | (401, 402) Relevant to Corona's defense that Seeds were contaminated in Peru. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (408) Unclear who this rule is applicable. Letters are not settlement communications. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 2 | CUAV105-108 - SGS Tests, Germinations and NGS | FRE 401, 402, 703-705 (improper basis, ultimate issue), 802, 901, lacks foundation | (401, 402) Relevant to Corona's defense that Seeds were contaminated in Peru. (703) Inapplicable as SGS is the world leading and most reputable source for seed testing. (705) Inapplicable.  (802) Representative of SGS will testify as to accuracy or via deposition transcript. Foundation will be established at trial. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 3 | Four colored photographs of the seed bags sold to Cuyuma by Corona. | | |
| Ps' | 4 | CUAV109-113 - Four colored photographs of the Sapphire seeds | FRE 401, 402, 403, lacks foundation | (401, 402) Relevant to Corona's defense that Seeds were contaminated in Peru. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot |

| | | | | |
|---|---|---|---|---|
| | | | | respond. Foundation will be established at trial via live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 7 | COR004 - E-mail thread from Mr. Newman to Mr. de los Rios referencing Sugar Daddy seed production | FRE 802 | (802) Parties to communications will be available at trial. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 8 | COR49-50 - E-mail thread from Mr. Cruz to Mr. Newman | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 10 | COR154 - E-mail thread from Mr. Newman to Mr. Flores regarding import permit for air shipment | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses and to contract. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| Ps' | 11 | COR147-149 - E-mail thread from Mr. Flores to Mr. Newman regarding issues with seeds | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses and to contract. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 12 | E-mail thread regarding delayed arrival of shipment (Bates: COR193). | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses and to contract. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 13 | E-mail thread from Mr. Cruz to Mr. Newman regarding shipment of Sapphire seeds to Cuyuma (Bates: COR206-207). | FRE 802 | (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 14 | E-mail thread from Mr. Cruz to Mr. Newman and Mr. Johnson regarding harvesting of Sapphire seeds (Bates: COR209). | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses, the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot |

| | | | | |
|---|---|---|---|---|
| | | | | respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 15 | E-mail thread between Mr. Flores, Mr. Newman, and Mr. Cruz regarding 62% germination rate of Sapphire seeds from Lot 606 (Bates: COR241). | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses, the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 16 | E-mail thread from Mr. Newman to Mr. Alban regarding 62% germination rate of seeds and losses incurred (Bates: CUAV73). | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses, the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 17 | E-mail thread between Mr. Cruz, Mr. Newman and Mr. Johnson | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses, the contract and the conditions of the Seeds. (403) |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | regarding Lot 606 seeds with Thiram (Bates: COR213). | | Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 18 | E-mail thread from Mr. Flores to Mr. Newman and Mr. Cruz regarding delays in shipment of seeds (Bates: COR218). | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses, the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 19 | E-mail thread between Mr. Flores and Mr. Newman regarding testing for Sapphire pea seeds (Bates: COR221). | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses, the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |

**PRETRIAL EXHIBIT STIPULATION**

| Ps' | 20 | E-mail thread from Mr. Cruz to Mr. Newman regarding shortage of seeds and possibility of economic sanctions (Bates: COR236). | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses, the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 21 | E-mail thread between Mr. Newman and Mr. Cruz regarding liability with third-party contracts (Bates: COR237). | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses, the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 22 | E-mail thread between Mr. Flores, Ms. Briseño, Mr. Newman, Mr. Cruz, and Mr. de los Rios regarding production delays (Bates: COR267). | FRE 401, 402, 403, 802. | (401, 402) Relevant to Corona's defenses, the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 23 | Corona's Inventory Activity of Sapphire Pea CRC242606 (Bates: COR285). | | |
| Ps' | 24 | SGS Inspection and Sampling Report of Lot 606 Sapphire seeds (Bates: CUAV1508-1509). | FRE 401, 402, 703-705 (improper basis, ultimate issue), 802, 901, 1002, lacks foundation | (401, 402) Relevant to Corona's defense that Seeds were contaminated in Peru. (703) Inapplicable as SGS is the world leading and most reputable source for seed testing. (705) Inapplicable. (802) Representative of SGS will testify as to accuracy or via deposition transcript. (1002) Original or authenticated copy available. Foundation will be established at trial. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ds' | 25 | Reports of Seed Analysis from Eurofins (Bates: CUAV2015-2022). | FRE 401, 402, 403, lacks foundation. Plaintiff has not identified witnesses from Eurofins will be testifying at trial to lay the foundation for these documents. There is no testimony regarding the methodology of the testing to make it reliable. | Relevant to Corona's defense that Seeds were contaminated in Peru. Foundation will be established at trial. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." Further, the tests are admissible and do not lack foundation because they are not hearsay. These tests were produced by the Defendants. Statements offered against an opposing party which (1) the party manifested that it adopted or believed to be true; (2) were made by a person whom the party authorized to make a statement on the subject; or (3) were made by the party's agent or employee on a matter within the |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | scope of that relationship and while it existed, <u>are not hearsay</u>. FRE 801(d)(2)(B-D). Ds adopted the results and believed them to be true when they marketed their seeds' germination rates; they authorized Eurofins to test and release the results of the test of the seeds' germination rate; and they had an agent relationship with Eurofins about testing their seeds' germination rate which Eurofins would have complete knowledge about since they conducted the test on behalf of Crites. Further, Crites' corporate representative testified in his deposition that one of the Eurofins' tests was the basis for stamping the subject seeds with the 87% rate. Dep. of A. Johnson 41:17-19. |
| Ps' | 26 | E-mail thread between Mr. Johnson, Mr. Newman, Mr. Cruz, and Mr. Maldonado regarding Sapphire pea production (Bates: CUAV2031-2039). | FRE 401, 402, 403, 701, 802 | (401, 402) Relevant to Corona's defenses, the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 27 | E-mail thread between Mr. Newman and Mr. Johnson regarding estimated delivery date of Sapphire seeds (Bates: CUAV2056). | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses, the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot |

| | | | | |
|---|---|---|---|---|
| | | | | respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 28 | E-mail thread between Mr. Newman and Mr. Johnson regarding Sapphire seed complaints. | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses, the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 29 | E-mail thread between Mr. Newman and Mr. Johnson regarding treatments of Sapphire seeds from Lot 606 (Bates: CUAV2063). | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses, the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 30 | Documents showing the history of the flow of | | |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | Lot 606 Sapphires (Bates: Crites 1-22). | | |
| Ps' | 31 | Documents showing the history of the flow of the Lot 808 Sapphires (Bates: Crites 23-45). | | |
| Ps' | 32 | Documents showing the history of the Lot 500 Sapphires (Bates: Crites 46-68). | | |
| Ps' | 33 | E-mail chain mentioning 41% seed emergence rate. | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses, the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 34 | E-mail chain Newman-Johnson regarding the Seeds (Pythium suppression) | FRE 401, 402, 403, 802 | (401, 402) Relevant to Corona's defenses, the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 35 | E-mail chain Bielenberg-Stoddard- | FRE 401, 402, 403, 802 | (401, 402) Relevant to the contract and the conditions of the Seeds. (403) Defendants have not |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | Newman regarding the Seeds. | | described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 37 | Corona Invoice for Snap Peas, Sapphire, Phytosanitary Certificate, Certificate of Origin, etc. | | |
| Ps' | 38 | Corona Invoice for Snap Peas, Sapphire, Phytosanitary Certificate, Certificate of Origin, etc. (Spanish). | | |
| Ps' | 39 | Spreadsheet of kilograms harvested per week, per variety, and per lot of Sapphire seeds. | | |
| Ps' | 40 | Report regarding claim on poor quality of the Sapphire seed purchased from Corona and the contamination of other varieties; from Mr. Alban to Mr. Newman. | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Admissible under 803(6). Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 41 | Corona Invoice No. 50809 billed to AVSA. | | |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| Ps' | 42 | Corona Invoice No. 180526 billed to AVSA (Spanish). | | |
| Ps' | 43 | Corona Invoice No. 51258 billed to AVSA. | | |
| Ps' | 44 | Map depicting fields where Sapphire seeds were planted in 2016. | | |
| Ps' | 45 | Map depicting fields where Sapphire seeds were planted (Bates: CUAV1509). | | |
| Ps' | 46 | Map depicting fields where Sapphire seeds were planted (Bates: CUAV1508). | | |
| Ps' | 47 | Map depicting fields where Sapphire, Oregon, and Cascadia seeds were planted (Bates: CUAV1510). | | |
| Ps' | 48 | Map depicting fields where Oregon, Sapphire, and Cascadia seeds were planted (Bates: CUAV1507). | | |
| Ps' | 49* | Lot 8111 Identification Registration, Field History, Seed Registration, and Harvest History (Bates: CUAV965-971). | | |
| Ps' | 50* | Lot 8015 Identification Registration (Bates: CUAV868). | | |
| Ps' | 51* | Lot 8018 Identification Registration (Bates: CUAV892). | | |
| Ps' | 52* | Lot 8116 Identification Registration (Bates: CUAV995). | | |
| Ps' | 53* | Lot 8214 Identification Registration (Bates: CUAV1059). | | |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| Ps' | 54* | Lot 9001 Identification Registration (Bates: CUAV1125). | | |
| Ps' | 55* | CUAV1217-1218. Identification Registration and Field History for Lot 9103 | | |
| Ps' | 56* | CUAV1387-1388. Identification Registration and Field History for Lot 9411 | | |
| Ps' | 57* | CUAV1379-1380 - Identification Registration and Field History for Lot 9403 | | |
| Ps' | 58 | Corona Sales Order. Invoice No. 24695. | | |
| Ps' | 59* | USDA Phytosanitary Certificate. | | |
| Ps' | 60* | Calla Bamba, Peru Weather and Radar Map. | | |
| Ps' | 61* | Calla Bamba, Peru Physical Map. | | |
| Ps' | 62 | Sales Invoice for Snap Peas, Sapphire, Phytosanitary Certificate, and Certificate of Origin. Billed to Cuyama. | | |
| Ps' | 63 | CUAV1559 - SENASA test showing the presence of *Stemphylium sarciniforme* in plants | FRE 401, 402, 403, 702-705 (improper basis, ultimate issue),  802, lacks foundation. Plaintiffs' liability expert Michael Coffey opined that Stemphylium and sarciniforme was not a factor in the crop loss.  Therefore, the evidence is not relevant. In addition, any relevance is outweighed by prejudice and confusing and misleading the jury.  Finally, there is no evidence regarding the SENANA testing | (401, 402) Relevant to the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Admissible under 803(6). Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |

