# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV 17-8220-DMG (SKx) | Date | June 21, 2021 |
| Title: | Agricola Cuyuma SA, et al. v. Corona Seeds, Inc., et al. | | |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Amy Diaz / Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Eduardo Ayala Maura<br>Brian Nomi<br>Jorge A. Garcia-Menocal<br>Luis F. Quesada Machado | Jason Meyer<br>Lisa G. Taylor<br>Cheryl A. Kirkpatrick<br>Jeffery T. Konold<br>Fang Li<br>Harrison Smith<br>Nadine Hughes |

_____ Day Court Trial     1st Day Jury Trial

_____ One day trial:   X  Begun (1st day);   X  Held & Continued;   _____ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.
X  Opening statements made by   Plaintiffs / Defendants
X  Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
X  Case continued to   June 22, 2021 at 9:00 a.m.   for further trial/further jury deliberation.
X  Other:   Plaintiffs' expert will appear by video. Defendants' oral request to continue the trial date is DENIED.

                                                                    4  :  29
                                            Initials of Deputy Clerk   KT

cc: