# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 17-8220-DMG (SKx) |
| Title: | Agricola Cuyuma SA, et al. v. Corona Seeds, Inc., et al. |
| Date | June 22, 2021 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Amy Diaz / Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Eduardo Ayala Maura
Brian Nomi
Jorge A. Garcia-Menocal
Luis F. Quesada Machado

**Attorneys Present for Defendants:**
Jason Meyer
Lisa G. Taylor
Cheryl A. Kirkpatrick
Jeffery T. Konold
Fang Li

___ Day Court Trial    2nd Day Jury Trial

___ One day trial:    ___ Begun (1st day);    X Held & Continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
X Witnesses called, sworn and testified.    X Exhibits Identified    X Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Motion to dismiss by _____ is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for mistrial by _____ is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is    ___ granted.    ___ denied.    ___ submitted.
X Case continued to June 23, 2021 at 9:00 a.m.    ___ for further trial/further jury deliberation.
___ Other:

4 : 07

Initials of Deputy Clerk    KT

cc: