# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV 17-8220-DMG (SKx) | Date | June 28, 2021 |
| Title: | Agricola Cuyuma SA, et al. v. Corona Seeds, Inc., et al. | | |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Eduardo Ayala Maura | Jason Meyer |
| Jorge A. Garcia-Menocal | Cheryl A. Kirkpatrick |
| Luis F. Quesada Machado | Jeffery T. Konold |
| Wansong Harley | Fang Li |
| | Harrison Smith |

_____ Day Court Trial     6th Day Jury Trial

_____ One day trial:  _____ Begun (1st day);  _____ Held & Continued;  **X** Completed by jury verdict/submitted to court.

_____ Witnesses called, sworn and testified.   _____ Exhibits Identified   **X** Exhibits admitted.

_____ Plaintiff(s) rest.   _____ Defendant(s) rest.

**X** Closing arguments made by   **X** plaintiff(s)   **X** defendant(s).   **X** Court instructs jury.

**X** Bailiff(s) sworn.   **X** Jury retires to deliberate.   _____ Jury resumes deliberations.

**X** Jury Verdict in favor of   **X** plaintiff(s)   **X** defendant(s) is read and filed.

**X** Jury polled.   _____ Polling waived.

**X** Filed Witness & Exhibit Lists   **X** Filed jury notes.   **X** Filed jury instructions.

_____ Case submitted.   _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

**X** Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

**X** Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Case continued to _____ for further trial/further jury deliberation.

**X** Other:   The Court receives jury note ## 1-2. A verdict was received and read into the record.

                                                                            2 : 56

Initials of Deputy Clerk    KT

cc: