UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
FILED
CLERK, U.S. DISTRICT COURT
Jun 28, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY:    KT    DEPUTY
```

**JURY NOTE**

| | |
|---|---|
| Agricola Cuyuma SA, et al., | CV 17-8220-DMG (SKx) |
| Plaintiffs, | NOTE # 2   FROM THE JURY |
| vs. | |
| Corona Seeds, Inc., et al., | **REDACTED AS TO THE FOREPERSON'S NAME** |
| Defendants. | |

✓ The jury has reached a unanimous verdict.

___ The jury advises the Court of the following:

___ The jury requests the following:

Dated: 6/28/21