FILED
CLERK, U.S. DISTRICT COURT

Jun 28, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____KT____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agrícola Cuyuma SA, and Corporación Agrícola Viñasol SAC,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>Corona Seeds, Inc., and Crites Seed, Inc.,<br><br>　　　　*Defendants*. | **Case No. CV 17-8220-DMG (SKx)**<br><br>**VERDICT FORM** |

We, the jury in the above-entitled action, find as follows:

## I. Cuyuma's Breach of Contract and Express Warranty Claims

**Question # 1:** On Plaintiff Agrícola Cuyuma SA's ("Cuyuma") claim for Breach of Contract against Defendant Corona Seeds, Inc. ("Corona"), we find in favor of: (check one)

_____ Plaintiff Cuyuma

_____ Defendant Corona

**Question # 2**: On Plaintiff Cuyuma's claim for Breach of Express Warranty against Defendant Corona, we find in favor of: (check one)

_____ Plaintiff Cuyuma

_____ Defendant Corona

**If you answered in favor of Plaintiff Cuyuma on Question ## 1 and/or 2, answer Question ## 3 through 5, below.  If you answered in favor of Defendant Corona on Question ## 1 and 2, skip Question ## 3 through 5 and go to Question # 6.**

**Question # 3:** What are Plaintiff Cuyuma's contract and/or warranty damages?  In determining the below amounts, do not subtract any amounts that you may find applicable in the affirmative defense questions (Question ## 4 and 5), below.  The Court will make any necessary adjustments after you reach your verdict:

Lost profits:                                                   $_____

Other damages resulting from breach:         $_____

Total:                                                             $_____

**Question # 4:** With regard to Defendant Corona's affirmative defense of Failure to Mitigate Damages, do you find that Plaintiff Cuyuma failed to mitigate contract and/or warranty damages? (check one)

\_\_\_\_\_Yes, and the amount that Plaintiff Cuyuma failed to mitigate contract and/or warranty damages is $ _____.

\_\_\_\_\_ No

**Question # 5:** With regard to Defendant Corona's affirmative defense of Setoff, do you find that Corona is entitled to a setoff against Plaintiff Cuyuma? (check one)

\_\_\_\_\_Yes, and the amount that Defendant Corona is entitled to setoff is $_____.

\_\_\_\_\_ No

II. **Cuyuma's Negligence Claims**

**Question # 6:** On Plaintiff Cuyuma's claim for Negligence against Defendant Corona, we find in favor of: (check one)

\_\_\_\_\_ Plaintiff Cuyuma

\_\_\_\_\_ Defendant Corona

**Question # 7:** On Plaintiff Cuyuma's claim for Negligence against Defendant Crites Seed, Inc. ("Crites"), we find in favor of: (check one)

\_\_\_\_\_ Plaintiff Cuyuma

\_\_\_\_\_ Defendant Crites

**If you answered in favor of Plaintiff on Question ## 6 and/or 7, answer Question ## 8 through 11, below.  If you answered in favor of Defendants on Question ## 6 and 7, skip Question ## 8 through 11 and go to Question # 12.**

**Question # 8:**  What are Plaintiff Cuyuma's negligence damages?  In determining the below amount, do not subtract any amounts that you may find applicable in the affirmative defense questions (Question ## 9 and 10), below.  The Court will make any necessary adjustments after you reach your verdict:

Damages: $_____

**Question # 9:**  With regard to Defendant Corona's affirmative defense of Failure to Mitigate Damages, do you find that Plaintiff Cuyuma failed to mitigate negligence damages?  (check one)

\_\_\_\_\_Yes, and the amount that Plaintiff Cuyuma failed to mitigate negligence
        damages is $ _____.
\_\_\_\_\_ No

**Question # 10:**  With regard to Plaintiff Cuyuma's claim for Negligence, do you find that Defendants have proven the affirmative defense of Comparative Fault?

\_\_\_\_\_ Yes, and the percentage of comparative fault is:
        Plaintiff Cuyuma:        _____%
        Defendant Corona:        _____%
        Defendant Crites:        _____%
        (The above percentages should total 100%.)
\_\_\_\_\_ No

**Question # 11**: If you awarded Plaintiff Cuyuma any negligence damages in Question # 8 above, do you find that Plaintiff Cuyuma is entitled to prejudgment interest on those damages?

_____ Yes

_____ No

### III. Cuyuma's Strict Products Liability Claim

**Question # 12:** On Plaintiff Cuyuma's claim for Strict Products Liability against Defendant Crites, we find in favor of: (check one)

_____ Plaintiff Cuyuma

_____ Defendant Crites

**If you answered in favor of Plaintiff on Question # 12, answer Question ## 13 through 16, below. If you answered in favor of Defendant Crites on Question # 12, skip Question ## 13 through 16 and go to Question # 17.**

**Question # 13:** What are Plaintiff Cuyuma's strict liability damages?

Damages: $_____

**Question # 14:** With regard to Defendant Crites' affirmative defense of Failure to Mitigate Damages, do you find that Plaintiff Cuyuma failed to mitigate strict liability damages? (check one)

_____ Yes, and the amount that Plaintiff Cuyuma failed to mitigate strict liability damages is $ _____.

_____ No

**Question # 15:** With regard to Plaintiff Cuyuma's claim for strict liability, do you find that Crites has proven the affirmative defense of Comparative Fault?

