```
                FILED
       CLERK, U.S. DISTRICT COURT

            Jun 28, 2021

    CENTRAL DISTRICT OF CALIFORNIA
    BY:       KT        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agrícola Cuyuma SA, and<br>Corporación Agrícola Viñasol SAC,<br><br>              *Plaintiffs*,<br><br>v.<br><br>Corona Seeds, Inc., and<br>Crites Seed, Inc.,<br><br>              *Defendants*. | Case No. CV 17-8220-DMG (SKx)<br><br>**VERDICT FORM** |

**REDACTED AS TO THE FOREPERSON'S NAME**

We, the jury in the above-entitled action, find as follows:

I. **Cuyuma's Breach of Contract and Express Warranty Claims**

**Question # 1:** On Plaintiff Agrícola Cuyuma SA's ("Cuyuma") claim for Breach of Contract against Defendant Corona Seeds, Inc. ("Corona"), we find in favor of: (check one)

\_\_\_\_ Plaintiff Cuyuma

__X__ Defendant Corona

**Question # 2:** On Plaintiff Cuyuma's claim for Breach of Express Warranty against Defendant Corona, we find in favor of: (check one)

\_\_\_\_ Plaintiff Cuyuma

__X__ Defendant Corona

**If you answered in favor of Plaintiff Cuyuma on Question ## 1 and/or 2, answer Question ## 3 through 5, below. If you answered in favor of Defendant Corona on Question ## 1 and 2, skip Question ## 3 through 5 and go to Question # 6.**

**Question # 3:** What are Plaintiff Cuyuma's contract and/or warranty damages? In determining the below amounts, do not subtract any amounts that you may find applicable in the affirmative defense questions (Question ## 4 and 5), below. The Court will make any necessary adjustments after you reach your verdict:

Lost profits:                                              $_____

Other damages resulting from breach:      $_____

Total:                                                      $_____

**Question # 4:** With regard to Defendant Corona's affirmative defense of Failure to Mitigate Damages, do you find that Plaintiff Cuyuma failed to mitigate contract and/or warranty damages? (check one)

    \_\_\_\_\_Yes, and the amount that Plaintiff Cuyuma failed to mitigate contract and/or warranty damages is $_____.

    \_\_\_\_\_ No

**Question # 5:** With regard to Defendant Corona's affirmative defense of Setoff, do you find that Corona is entitled to a setoff against Plaintiff Cuyuma? (check one)

    \_\_\_\_\_Yes, and the amount that Defendant Corona is entitled to setoff is $_____.

    \_\_\_\_\_ No

## II. <u>Cuyuma's Negligence Claims</u>

**Question # 6:** On Plaintiff Cuyuma's claim for Negligence against Defendant Corona, we find in favor of: (check one)

    \_\_\_\_\_ Plaintiff Cuyuma

    __X__ Defendant Corona

**Question # 7:** On Plaintiff Cuyuma's claim for Negligence against Defendant Crites Seed, Inc. ("Crites"), we find in favor of: (check one)

    __X__ Plaintiff Cuyuma

    \_\_\_\_\_ Defendant Crites

**If you answered in favor of Plaintiff on Question ## 6 and/or 7, answer Question ## 8 through 11, below. If you answered in favor of Defendants on Question ## 6 and 7, skip Question ## 8 through 11 and go to Question # 12.**

**Question # 8:** What are Plaintiff Cuyuma's negligence damages? In determining the below amount, do not subtract any amounts that you may find applicable in the affirmative defense questions (Question ## 9 and 10), below. The Court will make any necessary adjustments after you reach your verdict:

Damages: $ 69,939

**Question # 9:** With regard to Defendant Corona's affirmative defense of Failure to Mitigate Damages, do you find that Plaintiff Cuyuma failed to mitigate negligence damages? (check one)

X Yes, and the amount that Plaintiff Cuyuma failed to mitigate negligence damages is $ 38,686

\_\_\_ No

**Question # 10:** With regard to Plaintiff Cuyuma's claim for Negligence, do you find that Defendants have proven the affirmative defense of Comparative Fault?

X Yes, and the percentage of comparative fault is:
Plaintiff Cuyuma: 50 %
Defendant Corona: 0 %
Defendant Crites: 50 %
(The above percentages should total 100%.)

\_\_\_ No

**Question # 11**: If you awarded Plaintiff Cuyuma any negligence damages in Question # 8 above, do you find that Plaintiff Cuyuma is entitled to prejudgment interest on those damages?

    __X__ Yes

    _____ No

### III. Cuyuma's Strict Products Liability Claim

**Question # 12**: On Plaintiff Cuyuma's claim for Strict Products Liability against Defendant Crites, we find in favor of: (check one)

    _____ Plaintiff Cuyuma

    __X__ Defendant Crites

**If you answered in favor of Plaintiff on Question # 12, answer Question ## 13 through 16, below. If you answered in favor of Defendant Crites on Question # 12, skip Question ## 13 through 16 and go to Question # 17.**

**Question # 13**: What are Plaintiff Cuyuma's strict liability damages?

Damages:                                                     $_____

**Question # 14**: With regard to Defendant Crites' affirmative defense of Failure to Mitigate Damages, do you find that Plaintiff Cuyuma failed to mitigate strict liability damages? (check one)

    _____ Yes, and the amount that Plaintiff Cuyuma failed to mitigate strict liability damages is $_____.

    _____ No

**Question # 15:** With regard to Plaintiff Cuyuma's claim for strict liability, do you find that Crites has proven the affirmative defense of Comparative Fault?

