JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agrícola Cuyuma SA, and<br>Corporación Agrícola Viñasol SAC,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>Corona Seeds, Inc., and<br>Crites Seed, Inc.,<br><br>　　　　*Defendants*. | **Case No. CV 17-8220-DMG (SKx)**<br><br>**JUDGMENT** |

The above-captioned action was tried by a jury from June 21 through 28, 2021, and the jury has rendered a verdict. Consistent with the jury's findings,

IT IS ORDERED AND ADJUDGED that:

1. On all causes of action, Plaintiff Agrícola Cuyuma SA shall recover nothing from Defendant Corona Seeds, Inc. and the action is dismissed on the merits as to Defendant Corona Seeds, Inc., which shall recover costs from Plaintiff Agrícola Cuyuma SA;

2. On the strict liability cause of action, Plaintiff Agrícola Cuyuma SA shall recover nothing from Defendant Crites Seed, Inc., and on the negligence cause of action, judgment is entered against Defendant Crites Seed, Inc. and in favor of Plaintiff Agrícola Cuyuma SA in the total amount of $21,227.04, inclusive of prejudgment interest at the rate of 7%, and Plaintiff Agrícola Cuyuma SA shall recover costs from Defendant Crites Seed, Inc.;

3. On all causes of action, Plaintiff Corporación Agrícola Viñasol SAC shall recover nothing from Defendant Corona Seeds, Inc. and the action is dismissed on the merits as to Defendant Corona Seeds, Inc., which shall recover costs from Plaintiff Corporación Agrícola Viñasol SAC;

4. On the strict liability cause of action, Plaintiff Corporación Agrícola Viñasol SAC shall recover nothing from Defendant Crites Seed, Inc., and on the negligence cause of action, judgment is entered against Defendant Crites Seed, Inc. and in favor of Plaintiff Corporación Agrícola Viñasol SAC in the total amount of $247,098.39, inclusive of prejudgment interest at the rate of 7%, and Plaintiff Corporación Agrícola Viñasol SAC shall recover costs from Defendant Crites Seed, Inc.; and

5. Jurisdiction of this case is retained to enter further orders, if necessary, that are proper for execution, garnishment, or to award costs.[1]

DATED: July 15, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] The parties shall comply with the procedure set forth in Local Rule 54 for the recovery of costs.