14

**PRETRIAL EXHIBIT STIPULATION**

| | | | methodology to make it reliable. | Further, Ds mischaracterize Dr. Coffey's opinion. In fact, Mr. Coffey's report takes a wholistic approach to the issue an provides an opinion on the seeds based on its age, germination and the pathogens found—including the SENASA test. Coffey Supp. Report at p.3. |
|---|---|---|---|---|
| | | | | Mr. Koike, D's expert, does the same thing. In fact, he states that "the SENASA lab reports demonstrate that no pathogenic fungi or bacteria were present in the sapphire seed." Koike Report, p.2. |
| | | | | As seen by the opinion of both experts, the evidence is clearly relevant and no apparent prejudice exists. The test is not "confusing" but informative. It states that pathogen X was found. The technical nature of the pathogen's name is inconsequential. |
| Ps' | 64 | CUAV1560 - SENASA test showing the presence of *Stemphylium sarciniforme* in plants. | FRE 401, 402, 403, 702-705 (improper basis, ultimate issue), 802, lacks foundation. Plaintiffs' liability expert Michael Coffey opined that Stemphylium and sarciniforme was not a factor in the crop loss. Therefore, the evidence is not relevant. In addition, any relevance is outweighed by prejudice and confusing and misleading the jury. Finally, there is no evidence regarding the SENANA testing methodology to make it reliable. | (401, 402) Relevant to the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Admissible under 803(6). Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."<br><br>Further, Ds mischaracterize Dr. Coffey's opinion. In fact, Mr. Coffey's report takes a wholistic |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | approach to the issue an provides an opinion on the seeds based on its age, germination and the pathogens found—including the SENASA test. Coffey Supp. Report at p.3.<br><br>Mr. Koike, D's expert, does the same thing. In fact, he states that "the SENASA lab reports demonstrate that no pathogenic fungi or bacteria were present in the sapphire seed." Koike Report, p.2.<br><br>As seen by the opinion of both experts, the evidence is clearly relevant, and no apparent prejudice exists. The test is not "confusing" but informative. It states that pathogen X was found. The technical nature of the pathogen's name is inconsequential. |
| Ps' | 65 | Map of cultivation area in Huarmey. | | |
| Ps' | 66* | Map of Vista Alegre fields. | | |
| Ps' | 67 | COR147-150 - E-mails from Mr. Flores to Mr. Newman regarding issues with seeds and delays in sowing. | FRE 401, 402, 403, 701, 802 | (401, 402) Relevant to the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 69 | Projected disbursement schedule for green peas. | | |
| Ps' | 70 | Photographs of Chimbote fields. | | |

**PRETRIAL EXHIBIT STIPULATION**

| Ps' | 71 | Sketch of Vista Alegre fields. | | |
|---|---|---|---|---|
| Ds' | 72* | UNALM April 2015 - Huarmey soil test. | | |
| Ds' | 73* | UNALM May 2015 - Soil test. | | |
| Ps' | 74* | Soil analysis chart from UNALM in Vista Alegre. | | |
| Ps' | 76 | 2297-2314 - Cuyuma credit notes for 2016 sales | | |
| Ps' | 77 | Cuyuma Account Sales by Lot to Consolidated Farms, Inc. | | |
| Ds' | 78* | E-mail from Northbay to Cuyuma in which a claim was made. | | |
| Ps' | 70 SGS | SGS analysis results (Dep. Ex. 70). | FRE 401, 402, 403, 703-705 (improper basis, ultimate issue), 802, lacks foundation. Plaintiffs have not identified any witnesses that will lay the foundation for the SGS test results including the methodology of testing. | (401, 402) Relevant to Corona's defense that Seeds were contaminated in Peru. Given that the test was done on sealed bags, (a) it has a tendency to make a fact (that the pathogens were in the seed) more or less probable than it would be without it. (b) The fact is of consequence in determining the action. Fed. R. Evid. 401; *United States v. Espinoza*, 880 F.3d 506, 511 (9th Cir. 2018). Here, admitting the results with its information stating that Pythium sp. (among other) was present in the seed sample given to SGS, makes the fact that the seeds given to Plaintiffs were contaminated with pathogens more probable that it would be without the evidence and would potentially make defendants liable.<br><br>(703) Inapplicable as SGS is the world leading and most reputable source for seed testing. |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | (705) Inapplicable. |
|---|---|---|---|---|
| | | | | (802) Foundation will established at trial. A representative of SGS was deposed and testified as to the report. Both defendants were able to ask questions to the SGS representative. The transcript of SGS deposition is available for trial without any objections. (See Ex. 338 *infra*) |
| | | | | Further, Ds' expert testified that the NGS test used by SGS is a "very powerful molecular method. What it enables the operator to do is to analyze millions of fragments and pieces of DNA, and with those results, with bioinformatics and different methods, they can map those onto a reference genome or reference information and identify the likelihood of those fragments, where they came from, and identify the organism. It's a very powerful, fairly modern molecular test." |
| | | | | Additionally, in his report Mr. Koike takes issue, not with the results, but with the interpretation of it. He maintains that the test only identifies DNA fragments (rather than whole organism), and therefore we cannot infer from the test whether that organism was actually in the seed. Koike Report, p.2. Thus, there's no "methodology" issue with the SGS report. |
| | | | | Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 71 SGS | SGS Portugal analysis report (Dep. Ex. 71). | FRE 401, 402, 403, 703-705 (improper basis, ultimate | (401, 402) Relevant to Corona's defense that Seeds were |

issue), 802, lacks foundation. Plaintiffs have not identified any witnesses that will lay the foundation for the SGS test results including the methodology of testing.  In addition, Plaintiff's liability expert Michael Coffey opined that all (except Pythium) the pathogens identified in the test did not cause any of the damage to the pea seeds or plants in this case.  With respect to Pythium, Coffey admitted that only certain species of Pythium is pathogenic to peas and the test does not even identify the species.  Indeed, there are hundreds of Pythium species and only about 10-15 are pathogenic to peas. Therefore, the report is more prejudicial than probative as it will just mislead and confuse the jury.

contaminated in Peru. Given that the test was done on sealed bags, (a) it has a tendency to make a fact (that the pathogens were in the seed) more or less probable than it would be without it. (b) The fact is of consequence in determining the action. Fed. R. Evid. 401; *United States v. Espinoza*, 880 F.3d 506, 511 (9th Cir. 2018). Here, admitting the results with its information stating that Pythium sp. (among other) was present in the seed sample given to SGS, makes the fact that the seeds given to Plaintiffs were contaminated with pathogens more probable that it would be without the evidence and would potentially make defendants liable.

(703) Inapplicable as SGS is the world leading and most reputable source for seed testing.

(705) Inapplicable.

(802) Foundation will established at trial. A representative of SGS was deposed and testified as to the report. Both defendants were able to ask questions to the SGS representative. The transcript of SGS deposition is available for trial without any objections. (See Ex. 338 *infra*)

Further, Ds' expert testified that the NGS test used by SGS is a "very powerful molecular method. What it enables the operator to do is to analyze millions of fragments and pieces of DNA, and with those results, with bioinformatics and different methods, they can map those onto a reference genome or

19

**PRETRIAL EXHIBIT STIPULATION**

| | | | | reference information and identify the likelihood of those fragments, where they came from, and identify the organism. It's a very powerful, fairly modern molecular test." |
| | | | | Additionally, in his report Mr. Koike takes issue, not with the results, but with the interpretation of it. He maintains that the test only identifies DNA fragments (rather than whole organism), and therefore we cannot infer from the test whether that organism was actually in the seed. Koike Report, p.2. Thus, there's no "methodology" issue with the SGS report. |
| | | | | Further, Ds mischaracterize Dr. Coffey's opinion. In fact, Mr. Coffey's report takes a wholistic approach to the issue an provides an opinion on the seeds based on its age, germination and the pathogens found—including all the ones found by SGS. While he highlights the powerful effect of Pythium in the seed, Ds mischaracterize when they say that he excludes the others. |
| | | | | Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 72 SGS | Report from Mr. Dulanto (Dep. Ex. 72). | | |
| Ps' | 73 SGS | 1653-1658 - Mr. Dulanto's Sampling Certificate (Dep. Ex. 73). | | |
| Ps' | 74 SGS | SGS report of seed analysis (Dep. Ex. 74). | FRE 401, 402, 403, 703-705 (improper basis, ultimate issue), 802, lacks foundation. Plaintiffs have not identified | (401, 402) Relevant to Corona's defense that Seeds were contaminated in Peru. Given that the test was done on sealed bags, |