\_\_\_\_\_ Yes, and the percentage of comparative fault is:
      Plaintiff Cuyuma:    _____%
      Defendant Crites:    _____%
      (The above percentages should total 100%.)
\_\_\_\_\_ No

**Question # 16:** If you awarded Plaintiff Cuyuma any strict liability damages in Question # 13 above, do you find that Plaintiff Cuyuma is entitled to prejudgment interest on those damages?
\_\_\_\_\_ Yes
\_\_\_\_\_ No

## IV.  AVSA's Breach of Contract and Express Warranty Claims

**Question # 17:** On Plaintiff Corporación Agrícola Viñasol SAC's ("AVSA") claim for Breach of Contract against Defendant Corona, we find in favor of:  (check one)
\_\_\_\_\_ Plaintiff AVSA
\_\_\_\_\_ Defendant Corona

**Question # 18:** On Plaintiff AVSA's claim for Breach of Express Warranty against Defendant Corona, we find in favor of:  (check one)
\_\_\_\_\_ Plaintiff AVSA
\_\_\_\_\_ Defendant Corona

**If you answered in favor of Plaintiff on Question ## 17 and/or 18, answer Question ## 19 through 21, below.  If you answered in favor of Defendant Corona on Question ## 17 and 18, skip Question ## 19 through 21 and go to Question # 22.**

**Question # 19:** What are Plaintiff AVSA's contract and/or warranty damages?  In determining the below amounts, do not subtract any amounts that you may find applicable in the affirmative defense questions (Question ## 20 and 21), below.  The Court will make any necessary adjustments after you reach your verdict:

　　　Lost profits:　　　　　　　　　　　　　　$_____
　　　Other damages resulting from breach:　　$_____
　　　Total:　　　　　　　　　　　　　　　　　$_____

**Question # 20:** With regard to Corona's affirmative defense of Failure to Mitigate Damages, do you find that Plaintiff AVSA failed to mitigate contract and/or warranty damages?  (check one)
　　　\_\_\_\_\_Yes, and the amount that Plaintiff AVSA failed to mitigate contract and/or
　　　　　warranty damages is $ _____.
　　　\_\_\_\_\_ No

**Question # 21:** With regard to Defendant Corona's affirmative defense of Setoff, do you find that Corona is entitled to a setoff against Plaintiff AVSA? (check one)
　　　\_\_\_\_\_Yes, and the amount that Defendant Corona is entitled to setoff is
　　　　　$_____.
　　　\_\_\_\_\_ No

## IV. AVSA's Negligence Claims

**Question # 22:** On Plaintiff AVSA's claim for Negligence against Defendant Corona, we find in favor of: (check one)

_____ Plaintiff AVSA

_____ Defendant Corona

**Question # 23:** On Plaintiff AVSA's claim for Negligence against Defendant Crites, we find in favor of: (check one)

_____ Plaintiff AVSA

_____ Defendant Crites

**If you answered in favor of Plaintiff on Question ## 22 and/or 23, answer Question ## 24 through 27, below.  If you answered in favor of Defendants on Question ## 22 and 23, skip Question ## 24 through 27 and go to Question # 28.**

**Question # 24:** What are Plaintiff AVSA's negligence damages?  In determining the below amount, do not subtract any amounts that you may find applicable in the affirmative defense questions (Question ## 25 and 26), below.  The Court will make any necessary adjustments after you reach your verdict:

Damages: $_____

**Question # 25:** With regard to Corona's affirmative defense of Failure to Mitigate Damages, do you find that Plaintiff AVSA failed to mitigate negligence damages? (check one)

_____ Yes, and the amount that Plaintiff AVSA failed to mitigate negligence damages is $ _____.

_____ No

**Question # 26:** With regard to Plaintiff AVSA claim for Negligence, do you find that Defendants have proven the affirmative defense of Comparative Fault?

_____ Yes, and the percentage of comparative fault is:

    Plaintiff AVSA: _____%

    Defendant Corona: _____%

    Defendant Crites: _____%

    (The above percentages should total 100%.)

_____ No

**Question # 27:** If you awarded Plaintiff AVSA any negligence damages in Question # 24 above, do you find that Plaintiff AVSA is entitled to prejudgment interest on those damages?

_____ Yes

_____ No

V. **AVSA's Strict Products Liability Claim**

**Question # 28:** On Plaintiff AVSA's claim for Strict Products Liability against Defendant Crites, we find in favor of: (check one)

_____ Plaintiff AVSA

_____ Defendant Crites

**If you answered in favor of Plaintiff AVSA on Question # 28, answer Question ## 29 through 32, below. If you answered in favor of Defendant Crites on Question # 28, skip Question ## 29 through 32, and have the Presiding Juror sign and date the form.**

**Question # 29:**  What are Plaintiff AVSA's strict liability damages?

Damages:                                       $_____

**Question # 30:**  With regard to Defendant Crites' affirmative defense of Failure to Mitigate Damages, do you find that Plaintiff AVSA failed to mitigate strict liability damages?  (check one)

_____Yes, and the amount that Plaintiff AVSA failed to mitigate strict liability damages is $ _____.

_____ No

**Question # 31:**  With regard to Plaintiff AVSA's claim for strict liability, do you find that Crites has proven the affirmative defense of Comparative Fault?

_____ Yes, and the percentage of comparative fault is:
        Plaintiff AVSA:            _____%
        Defendant Crites:         _____%
        (The above percentages should total 100%.)

_____ No

**Question # 32**:  If you awarded Plaintiff AVSA any strict liability damages in Question # 29 above, do you find that Plaintiff AVSA is entitled to prejudgment interest on those damages?

_____ Yes

_____ No

Once you have completed the above questions, please have the Presiding Juror sign and date the form below.

Dated: _____                                         _____
                                                                                       Presiding Juror