_____ Yes, and the percentage of comparative fault is:
    Plaintiff Cuyuma: _____ %
    Defendant Crites: _____ %
    (The above percentages should total 100%.)
_____ No

**Question # 16:** If you awarded Plaintiff Cuyuma any strict liability damages in Question # 13 above, do you find that Plaintiff Cuyuma is entitled to prejudgment interest on those damages?
_____ Yes
_____ No

## IV. AVSA's Breach of Contract and Express Warranty Claims

**Question # 17:** On Plaintiff Corporación Agrícola Viñasol SAC's ("AVSA") claim for Breach of Contract against Defendant Corona, we find in favor of: (check one)
_____ Plaintiff AVSA
__X__ Defendant Corona

**Question # 18:** On Plaintiff AVSA's claim for Breach of Express Warranty against Defendant Corona, we find in favor of: (check one)
_____ Plaintiff AVSA
__X__ Defendant Corona

**If you answered in favor of Plaintiff on Question ## 17 and/or 18, answer Question ## 19 through 21, below. If you answered in favor of Defendant Corona on Question ## 17 and 18, skip Question ## 19 through 21 and go to Question # 22.**

**Question # 19:** What are Plaintiff AVSA's contract and/or warranty damages? In determining the below amounts, do not subtract any amounts that you may find applicable in the affirmative defense questions (Question ## 20 and 21), below. The Court will make any necessary adjustments after you reach your verdict:

Lost profits:                                    $ _____
Other damages resulting from breach:             $ _____
Total:                                           $ _____

**Question # 20:** With regard to Corona's affirmative defense of Failure to Mitigate Damages, do you find that Plaintiff AVSA failed to mitigate contract and/or warranty damages? (check one)

_____ Yes, and the amount that Plaintiff AVSA failed to mitigate contract and/or warranty damages is $ _____.

_____ No

**Question # 21:** With regard to Defendant Corona's affirmative defense of Setoff, do you find that Corona is entitled to a setoff against Plaintiff AVSA? (check one)

_____ Yes, and the amount that Defendant Corona is entitled to setoff is $ _____.

_____ No

## IV. AVSA's Negligence Claims

**Question # 22:** On Plaintiff AVSA's claim for Negligence against Defendant Corona, we find in favor of: (check one)

\_\_\_\_ Plaintiff AVSA

__X__ Defendant Corona

**Question # 23:** On Plaintiff AVSA's claim for Negligence against Defendant Crites, we find in favor of: (check one)

__X__ Plaintiff AVSA

\_\_\_\_ Defendant Crites

**If you answered in favor of Plaintiff on Question ## 22 and/or 23, answer Question ## 24 through 27, below. If you answered in favor of Defendants on Question ## 22 and 23, skip Question ## 24 through 27 and go to Question # 28.**

**Question # 24:** What are Plaintiff AVSA's negligence damages? In determining the below amount, do not subtract any amounts that you may find applicable in the affirmative defense questions (Question ## 25 and 26), below. The Court will make any necessary adjustments after you reach your verdict:

Damages: $ 451,440

**Question # 25:** With regard to Corona's affirmative defense of Failure to Mitigate Damages, do you find that Plaintiff AVSA failed to mitigate negligence damages? (check one)

__X__ Yes, and the amount that Plaintiff AVSA failed to mitigate negligence damages is $ 87,632

\_\_\_\_ No

**Question # 26:** With regard to Plaintiff AVSA claim for Negligence, do you find that Defendants have proven the affirmative defense of Comparative Fault?

    __X__ Yes, and the percentage of comparative fault is:

        Plaintiff AVSA:   50 ~~WN~~ %  ~~[scribbled]~~

        Defendant Corona:   0 ~~[initials]~~ %

        Defendant Crites:   50 ~~[initials]~~ %

    (The above percentages should total 100%.)

    _____ No

**Question # 27:** If you awarded Plaintiff AVSA any negligence damages in Question # 24 above, do you find that Plaintiff AVSA is entitled to prejudgment interest on those damages?

    __X__ Yes

    _____ No

## V. AVSA's Strict Products Liability Claim

**Question # 28:** On Plaintiff AVSA's claim for Strict Products Liability against Defendant Crites, we find in favor of: (check one)

    _____ Plaintiff AVSA

    __X__ Defendant Crites

If you answered in favor of Plaintiff AVSA on Question # 28, answer Question ## 29 through 32, below. If you answered in favor of Defendant Crites on Question # 28, skip Question ## 29 through 32, and have the Presiding Juror sign and date the form.

**Question # 29:** What are Plaintiff AVSA's strict liability damages?

Damages: $ _____

**Question # 30:** With regard to Defendant Crites' affirmative defense of Failure to Mitigate Damages, do you find that Plaintiff AVSA failed to mitigate strict liability damages? (check one)

_____ Yes, and the amount that Plaintiff AVSA failed to mitigate strict liability damages is $ _____.

_____ No

**Question # 31:** With regard to Plaintiff AVSA's claim for strict liability, do you find that Crites has proven the affirmative defense of Comparative Fault?

_____ Yes, and the percentage of comparative fault is:

  Plaintiff AVSA: _____%
  Defendant Crites: _____%
  (The above percentages should total 100%.)

_____ No

**Question # 32:** If you awarded Plaintiff AVSA any strict liability damages in Question # 29 above, do you find that Plaintiff AVSA is entitled to prejudgment interest on those damages?

_____ Yes
_____ No

   Once you have completed the above questions, please have the Presiding Juror sign and date the form below.

Dated: 6/28/21   [redacted]