**PRETRIAL EXHIBIT STIPULATION**

| | | | any witnesses that will lay the foundation for the SGS test results including the methodology of testing. | (a) it has a tendency to make a fact (that the pathogens were in the seed) more or less probable than it would be without it. (b) The fact is of consequence in determining the action. Fed. R. Evid. 401; *United States v. Espinoza*, 880 F.3d 506, 511 (9th Cir. 2018). Here, admitting the results with its information stating that Pythium sp. (among other) was present in the seed sample given to SGS, makes the fact that the seeds given to Plaintiffs were contaminated with pathogens more probable that it would be without the evidence and would potentially make defendants liable. |
| | | | | |
| | | | | (703) Inapplicable as SGS is the world leading and most reputable source for seed testing. |
| | | | | |
| | | | | (705) Inapplicable. |
| | | | | |
| | | | | (802) Foundation will be established at trial. A representative of SGS was deposed and testified as to the report. Both defendants were able to ask questions to the SGS representative. The transcript of SGS deposition is available for trial without any objections. (See Ex. 338 *infra*) |
| | | | | |
| | | | | Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 75 SGS | Temperature graph of germination incubator (Dep. Ex. 75). | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to Corona's defense that Seeds were contaminated in Peru and to the condition of the Seeds. (802) |

| | | | | |
|---|---|---|---|---|
| | | | | Representative of SGS will testify as to accuracy or via deposition transcript. Foundation will be established at trial. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 76 SGS | Table with temperature readings (Dep. Ex. 76). | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to Corona's defense that Seeds were contaminated in Peru and to the condition of the Seeds.  (802) Representative of SGS will testify as to accuracy or via deposition transcript. Foundation will be established at trial. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 77 SGS | SGS germination test, purity test, and nonstandard sprout determination test (Dep. Ex. 77). | FRE 401, 402, 403, 702-705 (improper basis, ultimate issue), 802, lacks foundation. Plaintiffs have not identified any witnesses that will lay the foundation for the SGS test results including the methodology of testing. | (401, 402) Relevant to Corona's defense that Seeds were contaminated in Peru. Given that the test was done on sealed bags, (a) it has a tendency to make a fact (that the pathogens were in the seed) more or less probable than it would be without it. (b) The fact is of consequence in determining the action. Fed. R. Evid. 401; *United States v. Espinoza*, 880 F.3d 506, 511 (9th Cir. 2018). Here, admitting the results with its information stating that Pythium sp. (among other) was present in the seed sample given to SGS, makes the fact that the seeds given to Plaintiffs were contaminated with pathogens more probable that it would be without the evidence and would potentially make defendants liable. |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | (703) Inapplicable as SGS is the world leading and most reputable source for seed testing.<br><br>(705) Inapplicable.<br><br>(802) Foundation will be established at trial. A representative of SGS was deposed and testified as to the report. Both defendants were able to ask questions to the SGS representative. The transcript of SGS deposition is available for trial without any objections. (See Ex. 338 *infra*)<br><br>Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 80* | Documents showing domestic sales of peas. | | |
| Ps' | 81* | Documents showing domestic sales of peas. | | |
| Ps' | 82* | Documents showing domestic sales of peas. | | |
| Ps' | 83* | Cuyuma Invoice for export sales of snow peas and sugar snaps to Consolidated Farms. | | |
| Ps' | 84* | Cost per hectare breakdown for planting snow peas/sugar snaps in Huarmey. | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to Corona's defenses, the contract and damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 85* | Cuyuma Invoices to Harvest Sensations. | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to Corona's defenses, the contract and damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 86* | Crystal Valley packing list with shipment data. | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to Corona's defenses, the contract and damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 87* | Bill of Lading showing shipment from Cuyuma to Consolidated Farms. | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to Corona's defenses, the contract and damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 88* | Table summarizing the system that Cuyama uses to determine how much seed is sent to each field. | FRE 401, 402, 403, 802, lacks foundation.  Summaries of evidence are not admissible.  *United States v. Milkiewicz,* 470 F.3d 390, 397 (3rd Cir. 2020).  In addition, Plaintiffs have not identified any witnesses that will lay the foundation for the information in the table and therefore is inadmissible. *United States v. Boesen*, 541 F.3d 838, 848. | (401, 402) Relevant to Corona's defenses, the contract and damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to documents will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."<br><br>Further, the subject Exhibits are reports prepared by the Plaintiff and are *evidence*—not "summary of evidence." |
| Ps' | 89* | Map of Chimbote Santa River area. | | |
| Ps' | 91* | AVSA Summary of Damages. | FRE 401, 402, 403, 802, lacks foundation.  Summaries of evidence are not admissible.  *United States v. Milkiewicz,* 470 F.3d 390, 397 (3rd Cir. 2020).  In addition, Plaintiffs have not identified any witnesses that will lay the foundation for the information in the summary and therefore is inadmissible. *United States v. Boesen*, 541 F.3d 838, 848. | (401, 402) Relevant to damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | Further, the subject Exhibits are reports prepared by the Plaintiff and are *evidence*—not "summary of evidence." |
| Ps' | 92* | Record of export sales of peas. | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 93* | 1125-1446 - AVSA 2016 field reports. | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| | | | | |
| Ps' | 100 | 1659-2017 AVSA Reports | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 101 | 2018-2068 Crites-Cor Email-Tests | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to corona's defenses and damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 102 | Huarmey crop report for Lot C242606 – Informe Cultivo de Holantao. 2453-2464. | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 103 | 2465-2682 Cuyuma Comm w/Corona | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to Corona's defenses and damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 104 | 2683 Cuyuma Export Sales | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 105 | 2713-2765 Cuyuma Analysis | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to the condition of the seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 106 | 2766-3008 Cuyuma Docs Re-Exports | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| Ps' | 107 | 3009-3015 Cuyuma Fields Maps | | |
| Ps' | 108 | 3016-3038 Cuyuma National Sales | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 109 | 3039-3187 Cuyuma Sales and Claims | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 110 | 3188 PeaSugBro | | |
| Ps' | 111 | 3189 PeaSapphire | | |
| Ps' | 112 | 3190-3191 ArvejasSpanish | | |
| Ps' | 113 | 3192-3193 PeaBrochure10114 | | |
| Ps' | 114 | 3194-3196 Life Expectancy of Vegetable Seeds _ Horticulture and Home Pest News | FRE 401, 402, 403, 802, lacks foundation.  This Iowa State University Extension and Outreach website discusses the life expectancy of vegetable seeds for recreational gardeners and not commercial growers. This has minimal probative | (401, 402) Relevant to the condition of the seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial. Relevant also |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | value which is outweighed by prejudice.  This will only confuse and mislead the jury. | for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."

Further, the document has high probative value. Plaintiff's will prove at trial that the subject seeds were almost 4 years old—almost an entire year past their life span.

Iowa State University is one of the most reputable sources in horticulture in the United States and while the article is for recreational gardeners, Plaintiff will testify that commercial standards are far stricter than gardeners' standards.

Additionally while Ds attempt to characterize the article as a "just an Iowa State University Extension and Outreach website," the site cites as a source the Handbook for Vegetable Growers , fourth edition (1997) from D. N. Maynard and G. J. Hochmuth, Knott's. Moreover, Dr. Coffey testified in his deposition to authoritative sources in seed life and viability such as Stan Matthews, PhD, whose opinion is consistent (or identical) to Iowa State University's recommendation. |
| Ps' | 115 | 3197-3259 SeedLaw_2014 | FRE 401, 402, 403, 802, lacks foundation.  This has no relevance as Plaintiffs have no allegation that Corona breached any federal or state laws. | (401, 402) Relevant to the condition of the seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. Additionally, under the Court's Scheduling Order, parties |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."<br><br>Additionally, under this Court's Order on Plaintiff' Motions In Limine [ECF 147] this Court held that "[t]he California regulations … govern Crites' sale of seeds to Corona, and would be relevant to the extent that Plaintiffs wish to argue that the seeds fell below California's industry-standard germination rates, at the time that Corona acquired them from." Exhibit 115 (at page 45) contains such regulation establishing that the minimum germination standard for pea seeds in California is 80%. |
| Ps' | 116 | 3260-4080 Cuyuma 11.09.19 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to the condition of the seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 117 | 4081-4455 AVSA 11.13.19 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 118 | 4456-4513 AVSA 12.02.19 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant to damages. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (802) Parties to communications will be available at trial. Foundation will be established at trial via live witness. Relevant for impeachment. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 119 | 4514 Peru Location Maps | | |
| | | | | |
| Ps' | 120 | 11106 - VIDEO-INIA Sampling. | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Defendants challenge accuracy of tests.  Relevant to show that tests were performed on sealed bags.  (403).  Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond.  (802) Person that prepared exhibit 120 will testify at trial.  Foundation will be established at trial through live witness.  Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections … to exhibits.  These will be disregarded and overruled." 

Further, witness in the video will be at trial to establish foundation. |
| Ps' | 121 | 11107 - VIDEO-2019-12-12-08-18-01. | FRE 401, 402, 403, 802, lacks foundation | 401, 402) Defendants challenge accuracy of tests.  Relevant to show that tests were performed on sealed bags.  (403).  Defendant does not explain what type of prejudice it will suffer thus, |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections … to exhibits. These will be disregarded and overruled."<br><br>Further, witness in the video will be at trial to establish foundation. |
| Ps' | 122 | 11108 - VIDEO-2019-12-12-08-21-04. | FRE 401, 402, 403, 802, lacks foundation | 401, 402) Defendants challenge accuracy of tests. Relevant to show that tests were performed on sealed bags. (403). Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections … to exhibits. These will be disregarded and overruled."<br><br>Further, witness in the video will be at trial to establish foundation. |
| Ps' | 124* | 4516-4586 Cowheard Expert Report | FRE 401, 402, 403, 802, lacks foundation | Report summarizes the opinion of expert who will testify live at trial. Plaintiffs do not intent to submit the actual report into evidence but only for purposes of refreshing their expert's recollection of his damage analysis. Defendants' allege that Plaintiffs have little or no damages. Damages are voluminous and a key component of trial. Additionally, under the Court's Scheduling Order, parties |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."<br><br>Author of report, Mr. Cowheard, will be at trial to provide foundation. |
| Ps' | 125* | 4592-4599 AVSA SUMMARY OF DAMAGES | FRE 401, 402, 403, 802, lacks foundation.  Summaries of evidence are not admissible.  *United States v. Milkiewicz,* 470 F.3d 390, 397 (3rd Cir. 2020).  In addition, Plaintiffs have not identified any witnesses that will lay the foundation for the information in the summary and therefore is inadmissible.  *United States v. Boesen*, 541 F.3d 838, 848. | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."<br><br>Further, the subject Exhibits are reports prepared by the Plaintiff and are *evidence*—not "summary of evidence." |
| Ps' | 126* | 4600-4607 FINAL SUMMARY OF DAMAGES | FRE 401, 402, 403, 802, lacks foundation.  Summaries of evidence are not admissible.  *United States v. Milkiewicz,* 470 F.3d 390, 397 (3rd Cir. 2020).  In addition, Plaintiffs have not identified any witnesses that will lay the foundation for the information in the summary and therefore is inadmissible.  *United States v. Boesen*, 541 F.3d 838, 848. | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."<br><br>Further, the subject Exhibits are reports prepared by the Plaintiff and are *evidence*—not "summary of evidence." |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| Ps' | 127* | 4608 LOST IN REVENUES | FRE 401, 402, 403, 802, lacks foundation.  Summaries of evidence are not admissible.  *United States v. Milkiewicz,* 470 F.3d 390, 397 (3rd Cir. 2020).  In addition, Plaintiffs have not identified any witnesses that will lay the foundation for the information in the summary and therefore is inadmissible. *United States v. Boesen*, 541 F.3d 838, 848. | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."<br><br>Further, the subject Exhibits are reports prepared by the Plaintiff and are *evidence*—not "summary of evidence." |
| Ps' | 128* | 4609-4610 C-Flamingo, NC 523 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 129* | 4611 C-Flamingo, NC 528,552,529,527 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |

35

**PRETRIAL EXHIBIT STIPULATION**

| Ps' | 130* | 4612 C-Flamingo, NC 538,535,536 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 131* | 4613-4614 C-Flamingo, NC 543,544,545,548-549,550-551,546,547 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 132* | 4615 C- Nature Pride FEX 1158 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 133* | 4616 C- Nature Pride FEX 1173 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 134* | 4617-4618 C- Nature Pride FEX 1173 - 2 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 135* | 4619 C- Nature Pride FEX 1244 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 136* | 4620-4621 C-Ayco FEX 1148 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | exhibits. These will be disregarded and overruled." |
| Ps' | 137* | 4622 Certificate Inspection AYCO | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 138* | 4623-4635 C-Ayco FEX 1152 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 139* | 4636 C-Ayco FEX 1153 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 140* | 4637 C-Ayco FEX 1157 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. |

38

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 141* | 4638-4651 C-Ayco, Fex 1189 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 142* | 4652-4674 C-Ayco Fex 1304 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 143* | 4675-4677 C-Ayco, FEX 1321 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 144* | 4678-4685 C-Ayco, FEX 1337 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 145* | 4686 C-Flamingo, NC 528,552,529,527 ok | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 146* | 4687-4688 C-Flamingo, NC 543,544,545,548-549,550-551,546,547 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 147* | 4689-4690 C-Flamingo, NC 543,544,545,548-549,550-551,546,547 ok | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
|---|---|---|---|---|
| Ps' | 148* | 4691 C-Nature Pride, NC FEX 1244 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 149* | 4692-4693 Correo_ German Sotillo - Outlook -1 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 150* | 4694-4695 Correo_ German Sotillo - Outlook | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties |

41

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 151* | 4696 Cta Cte Ayco - Notas de Crédito por emitir 2 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 152* | 4697 Cta Cte de Ayco - Notas de credito por emitir 1 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 153* | 4698 Cta Cte Nature Pride - NC por emitir | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 154* | 4699 Cta Cte Wismettac Foods - NC por emitir | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
|---|---|---|---|---|
| Ps' | 155* | 4700 Copy of Reclamos sin emisión de Notas de Crédito 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 156* | 4701-4702 Credits Claimed - diff format | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 157* | 4703-4704 Credits Claimed | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 158* | 4705 Notas de Creĕdito no emitidas 2016 Reporte contable | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 159* | 4706 Reclamos sin emisioĕn de Notas de Creĕdito 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 160* | 4707 Reclamos sin emisión de Notas de Crédito 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| Ps' | 161* | 4708-4744 Support for Amount Paid - No CN | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 162* | 4745 NOTAS DE CREDITO 2015 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 163* | 4746-4764 20191211100059821 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 164* | 4765-4774 20191211100317967 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 165* | 4775-4795 20191211101203875 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 166* | 4796 - 20191211103255805 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 167* | 4797-4813 NOTA DE DEBITO AYCO 2015 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to |

| | | | | |
|---|---|---|---|---|
| | | | | exhibits. These will be disregarded and overruled." |
| | | | | |
| Ps' | 168* | 4814 Detalle de facturas y notas de credito 3% | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 169* | 4815-4846 Facturas, Notas de Crédito y Liquidación  2017 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 170* | 4847-4883 Facturas, Notas de Crédito y Liquidación 2015 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 171* | 4884-4892 Facturas, Notas de Crédito y Liquidación 2014 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 172* | 4893 DETALLE DE PAGOS FLAMINGO 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 173* | 4894-4898 CONSTANCIA DE PAGOS -FLAMINGO 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 174* | 4899-4901 HOJA DE CALCULO 2015-2017 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties |

48

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| | | | | |
| Ps' | 175* | 4902-4903 FLAMINGO (UK)NOTA DE CREDITO N°523 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 176* | 4904-4908 FLAMINGO (UK)LTD NOTA DE CREDITO N°528 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 177* | 4909-4910 FLAMINGO NOTA DE CREDITO N° 527 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |

**PRETRIAL EXHIBIT STIPULATION**

| Ps' | 178* | 4911-4914 flamingo(uk)n. de c.n°529 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| --- | --- | --- | --- | --- |
| Ps' | 179* | 4915-4916 FLAMINGO (UK)LTD NOTA DE CREDITO N°535 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 180* | 4917-4919 FLAMINGO PRODUCE LTD NOTA DE CREDITO N°538 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 181* | 4920-4921 FLAMINGO (UK)LTD NOTA DE CREDITO 552 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 182* | 4922-4924 FLAMINGO PRODUCE NOTA DE CREDITO N°536 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 183* | 4925-4929 FLAMINGO PRODUCE NOTA DE CREDITO N°543 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 184* | 4930-4935 FLAMINGO PRODUCE NOTA DE CREDITO N°544 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | exhibits. These will be disregarded and overruled." |
| Ps' | 185* | 4936-4939 FLAMINGO PRODUCE LTD NOTA DE CREDITO N°545 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 186* | 4940-4942 FLAMINGO NOTA DE CREDITO N° 546 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 187* | 4943-4945 FLAMINGO NOTA DE CREDITO N° 547 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 188* | 4946-4949 FLAMINGO PRODUCE LTD NOTA DE CREDITO N°548 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 189* | 4950-4955 FLAMINGO PRODUCE LTD NOTA DE CREDITO N°549 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 190* | 4956-4961 FLAMINGO PRODUCE LTD NOTA D CREDITO N°550 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 191* | 4962-4967 FLAMINGO PRODUCE LTD NOTA DE CREDITO N°551 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 192* | 4968-4969 NATURES PRIDE NOTA DE CREDITO N° 519 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 193* | 4970-4973 NATURES PRIDE NOTA DE CREDITO N°532 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 194* | 4974-4976 NATURES PRIDE NOTA DE CREDITO N°537 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 195* | 4977-4981 WISMETTAC FOODS | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | NOTA DE CREDITO N°524 | | thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 196* | 4982-4984 Agreement AVSA - AYCO 2014 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 197* | 4985-4988 Agreement AVSA - AYCO 2015 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 198* | 4989-4992 Agreement AVSA - AYCO 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the |

| | | | | |
|---|---|---|---|---|
| | | | | Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 199* | 4993-4994 Agreement AVSA - FLAMINGO 2014 (ANTES FINLAYS) | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 200* | 4995-4996 Agreement AVSA - FLAMINGO 2015 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 201* | 4997-4998 Agreement AVSA - FLAMINGO 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| Ps' | 202* | 4999-5012 Agreement AVSA - FLAMINGO 2017 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 203* | 5013-5028 Agreement AVSA - FLAMINGO 2018 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 204* | 5029-5034 Agreement AVSA - NATURES PRIDE 2014 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 205* | 5035-5040 Agreement AVSA - NATURES PRIDE 2015 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 206* | 5041-5046 Agreement AVSA - NATURES PRIDE 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 207* | 5047-5166 COSTOS CAMPO  2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 208* | 5167-5187 COSTOS MAQUILA  Y CAMPO 2014 2018 (1) | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | exhibits. These will be disregarded and overruled." |
| Ps' | 209* | 5188-5201 COSTOS MAQUILA  Y CAMPO 2014 2018 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 210* | 5202-5216 PRESUPUESTO CAMPO 2014 2018 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 211* | 5217-5218 Proy. Planta Holantao 2014-2019 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 212* | 5219 RESUMEN DE COSTOS Y PROYECCIONES UNITARIOS 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 213* | 7867-7873 Acuerdo Marco de Reconocimiento y pago obligaciones -Fondo de Inversión COMEX | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 214* | 7874-7887 Anticipos de Clientes del Exterior | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 215* | 7888-7897 BAN BIF LEASING | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 216* | 7898-7907 BAN BIF PRESTAMO | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 217* | 7908-7913 Cancelación de letras de SAVAR por COOPERATIVA PACIFICO | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 218* | 7914-7917 Convenio de Reconocimiento de obligaciones y condonación de saldo de deuda BANBIF | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 219* | 7918-7919 correo ban bif infocorp | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 220* | 7920-7921 CRONOGRAMA DE COOPERATIVA PACIFICO | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 221* | 7922 Cronograma de Root Capital | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 222* | 7923 Desembolso de prestamo de Coop. Pacifico - Enero 2018 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 223* | 7930-7962 Facturas por Intereses | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 224* | 7963-7964 Gastos de Fideicomisos | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 225* | 7978-7985 LEASING REFRIGERADO BAN BIF | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |

**PRETRIAL EXHIBIT STIPULATION**

| Ps' | 226* | 7986-8002 Notificacion judicial Savar | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| --- | --- | --- | --- | --- |
| Ps' | 227* | 8003 ROOT CAPITAL Prestamo de $ 300,000 - Agost  2013 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 228* | 8004 ROOT CAPITAL Prestamo de $ 700,000 - Julio 2013 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 229* | 8005-8021 SAVAR - letras | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 230* | 8022-8024 Transaccion Extra judicial y pago Savar  con fondos de cooperativa Pacifico con extra judicial | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 231* | 8025-8038 COSTOS MAQUILA  Y CAMPO 2014 2018 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 232* | 8039-8040 Proy. Planta Holantao 2014-2019 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | exhibits. These will be disregarded and overruled." |
| | | | | |
| Ps' | 233* | 8041 BERNALES 2017 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 234* | 8042 CABEZA TORO 2017 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 235* | 8043 CAMPOS ASIA 2018 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 236* | 8044 CAÑETE 2017 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 237* | 8045-8048 CODIGO DE LOTES | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 238* | 8049-8052 CODIGOS CAMPOS PISCO | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 239* | 8053 INDEPENDENCIA 2017 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 240* | 8073-8364 Reports 2016 AVSA | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 241* | 8365-8415 REPORTE DE PROCESO 2014 - 2018 FINAL | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 242* | 8416-8453 REPORTE DE PROCESO 2014-2018 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| Ps' | 243* | 8523-8575 Registro de Ventas de Exportaciones Holantao - 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 245* | 8576-9055 AVSA 2016 Export Invoices | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 246* | 9056-9058 HOJA DE CALCULO 2015-2017 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 247* | 9059-9064 CAJAS EXPORTADAS | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 248* | 9065 DETALLE DE PAGOS FLAMINGO 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 249* | 9066-9128 FACTURAS 2015 -1 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 250* | 9129-9214 FACTURAS 2015 -2 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to |

PRETRIAL EXHIBIT STIPULATION

| | | | | |
|---|---|---|---|---|
| | | | | exhibits. These will be disregarded and overruled." |
| Ps' | 251* | 9215-9235 FACTURAS AYCO 2015 FOB MAYOR A 15 USD | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 252* | 9236-9242 PRECIOS CLIENTES FOB $20, IDS | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 253* | 9243-9298 CRYSTAL credit notes | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 254* | 9299-9304 DELICA credit notes | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer |

71

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 255* | 9305-9326 HARVEST credit notes | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 256* | 9327-9458 NORTH BAY credit notes | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 257* | 9459-9512 SOBIFRUITS credit notes | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| | | | | |
| Ps' | 258* | 9513 RESUMEN DE VENTAS EXT. 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 259* | 9514-9536 CONTRATO NORTH BAY PRODUCE, INC | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 260* | 9537-9552 CONTRATO SOBIFRUITS S.A. | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |

PRETRIAL EXHIBIT STIPULATION

| | | | | |
|---|---|---|---|---|
| Ps' | 261* | 9553-9569 SOBIFRUITS - CONTRATO 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 262* | 9570-9577 SOBIFRUITS - CONTRATO 2017 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 263* | 9578-9592 SOBIFRUITS - MEMO 2018 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 264* | 9593-9600 Cuyuma Damage Report | FRE 401, 402, 403, 802, lacks foundation.  Summaries of evidence are not admissible. *United States v. Milkiewicz,* 470 F.3d 390, | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit |

**PRETRIAL EXHIBIT STIPULATION**

| Ps' | | | 397 (3rd Cir. 2020). In addition, Plaintiffs have not identified any witnesses that will lay the foundation for the information in the table and therefore is inadmissible. *United States v. Boesen*, 541 F.3d 838, 848. | will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."<br><br>Further, the subject Exhibits are reports prepared by the Plaintiff and are *evidence*—not "summary of evidence." |
|---|---|---|---|---|
| Ps' | 265* | 9604-9615 ANALISIS SEMILLA | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 266* | 9623-9626 INIA RESULTADOS | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 267* | 9627-9631 SALIDAS SEMILLAS CASCADIA 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit |

| | | | | |
|---|---|---|---|---|
| | | | | will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 268* | 9632-9636 SALIDAS SEMILLAS OREGON 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 269* | 9637-9672 Cuyuma Seed Import | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| | | | | |
| Ps' | 270* | 9673-9676 Documentos de uso de agroquimicos fertilizantes y labores FVAH Camp 2016-Costos y actividades | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 271* | 9677-9680 Documentos de uso de agroquimicos fertilizantes y labores FVAH Camp 2016-Programa siembra | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 272* | 9681-9692 INFORME CULTIVO HOLANTAO 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 273* | 9694-9695 Estado de Resultados 2015 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 274* | 9696-9697 Estado de Resultados 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 275* | 9698-9699 Estado de Resultados 2017 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 276* | 9700-9701 Estado de Resultados 2018 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 277* | 9840-9844 COSECHA DE HOLANTAO 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 278* | 9845 COSECHA DE HOLANTAO HUARMEY - INCOMPLETE | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 279* | 9846-9847 COSECHA DE HOLANTAO-CHIMBOTE copia | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 280* | 9848-9849 Cuyu Lots | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| Ps' | 281* | 9868-9968 CRYSTAL sales | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 282* | 9969-10022 DELICA sales | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 283* | 10023-10029 HARVEST sales | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 284* | 10030-10092 NORTH BAY sales | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 285 | 10093-10147 SOBIFRUITS sales | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 286* | 10148 RESUMEN DE VENTAS EXT. 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 287* | 10149-10150 VTA NACIONAL | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | exhibits. These will be disregarded and overruled." |
| Ps' | 288* | 10151-10152 Data Sist Expo Arveja 2016 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 289* | 10163-10443 Corona Communications 001 - 281 | FRE 401, 402, 403, 802, lacks foundation | (401, 402) Relevant for damages. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. (802) Person that prepared exhibit will testify at trial. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps' | 290 | 10454 Peru Location Maps | | |
| | | | | |
| Ds' | 291 | | | |
| Ds | 292 | | | |
| Ds | 293 | | | |
| Ds | 294 | | | |
| Ds | 295 | | | |
| Ds | 296 | | | |
| Ds | 297 | Transcript of deposition testimony of Steve Koike | Plaintiffs object in as much as Mr. Koike's deposition testimony contains new theories not disclosed in his December 1, 2019, report. Specifically, any theory based on salinity of soils or botrytis disease, not priorly disclosed. | Defendants' expert Steve Koike's report discussed that germination is affected by a number of factors including proper ground and soil preparation.  High salinity in the soils is part of proper ground and soil preparation.  In addition, Mr. Koike's report noted that the |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | Defendants' late disclosure is not compliant with this Court's Scheduling Order [ECF 45] | alleged "brown stains" are symptoms that can be caused by a number of factors including pathogens and abiotic factors which would include Botrytis. |
| Ds | 298 | Steve Koike reliance materials | Plaintiffs object to Mr. Koike's "reliance materials" as trial Exhibit to the extent such materials were not disclosed in his December 1, 2019, and are thus untimely. Ps' object also to the extent the disclosure of this late documents is incomplete and did not form the basis of his original expert opinion. Defendants' late disclosure is not compliant with this Court's Scheduling Order [ECF 45] | Defendants' expert Steve Koike's report discussed that germination is affected by a number of factors including proper ground and soil preparation.  High salinity in the soils is part of proper ground and soil preparation.  In addition, Mr. Koike's report noted that the alleged "brown stains" are symptoms that can be caused by a number of factors including pathogens and abiotic factors which would include Botrytis. |
| Ds | 299 | | | |
| Ds | 300 | | | |
| Ds | 301 | Demonstrative exhibit (reserved) | Objection, Not Disclosed to Plaintiffs. | |
| Ds | 302 | Demonstrative exhibit (reserved) | Objection, Not Disclosed to Plaintiffs. | |
| Ds | 303 | Demonstrative exhibit (reserved) | Objection, Not Disclosed to Plaintiffs. | |
| Ds | 304 | Demonstrative exhibit (reserved) | Objection, Not Disclosed to Plaintiffs. | |
| Ds | 305 | Demonstrative exhibit (reserved) | Objection, Not Disclosed to Plaintiffs. | |
| | | | | |
| Ps | 330 | Transcript of deposition testimony of Oscar Alvan. | | |
| Ps | 331 | Transcript of deposition of Guillermo de los Rios. | | |
| Ps | 332 | Transcript of deposition testimony of Angello Flores Vol. I | | |
| Ps | 333 | Transcript of deposition testimony of Angello Flores Vol. II | | |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| Ps | 334 | Transcript of deposition testimony of Erick Sanchez. | | |
| Ps | 335 | Transcript of deposition testimony of Edwin Maldonado. | | |
| Ps | 336 | Transcript of deposition testimony of Mike Newman. | | |
| Ps | 337 | Transcript of deposition testimony of Andy Johnson. | | |
| Ps | 338 | Transcript of the Deposition of SGS. | | |
| Ps | 339 | COR360 - Corona's Iowa State University tests | FRE 401, 402, 403, 802, lacks foundation.  The Iowa State University tests lack foundation because Plaintiffs have not identified any witnesses that will testify as to the methodology of the testing. | (401, 402) Relevant to Corona's defense that Seeds were contaminated in Peru. Foundation will be established at trial. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."  Further, the tests are admissible and do not lack foundation because they are not hearsay. These tests were produced by the Defendants. Statements offered against an opposing party which (1) the party manifested that it adopted or believed to be true; (2) were made by a person whom the party authorized to make a statement on the subject; or (3) were made by the party's agent or employee on a matter within the scope of that relationship and while it existed, are not hearsay. FRE 801(d)(2)(B-D). Ds adopted the results and believed them to be true when they marketed their seeds' germination rates; they authorized Iowas State University to test and release the results of the test of the seeds' |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | germination rate; and they had an agent relationship with Iowa State University about testing their seeds' germination rate which Iowa State University would have complete knowledge about since they conducted the test on behalf of Corona Seeds. |
|---|---|---|---|---|
| Ps | 340 | COR361-62 - Corona's Ramson Test | FRE 401, 402, 403, 802, lacks foundation.  The Ransom tests lack foundation because Plaintiffs have not identified any witnesses that will testify as to the methodology of the testing. | (401, 402) Relevant to Corona's defense that Seeds were contaminated in Peru. Foundation will be established at trial. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."

 Further, the tests are admissible and do not lack foundation because they are not hearsay. These tests were produced by the Defendants. Statements offered against an opposing party which (1) the party manifested that it adopted or believed to be true; (2) were made by a person whom the party authorized to make a statement on the subject; or (3) were made by the party's agent or employee on a matter within the scope of that relationship and while it existed, are not hearsay. FRE 801(d)(2)(B-D). Ds adopted the results and believed them to be true when they marketed their seeds' germination rates; they authorized Iowas State University to test and release the results of the test of the seeds' germination rate; and they had an agent relationship with Iowa State University about testing their seeds' germination rate which Iowa State University would have complete knowledge about since |

| | | | | they conducted the test on behalf of Corona Seeds.<br><br>Further, Corona's owner, Mr. Mike Newman testified in his deposition that he ordered the in Exhibit 340. |
|---|---|---|---|---|
| Ps | 341 | CUAV66 - UNALM tests | FRE 401, 402, 403, 702-705 ((improper basis, ultimate issue),  802, lacks foundation. The UNALM tests lack foundation because Plaintiffs have not identified any witnesses that will testify as to the methodology of the testing. | (401, 402) Relevant for Defendants' defenses and the conditions of the seeds. These tests were produced by Corona—not Plaintiffs. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. It is an official document. Foundation will be established at trial through live witness, including Mr. Koike and Mr. Coffey. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."<br><br>Further, Exhibit 341 is admissible under the public records exception of rule 803. as these tests were issued by Peruvian officials. |
| Ps | 342 | CUAV65 - INIA tests. | FRE 401, 402, 403, 702-705 ((improper basis, ultimate issue),  802, lacks foundation. The INIA tests lack foundation because Plaintiffs have not identified any witnesses that will testify as to the methodology of the testing. | (401, 402) Relevant for Defendants' defenses and the conditions of the seeds. These tests were produced by Corona—not Plaintiffs. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. It is an official document. Foundation will be established at trial through live witness including Mr. Koike and Mr. Coffey. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | objections . . . to exhibits. These will be disregarded and overruled." |
| | | | | Further, Exhibit 342 is admissible under the public records exception of rule 803 as these tests were issued by Peruvian officials. |
| Ps | 343 | CUAV70 - INIA tests. | FRE 401, 402, 403, 702-705 (improper basis, ultimate issue), 802, lacks foundation. The INIA tests lack foundation because Plaintiffs have not identified any witnesses that will testify as to the methodology of the testing. | (401, 402) Relevant for Defendants' defenses and the conditions of the seeds. These tests were produced by Corona—not Plaintiffs. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. It is an official document. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| | | | | Further, Exhibit 343 is admissible under the public records exception of rule 803 as these tests were issued by Peruvian officials. |
| Ps | 344 | CUAV1516-27 - Dr. Mattos Calderon report. | FRE 401, 402, 403, 702-705 (improper basis, ultimate issue), 802, lacks foundation. Dr. Calderon's report lacks foundation because she has not testified as to her methodology of testing. In addition, Plaintiff's liability expert Michael Coffey testified that none of the pathogens identified in the report caused any of the damage to the subject seeds or plants. Therefore, it is not relevant in this case. Any probative value is outweighed by prejudice in | (401, 402) Relevant to the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (702-705) Inapplicable. Impossible to reply without more. (802) Parties to communications will be available at trial. Admissible under 803(6). Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." Further, Ds mischaracterize Dr. Coffey's opinion. In fact, Mr. |

**PRETRIAL EXHIBIT STIPULATION**

| | | | that it will just confuse and mislead the jury. | Coffey's report takes a wholistic approach to the issue an provides an opinion on the seeds based on its age, germination and the pathogens found—including the Matos Report. Coffey Supp. Report at p.3.<br><br>Mr. Koike, D's expert, does the same thing. In fact, he states that the Matos tests "did not confirm the presence of pathogenic bacterium." Koike Report, p.3.<br><br>As seen by the opinion of both experts, the evidence is clearly relevant, and no apparent prejudice exists. The test is not "confusing" but informative. It states that pathogen X was found. The technical nature of the pathogen's name is inconsequential. |
| Ps | 345 | CUAV69 - SENASA tests. | FRE 401, 402, 403, 702-705 ((improper basis, ultimate issue),  802, lacks foundation. The SENASA report lacks foundation because Plaintiffs have not identified witnesses to testify about the methodology of testing.  In addition, Plaintiff's liability expert Michael Coffey testified that none of the pathogens identified in the report caused any of the damage to the subject seeds or plants.  Therefore, it is not relevant in this case.  Any probative value is outweighed by prejudice in that it will just confuse and mislead the jury. | (401, 402) Relevant to the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (702-705) Inapplicable. Impossible to reply without more. (802) Parties to communications will be available at trial. Admissible under 803(6). Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."<br><br>Further, Ds mischaracterize Dr. Coffey's opinion. In fact, Mr. Coffey's report takes a wholistic approach to the issue an provides an opinion on the seeds based on its age, germination and the |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | pathogens found—including the SENASA test. Coffey Supp. Report at p.3.<br><br>Mr. Koike, D's expert, does the same thing. In fact, he states that "the SENASA lab reports demonstrate that no pathogenic fungi or bacteria were present in the sapphire seed." Koike Report, p.2.<br><br>As seen by the opinion of both experts, the evidence is clearly relevant, and no apparent prejudice exists. The test is not "confusing" but informative. It states that pathogen X was found. The technical nature of the pathogen's name is inconsequential. |
| Ps | 346 | CUAV68 - SENASA tests. | FRE 401, 402, 403, 702-705 ((improper basis, ultimate issue),  802, lacks foundation. The SENASA report lacks foundation because Plaintiffs have not identified witnesses to testify about the methodology of testing.  In addition, Plaintiff's liability expert Michael Coffey testified that none of the pathogens identified in the report caused any of the damage to the subject seeds or plants.  Therefore, it is not relevant in this case.  Any probative value is outweighed by prejudice in that it will just confuse and mislead the jury. | (401, 402) Relevant to the contract and the conditions of the Seeds. (702-705) Inapplicable. Impossible to reply without more. (802) Parties to communications will be available at trial. Admissible under 803(6). Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."<br><br>Further, Ds mischaracterize Dr. Coffey's opinion. In fact, Mr. Coffey's report takes a wholistic approach to the issue an provides an opinion on the seeds based on its age, germination and the pathogens found—including the SENASA test. Coffey Supp. Report at p.3. |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | Mr. Koike, D's expert, does the same thing. In fact, he states that "the SENASA lab reports demonstrate that no pathogenic fungi or bacteria were present in the sapphire seed." Koike Report, p.2.<br><br>(403) As seen by the opinion of both experts, the evidence is clearly relevant, and no apparent prejudice exists. The test is not "confusing" but informative. It states that pathogen X was found. The technical nature of the pathogen's name is inconsequential. |
| Ps | 347 | CUAV61528-29 - SENASA tests. | FRE 401, 402, 403, 702-705 ((improper basis, ultimate issue),  802, lacks foundation. The SENASA report lacks foundation because Plaintiffs have not identified witnesses to testify about the methodology of testing.  In addition, Plaintiff's liability expert Michael Coffey testified that none of the pathogens identified in the report caused any of the damage to the subject seeds or plants.  Therefore, it is not relevant in this case.  Any probative value is outweighed by prejudice in that it will just confuse and mislead the jury. | (401, 402) Relevant to the contract and the conditions of the Seeds. (702-705) Inapplicable. Impossible to reply without more. (802) Parties to communications will be available at trial. Admissible under 803(6). Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."<br><br>Further, Ds mischaracterize Dr. Coffey's opinion. In fact, Mr. Coffey's report takes a wholistic approach to the issue an provides an opinion on the seeds based on its age, germination and the pathogens found—including the SENASA test. Coffey Supp. Report at p.3.<br><br>Mr. Koike, D's expert, does the same thing. In fact, he states that "the SENASA lab reports demonstrate that no pathogenic |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | fungi or bacteria were present in the sapphire seed." Koike Report, p.2.<br><br>(403) As seen by the opinion of both experts, the evidence is clearly relevant, and no apparent prejudice exists. The test is not "confusing" but informative. It states that pathogen X was found. The technical nature of the pathogen's name is inconsequential. |
| Ps | 348 | CUAV61530-31 - SENASA tests. | FRE 401, 402, 403, 702-705 ((improper basis, ultimate issue), 802, lacks foundation. The SENASA report lacks foundation because Plaintiffs have not identified witnesses to testify about the methodology of testing.  In addition, Plaintiff's liability expert Michael Coffey testified that none of the pathogens identified in the report caused any of the damage to the subject seeds or plants.  Therefore, it is not relevant in this case.  Any probative value is outweighed by prejudice in that it will just confuse and mislead the jury. | (401, 402) Relevant to the contract and the conditions of the Seeds. (702-705) Inapplicable. Impossible to reply without more. (802) Parties to communications will be available at trial. Admissible under 803(6). Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."<br><br>Further, Ds mischaracterize Dr. Coffey's opinion. In fact, Mr. Coffey's report takes a wholistic approach to the issue an provides an opinion on the seeds based on its age, germination and the pathogens found—including the SENASA test. Coffey Supp. Report at p.3.<br><br>Mr. Koike, D's expert, does the same thing. In fact, he states that "the SENASA lab reports demonstrate that no pathogenic fungi or bacteria were present in the sapphire seed." Koike Report, p.2. |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | (403) As seen by the opinion of both experts, the evidence is clearly relevant, and no apparent prejudice exists. The test is not "confusing" but informative. It states that pathogen X was found. The technical nature of the pathogen's name is inconsequential. |
|---|---|---|---|---|
| Ps | 349 | CUAV1513 - INIA tests. | FRE 401, 402, 403, 702-705 ((improper basis, ultimate issue), 802, lacks foundation. The INIA report lacks foundation because Plaintiffs have not identified witnesses to testify about the testing methodology. | (401, 402) Relevant for Defendants' defenses and the conditions of the seeds. These tests were produced by Corona—not Plaintiffs. (702-705) Inapplicable. Impossible to reply without more. (403) Defendant does not explain what type of prejudice it will suffer thus, Plaintiffs cannot respond. It is an official document. Foundation will be established at trial through live witness. Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled."<br><br>Further, Exhibit 343 is admissible under the public records exception of rule 803 as these tests were issued by Peruvian officials. |
| Ps | 350 | CUAV1552-60 – Matos Report. | FRE 401, 402, 403, 702-705 ((improper basis, ultimate issue), 802, lacks foundation. Dr. Calderon's report lacks foundation because she has not testified as to her methodology of testing.  In addition, Plaintiff's liability expert Michael Coffey testified that none of the pathogens identified in the report caused any of the damage to the subject seeds | (401, 402) Relevant to the contract and the conditions of the Seeds. (403) Defendants have not described what type of prejudice they will suffer and thus, Plaintiffs cannot respond. (702-705) Inapplicable. Impossible to reply without more. (802) Parties to communications will be available at trial. Admissible under 803(6). Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate |

**PRETRIAL EXHIBIT STIPULATION**

| | | | or plants.  Therefore, it is not relevant in this case.  Any probative value is outweighed by prejudice in that it will just confuse and mislead the jury. | objections . . . to exhibits. These will be disregarded and overruled."

Further, Ds mischaracterize Dr. Coffey's opinion. In fact, Mr. Coffey's report takes a wholistic approach to the issue an provides an opinion on the seeds based on its age, germination and the pathogens found—including the Matos Report. Coffey Supp. Report at p.3.

Mr. Koike, D's expert, does the same thing. In fact, he states that the Matos tests "did not confirm the presence of pathogenic bacterium." Koike Report, p.3.

As seen by the opinion of both experts, the evidence is clearly relevant, and no apparent prejudice exists. The test is not "confusing" but informative. It states that pathogen X was found. The technical nature of the pathogen's name is inconsequential. |
| Ps | 360 | Demonstrative (CUAV002018; Ex. 101) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be used to illustrate a witness's |

| | | | | |
|---|---|---|---|---|
| | | | | testimony if they are based on and fairly represent competent evidence.

Here, the demonstrative is simply a larger version of an otherwise admissible test produced by the defendant. It will clearly assist the jury visually. |
| Ps | 361 | Demonstrative (CUAV002019; Ex. 101) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be used to illustrate a witness's testimony if they are based on and fairly represent competent evidence.

Here, the demonstrative is simply a larger version of an otherwise admissible test produced by the defendant. It will clearly assist the jury visually. |
| Ps | 362 | Demonstrative (CUAV002020; Ex. 101) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be used to illustrate a witness's testimony if they are based on and fairly represent competent evidence.<br><br>Here, the demonstrative is simply a larger version of an otherwise admissible test produced by the defendant. It will clearly assist the jury visually. |
|---|---|---|---|---|
| Ps | 364 | Demonstrative (CUAV002021; Ex. 101) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be used to illustrate a witness's testimony if they are based on and fairly represent competent evidence.<br><br>Here, the demonstrative is simply a larger version of an otherwise admissible test produced by the defendant. It will clearly assist the jury visually. |
| Ds | 364 | Arveja, Pudricion Radicular | P's object on relevance. Ex. 365 is a 2004 pamphlet full | Relevant as to the good agricultural practices in Peru for |

95

**PRETRIAL EXHIBIT STIPULATION**

| | | | of generalities and recommendations different areas than the ones at issue in this case. P's further object on hearsay and lack of proper foundation. | the planting, storage and harvesting of peas. |
|---|---|---|---|---|
| Ds | 365 | Arvejo, Cultivo | P's object on relevance. Ex. 365 is a 2001 pamphlet full of generalities and recommendations for growers in 2001. P's further object on hearsay and lack of proper foundation. | Relevant as to the good agricultural practices in Peru for the planting, storage and harvesting of peas. |
| Ds | 366 | ManchaCafeAGExport | P's object on relevance. Ex. 366 is an internet article about peas in Guatemala. P's further object on hearsay and lack of proper foundation. | Relevant as to the good agricultural practices for the planting, storage and harvesting of peas. |
| Ps | 367 | Demonstrative (CUAV002022; Ex. 101) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be used to illustrate a witness's testimony if they are based on and fairly represent competent evidence.<br><br>Here, the demonstrative is simply a larger version of an otherwise admissible test produced by the defendant. It will clearly assist the jury visually. |

**PRETRIAL EXHIBIT STIPULATION**

| Ps | 368 | Demonstrative (CUAV002023; Ex. 101) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be used to illustrate a witness's testimony if they are based on and fairly represent competent evidence.<br><br>Here, the demonstrative is simply a larger version of an otherwise admissible test produced by the defendant. It will clearly assist the jury visually. |
| Ps | 369 | Demonstrative (CUAV002024; Ex. 101) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be used to illustrate a witness's testimony if they are based on and fairly represent competent evidence. |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | Here, the demonstrative is simply a larger version of an otherwise admissible test produced by the defendant. It will clearly assist the jury visually. |
|---|---|---|---|---|
| Ps | 370 | Demonstrative (CUAV002025; Ex. 101) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be used to illustrate a witness's testimony if they are based on and fairly represent competent evidence.<br><br>Here, the demonstrative is simply a larger version of an otherwise admissible test produced by the defendant. It will clearly assist the jury visually. |
| Ps | 371 | Demonstrative (CUAV002032; Ex. 101) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | used to illustrate a witness's testimony if they are based on and fairly represent competent evidence.<br><br>Here, the demonstrative is simply a larger version of an otherwise admissible test produced by the defendant. It will clearly assist the jury visually. |
|---|---|---|---|---|
| Ps | 372 | Demonstrative (CUAV002033; Ex. 101) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be used to illustrate a witness's testimony if they are based on and fairly represent competent evidence.<br><br>Here, the demonstrative is simply a larger version of an otherwise admissible test produced by the defendant. It will clearly assist the jury visually. |
| Ps | 373 | Demonstrative (Test Summary Charts) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The court already ruled on this issue. *See* ECF 147. |
| Ps | 374 | Demonstrative (Crites 000004; Ex. 30) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers* |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | *v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be used to illustrate a witness's testimony if they are based on and fairly represent competent evidence.<br><br>Here, the demonstrative is simply a larger version of an otherwise admissible test produced by the defendant. It will clearly assist the jury and witnesses visually. |
| Ps | 375 | Demonstrative (Maps, Ex. 290) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be used to illustrate a witness's testimony if they are based on and fairly represent competent evidence.<br><br>Here, the demonstrative is simply a larger version of an otherwise admissible Exhibit 290. It will |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | assist the jury to locate the subject areas and the distances between them. |
| Ps | 376 | Demonstrative (70-SGS) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be used to illustrate a witness's testimony if they are based on and fairly represent competent evidence.<br><br>Here, the demonstrative is simply a larger version of an otherwise admissible test. It will visually assist witnesses and the jury. |
| Ps | 377 | Demonstrative (71-SGS) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be used to illustrate a witness's testimony if they are based on and |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | fairly represent competent evidence.<br><br>Here, the demonstrative is simply a larger version of an otherwise admissible test. It will visually assist witnesses and the jury. |
| Ps | 378 | Demonstrative (Ex. 110) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be used to illustrate a witness's testimony if they are based on and fairly represent competent evidence.<br><br>Here, the demonstrative is simply a larger version of an otherwise admissible test. It will visually assist witnesses and the jury. It will help the jury see the type of peas promised. |
| Ps | 379 | Demonstrative (Ex. 111) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be used to illustrate a witness's testimony if they are based on and fairly represent competent evidence.<br><br>Here, the demonstrative is simply a larger version of an otherwise admissible test. It will visually assist witnesses and the jury. It will help the jury see the type of peas promised. |
| Ps | 380 | Demonstrative (Ex. 114) | Demonstratives are generally not admitted into evidence. *United States v. Cox*, 633 F.2d 871, 874 (9th Cir. 1980). Also, its probative value is outweighed by prejudice. Evidence Code 403. | The admissibility of demonstrative evidence lies largely within the discretion of the trial court. *Rogers v. Raymark Indus., Inc.*, 922 F.2d 1426, 1429 (9th Cir. 1991) (citing *Lies v. Farrell Lines, Inc.*, 641 F.2d 765, 773 n.9 (9th Cir. 1981)). Because demonstrative evidence is simply used as a testimonial aid, it is generally not admitted into the evidentiary record. Robert E. Jones et al., Rutter Group Prac. Guide: Fed. Civ. Trials & Ev. ¶ 8:641. However, charts summarizing evidence presented at trial may be used to illustrate a witness's testimony if they are based on and fairly represent competent evidence.<br><br>Here, the demonstrative is simply a larger version of an otherwise admissible test. It will visually assist witnesses and the jury. |
| Ps | 381 | (Rebuttal) "An Overview of Plant Immunity). | FRE 401, 402, 403, 802, lacks foundation | Foundation will be established at trial by Plaintiffs' expert Dr. Coffey. Defendants' expert, Mr. Koike testified in his deposition that seeds don't have immunity systems (Koike Dep. 30:18-25; 31:1-5), but rather just a "seed |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | coat." *Id*. Scholarly articles are relevant to rebut Mr. Koike's view that plants do not have immunity systems.<br><br>Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps | 382 | (Rebuttal) "The Plant immunity system." | FRE 401, 402, 403, 802, lacks foundation | Foundation will be established at trial by Plaintiffs' expert Dr. Coffey. Defendants' expert, Mr. Koike testified in his deposition that seeds don't have immunity systems (Koike Dep. 30:18-25; 31:1-5), but rather just a "seed coat." *Id*. Scholarly articles are relevant to rebut Mr. Koike's view that plants do not have immunity systems.<br><br>Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps | 383 | (Rebuttal) "Generation game." | FRE 401, 402, 403, 802, lacks foundation | Foundation will be established at trial by Plaintiffs' expert Dr. Coffey. Defendants' expert, Mr. Koike testified in his deposition that seeds don't have immunity systems (Koike Dep. 30:18-25; 31:1-5), but rather just a "seed coat." *Id*. Scholarly articles are relevant to rebut Mr. Koike's view that plants do not have immunity systems.<br><br>Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| Ps | 384 | (Rebuttal) "Population Dynamics of Pseudomonas cepacian in the Pea Spermosphere in Relation to Biocontrol of Pythium." | FRE 401, 402, 403, 802, lacks foundation.  Plaintiff's liability expert Michael Coffey testified that no specific species of pseudomonas was identified that was pathogenic to peas and therefore this is article is not relevant.  Any probative value is outweighed by prejudice in that this will only confuse and mislead the jury. | Foundation will be established at trial by Plaintiffs' expert Dr. Coffey. Defendants' expert, Mr. Koike testified in his deposition that "Pythium is an example, one that never makes it up into a seed that's being produced and harvested." Koike Dep. 98:18-19. The SGS testing in this case found pythium in the seed.<br><br>The scholarly article, which describes pythium action inside seeds, is relevant to rebut Mr. Koike's view that pythium "never makes it up into a seed."<br><br>Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps | 385 | (Rebuttal) "Plant immunity and PRRs" | FRE 401, 402, 403, 802, lacks foundation | Foundation will be established at trial by Plaintiffs' expert Dr. Coffey. Defendants' expert, Mr. Koike testified in his deposition that seeds don't have immunity systems (Koike Dep. 30:18-25; 31:1-5), but rather just a "seed coat." *Id*. Scholarly articles are relevant to rebut Mr. Koike's view that plants do not have immunity systems.<br><br>Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
| Ps | 386 | "Electrical Conductivity Vigour Test: Physiological Basis and Use." | FRE 401, 402, 403, 802, lacks foundation | Foundation will be established at trial by Plaintiffs' expert Dr. Coffey.<br><br>Defendants' expert, Mr. Koike and other lay witnesses, have taken the |

105

**PRETRIAL EXHIBIT STIPULATION**

| | | | | position that the life span of a seeds is relative and cannot be set at a definitive number of years. Plaintiff in turn says that the life span of pea seeds is three years.<br><br>Defendants' position is contrary to extensive research on pea seeds' life span and the connection between age and germination of seeds. One such expert is Stan Matthews. His article describes the electrical conductivity test as a method to measure seed vigor as it ages and its connection to germination.<br><br>Additionally, under the Court's Scheduling Order, parties cannot "submit blanket or boilerplate objections . . . to exhibits. These will be disregarded and overruled." |
|---|---|---|---|---|
| Ds. | 387 | Article on Stemphylium Sarciniforme | | |
| Ds | 388 | Australian Journal of Crop Science regarding salinity affecting peas | Plaintiffs object because this article was not disclosed in the December 1, 2019, report. Specifically, any theory based on salinity of soils or botrytis disease, was not priorly disclosed. Defendants' late disclosure is not compliant with this Court's Scheduling Order [ECF 45] | Defendants' expert Steve Koike's report discussed that germination is affected by a number of factors including proper ground and soil preparation.  High salinity in the soils is part of proper ground and soil preparation.  In addition, Mr. Koike's report noted that the alleged "brown stains" are symptoms that can be caused by a number of factors including pathogens and abiotic factors which would include Botrytis. |
| Ds | 389 | Crop Ecology, Management & Quality regarding salinity affecting peas | Plaintiffs object because this article was not disclosed in the December 1, 2019, report. Specifically, any theory based on salinity of soils or botrytis disease, was not priorly disclosed. Defendants' late disclosure is not compliant | Defendants' expert Steve Koike's report discussed that germination is affected by a number of factors including proper ground and soil preparation.  High salinity in the soils is part of proper ground and soil preparation.  In addition, Mr. Koike's report noted that the |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | with this Court's Scheduling Order [ECF 45] | alleged "brown stains" are symptoms that can be caused by a number of factors including pathogens and abiotic factors which would include Botrytis. |
| Ds | 390 | Evaluation of Garden Peas Cultivars to Salt Stress Tolerance | Plaintiffs object because this article was not disclosed in the December 1, 2019, report. Specifically, any theory based on salinity of soils or botrytis disease, was not priorly disclosed. Defendants' late disclosure is not compliant with this Court's Scheduling Order [ECF 45] | Defendants' expert Steve Koike's report discussed that germination is affected by a number of factors including proper ground and soil preparation.  High salinity in the soils is part of proper ground and soil preparation.  In addition, Mr. Koike's report noted that the alleged "brown stains" are symptoms that can be caused by a number of factors including pathogens and abiotic factors which would include Botrytis. |
| Ds | 391 | Salinity and Plant Tolerance | Plaintiffs object because this article was not disclosed in the December 1, 2019, report. Specifically, any theory based on salinity of soils or botrytis disease, was not priorly disclosed. Defendants' late disclosure is not compliant with this Court's Scheduling Order [ECF 45] | Defendants' expert Steve Koike's report discussed that germination is affected by a number of factors including proper ground and soil preparation.  High salinity in the soils is part of proper ground and soil preparation.  In addition, Mr. Koike's report noted that the alleged "brown stains" are symptoms that can be caused by a number of factors including pathogens and abiotic factors which would include Botrytis. |
| Ds | 392 | Compendium of Pea Diseases and Pests (3rd Edition) regarding Pythium | | |
| Ds | 393 | Pythium Species Associated with Damping Off of Pea | Plaintiffs object because this article was not disclosed in the December 1, 2019, report. Specifically, any theory based on salinity of soils or botrytis disease, was not priorly disclosed. Defendants' late disclosure is not compliant with this Court's Scheduling Order [ECF 45] | Defendants' expert Steve Koike's report discussed that germination is affected by a number of factors including proper ground and soil preparation.  High salinity in the soils is part of proper ground and soil preparation.  In addition, Mr. Koike's report noted that the alleged "brown stains" are symptoms that can be caused by a |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | | number of factors including pathogens and abiotic factors which would include Botrytis. |
| Ds | 394 | Compendium of Pea Diseases and Pests (3rd Edition) regarding seedborne diseases | | |
| Ds | 395 | Compendium of Pea Diseases and Pests (3rd Edition) regarding pea viruses | | |
| Ds | 396 | USDA Fungal Database re Pythium | Plaintiffs object because this article was not disclosed in the December 1, 2019, report. Defendants' late disclosure is not compliant with this Court's Scheduling Order [ECF 45] | Defendants' expert Steve Koike's report discussed that germination is affected by a number of factors including proper ground and soil preparation.  High salinity in the soils is part of proper ground and soil preparation.  In addition, Mr. Koike's report noted that the alleged "brown stains" are symptoms that can be caused by a number of factors including pathogens and abiotic factors which would include Botrytis. |
| Ds | 397 | Compendium of Pea Diseases and Pests (3rd Edition) regarding bacterial diseases | | |
| Ds | 398 | Diseases of Pea | Plaintiffs object because this article was not disclosed in the December 1, 2019, report. Defendants' late disclosure is not compliant with this Court's Scheduling Order [ECF 45] | Defendants' expert Steve Koike's report discussed that germination is affected by a number of factors including proper ground and soil preparation.  High salinity in the soils is part of proper ground and soil preparation.  In addition, Mr. Koike's report noted that the alleged "brown stains" are symptoms that can be caused by a number of factors including pathogens and abiotic factors which would include Botrytis. |
| Ds | 399 | Article regarding Pathogens in Peru | Plaintiffs object because this article was not disclosed in the December 1, 2019, report. Defendants' late disclosure is | Defendants' expert Steve Koike's report discussed that germination is affected by a number of factors including proper ground and soil |

**PRETRIAL EXHIBIT STIPULATION**

| | | | | |
|---|---|---|---|---|
| | | | not compliant with this Court's Scheduling Order [ECF 45] | preparation.  High salinity in the soils is part of proper ground and soil preparation.  In addition, Mr. Koike's report noted that the alleged "brown stains" are symptoms that can be caused by a number of factors including pathogens and abiotic factors which would include Botrytis. |
| Ds | 400 | Relic DNA is Abundant in Soil and Obscures Estimates of Soil Microbial Diversity | Plaintiffs object because this article was not disclosed in the December 1, 2019, report. Defendants' late disclosure is not compliant with this Court's Scheduling Order [ECF 45] | Defendants' expert Steve Koike's report discussed that germination is affected by a number of factors including proper ground and soil preparation.  High salinity in the soils is part of proper ground and soil preparation.  In addition, Mr. Koike's report noted that the alleged "brown stains" are symptoms that can be caused by a number of factors including pathogens and abiotic factors which would include Botrytis. |
| Ds | 401 | The Promise and Pitfalls of Sequence Based Identification of Plant Pathogenic Fungi and Oomycetes | Plaintiffs object because this article was not disclosed in the December 1, 2019, report. Defendants' late disclosure is not compliant with this Court's Scheduling Order [ECF 45] | Defendants' expert Steve Koike's report discussed that germination is affected by a number of factors including proper ground and soil preparation.  High salinity in the soils is part of proper ground and soil preparation.  In addition, Mr. Koike's report noted that the alleged "brown stains" are symptoms that can be caused by a number of factors including pathogens and abiotic factors which would include Botrytis. |
| Ds | 402 | Compendium of Pea Diseases and Pests (3rd Edition) regarding Botrytis | | |
| Ds | 403 | Book excerpts regarding Botrytis | Plaintiffs object because this article was not disclosed in the December 1, 2019, report. Defendants' late disclosure is not compliant with this | Defendants' expert Steve Koike's report discussed that germination is affected by a number of factors including proper ground and soil preparation.  High salinity in the soils is part of proper ground and |

**PRETRIAL EXHIBIT STIPULATION**

| | | | Court's Scheduling Order [ECF 45] | soil preparation.  In addition, Mr. Koike's report noted that the alleged "brown stains" are symptoms that can be caused by a number of factors including pathogens and abiotic factors which would include Botrytis. |
|---|---|---|---|---|

Dated: June 11, 2021

Respectfully submitted,

*s/Eduardo A. Maura*
Eduardo A. Maura, Esq.
*Counsel for Plaintiffs*

*s/Fang Li, Esq.*
Fang Li, Esq.
*Counsel for Defendant Corona Seeds, Inc.*

*s/Lisa Taylor*
Lisa Taylor, Esq.
*Counsel for Defendant Crites Seed, Inc.*

**PRETRIAL EXHIBIT STIPULATION**